IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP,<br>5301 Wisconsin Avenue, NW<br>Suite 510<br>Washington, DC 20015<br><br>        Plaintiff,<br><br>v.<br><br>VIAD CORP.<br>1850 North Central Avenue<br>Suite 800<br>Phoenix, AZ 85004<br><br>        Defendant | CASE NUMBER 1:06CV00344<br><br>JUDGE: Henry H. Kennedy<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 02/27/2006 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, Defendant Viad Corp. ("Viad" or "petitioner") hereby files this Notice of Removal, removing to the United States District Court for the District of Columbia the case titled Montgomery Road I Limited Partnership vs. Viad Corp., Civil Action No. 06-CA-000542 B, in the Superior Court of the District of Columbia. In support of this notice and as grounds for removal, Viad Corp. states as follows:

    1. On January 27, 2006, Viad Corp. was served with the Complaint for Declaratory Judgment ("Complaint"), Summons, Jury Demand, Initial Order, Information Sheet, Plaintiff's Interrogatories to Defendant Viad,

Plaintiff Montgomery Road I Limited Partnership's First Request for Production of Documents to Viad Corp., and deposition notices, attached as Exhibit A.

2. This Notice of Removal is filed within thirty (30) days after receipt by petitioner of service of the Complaint and is timely filed under 28 U.S.C. § 1446(b).

3. Defendant Viad Corp. is a Delaware corporation. Its principal place of business is located at 1850 North Central Avenue, Suite 800, Phoenix, Arizona 85004.

4. According to the Complaint, Plaintiff Montgomery Road I Limited Partnership is a Maryland limited partnership. Its principal place of business is not in Delaware or Arizona. On information and belief, Montgomery Road I Limited Partnership has its principal place of business in either Washington, DC or Maryland.

5. On information and belief, the sole general partner of Montgomery Road I Limited Partnership is Montgomery Road, Inc. and the only limited partners are Samuel Rose, Reid Liffmann, Stewart Greenebaum, and SJG Holdings, LLC. None of Plaintiff's general or limited partners are citizens of Delaware or Arizona. On information and belief, Samuel Rose is a resident of Bethesda, Maryland, Reid Liffmann is a resident of Washington, DC, Stewart Greenebaum is a resident of Baltimore, Maryland, and both SJG Holdings, LLC and Montgomery Road, Inc. are

Maryland corporations with their principal places of business in Baltimore, Maryland.

6. Plaintiff seeks declaratory judgment that the findings of an independent accountant with respect to a property located at First and K Streets, NE in Washington, DC are valid, binding, and enforceable as to the Defendant. The value of the contract issues in dispute exceed $75,000 exclusive of interest and costs.

7. For the foregoing reasons, this Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a)(1) as a matter between citizens of different states where the amount in controversy exceeds $75,000 exclusive of interest and costs. Removal is proper under 28 U.S.C. § 1441(a) because this Court has diversity jurisdiction.

8. Removal of this action on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. § 1441(b) because Viad Corp. is not a citizen of the District of Columbia, the district where this action was brought. Diversity of citizenship between the parties existed on the date of filing of the Complaint, on the date of service of the Complaint, and on the date of the filing of this Notice of Removal.

9. A copy of this Notice of Removal will be promptly filed in the Superior Court for the District of Columbia and written notice has been provided to counsel of record for Montgomery Road I Limited Partnership, pursuant to 28 U.S.C. § 1446(d).

Respectfully Submitted,

BRYAN CAVE LLP

*[signature]*
Rodney F. Page (D.C. Bar No. 37994)
Bryan Cave LLP
700 Thirteenth Street, NW
Washington, DC 20005
(202) 508-6000

Counsel for Defendant
Viad Corp.

Dated February 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Removal was served this 27th day of February 2006 by certified mail to:

Dale A. Cooter
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
*Counsel for Plaintiff, Montgomery Road I Limited Partnership*

_____
Rodney F. Page