AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Montgomery Road I Limited
Partnership,
        Plaintiff(s)      )
                                          )    **APPEARANCE**
                                          )
              vs.           )    CASE NUMBER   1:06CV00344 (HHK)
Viad Corp.,
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Alicia I. Hogges-Thomas__ as counsel in this
                                              (Attorney's Name)

case for: __Viad Corp.__
              (Name of party or parties)

April 11, 2006
Date

*[signature: Alicia I. Hogges-Thomas]*
Signature

Alicia I. Hogges-Thomas
Print Name

Bar No. 480548
BAR IDENTIFICATION

Bryan Cave LLP, 700 13th Street, NW
Address

Washington, DC  20005
City        State        Zip Code

202.508.6129
Phone Number