AO 458 (Rev. 11/04 DC)-Appearance

---

# United States District Court
# For the District of Columbia

Montgomery Road I Limited
Partnership,
   Plaintiff(s)    )
           )  **APPEARANCE**
           )
   vs.       )  CASE NUMBER  1:06cv344 (HHK)
Viad Corp.,       )
           )
   Defendant(s)   )


To the Clerk of this court and all parties of record:

Please enter the appearance of  Dale A. Cooter  as counsel in this
             (Attorney's Name)

case for: Montgomery Road I Limited Partnership
     (Name of party or parties)

May 3, 2006
Date

Bar No. 227454
BAR IDENTIFICATION

*[Signature]*
Signature

Dale A. Cooter
Print Name

5301 Wisconsin Avenue, N.W., Suite 500
Address

Washington, D.C. 20015
City   State   Zip Code

(202) 537-0700
Phone Number