AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Montgomery Road I Limited Partnership,  )
       Plaintiff(s)  )  **APPEARANCE**
                           )
                           )
       vs.  )  CASE NUMBER  1:06cv344 (HHK)
Viad Corp.,  )
                           )
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of **Donna S. Mangold** as counsel in this
                                   (Attorney's Name)

case for: **Montgomery Road I Limited Partnership**
                 (Name of party or parties)

May 3, 2006
Date

_(signature)_
Signature

Donna S. Mangold
Print Name

Bar No. 358851
BAR IDENTIFICATION

5301 Wisconsin Avenue, N.W., Suite 500
Address

Washington, D.C.   20015
City    State    Zip Code

(202) 537-0700
Phone Number