IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTGOMERY ROAD I <br> LIMITED PARTNERSHIP <br><br> Plaintiff, <br><br> v. <br><br> VIAD CORP., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action 06-00344 <br> ) (HHK) <br> ) <br> ) <br> ) |

### RULE 16.3 REPORT

WHEREAS on May 10, 2006, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b), Fed. R. Civ. P. 26 and Local Rule 16.3 (the "Order"); and

NOW THEREFORE, the parties hereby submit the following information and proposed deadlines as required by the Order and Fed. R. Civ. P. 26 and Local Rule 16.3:

(A) <u>Conference</u>: On July 19, 2006, counsel for the parties held a telephone conference during which each of the matters set forth below was discussed. Participating in the conference on behalf of Plaintiff was James E. Tompert, Esq. of Cooter, Mangold, Tompert & Karas, LLP. Participating on behalf of Defendants was Rodney F. Page, Esq. of BRYAN CAVE, LLP. Prior to this telephone conference, counsel for the parties also engaged in two face-to-face meetings to discuss the issues in this case.

(B) <u>Issues</u>: Plaintiff has brought a claim for declaratory judgment arising out of the 1987 purchase of property located at

the First and K Streets, N.E.

(C) <u>Discovery</u>:   To date, the parties have conducted mutual document productions and the Defendant has answered interrogatories.  The parties have also agreed to the following relating to discovery and the disclosures required under Fed. R. Civ. P. 26(a)(1):

   (1) <u>Disclosures</u>: The parties have agreed to modify the initial disclosure requirement under Rule 26(a)(1)(A)-(D) as follows:

     (a) September 11, 2006 - identification of parties who may have relevant information to this matter.

     (b) September 11, 2006 - parties to exchange their Requests for Documents and Interrogatories.

     (c) Damages calculation - not applicable because the Plaintiff is seeking declaratory relief

     (d) N/A  (insurance policies)

     (e) Discovery (fact and expert) to close on December 15, 2006.

   (2) <u>Experts</u>: The parties have agreed to make known the identities of any experts that the parties intend to call in support of their claims and defenses as follows:

     (a) October 16, 2006 - Plaintiff's expert designations

     (b) November 15, 2006 - Defendant's expert designations

    (c) Late November to early December - expert depositions

(D) The parties have agreed to the following matters:

  (1) The parties have agreed that this case should not be assigned to a magistrate judge for all purposes.

  (2) The parties have agreed that this case would benefit from the Court's ADR procedures.

  (3) The parties have agreed that the trial of the matter would not benefit from being bifurcated.

  (4) Motions for summary judgment shall be filed no later than January 15, 2007.

  (5) The parties have agreed that a trial date should be set at the Initial Scheduling Conference.

(E) A proposed order setting forth the foregoing deadlines is attached.

          Respectfully submitted,

          COOTER, MANGOLD, TOMPERT &
           KARAS, L.L.P.

            /s/
          _____
          Dale A. Cooter, #277454
          James E. Tompert, #358952
          5301 Wisconsin Avenue, N.W.
          Suite 500
          Washington, D.C. 20015
          (202)537-0700
          Fax:(202)364-3664

          *Counsel for Plaintiff*

BRYAN CAVE LLP

/s/
---

Rodney F. Page, #277454
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005
(202)508-6000
Fax:(202)508-6200

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTGOMERY ROAD I<br>LIMITED PARTNERSHIP<br><br>                Plaintiff,<br><br>v.<br><br>VIAD CORP.,<br><br>                Defendant. | Civil Action 06-00344<br>(HHK) |

### PROPOSED SCHEDULING ORDER

Upon consideration of Rule 16.3 Report submitted by the parties hereto, and after consideration of the matters discussed at the scheduling conference herein on August 10, 2006, the Court hereby issues this scheduling order to govern future proceedings of this matter as follows:

<u>Date</u>

| | |
|---|---|
| September 11, 2006 | deadline for parties to identify persons who may have relevant information to this matter. |
| September 11, 2006 | deadline to exchange Requests for Documents and Interrogatories. |
| October 16, 2006 | Plaintiff's expert designations |
| November 15, 2006 | Defendant's expert designations |
| December 15, 2006 | discovery deadline |
| January 15, 2007 | deadline for summary judgment motions |

A party may move to extend any of the foregoing deadlines for good cause shown.


DATED:_____                    _____
                                     United States District Court