```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

                                    )
MONTGOMERY ROAD I,                  )
LIMITED PARTNERSHIP,                )
                                    )
            Plaintiff,              )
                                    )
     v.                             )    Civil Action 06-00344
                                    )    (HHK)
VIAD CORP.,                         )
                                    )
            Defendant.              )
                                    )
```

**PLAINTIFF'S DESIGNATION OF PERSONS WITH KNOWLEDGE**

Plaintiff Montgomery Road I Limited Partnership, by and through its undersigned counsel, and pursuant to the Scheduling Order dated August 7, 2006, hereby identifies persons who may have knowledge about the matters alleged in the Complaint:

>Samuel G. Rose
>Greenebaum and Rose Associates
>5301 Wisconsin Avenue, N.W.
>Suite 510
>Washington, D.C. 20015
>
>Stewart J. Greenebaum
>Greenbaum and Rose Associates
>Woodholme Center, Suite 410
>1829 Reisterstown Road
>Baltimore, Maryland 21208
>
>Reid K. Liffman
>Greenebaum and Rose Associates
>5301 Wisconsin Avenue, N.W.
>Suite 510
>Washington, D.C. 20015
>
>Ronald Glassman

```
Greenbaum and Rose Associates
Woodholme Center, Suite 410
1829 Reisterstown Road
Baltimore, Maryland 21208

Steve Braesch
Greenebaum and Rose Associates
5301 Wisconsin Avenue, N.W.
Suite 510
Washington, D.C. 20015

Brent S. Solomon
David Reznick
Craig Birmingham
Tom Nice
Najah Walker
Reznick Group, PC
7700 Old Georgetown Road
Suite 400
Bethesda, MD 20814-6224

Gerald M. Katz
Jane Brewer
Al Windesheim
Tom Loudermilk
Clem Mueller
9690 Deereco Road
Ste 500
Timonium, MD 21093

Ellen Ingersoll, CFO
Robert Bohannon, President, Chairman & CEO
Michelene Matt
Scott Sayre
Marge Cesna
Daniel W. Komar
Irfan Ali
VIAD Corp.

Wahneek Cook
Chicago Title Insurance Company
1129 20th Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 263-4737
```

```
David Nelson
Stuart S. Levin
Commercial Settlements, Inc.
1413 K Street, N.W.
12th Floor
Washington, D.C. 20005

Mark Klein
Price Waterhouse
1801 K Street, N.W.
Washington, D.C. 20006
(202) 833-7932

William T. Gordon
Price Waterhouse
3110 Fairview Park Drive
Suite 500
Falls Church, VA 22042
(703) 538-7982

Chau Leung
CB Richard Ellis
555 11th Street, N.W.
Suite 300
Washington, D.C. 20004
(202) 585-5634

Robert Schwartz

Arthur C. Garcia, Jr.

Robert Gottlieb

Jean Apple

Brian C. Sullivan

Joyce M. Lum

Brian E. Ruddle

Cathy Stevenson

Kerry Devine

Peter Novak
```

>Charles E. Duke
>
>Jack Knott
>
>Robin-Eve Jasper

In addition, the following persons were identified in Defendants' Answers to Interrogatories as having knowledge relating to this matter: K. David Lindner, Jeff Buchanan, Eve Fiorucci, Armen Ervanian, Susan Mann, Kenneth Goldman, Joe Epps, Patrick Marr, Thomas Rossi, and Gary Goodweather.

>Respectfully submitted,
>
>COOTER, MANGOLD, TOMPERT
> & KARAS, L.L.P.
>
>
>_____/s/_____
>Dale A. Cooter (#227454)
>Donna S. Mangold (#358851)
>5301 Wisconsin Avenue, N.W.
>Suite 500
>Washington, D.C. 20015
>202-537-0700
>
>***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of September, 2006, a copy of the foregoing **PLAINTIFF'S DESIGNATION OF PERSONS WITH KNOWLEDGE** was sent by electronic mail to:

> Rodney F. Page, Esq.
> Bryan Cave LLP
> 700 Thirteenth Street, N.W.
> Suite 700
> Washington, D.C. 20005

_____/s/_____

Donna S. Mangold