IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> VIAD CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:06CV00344 (HHK) |

## DEFENDANT'S IDENTIFICATION OF PERSONS WITH RELEVANT INFORMATION

Pursuant to the Scheduling Order dated August 7, 2006, Defendant, Viad Corp., identifies the following persons, who are listed in Defendant's Objections and Responses to Plaintiff's Interrogatories, as persons having information relevant to this matter:

- K. David Lindner, Squire, Sanders & Dempsey LLP

- Jeff Buchanan, outside counsel for Viad Corp.

- Eve Fiorucci, Assistant Director of Real Estate, Viad Corp.

- Armen Ervanian, former Director of Real Estate, Viad Corp.

- Susan Mann, outside counsel for Viad Corp.

- Kenneth Goldman, Director of Real Estate, Viad Corp.

Respectfully Submitted,

s/ Rodney F. Page
Rodney F. Page (D.C. Bar No. 37994)
Alicia I. Hogges-Thomas (D.C. Bar No. 480548)
BRYAN CAVE LLP
700 Thirteenth Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 508-6000
Facsimile: (202) 508-6200

*Attorneys for Defendant*
*Viad Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Identification of Persons with Relevant Information was served this 11th day of September 2006 by electronic mail to:

Dale A. Cooter

Cooter, Mangold, Tompert & Karas LLP

5301 Wisconsin Avenue, NW

Suite 500

Washington, DC 20015

*Counsel for Plaintiff, Montgomery Road I Limited Partnership*

                                                          Alicia I. Hogges-Thomas