IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP,<br>　　　　Plaintiff,<br><br>v.<br><br>VIAD CORP.,<br>　　　　Defendant. | Case No. 1:06CV00344 (HHK) |

### STIPULATION OF CONSENT TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, Montgomery Road I Limited Partnership, and Defendant, Viad Corp, by and through their respective attorneys, hereby stipulate to Defendant's consent to Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 12), which was filed on November 22, 2006. Plaintiff and Defendant further stipulate and agree that the date by which Defendant's shall answer, move or otherwise plead in response to the First Amended Complaint is extended to December 31, 2006.

SO AGREED:

/s/ Rodney F. Page
Rodney F. Page (DC Bar No. 37994)
Bryan Cave LLP
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005-3960
Tel: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Defendant*
*Viad Corp*

Dated: December 7, 2006

/s/ Dale A. Cooter
Dale A. Cooter (D.C. Bar No. 227454)
Cooter, Mangold, Tompert & Karas, LLP
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015
Tel: (202) 537-0700
Fax: (202) 364-3664

*Counsel for Plaintiff*
*Montgomery Road I Limited Partnership*