**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** | ) ) ) | |
| Plaintiff, | ) | |
| | ) | **Case No.  1:06CV00344 (HHK)** |
| v. | ) ) | |
| **VIAD CORP.,** | ) | |
| Defendant. | ) ) | |

## CONSENT MOTION TO REVISE DATES SET FORTH IN

## THE COURT'S AUGUST 7, 2006 SCHEDULING ORDER

Plaintiff Montgomery Road I Limited Partnership and Defendant Viad Corp. move this Court to amend its August 7, 2006 Scheduling Order (Docket No. 9) to extend the discovery deadline, the expert designation dates, and the date on which summary judgment motions are due.  A change to the timetable is necessary due to the filing of Plaintiff's First Amended Complaint.  The requested changes would not impact the date of the Court's status conference, which is currently scheduled for May 11, 2007.

Plaintiff and Defendant agree that both parties shall make expert designations on or before **January 31, 2007**.

Plaintiff and Defendant agree that the discovery deadline shall be **February 15, 2007**.

Plaintiff and Defendant agree that motions for summary judgment by any party shall be submitted no later than **March 15, 2007**.

Pursuant to Local Rule 7(c), a proposed Order is submitted herewith.


Respectfully Submitted:


/s/ Rodney F. Page                          /s/ Dale A. Cooter
Rodney F. Page (DC Bar No. 37994)           Dale A. Cooter (D.C. Bar No. 227454)
Bryan Cave LLP                              Cooter, Mangold, Tompert & Karas, LLP
700 Thirteenth Street, N.W.                 5301 Wisconsin Avenue, N.W.
Suite 700                                   Suite 500
Washington, D.C. 20005-3960                 Washington, D.C. 20015
Tel:  (202) 508-6000                        Tel: (202) 537-0700
Fax:  (202) 508-6200                        Fax: (202) 364-3664

*Counsel for Defendant*                     *Counsel for Plaintiff*
*Viad Corp*                                 *Montgomery Road I Limited Partnership*

Dated:  December 13, 2006