## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) ) | **Case No.  1:06CV00344 (HHK)** |
| **VIAD CORP.,** ) ) | |
| **Defendant.** ) ) | |

### ORDER

Upon consideration of the Consent Motion of Plaintiff Montgomery Road I Limited Partnership and Defendant Viad Corp. to revise some of the dates set forth in the Court's August 7, 2006 Scheduling Order, and the entire record herein, it is this _____ day of December 2006, hereby ORDERED, that the dates upon which expert designations, discovery, and summary judgment motions are due shall be amended to the following:

| | |
|---|---|
| 01/31/07 | Deadline for Plaintiff's and Defendant's Expert Designations |
| 02/15/07 | Discovery Deadline |
| 03/15/07 | Deadline for Summary Judgment Motions |

_____
Henry H. Kennedy, Jr.
United States District Judge