IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP,<br>   Plaintiff and<br>   Counterclaim-Defendant<br><br>   v.<br><br>VIAD CORP.,<br>   Defendant and<br>   Counterclaim-Plaintiff<br><br><br>   v.<br><br>MONTGOMERY ROAD TDR, LLC<br>   Counterclaim-Defendant | Case No. 1:06CV00344 (HHK) |

## DESIGNATION OF EXPERT WITNESSES BY VIAD CORP

Defendant/Counterclaim-Plaintiff Viad Corp hereby designates the following persons to testify as expert witnesses during the trial of the above-captioned matter:

1) Cynthia Giordano, Esquire.

The expected subject matter of Ms. Giordano's testimony is (a) an overview of the Transferable Development Rights ("TDR") process and its legal basis in Washington, D.C., and (b) based on her experience in transactions involving purchase and sale of TDRs, the fair market value of TDRs. Ms. Giordano's qualifications, findings, and the grounds for her opinions are summarized in a report served with this designation on Plaintiff's counsel.

2) Steve Halbert, MAI.

The expected subject matter of Mr. Halbert's testimony is the fair market value of the 90 K Street Property. Mr. Halbert's qualifications, findings, and the grounds for his opinions are summarized in a report served with this designation on Plaintiff's counsel.

3) Kirk Rogers, CPA.

The expected subject matter of Mr. Rogers' testimony is (a) the meaning of "cash basis" accounting and (b) standards for accounting under generally accepted accounting principles. Mr. Rogers' qualifications, findings, and the grounds for his opinions are summarized in a report served with this designation on Plaintiff's counsel.

                        Respectfully Submitted,

                        /s/   Rodney F. Page
                        Rodney F. Page (D.C. Bar No. 37994)
                        Alicia I. Hogges-Thomas (D.C. Bar No. 480548)
                        Bryan Cave LLP
                        700 Thirteenth Street, N.W.
                        Washington, D.C. 20005-3960
                        Phone: 202-508-6000
                        Fax: 202-508-6200

                        Attorneys for Defendant and Counterclaim-Plaintiff
                        *Viad Corp*

Dated: January 31, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Designation of Expert Witnesses and the referenced expert reports were served this 31st day of January 2007 via electronic mail and First Class mail to:

      Dale A. Cooter
      5301 Wisconsin Avenue, NW
      Suite 500
      Washington, DC 20015

      *Counsel for Plaintiff/Counterclaim-Defendant, Montgomery Road I Limited Partnership and for Counterclaim-Defendant, Montgomery Road TDR, LLC*


      /s/_____
      Alicia I. Hogges-Thomas