IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD I** ) | |
| **LIMITED PARTNERSHIP,** ) | |
|     Plaintiff and ) | |
|     Counter-Defendant ) | |
| ) | |
|     v. ) | Case No. 1:06CV00344 (HHK) |
| ) | |
| **VIAD CORP,** ) | |
|     Defendant and ) | |
|     Counter-Plaintiff ) | |
| ) | |
|     v. ) | |
| ) | |
| **MONTGOMERY ROAD TDR, LLC** ) | |
|     Counter-Defendant ) | |
| _____) | |

**PLAINTIFF/COUNTER-DEFENDANT MONTGOMERY ROAD I LIMITED PARTNERSHIP
and THIRD-PARTY DEFENDANT MONTGOMERY ROAD TDR, LLC, 'S
<u>DESIGNATION OF REBUTTAL EXPERT</u>**

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Plaintiff/Counter-defendant Montgomery Road I Limited Partnership ("MRLP") and Third-Party Defendant Montgomery Road TDR, LLC, by and through their undersigned counsel, hereby designates the following person to testify as an expert witness, for the sole purpose of rebutting the expert evidence to be offered by VIAD, during the trial of this matter:

>           Stuart I. Smith, MAI
>           Millenium Real Estate Advisors, Inc.
>           2450 Virginia Avenue, NW
>           Suite E-316
>           Washington, DC 20037
>           (202) 466-4533

The expected subject of Mr. Smith's testimony is the appraisal report prepared by Mr. Steven M. Halbert, MAI, expert witness designated by Viad Corp.  Mr. Smith will provide expert testimony as a Certified Appraiser.  The subjects about which Mr. Smith will testify, as well as the grounds for Mr. Smith's opinions, are set forth in his report, attached hereto as Exhibit A and incorporated herein by reference.  A copy of Mr. Smith's Curriculum Vitae is attached hereto as Exhibit B and incorporated herein by reference.

                          Respectfully submitted,

                          COOTER, MANGOLD, TOMPERT
                           & KARAS, L.L.P.

                                 /s/
                          Dale A. Cooter, Bar #227454
                          Donna S. Mangold, Bar #358851
                          5301 Wisconsin Avenue, N.W.
                          Suite 500
                          Washington, D.C.  20015
                          Phone:(202)537-0700
                          Fax: (202)364-3664
                          efiling@cootermangold.com

                          *Attorneys for*
                          *Plaintiff/Counterdefendant*
                          *Montgomery Road I Limited*
                          *Partnership and Third-Party*
                          *Defendant Montgomery Road TDR, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing **PLAINTIFF/COUNTER-DEFENDANT MONTGOMERY ROAD I LIMITED PARTNERSHIP AND THIRD-PARTY DEFENDANT MONTGOMERY ROAD TDR, LLC'S DESIGNATION OF REBUTTAL EXPERT** was served by electronic transmission through the ECF system and first class mail on this 23rd day of February, 2007, on:

    Rodney F. Page, Esq.
    Alicia Hogges-Thomas, Esq.
    Bryan Cave LLP
    700 Thirteenth Street, N.W.
    Suite 700
    Washington, D.C. 20005


                /s/
              Donna S. Mangold