# EXHIBIT B

*Professional Experience*

# Stuart I. Smith, MAI
Principal

Partner; Washington, D.C. office of *MILLENNIUM REAL ESTATE ADVISORS*. Mr. Smith is responsible for appraisal, economics and consulting activities. He has over 25 years of professional experience in real estate and economic evaluations.

**Experience**

| | |
|---|---|
| 1993 to Present | **MILLENNIUM REAL ESTATE ADVISORS, INC.** Market value appraisals of commercial office buildings, shopping centers, time-share projects, apartments, mixed-use projects, congregate housing, industrial properties and special use properties; as well as market studies and highest and best use analyses. Consultant to private sector clients regarding Federal government lease / purchase activities; and, consultant to Federal agencies regarding a variety of real estate matters (including, the General Accounting Office, the Administrative Office of the Courts, the Department of Justice, the Office of Personnel Management, the Corps of Engineers and the U.S. Postal Service). |
| 1986 to 1993 | **Assistant Manager, Cushman & Wakefield Appraisal Division, Washington, D.C.** Market value appraisals, consulting and brokerage. Brokerage transactions included the following leases to GSA/Federal tenants: Peace Corp Headquarters, Internal Revenue Service, Small Business Administration, National Science Foundation, and the General Services Administration. |
| 1984 to 1986 | **Executive Director, GSA/Public Buildings Service** Responsible for nation-wide activities with regard to financial reporting, the GSA-rent program, capital budgeting, performance management and administration. |
| 1983 to 1984 | **Director, Office of Budget and Finance, U.S. Customs Service** Responsible for Service-wide financial activities. |
| 1977 to 1983 | **Senior Examiner, Office of Management & Budget, Executive Office of the President of the United States** Senior examiner responsible for government-wide civilian real estate issues and for reviewing and making recommendations on the nationwide operations of the General Services Administration. |
| 1971 to 1977 | Various positions with the U.S. Treasury Department |

*Professional Experience*

**Education**

American University, M.B.A., Corporate Finance
Georgetown University, Graduate Work in Economics
University of Maryland, B.S., Business and Economics
Appraisal Institute (American Institute of Real Estate Appraisers – course work and training necessary to achieve the MAI designation and complete requirements for continuing education)

**Licenses**

Real Estate Broker, District of Columbia
MAI-designation
Licensed Certified General Appraiser in the District of Columbia
Licensed Certified General Appraiser in the State of Maryland

**Affiliations**

MAI Member, Appraisal Institute
Member, Washington DC Association of Realtors
Member, American Guild of Appraisers, Guild 44 (AFL-CIO)