IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP,<br>    Plaintiff and<br>    Counterclaim-Defendant<br>v.<br><br>VIAD CORP.,<br>    Defendant and<br>    Counterclaim-Plaintiff<br><br>v.<br><br>MONTGOMERY ROAD TDR, LLC<br>    Counterclaim-Defendant | Case No. 1:06CV00344 (HHK) |

## CONSENT MOTION TO REVISE DATES SET FORTH IN

## THE COURT'S DECEMBER 14, 2006 AMENDED SCHEDULING ORDER

Plaintiff/Counterclaim-Defendant Montgomery Road I Limited Partnership ("MRLP"), Counterclaim-Defendant Montgomery Road TDR, LLC ("MRTDR"), and Defendant/Counterclaim-Plaintiff Viad Corp ("Viad") move this Court to amend its December 14, 2006 Amended Scheduling Order to extend the deadline for filing summary judgment motions. A change in the timetable is necessary for the following reasons:

    1.    In August 2006, MRLP and TC MidAtlantic Development, Inc. entered into an agreement for the sale of the property that is the subject of this litigation.

    2.    On December 8, 2006, MRLP filed its First Amended Complaint for Declaratory Judgment to address the new transaction between MRLP and TC MidAtlantic Development, Inc. ("TC MidAtlantic").

3.  On January 2, 2007, Viad filed its Answer and Affirmative Defenses to the First Amended Complaint, and Counterclaim of Defendant Viad Corp.

4.  On January 12, 2007, the transaction between MRLP and TC MidAtlantic closed.

5.  The discovery deadline was February 15, 2007, but the parties are still completing the discovery that was noticed prior to that date.

6.  On January 31, 2007, Viad designated its expert witnesses. In response, on February 23, 2007, MRLP and MRTDR designated a rebuttal expert witness. The deposition of this rebuttal expert took place on March 7, 2007.

7.  On February 1, 2007, counsel for Viad served counsel for MRLP and MRTDR with Third and First Requests for Production of Documents respectively. These Requests seek discovery relating to events that occurred immediately prior to the closing and thereafter.

8.  On February 13, 2007, counsel for Viad served TC MidAtlantic with a subpoena for its deposition. The deposition will take place on March 9, 2007.

9.  On March 6, 2007, counsel for MRLP and MRTDR informed counsel for Viad that they are reviewing a large volume of email documents to comply with the February 1, 2007 document requests. Furthermore, counsel for MRLP and MRTDR stated that although they could begin to produce documents on March 8, 2007, it was unlikely that all documents would be produced before March 16, 2007.

10. All parties are working diligently to move this litigation forward.

The requested changes would not impact the date of the Court's status conference, which is currently scheduled for May 11, 2007.

All parties agree that Summary Judgment Motions shall be submitted no later than March 29, 2007.

All parties agree that Oppositions to Summary Judgment Motions shall be submitted no later than April 9, 2007.

All parties agree that Replies to Summary Judgment Motions shall be submitted no later than April 16, 2007.

Pursuant to Local Rule 7(c), a proposed Order is submitted herewith.

Respectfully Submitted:

| | |
|---|---|
| /s/ Rodney F. Page | /s/ Dale A. Cooter |
| Rodney F. Page (DC Bar No. 37994) | Dale A. Cooter (D.C. Bar No. 227454) |
| Bryan Cave LLP | Cooter, Mangold, Tompert & Karas, LLP |
| 700 Thirteenth Street, N.W. | 5301 Wisconsin Avenue, N.W. |
| Suite 700 | Suite 500 |
| Washington, D.C. 20005-3960 | Washington, D.C. 20015 |
| Tel: (202) 508-6000 | Tel: (202) 537-0700 |
| Fax: (202) 508-6200 | Fax: (202) 364-3664 |
| *Counsel for Defendant/Counterclaim-Plaintiff Viad Corp* | *Counsel for Plaintiff/Counterclaim-Defendant Montgomery Road I Limited Partnership and Counterclaim-Defendant Montgomery Road TDR, LLC* |

Dated: March 8, 2007