IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP,<br>    Plaintiff and<br>    Counterclaim-Defendant<br>  v.<br><br>VIAD CORP.,<br>    Defendant and<br>    Counterclaim-Plaintiff<br><br>  v.<br><br>MONTGOMERY ROAD TDR, LLC<br>    Counterclaim-Defendant | Case No. 1:06CV00344 (HHK) |

## ORDER

Upon consideration of the Consent Motion of Plaintiff/Counterclaim-Defendant Montgomery Road I Limited Partnership, Counterclaim-Defendant Montgomery Road TDR, LLC and Defendant/Counterclaim-Plaintiff Viad Corp to revise dates set forth in the Court's December 14, 2006 Amended Scheduling Order, and the entire record herein, it is this _____ day of March 2007, hereby ORDERED, that the summary judgment briefing schedule shall be amended to the following:

| | |
|---|---|
| 03/29/07 | Deadline for Summary Judgment Motions |
| 04/09/07 | Deadline for Oppositions to Summary Judgment Motions |
| 04/16/07 | Deadline for Replies to Summary Judgment Motions |

Henry H. Kennedy, Jr.
United States District Judge