**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I<br>LIMITED PARTNERSHIP,<br><br>    Plaintiff/<br>    Counter-Defendant,<br><br>    and<br><br>MONTGOMERY ROAD TDR, LLC,<br><br>    Third-Party Defendant,<br><br>    v.<br><br>VIAD CORP,<br><br>    Defendant/<br>    Counter-Plaintiff/<br>    Third-Party Plaintiff. | Case No. 1:06CV00344 (HHK) |

### DECLARATION OF DONNA S. MANGOLD
### IN SUPPORT OF MONTGOMERY ROAD I LIMITED
### PARTNERSHIP AND MONTGOMERY ROAD TDR'S
### MOTION FOR SUMMARY JUDGMENT

I, Donna S. Mangold, an attorney duly admitted to practice before this Court, affirm the following under penalties of perjury:

1. I am at least 18 years of age, and the information contained herein is from my personal knowledge.

2. I am a partner of Cooter, Mangold, Tompert & Karas, LLP, 5301 Wisconsin Avenue, Suite 500, Washington, D.C. 20015, attorneys for Plaintiff/Counter-Defendant and Third-party Defendant in the above-captioned case.

3. Attached hereto as Exhibit 5 is a true and correct copy of selections from the transcript

of the November 28, 2006 deposition of Steven Braesch.

4. Attached hereto as Exhibit 6 is a true and correct copy of selections from the transcript of the November 7, 2006 deposition of Eve Fiorucci.

5. Attached hereto as Exhibit 7 is a true and correct copy of selections from the transcript of the February 15, 2007 deposition of Cynthia Giordano.

6. Attached hereto as Exhibit 8 is a true and correct copy of selections from the transcript of the November 28, 2006 deposition of Ronald Glassman.

7. Attached hereto as Exhibit 9 is a true and correct copy of selections from the transcript of the February 20, 2007 deposition of Steve Halbert.

8. Attached hereto as Exhibit 10 is a true and correct copy of selections from the transcript of the November 28, 2006 deposition of Reid Liffmann.

9. Attached hereto as Exhibit 11 is a true and correct copy of selections from the transcript of the November 14, 2006 deposition of Samuel G. Rose.

10. Attached hereto as Exhibit 12 is a true and correct copy of selections from the transcript of the November 30, 2006 deposition of Brent Solomon.

11. Attached hereto as Exhibit 13 is a true and correct copy of the Cash Participation Agreement, dated November 30, 1987.

12. Attached hereto as Exhibit 14 is a true and correct copy of the First Amendment to Cash Participation Agreement, dated March 2, 1989.

13. Attached hereto as Exhibit 15 is a true and correct copy of the Letter from Kenneth Goldman to Reid Liffmann, dated July 2, 1999.

14. Attached hereto as Exhibit 16 is a true and correct copy of selections of the

Agreement Concerning Transferable Development Rights, dated October 1, 1999.

15. Attached hereto as Exhibit 17 is a true and correct copy of selections of the Certificate of Transfer of Development Rights, dated October 1, 1999.

16. Attached hereto as Exhibit 18 is a true and correct copy of the Letter of transmittal and Special Purpose Financial Statements as of December 31, 1999, dated June 27, 2000.

17. Attached hereto as Exhibit 19 is a true and correct copy of the Letter from Kenneth Goldman to Samuel Rose, dated August 23, 2000.

18. Attached hereto as Exhibit 20 is a true and correct copy of the Letter from Reid Liffmann to Kenneth Goldman, dated September 12, 2000.

19. Attached hereto as Exhibit 21 is a true and correct copy of the Letter from Kenneth Goldman to Reid Liffmann, dated October 2, 2000.

20. Attached hereto as Exhibit 22 is a true and correct copy of the Assignment from TLC to Viad, dated November 30, 2000.

21. Attached hereto as Exhibit 23 is a true and correct copy of Notes of Telephone Conversation between Eve Fiorucci and Samuel Rose, dated June 10, 2002.

22. Attached hereto as Exhibit 24 is a true and correct copy of the Letter from Eve Fiorucci to Brent Solomon, dated March 2, 2005.

23. Attached hereto as Exhibit 25 is a true and correct copy of the Letter from Gerald Katz to Brent Solomon, dated March 30, 2005.

24. Attached hereto as Exhibit 26 is a true and correct copy of the Letter from Brent Solomon to Samuel Rose (Reznick Opinion), dated April 10, 2005.

25. Attached hereto as Exhibit 27 is a true and correct copy of the Appraisal of 90 K

Street, dated June 24, 2006.

  26. Attached hereto as Exhibit 28 is a true and correct copy of the Letter of transmittal and 2005 Revised Special Purpose Financial Statements, dated November 21, 2006.

I swear under the penalties of perjury of the District of Columbia that the facts set forth above are true and correct and made from my personal knowledge.

Executed under the penalties of perjury in the District of Columbia, on the 29th day of March, 2007.

_____
Donna S. Mangold