**EXHIBIT 7**

RECEIVED FEB 2 8 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

------------------------------x
MONTGOMERY ROAD I             :
LIMITED PARTNERSHIP,          :
                              :
        Plaintiff/            :
        CounterDefendant,     :
                              :
        v.                    :
                              :
VIAD CORP.,                   :
                              : No. 1:06CV00344(HHK)
        Defendant/            :
        CounterPlaintiff,     :
                              :
        v.                    :
                              :
MONTGOMERY ROAD I             :
LIMITED PARTNERSHIP,          :
                              :
        Defendant/            :
        CounterPlaintiff.     :
------------------------------x

                         Washington, D.C.
                    Thursday, February 15, 2007

Deposition of

                  CYNTHIA GIORDANO

a witness, called for examination by counsel for
Plaintiff/CounterDefendant pursuant to notice and
agreement of counsel, beginning at approximately
10:13 a.m. at the law offices of Cooter Mangold
Tompert & Karas, 5301 Wisconsin Avenue, NW,

1   Washington, D.C., before Christine Allen of Beta

2   Court Reporting, notary public in and for the

3   District of Columbia, when were present on behalf of

4   the respective parties:

5   APPEARANCES:

6       On behalf of Defendant/CounterPlaintiff:

7           RODNEY F. PAGE, ESQUIRE

            Bryan Cave, LLP

8           700 Thirteenth Street, NW

            Washington, D.C.   20005-3960

9           (202) 508-6002

10      On behalf of Plaintiff/CounterDefendant:

11          DALE A. COOTER, ESQUIRE

            Cooter Mangold Tompert & Karas

12          5301 Wisconsin Avenue, NW, Suite 500

            Washington, D.C.   20015

13          (202) 537-0700

14

15                  C O N T E N T S

16  EXAMINATION BY:                                 PAGE

17      Counsel for Plaintiff/CounterDefendant      3

18  DEPOSITION EXHIBITS:

19  No. 1 - Notice of Deposition                    4

20  No. 2 - Giordano Expert Report                  7

21

22                  *  *  *  *  *

1   of TDRs is comparable to this.

2           BY MR. COOTER:

3   Q    I hear you say that, but my

4   question -- look, this is not -- I'm not

5   trying to trick you.  If you were an

6   appraiser and you wanted to testify to the

7   value of something, a piece of ground; it

8   would be a standard question to say what are

9   your comps?  You understand that, don't you?

10          So I'm asking you the same

11  question.  If you have comparable --

12  A    Okay.  And what I'm explaining to

13  you is that there is no -- the notion of

14  comps here really doesn't apply because TDRs

15  can go to any site; they can be

16  re-transferred.  There is no -- any TDR is

17  comparable to any other TDR transaction.

18  Q    Are you able to point to any

19  comparable transactions other than what

20  you've told me so far?

21  A    I can tell you that I am aware

22  of -- you know, through my direct involvement

24

```
1    in the city?  Do you know?
2         A    I think there are five at this
3    time.
4         Q    One of which is the North Capitol
5    receiving zone?
6         A    Right.
7         Q    At the bottom -- at the last
8    paragraph on that page, you say: "Once a
9    project on the sending site is completed or
10   at least well underway, the owner of the
11   sending site can sell their TDRs to an owner
12   of a receiving site."
13             Now, I take it that the purchaser
14   of a TDR can also resell that TDR to another
15   owner of a building in a receiving zone.
16             Do you agree with that?
17        A    Yes.  It's in my report.
18        Q    Would you agree with me that these
19   TDRs which are available for purchase and
20   sale or resale are essentially commodities?
21        A    Yes.
22        Q    And if you go to a portion of your
```

1    the word "improvement."

2            MR. COOTER:  Go ahead.

3            MR. PAGE:  You can do so if you
4    think you're capable of answering that
5    question.

6            MR. COOTER:  If she's not capable
7    of telling me what an improvement on real
8    estate is, I want her to say that.

9            MR. PAGE:  Well, would you agree
10   that you're not asking her for an
11   interpretation of what "improvement" under
12   the cash participation --

13           MR. COOTER:  I'm asking what I'm
14   asking.

15           BY MR. COOTER:

16      Q    What do you believe to be an
17   improvement on real estate?

18      A    I mean, in a general -- you know,
19   sense, an improvement is usually a building
20   or a structure.

21      Q    Okay.  That's fine.  If we go to
22   the next paragraph on page 4, you talk about