**EXHIBIT 15**

July 2, 1999

Mr. Reid Liffmann
Greenbaum & Rose Associates, Inc.
5301 Wisconsin Ave. NW, Suite 510
Washington, DC 20015

RE: 90 K Street Cash Participation

Dear Mr. Liffmann:

Your proposal for Transportation Leasing Co.'s relinquishment of its cash participation interest in the above captioned property is not acceptable. I am, however, willing to recommend to Transportation Leasing Co. senior management a termination of such interest for the nominal sum of $25,000. Please acknowledge your acceptance by signing in the space provided below.

Should you have any questions, do not hesitate to call me at (602) 207-5793.

Sincerely,

Kenneth P. Goldman
Director – Real Estate

Acknowledged and Accepted:

_____

_____

_____

DEP. E. FIORUCCI (11/7/06) EXH. # 10    VD-000020