**EXHIBIT 18**

Ex4  (3)

# GREENEBAUM AND ROSE ASSOCIATES
5301 WISCONSIN AVENUE, N.W.
SUITE 510
WASHINGTON, D.C. 20015

TEL (202) 686-2000
FAX (202) 686-3617

June 27, 2000

Mr. Kenneth Goldman
Director-Real Estate
Transportation Leasing Co.
1850 North Central Avenue
Phoenix, AZ 85077

Re: 90 K Street

Dear Mr. Goldman:

In follow up to our letter of June 26th enclosed please find our in house comptrollers computation of investment in the property through December 31, 1999.

Please call with any questions.

Sincerely Yours,

Reid Liffmann

RKL:rbh

Enclosure

cc: Ron Glassman
    Samuel G. Rose

DEP. E. FIORUCCI
(11/7/06)
EXH. # 3

H:\Admin\Reid\6-27 Goldman.doc

11/07/2006 11:15 FAX 2023643664      COOTER,MANGOLD,TOMPERT                    ☐003

Ex 4

## MONTGOMERY ROAD I LIMITED PARTNERSHIP
### (90 K STREET ONLY)
### SCHEDULE OF INVESTMENT IN PROPERTY
### FROM DECEMBER 9, 1987 TO DECEMBER 31, 1999

**DEVELOPER'S INVESTED EQUITY:**

| | | | |
|---|---|---|---|
| PURCHASE PRICE OF LAND | | 12-09-87 | $10,300,000 |
| COMMISSION | | 12-09-87 | 300,000 |
| TRANSFER TAXES | | 12-09-87 | 206,000 |
| MORTGAGE BROKER | | 12-09-87 | 200,000 |
| OTHER SETTLEMENT COSTS | | 12-09-87 | 60,053 |
| | | | |
| TOTAL COST OF PROPERTY | | | $11,066,053 |
| REDUCE COST FOR LOAN DISCOUNT | | 4-19-96 | (1,027,139) |
| MORTGAGE COSTS INCURRED | THROUGH | 12-31-99 | 697,053 |
| PROJECT COSTS INCURRED | THROUGH | 12-31-99 | 282,610 |
| | | | |
| TOTAL COSTS | | | $11,018,577 |
| ADD: OTHER RECEIVABLE | | 12-31-99 | 0 |
| DEPOSIT | | 12-31-99 | 0 |
| LESS: FIRST MORTGAGE NOTE PAYABLE | | 12-31-99 | (2,000,000) |
| SECURITY DEPOSIT | | 12-31-99 | (27,083) |
| OTHER PAYABLES | | 12-31-99 | (71,774) |
| | | | |
| NET DEVELOPER'S INVESTED EQUITY | | | $8,919,720 |

**DEVELOPER'S OPERATING EQUITY:**

| | | | |
|---|---|---|---|
| NET RENTAL INCOME | THROUGH | 12-31-99 | ($3,717,104) |
| INTEREST EXPENSE | THROUGH | 12-31-99 | 10,367,665 |
| REAL ESTATE TAX EXPENSE | THROUGH | 12-31-99 | 2,780,532 |
| PROFESSIONAL FEES EXPENSE | THROUGH | 12-31-99 | 4,982 |
| BID COSTS EXPENSED | THROUGH | 12-31-99 | 213,623 |
| ADD: RENT RECEIVABLE | | 12-31-99 | 0 |
| LESS: ACCRUED REAL ESTATE TAXES | | 12-31-99 | (60,150) |
| | | | |
| NET DEVELOPER'S OPERATING EQUITY | | | $9,589,548 |

| | |
|---|---|
| TOTAL OF DEVELOPER'S INVESTED EQUITY AND OPERATING EQUITY | $18,509,268 |
| DEVELOPER'S EQUITY RETURN (SEE SCHEDULE) | 8,775,927 |
| TOTAL OF DEVELOPER'S INVESTED EQUITY, OPERATING EQUITY, AND EQUITY RETURN | $27,285,195 |

