**EXHIBIT 23**

## RECORD OF TELEPHONE CONVERSATION

NOTES:

Person called _____
Phone no. ___ EVE FIORUCCI
Firm name ___ JUN 1 0 2002

Caller ___ Sam Rose
Phone no. ___ 202 686 3000
Firm name ___

re: VVI / Washington DC
90 K Street

Date: _____  Time: _____

Sam wants to buy VVI out of new Cash Participation Agreement. Offered $50,000. Believes his acctg methods were correct, would pay for VVI to have an outside firm's look at accounting (I don't ~~recommend~~ recommend this)

Advised Sam that Kim, Susan and I will have to get together to review this again & determine if we want to have an outside accountant look at it, if we want to sell our interest, or simply retain it. Sam wants to resolve the accounting issue right now. Trying to get things in order for estate planning purposes.

FILE: _____
DEP. E. FIORUCCI (11/7/06)
EXH. # 15
COPY: _____
VD-000966

INITIALS: _____