TOTAL P.02

11/07/2006 11:15 FAX 2023843664       COOTER,MANGOLD,TOMPERT                          ☒004
SEP 26 '00  10:26AM                                                              P.3/15

KENNETH P. GOLDMAN
JUL 0 6 2000

*Copy to K*
*Slaughter 7/6/00*

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET PROPERTY ONLY)
SPECIAL PURPOSES FINANCIAL STATEMENTS
DECEMBER 31, 1999 AND 1998

11/07/2006 11:15 FAX 2023643664        COOTER, MANGOLD, TOMPERT                    @005
SEP 26 '00 10:27AM
                                                                                   P.4/15

## CONTENTS

|  | PAGE |
|---|---|
| Report of Certified Public Accountants | 1 |
| Special Purpose Statements of Assets and Liabilities | 2 |
| Special Purpose Statements of Income & Partners' Capital | 3 |
| Special Purpose Statements of Cash Flows | 4 |
| Schedule of Investment in Property | 5 |
| Schedule of Operations Cash Flow | 6 |
| Schedule of Project Costs | 7 |
| Schedule of Developer's Equity Return | 8 |
| Notes to the Special Purpose Financial Statements | 9-11 |

11/07/2006 11:15 FAX 2023643664          COOTER,MANGOLD,TOMPERT                              ☒006
       SEP 26 '00  10:27AM                                                          P.5/15



*...Immediate Response with Extraordinary Solutions*

The Partners
Montgomery Road I Limited Partnership

We have compiled the accompanying special-purpose statements of assets and liabilities of Montgomery Road I Limited Partnership (90 K Street property only) as of December 31, 1999 and 1998, and the related special-purpose statements of income and partners' capital and cash flows for the year ended December 31, 1999 and for the period December 9, 1987 to December 31, 1998, and supplementary schedules, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of special-purpose financial statements information that is the representation of management. We have not audited or reviewed the accompanying special-purpose financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

The accompanying special-purpose financial statements were prepared for the purpose of complying with Article 2.6 of the Cash Participation Agreement between Transportation Leasing Co. and the partnership. As described in Note 1, the partnership also has assets and liabilities other than for the 90 K Street property; however, only the 90 K Street property is included in these financial statements. Therefore, these financial statements are not intended to be a complete presentation of Montgomery Road I Limited Partnership's financial position, results of operations and cash flows.

This report is intended solely for the information and use of the managements of Montgomery Road I Limited Partnership and Transportation Leasing Co. and should not be used for any other purpose.

KAWG & F, P.A.

June 30, 2000
Baltimore, Maryland

KATZ, ABOSCH, WINDESHEIM, GERSHMAN & FREEDMAN, P.A.
INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

Alvin D. Katz, CPA / John P. Abosch, CPA, PFS, CFP / Alfred A. Windesheim, CPA / Simon A. Gershman, CPA, PFS, CFE, CVA / N. Mark Freedman, CPA
Roberta S. Kadeck, CPA / Richard F. Galaszewski, CPA / Mark C. Katz, CPA, PFS / Jane M. Reeves, CPA, MST / Stephen H. Fisher, CPA
Joel B. Charkatz, CPA, CVA, CFE / Mark R. Cissel, CPA / Thomas D. Lauderman, CPA / James F. Sandusky, CPA, CVA, CFE
Anne M. Shepherd, CPA / M. Kent Thomas, CPA / Adrienne S. Schlenker, CPA / Clemens W. Mueller, CPA

40 York Road / Baltimore, Maryland 21204-0204 / 410-828-CPAS / FAX 410-828-0512 / www.kawgf.com
2000 L Street, N.W. / Suite 200 / Washington, D.C. 20036 / 202-289-3700 / FAX 202-833-3843
26 South Main Street / Bel Air, Maryland 21014 / 410-838-6717 / FAX 410-893-2578
1103 Princess Anne Street / Fredericksburg, Virginia 22401 / 540-371-8454
9891 Broken Land Parkway / Suite 300 / Columbia, Maryland 21046-1145 / 410-290-3260 / FAX 410-381-3479

Members of American Institute of Certified Public Accountants / Private Companies Practice Section / Maryland Association of Certified Public Accountants / D.C. Institute of CPA's

## MONTGOMERY ROAD I LIMITED PARTNERSHIP
### (90 K STREET ONLY)
### SPECIAL PURPOSE STATEMENTS OF ASSETS & LIABILITIES
### DECEMBER 31, 1999 AND 1998

|  | 1999 | 1998 |
|---|---|---|
| **ASSETS** | | |
| LAND | $7,357,583 | $7,357,583 |
| PROJECT COSTS | 282,610 | 262,541 |
| TOTAL ASSETS | $7,640,193 | $7,620,124 |
| | | |
| **LIABILITIES** | | |
| FIRST MORTGAGE NOTE PAYABLE | $2,000,000 | $2,000,000 |
| SECURITY DEPOSIT | 27,083 | 27,083 |
| ACCOUNTS PAYABLE | 71,774 | 60 |
| ACCRUED REAL ESTATE TAXES | 60,150 | 63,084 |
| TOTAL LIABILITIES | $2,159,007 | $2,090,227 |
| | | |
| PARTNERS' CAPITAL (DEFICIT) | 5,481,186 | 5,529,897 |
| | | |
| TOTAL LIABILITIES AND PARTNERS' CAPITAL | $7,640,193 | $7,620,124 |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 2 -

11/07/2006 11:15 FAX 2023643664          COOTER, MANGOLD, TOMPERT                    ☑008

SEP 26 '00  10:27AM                                                                  P.7/15

## MONTGOMERY ROAD I LIMITED PARTNERSHIP
### (90 K STREET ONLY)
### SPECIAL PURPOSE STATEMENTS OF INCOME AND PARTNERS' CAPITAL
### FOR THE YEAR ENDED DECEMBER 31, 1999
### AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 1998

|  | 1999 | DEC 87 TO DEC 98 | TOTAL |
|---|---|---|---|
| RENTAL INCOME | $466,250 | $3,305,404 | $3,771,654 |
| RENTAL EXPENSES | (4,049) | (50,501) | (54,550) |
| NET RENTAL INCOME | $462,201 | $3,254,903 | $3,717,104 |
| GAIN FROM LOAN DISCOUNT | 0 | 1,024,571 | 1,024,571 |
| TOTAL INCOME | $462,201 | $4,279,474 | $4,741,675 |
| EXPENSES |  |  |  |
| INTEREST EXPENSE | $193,111 | $10,175,554 | $10,367,665 |
| REAL ESTATE TAXES | 249,401 | 2,531,131 | 2,780,532 |
| PROFESSIONAL FEES | 1,220 | 3,762 | 4,982 |
| BID COSTS EXPENSED | 128,277 | 93,346 | 213,623 |
| AMORTIZATION OF MORTGAGE COSTS | 0 | 694,485 | 694,485 |
| TOTAL EXPENSES | $563,009 | $13,498,278 | $14,061,287 |
| NET INCOME (LOSS) | ($100,808) | ($9,218,804) | ($9,319,612) |
| BEGINNING CAPITAL BALANCE | 5,529,897 | 0 | 0 |
| REDUCTION OF LAND COST FOR EQUITY IN LAND EXCHANGED | 0 | (3,708,470) | (3,708,470) |
| CAPITAL CONTRIBUTED | 52,097 | 18,457,171 | 18,509,268 |
| ENDING CAPITAL BALANCE | $5,481,186 | $5,529,897 | $5,481,186 |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 3 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1999
AND FOR THE PERIOD FROM DECEMBER 9, 1997 TO DECEMBER 31, 1998

|  | 1999 | DEC 97 TO DEC 98 | TOTAL |
|---|---|---|---|
| NET INCOME (LOSS) | ($100,808) | ($9,218,804) | ($9,319,612) |
| ADD: AMORTIZATION OF MORTGAGE COSTS | 0 |  |  |
| BID COSTS PAID IN 1997 | 3,687 | 694,485 | 694,485 |
| LESS: GAIN FROM LOAN DISCOUNT | 0 | 0 | 3,687 |
|  |  | (1,024,571) | (1,024,571) |
| CASH USED IN OPERATIONS | ($97,121) | ($9,548,890) | ($9,646,011) |
| CAPITAL CONTRIBUTED | 52,097 | 18,457,171 | 18,509,268 |
| MORTGAGE PROCEEDS (REDUCTION) | 0 | 3,027,139 | 3,027,139 |
| PURCHASE OF THE PROPERTY | 0 | (11,066,053) | (11,066,053) |
| PROJECT COSTS INCURRED | (23,756) | (262,541) | (286,297) |
| MORTGAGE COSTS INCURRED | 0 | (697,053) | (697,053) |
| INCREASE (DECREASE) IN: |  |  |  |
| SECURITY DEPOSIT | 0 | 27,083 | 27,083 |
| ACCOUNTS PAYABLE | 71,714 | 60 | 71,774 |
| ACCRUED REAL ESTATE TAXES | (2,934) | 63,004 | 60,150 |
| NET CASH FLOW | $0 | $0 | $0 |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 4 -

11/07/2006 11:16 FAX 2023643664  COOTER, MANGOLD, TOMPERT  @010

SEP 26 '00 10:28AM

P.9/15

## MONTGOMERY ROAD I LIMITED PARTNERSHIP
### (90 K STREET ONLY)
### SCHEDULE OF INVESTMENT IN PROPERTY
### FROM DECEMBER 9, 1987 TO DECEMBER 31, 1999

**DEVELOPER'S INVESTED EQUITY:**

| | | |
|---|---|---|
| PURCHASE PRICE OF LAND | 12-09-87 | $10,300,000 |
| COMMISSION | 12-09-87 | 300,000 |
| TRANSFER TAXES | 12-09-87 | 206,000 |
| MORTGAGE BROKER | 12-09-87 | 200,000 |
| OTHER SETTLEMENT COSTS | 12-09-87 | 60,053 |

| | | |
|---|---|---|
| TOTAL COST OF PROPERTY | | $11,066,053 |
| REDUCE COST FOR LOAN DISCOUNT | 4-19-96 | (1,027,139) |
| MORTGAGE COSTS INCURRED | THROUGH 12-31-99 | 697,053 |
| PROJECT COSTS INCURRED | THROUGH 12-31-99 | 282,610 |

| | | |
|---|---|---|
| TOTAL COSTS | | $11,018,577 |
| LESS: FIRST MORTGAGE NOTE PAYABLE | 12-31-99 | (2,000,000) |
| SECURITY DEPOSIT | 12-31-99 | (27,083) |
| OTHER PAYABLES | 12-31-99 | (71,774) |

NET DEVELOPER'S INVESTED EQUITY                    $8,919,720

**DEVELOPER'S OPERATING EQUITY:**

| | | |
|---|---|---|
| NET RENTAL INCOME | THROUGH 12-31-99 | ($3,717,104) |
| INTEREST EXPENSE | THROUGH 12-31-99 | 10,367,665 |
| REAL ESTATE TAX EXPENSE | THROUGH 12-31-99 | 2,780,532 |
| PROFESSIONAL FEES EXPENSE | THROUGH 12-31-99 | 4,983 |
| BID COSTS EXPENSED | THROUGH 12-31-99 | 213,623 |
| LESS: ACCRUED REAL ESTATE TAXES | 12-31-99 | (60,150) |

NET DEVELOPER'S OPERATING EQUITY                   $9,589,548

TOTAL OF DEVELOPER'S INVESTED
   EQUITY AND OPERATING EQUITY                     $18,509,268

DEVELOPER'S EQUITY RETURN (SEE SCHEDULE)            8,775,927

TOTAL OF DEVELOPER'S INVESTED EQUITY,
   OPERATING EQUITY, AND EQUITY RETURN            $27,285,195

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS

- 5 -

11/07/2006 11:16 FAX 2023643664          COOTER,MANGOLD,TOMPERT                    @011

SEP 26 '00 10:28AM                                                          P.10/15

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(20 K STREET ONLY)
SCHEDULE OF OPERATIONS CASH FLOW
FOR THE YEAR ENDED DECEMBER 31, 1999

| | | |
|---|---:|---:|
| NET RENTAL INCOME | | $462,201 |
| EXPENSES | | |
|   INTEREST EXPENSE | $192,111 | |
|   REAL ESTATE TAXES | 249,401 | |
|   PROFESSIONAL FEES | 1,220 | |
|   BID COSTS EXPENSED | 120,277 | |
|   TOTAL EXPENSES | | 563,009 |
|   NET (LOSS) | | ($100,808) |
| ADJUST TO CASH BASIS: | | |
|   BID COSTS PAID IN PRIOR YEAR | | 3,687 |
|   ACCRUED REAL ESTATE TAXES - END OF YEAR | | 60,150 |
|   ACCRUED REAL ESTATE TAXES - BEGINNING OF YEAR | | (63,084) |
| OPERATIONS CASH FLOW (DEFICIT) BEFORE EXCLUSION FROM GROSS REVENUE | | ($100,055) |
| EXCLUSION FOR NET RENTAL INCOME PRIOR TO OCCUPANCY OF THE FIRST TENANT IN THE IMPROVEMENTS | | (462,201) |
| OPERATIONS CASH FLOW (DEFICIT) | | ($562,256) |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 6 -

## MONTGOMERY ROAD I LIMITED PARTNERSHIP
### (90 K STREET ONLY)
### SCHEDULE OF PROJECT COSTS
### DECEMBER 31, 1999

BALANCE AT DECEMBER 31, 1998                                    $262,541

| | | | |
|---|---|---|---:|
| WILKES, ARTIS | LEGAL | 09-Jun-99 | 155 |
| WILKES, ARTIS | LEGAL | 29-Jul-99 | 155 |
| WILKES, ARTIS | LEGAL | 10-Aug-99 | 2,798 |
| WILKES, ARTIS | LEGAL | 14-Sep-99 | 1,164 |
| WILKES, ARTIS | LEGAL | 12-Oct-99 | 4,240 |
| WILKES, ARTIS | LEGAL | 15-Nov-99 | 3,560 |
| GREENEBAUM & ROSE ASSOC | MGMT FEES | 13-Dec-99 | 6,000 |
| CHICAGO TITLE | TITLE UPDATE | 30-Dec-99 | 240 |
| COMMERCIAL SETTLEMENTS | TITLE OPINION | 30-Dec-99 | 125 |
| WILKES, ARTIS | LEGAL | 30-Dec-99 | 4,775 |
| WILKES, ARTIS | LEGAL | 31-Dec-99 | 1,544 |

EXPENSE PRIOR YEAR BID COSTS:

| | | | |
|---|---|---|---:|
| ARTER & HADDEN | LEGAL | 13-May-97 | (2,160) |
| WILKES, ARTIS | LEGAL | 16-May-97 | (350) |
| WILKES, ARTIS | LEGAL | 17-Jun-97 | (280) |
| WILKES, ARTIS | LEGAL | 18-Sep-97 | (210) |
| ARTER & HADDEN | LEGAL | 19-Sep-97 | (687) |

                                                                $282,610

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 7 -

11/07/2006 11:16 FAX 2023643664          COOTER,MANGOLD,TOMPERT                     @013
          SEP 26 '00  10:28AM                                                    P.12/15

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF DEVELOPER'S EQUITY RETURN
FROM DECEMBER 9, 1987 TO DECEMBER 31, 1999

| ACTIVITY | BALANCE | DATE | RATE | DAYS | INTEREST |
|---|---|---|---|---|---|
| BALANCE AT DECEMBER 31, 1998 | $18,457,271 | 31-Dec-98 | | | $7,303,723 |
| (37,300) | 18,419,871 | 11-Jan-99 | 7.75% | 11 | 43,109 |
| 15,931 | 18,435,802 | 31-Jan-99 | 7.75% | 20 | 78,221 |
| (37,300) | 18,398,502 | 02-Feb-99 | 7.75% | 2 | 7,823 |
| 60 | 18,398,562 | 15-Feb-99 | 7.75% | 13 | 50,785 |
| 14,369 | 18,412,950 | 28-Feb-99 | 7.75% | 13 | 50,785 |
| (39,165) | 18,373,785 | 03-Mar-99 | 7.75% | 3 | 11,729 |
| 126,167 | 18,499,953 | 09-Mar-99 | 7.75% | 6 | 23,408 |
| 15,931 | 18,515,883 | 31-Mar-99 | 7.75% | 22 | 86,418 |
| (39,165) | 18,476,718 | 07-Apr-99 | 7.75% | 7 | 27,520 |
| 15,417 | 18,492,135 | 30-Apr-99 | 7.75% | 23 | 90,232 |
| 4,049 | 18,496,184 | 06-May-99 | 7.75% | 6 | 23,558 |
| (39,165) | 18,457,019 | 07-May-99 | 7.75% | 1 | 3,927 |
| 15,931 | 18,472,950 | 31-May-99 | 7.75% | 24 | 94,055 |
| (39,165) | 18,433,785 | 07-Jun-99 | 7.75% | 7 | 27,456 |
| 155 | 18,433,940 | 09-Jun-99 | 7.75% | 2 | 7,828 |
| 15,417 | 18,449,356 | 30-Jun-99 | 7.75% | 21 | 82,155 |
| (39,165) | 18,410,191 | 09-Jul-99 | 7.75% | 9 | 35,256 |
| 1,744 | 18,411,935 | 29-Jul-99 | 7.75% | 20 | 78,100 |
| 15,931 | 18,427,866 | 31-Jul-99 | 7.75% | 2 | 7,819 |
| (39,165) | 18,388,701 | 04-Aug-99 | 8.00% | 4 | 16,156 |
| 1,798 | 18,390,498 | 10-Aug-99 | 8.00% | 6 | 24,182 |
| 126,167 | 18,516,666 | 24-Aug-99 | 8.00% | 14 | 56,431 |
| 16,458 | 18,533,124 | 31-Aug-99 | 8.25% | 7 | 29,297 |
| (39,165) | 18,493,959 | 08-Sep-99 | 8.25% | 8 | 33,512 |
| 4,262 | 18,498,221 | 14-Sep-99 | 8.25% | 6 | 25,081 |
| 16,250 | 18,514,471 | 30-Sep-99 | 8.25% | 16 | 66,898 |
| (26,095) | 18,488,376 | 12-Oct-99 | 8.25% | 12 | 50,217 |
| 3,595 | 18,491,970 | 28-Oct-99 | 8.25% | 16 | 66,062 |
| 16,792 | 18,508,762 | 31-Oct-99 | 8.25% | 3 | 12,539 |
| (39,624) | 18,469,138 | 03-Nov-99 | 8.25% | 3 | 12,550 |
| 25,000 | 18,494,138 | 04-Nov-99 | 8.25% | 1 | 4,175 |
| 4,568 | 18,498,707 | 15-Nov-99 | 8.25% | 11 | 45,982 |
|  | 18,498,707 | 16-Nov-99 | 8.25% | 1 | 4,181 |
| 4,300 | 18,503,007 | 23-Nov-99 | 8.50% | 7 | 30,155 |
| 16,444 | 18,519,451 | 30-Nov-99 | 8.50% | 7 | 30,162 |
| (39,165) | 18,480,286 | 06-Dec-99 | 8.50% | 8 | 34,502 |
| 6,000 | 18,486,286 | 13-Dec-99 | 8.50% | 5 | 21,518 |
| 619 | 18,486,905 | 28-Dec-99 | 8.50% | 15 | 64,575 |
| 5,140 | 18,492,045 | 30-Dec-99 | 8.50% | 2 | 8,610 |
| 17,222 | 18,509,268 | 31-Dec-99 | 8.50% | 1 | 4,304 |
| | | | | | $8,775,927 |

INTEREST IS BASED ON MERCANTILE BANK PRIME, USING A 365/365 YEAR

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 8 -

11/07/2006 11:16 FAX 2023643664    COOTER,MANGOLD,TOMPERT                    ☒014

SEP 26 '00  10:29AM                                                     P.13/15

**MONTGOMERY ROAD I LIMITED PARTNERSHIP**
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 1999 and 1998

1. **PURPOSE AND BASIS OF PRESENTATION**

   In addition to the 90 K Street property located in Washington, D.C., the partnership has additional assets and liabilities. The purpose of these statements is to present the assets, liabilities, income, partners' capital and cash flow for the 90 K Street property only. In addition, the Schedules of Investment in Property, Operations Cash Flow, Project Costs, and Developer's Equity Return are presented to provide specific information required under the Cash Participation Agreement discussed in Note 6 below.

2. **PURCHASE OF PROPERTY**

   On December 9, 1987 the partnership purchased unimproved real estate known as 90 K Street located in Washington, D.C. The purchase price was $10,300,000, plus settlement costs of $766,053 totaling $11,066,053.

   The property was acquired in exchange for a parcel of land owned by the partnership in Howard County, Maryland. As a result of this exchange, the cost of the land carried on the partnership's books was reduced by $3,708,470, representing the excess value received over the basis of the property at the time of the exchange. Therefore, the net cost of the land on the partnership's books is $7,357,583.

3. **FINANCING**

   On December 9, 1987 the property was financed by a first mortgage loan. The original principal amount was $10,300,000, with interest only paid monthly at 1.5% over the prime rate. During 1993 there was a principal payment of $3,661, during 1996 there was a loan discount allowed of $1,027,139, and during 1997 there was a loan reduction of $7,270,000 leaving a balance of $2,000,000. The loan matures on December 9, 2001.

   On April 19, 1996 S&S Finance Limited Partnership (S&S), a related entity, purchased the first mortgage loan at a discount. The amount paid was $9,270,000. There were no changes to the terms of the loan except to reduce the principal balance to the amount paid by S&S and to extend the loan for two years without requiring any additional principal payments. The loan has subsequently been extended for an additional 3 years to December 9, 2001.

   As of January 1, 1997 principal of $7,270,000 was considered as effectively paid by increasing capital and reducing debt. Total interest incurred on the loan to S&S was $203,570 in 1997. Included in the 1998 cumulative interest expense amount is $201,956, which was considered as effectively paid by increasing capital and increasing interest expense.

   The following provisions were added as part of the extension granted on December 9, 1996:

   a) Additional property collateral was added located at New York and Florida Avenues in Washington, D.C.

   b) If the additional property collateral is sold, 50% of the balance due on the first mortgage must be repaid as of the date of sale. As of the date of this report, the additional property collateral has not been sold.

   c) At the end of the extension period that ended on December 9, 1996, there was an option to extend the loan for an additional two years to December 9, 1998. No loan fee was required, however, 10% of the then outstanding principal balance was to be paid in order to extend the loan. As discussed above, this principal payment was waived by S&S.

SEE ACCOUNTANTS' COMPILATION REPORT
-5-

**MONTGOMERY ROAD I LIMITED PARTNERSHIP**
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 1999 and 1998

The loan is personally guaranteed by Mr. Stewart J. Greenebaum, member of SJG Holdings, LLC, limited partner of the partnership. The loan is also personally guaranteed by Mr. Samuel G. Rose, limited partner of the partnership.

The loan is secured by First and Second Lien Deeds of Trust on the property and all future improvements; a security interest in all fixtures, improvements and receivables from operations; assignment of all leases; and assignment of the limited partners' interests in the partnership.

The loan is also secured by a First Lien Deed of Trust on another property located at New York and Florida Avenues in Washington, D.C. This property is owned primarily by other entities, which are owned by the same partners as this partnership.

4. **MORTGAGE COSTS**

Since the purchase of the property, loan origination fees, loan extension fees, and other financing costs of $694,485 have been incurred. These costs have been fully amortized over the initial life of the loans and the applicable extension periods.

As part of the loan purchase in 1996, financing costs of $2,568 were paid. These costs were netted against the loan discount allowed of $1,027,139, for a net gain of $1,024,571.

5. **RENTAL INCOME**

Since the property was purchased the land has been utilized as a parking lot. Currently, the land is being rented to Peter Pan Bus Lines, Inc. The lease expires March 31, 2001. Rental payments began at $27,083 per month with annual increases. The monthly rental payment as of December 31, 1999 was $39,185.

6. **CASH PARTICIPATION AGREEMENT**

In accordance with the terms of the purchase agreement for the property, the partnership entered into a Cash Participation Agreement with the Seller, Transportation Leasing Co., (TLC). Under the terms of the agreement, TLC shares in the operations cash flow of the property, as defined in the agreement. TLC also participates in proceeds of sale, refinancing, and other payments received in excess of the developer's (partnership's) equity and approved deductions specified in the agreement.

The participation by TLC is subordinated to the debt discussed in Note 3 above.

Under Section 2.2(d) of the agreement, revenue received prior to the occupancy by the first tenant in the "Improvements" (defined as "all buildings, structures and other improvements that are hereafter constructed, installed or placed upon the Real Property") is excluded from the calculation of operations cash flow. As a result, net rental income is excluded from the calculation on the schedule of operations cash flow.

SEE ACCOUNTANTS' COMPILATION REPORT
-10-

11/07/2006 11:18 FAX 2023643664    COOTER,MANGOLD,TOMPERT    @016

SEP 26 '00 10:30AM                                    P.15/15

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 1999 and 1998

As described in Note 3, principal on the loan to SIS Finance of $7,270,000 was considered as effectively paid by increasing capital, and, similarly, interest of $201,096 incurred on the loan to SIS Finance was considered as effectively paid by increasing capital. Since the partnership has considered these amounts as capital contributions, they are reflected as increases in developer's invested equity and developer's operating equity on the schedule of investment in property.

7. PROPOSALS IN PROCESS

During 1994 through 1999 the partnership incurred costs to submit proposals to Government agencies for construction of a building on the property. The bid costs associated with these proposals were expensed in 1995 through 1999, as they were not successful. Additional costs for one proposal pending were incurred and recorded in 2000 and, if still open, will be included in project costs at December 31, 2000. In addition, Greenebaum & Rose Associates, Inc. is due a management fee for the time incurred to prepare these proposals and to negotiate the final contract and lease. If the pending proposal is successful, the fee will be 1% of the total proposed cost. If the pending proposal is not successful, the fee will be based on the actual time incurred for all proposals.

8. ESTIMATES

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Actual results could differ from those estimates.

SEE ACCOUNTANTS' COMPILATION REPORT
-11-