**EXHIBIT 27**

APPRAISAL OF REAL PROPERTY

**Development Site**
90 K Street, NE
Washington, D.C. 20002

IN A SELF-CONTAINED APPRAISAL REPORT

As of June 24, 2006

Prepared For:

**Viad Corp**
Viad Tower, 1850 N. Central Avenue, Suite 850
Phoenix, Az 85004

Prepared By:

**Cushman & Wakefield of Washington, D.C., Inc.**
Valuation Services, Capital Markets Group
1801 K Street NW, Suite 1100-L
Washington, D.C. 20006

C&W File ID:  06-26001-9427

VALUATION SERVICES



**Cushman & Wakefield of Washington, D.C., Inc.**
1801 K Street NW, Suite 1100-L
Washington, D.C. 20006
(202) 739-0869 Tel
(202) 223-8963 fax
steve.halbert@cushwake.com

July 11, 2006

Mr. Scott Sayre
Vice President & General Counsel
**Viad Corp**
Viad Tower, 1850 N. Central Avenue, Suite 850
Phoenix, Az 85004

Re:    Appraisal of Real Property
       In a Self-Contained Report

       **Development Site**
       90 K Street, NE
       Washington, D.C. 20002

       C&W File ID:  06-26001-9427

Dear Mr. Sayre:

In fulfillment of our agreement as outlined in the Letter of Engagement, we are pleased to transmit our appraisal presented in a self-contained report on the property referenced above. The date of the report is July 11, 2006. The effective date of the As Is value is June 24, 2006.

The value opinion reported herein is qualified by certain assumptions, limiting conditions, certifications, and definitions, which are set forth in the report. We particularly call your attention to the extraordinary assumptions and hypothetical conditions listed after our value estimate.

The intended use of the appraisal and report is for internal decision making related to a retained cash participation. This report may not be distributed to or relied upon by any other persons or entities without the written permission of Cushman & Wakefield of Washington, D.C., Inc.

This report was prepared for Viad Corp and is intended only for their specified use. It may not be distributed to or relied upon by any other persons or entities without the written permission of Cushman & Wakefield of Washington, D.C., Inc.

This appraisal report has been prepared in accordance with our interpretation of Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) and the Uniform Standards of Professional Appraisal Practice (USPAP), including the Competency Provision.

**Market Value As Is**

Based on our appraisal as defined by the *USPAP*, we have developed an opinion that the Market Value As Is of the Fee Simple estate of the referenced property, subject to the

Cushman & Wakefield of Washington D.C., Inc.

Mr. Scott Sayre
Viad Corp
July 11, 2006
Page 2

assumptions and limiting conditions, certifications, extraordinary and hypothetical conditions, if any, and definitions, on June 24, 2006 was:

## SIXTY-FOUR MILLION EIGHT HUNDRED THOUSAND DOLLARS

### $64,800,000

**Extraordinary Assumptions**

An extraordinary assumption is defined by the *USPAP* (2005 Edition, The Appraisal Foundation, page 3) as "an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."

This appraisal employs no extraordinary assumptions.

**Hypothetical Conditions:**

A hypothetical condition is defined by the *USPAP* (2005 Edition, The Appraisal Foundation, page 3) as "that which is contrary to what exists but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."

This appraisal employs no hypothetical conditions.

This letter is invalid as an opinion of value if detached from the report, which contains the text, exhibits, and Addenda.

Respectfully submitted,

**CUSHMAN & WAKEFIELD OF WASHINGTON, D.C., INC.**

Steven M. Halbert, J.D., MAI, MRICS
Senior Director
District of Columbia Certified General
Appraiser
License No. GA 10262
Steve.Halbert@cushwake.com
(202) 739-0869 Office Direct
(202) 223-8963 Fax

## Scope of Work

This appraisal is presented in a self-contained report, intended to comply with the reporting requirements set forth under the *USPAP* for a Self-Contained Appraisal Report. In addition, the report was also prepared to conform to the requirements of the Code of Professional Ethics of the Appraisal Institute.

In preparation of this appraisal, we investigated numerous land sales in the subject's market, and considered the input of buyers, sellers, brokers, property developers and public officials. Additionally, we investigated the general regional economy as well as the specifics of the local area of the subject.

The scope of this appraisal required collecting primary and secondary data relative to the subject property. The depth of the analysis is intended to be appropriate in relation to the significance of the appraisal issues as presented herein. The data have been analyzed and confirmed with sources believed to be reliable, in the normal course of business, leading to the value conclusions set forth in this report. In the context of completing this report, we made a physical inspection of the subject property. The valuation process involved utilizing generally accepted market-derived methods and procedures considered appropriate to the assignment.

This appraisal employs only the Sales Comparison Approach. Based on our analysis and knowledge of the subject property type and relevant investor profiles, it is our opinion that this approach would be considered necessary and applicable for market participants.

## Intended Use and Users of the Appraisal

<u>Intended Use</u>

This appraisal is intended to provide an opinion of the As Is Market Value of the Fee Simple interest for Internal decision making related to a retained cash participation. All other uses are unintended, unless specifically stated in the letter of transmittal.

<u>Intended User</u>

This report was prepared for Viad Corp and is intended only for their specified use. It may not be distributed to or relied upon by any other persons or entities without the written permission of Cushman & Wakefield of Washington, D.C., Inc.

This appraisal report has been prepared in accordance with our interpretation of Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) and the Uniform Standards of Professional Appraisal Practice (USPAP), including the Competency Provision.



# EXECUTIVE SUMMARY

The following is an executive summary of the information that we present in more detail within the report.

## BASIC INFORMATION

| | | | |
|---|---|---|---|
| Common Property Name: | Development Site | CW File Reference: | 06-26001-9427 |
| Address: | 90 K Street, NE | Appraisal Type: | Self-Contained |
| City: | Washington | | |
| State: | D.C. | Value Interest Appraised: | Fee Simple |
| Zip Code: | 20002 | Date of Value: | 6/24/06 |
| County: | Washington | Date of Inspection: | 6/24/06 |
| Property Ownership Entity: | Montgomery Road I LP | Date of Transmittal Letter: | 7/11/06 |
| | Greenebaum 7 Rose | | |
| | Associates | | |

## SITE INFORMATION

| | | | |
|---|---|---|---|
| Land Area Gross SF: | 103,878 | Site Utility: | Very good |
| Land Area Acres: | 2.38 | Site Topography: | Level at street grade |
| Is there additional Excess Land? | No | Site Shape: | Rectangular |
| Excess Land Area SF: | 0 | Frontage: | Good |
| Excess Land Area Acres: | 0.00 | Access: | Good |
| Total Land Area SF: | 103,878 | Visibility: | Good |
| Total Land Area Acres: | 2.38 | Location Rating: | good |
| Flood Zone: | C | Number of Parking Spaces: | N/A |
| Flood Map Number: | 110001 0020B | Parking Ratio (per 1,000 sf): | N/A |
| Flood Map Date: | 11/15/85 | Parking Type: | Surface |

## MUNICIPAL INFORMATION

| | | | |
|---|---|---|---|
| Assessor's Parcel Number: | Square 674 Lot 432 | Subject's assessment is: | Below market levels |
| Assessing Authority: | District of Columbia | Municipality Governing Zoning: | District of Columbia |
| Current Tax Year: | 2007 | Current Zoning: | C-3-C |
| Land Taxable Assessment As Is: | $27,068,170 | is current use permitted: | Yes |
| Current Tax Liability: | $500,761 | Current Use Conformance: | Conforming Use |
| Taxes per square foot: | $0.42 | Zoning Change Applied For: | No |
| Are taxes current? | Taxes are current | Zoning Variance Applied For: | Not applicable |
| Is a grievance underway? | Not to our knowledge | | |

## HIGHEST & BEST USE

| | |
|---|---|
| As Vacant: | As Improved: |
| Office development as and when dictated by market conditions | N/A |

| | AS IS |
|---|---|
| **LAND VALUATION** | |
| **Land Value** | |
| Indicated Value: | $64,800,000 |

| EXPOSURE AND MARKETING TIME | |
|---|---|
| Exposure Time: | 6 Months |
| Marketing Time: | 6 Months |

## Extraordinary Assumptions and Hypothetical Conditions

### Extraordinary Assumptions

An extraordinary assumption is defined by the *USPAP* (2005 Edition, The Appraisal Foundation, page 3) as "an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."

VALUATION SERVICES

CUSHMAN & WAKEFIELD.

**EXECUTIVE SUMMARY**

This appraisal employs no extraordinary assumptions.

<u>Hypothetical Conditions</u>

A hypothetical condition is defined by the *USPAP* (2005 Edition, The Appraisal Foundation, page 3) as "that which is contrary to what exists but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."

This appraisal employs no hypothetical conditions.

CUSHMAN &
WAKEFIELD.

**SUBJECT PHOTOGRAPHS**



MSN Aerial View of the Subject



Google Aerial View of the Subject

VALUATION SERVICES

CUSHMAN & WAKEFIELD.

**SUBJECT PHOTOGRAPHS**



Aerial from Government Website

CUSHMAN & WAKEFIELD.

## TABLE OF CONTENTS

SCOPE OF WORK ............................................................................... 1

INTRODUCTION ................................................................................ 1

REGIONAL MAP ................................................................................ 2

WASHINGTON DC REGIONAL ANALYSIS .................................................. 3

LOCAL AREA MAP ........................................................................... 10

LOCAL AREA ANALYSIS ..................................................................... 11

WASHINGTON, D.C. OFFICE MARKET ANALYSIS ......................................... 15

SITE DESCRIPTION .......................................................................... 24

REAL PROPERTY TAXES AND ASSESSMENTS ............................................ 26

ZONING ...................................................................................... 27

HIGHEST AND BEST USE .................................................................... 28

VALUATION PROCESS ....................................................................... 30

LAND VALUATION ........................................................................... 32

RECONCILIATION AND FINAL VALUE OPINION ........................................... 38

ASSUMPTIONS AND LIMITING CONDITIONS .............................................. 39

CERTIFICATION OF APPRAISAL ............................................................ 42

GLOSSARY OF TERMS & DEFINITIONS .................................................... 43

ADDENDA .................................................................................... 46

# INTRODUCTION

**Identification of Property**

| | |
|---|---|
| Common Property Name: | Development Site |
| Location: | 90 K Street, NE<br>Washington, D.C. 20002 |
| Assessor's Parcel Number: | Square 674 Lot 432 |
| Legal Description: | The subject can be precisely identified by the above Assessor's Parcel Numbers. |

**Property Ownership and Recent History**

| | |
|---|---|
| Current Ownership: | Montgomery Road I LP Greenebaum 7 Rose Associates |
| Sale History: | The subject has not sold during the prior 3 years. |
| Current Disposition: | It is our understanding that the subject is not being marketed for sale, although development offers are being accepted. |

**Dates of Inspection and Valuation**

| | |
|---|---|
| Date of Inspection: | June 24, 2006 |
| Date of Valuation: | June 24, 2006 |
| Property inspection was performed by: | Steven M. Halbert, J.D., MAI, MRICS |

**Exposure Time and Marketing Time**

| | |
|---|---|
| Exposure Time: | Approximately six (6) months |
| Marketing Time: | Approximately six (6) months |



**REGIONAL MAP**



**CUSHMAN & WAKEFIELD.**

## WASHINGTON DC REGIONAL ANALYSIS

**Market Outlook**

The Washington DC metro area was one of the fastest growing metro areas in 2005 and is expected to continue to grow at above average rates compared to the top 100 metropolitan areas (Top 100).

- Growth in the economy is expected to be broad based. Outside of manufacturing, all sectors of employment are forecast to show year-over-year gains through 2010.

- Federal IT outsourcing will boost the tech sectors, increasingly important drivers of the local economy in addition to the traditional sectors, legal and government.

- In spite of signs of some cooling in the residential market, overall conditions in Washington's real estate market are among the strongest in the nation. Washington's overall vacancy rate was the lowest of the nation's large CBDs in 2005 and demand for commercial real estate in the area is expected to continue to be very robust.

- Solid population growth, combined with a highly skilled workforce, support the area's continued positive long- term outlook.

**Market Definition**

Centrally located along the nation's mid-Atlantic coast – equidistant between Norfolk, Virginia and New York City – and bisected by the Potomac River is the Washington-Arlington-Alexandria Metropolitan Statistical Area (MSA). The core of this area is the nation's capital, the District of Columbia (the District), which is located along the Potomac, and totals 68.2 square miles. In addition to the District, the area is encompasses 21 counties and independent cities located in three states – Maryland, Virginia, and West Virginia – and covers a total of 5,627 square miles.

### WASHINGTON-ARLINGTON-ALEXANDRIA METROPOLITAN STATISTICAL AREA (WASHINGTON, DC MSA)



*Source: Cushman & Wakefield Analytics*

**Current Trends**

Washington's economy has been growing rapidly since 2003 unlike many of the Top 100 MSAs, where strong growth only began to occur in late 2004. Overall employment grew by 2.6 percent



## WASHINGTON DC REGIONAL ANALYSIS

in 2005, twice the rate of the Top 100 and the third consecutive year of growth in excess of two percent. All sectors of the economy experienced positive job gains with the exception of the information sector, which contracted by 0.7 percent in 2005.

The professional and business services, leisure and hospitality, and construction sectors grew in the 4 to 5 percent range. Professional and business services, the largest sector of the economy, have averaged an impressive 4.3 percent annual growth rate since 2003. Growth in this sector, though moderating, is still expected to maintain a very healthy annual clip, in the 2.5 to 3 percent range through 2010.

Fueled by the strength in the local economy, Washington's real estate market is booming with an overall office vacancy below seven percent. Real estate investment sales in the Washington metro area totaled almost $18 billion in 2005, third behind only New York and Los Angeles but ahead of other top markets such as Chicago and Boston. Demand for data centers is particularly strong as evidenced by recent purchases by MCI and the U.S. General Services Administration.

In spite of overall federal budget cutbacks, the local high tech sectors stand to benefit from the increased outsourcing of Federal IT expenditures which are projected to grow by 8 percent per year over the next five years.

### Economics

Washington's Gross Metro Product (GMP) growth has kept pace with the fastest growing metro areas. While growth in other Top 100 metro areas contracted sharply in 2001 through 2003, Washington's growth remained on a solid track.

- From 1995 to 2005, Washington's GMP grew at an average annual rate of 4.3 percent, compared to the Top 100's annualized average of 4.0 percent.

- Through 2010, Washington's forecasted annual GMP growth of 3.2 percent is expected to continue to exceed the Top 100's projected 3.0 percent rate.

**REAL GROSS PRODUCT GROWTH BY YEAR**
**Washington DC MSA vs. Top 100\***



Source: Economy.com, Cushman & Wakefield Analytics

\*   *The Top 100 Metro Areas (Top 100) are the 100 largest Metropolitan Statistical Areas (MSAs) in terms of total employment as of year-end 2005.*

NOTE:   *In this Exhibit and all subsequent time-series graphs, the shaded bars indicate the periods of a U.S. economic recession.*



## WASHINGTON DC REGIONAL ANALYSIS

Employment growth in the Washington metro area, which has been outpacing the nation by almost two to one since 2001, is expected to cool off from its torrid pace but still average healthy gains.

- Total employment increased at a 2.5 percent average annual rate from 1995 though 2005, compared to 1.4 percent for the Top 100.

- Employment growth is expected to slow to 1.5 percent annually through 2010, on par with the Top 100 average.

Washington's unemployment rate of 3.5 percent in 2005 was almost 150 basis points lower than the 100's average rate of 5.0 percent.

- Washington's unemployment rate has discounted the Top 100 by an average of 140 basis points from 1995-2005.

- Washington's already low unemployment rate is expected to further decline to 3.2 percent by 2010 compared to 4.6 percent for the Top 100.

**TOTAL EMPLOYMENT GROWTH AND UNEMPLOYMENT RATE BY YEAR**
**Washington DC MSA vs. Top 100**



Source: Economy.com, Cushman & Wakefield Analytics

Given that Washington is the seat of the Federal Government, its employment is significantly more weighted in the Government and Services sectors relative to the Top 100.

- The information and professional and business services industries have expanded significantly and are becoming a major presence within the local economy.

- Industry sectors with less of a service orientation, such as Manufacturing, and Trade and Transportation, are significantly under-weighted in this economy when compared to the Top 100. Not surprisingly, an extremely large (40 percent) share of the metro area's employment is office using.

CUSHMAN & WAKEFIELD.

## WASHINGTON DC REGIONAL ANALYSIS



**EMPLOYMENT BY SECTOR**
**Washington DC MSA vs. Top 100**
**2005 Estimates**

Source: Economy.com, Cushman & Wakefield Analytics

Nineteen *Fortune 500* (2005) companies are headquartered in the greater Washington metro area, including two within the District itself - Pepco Holdings (ranked 288th) and Danaher (ranked 306th).

### Demographics

Washington has one of the best-educated and well-paid populations in the nation. Over 41 percent of the population has a four-year degree or better, compared to just 28 percent for the Top 100 and 24 percent for the U.S. overall. The median household income is more than 34 percent higher than the Top 100 and 49 percent greater than the U.S. median. In addition, 47 percent of households earn $75,000 or greater, compared to 33 percent within the Top 100 and only 28 percent for the U.S. overall.

**DEMOGRAPHIC CHARACTERISTICS**
**Washington DC MSA vs. Top 100 and U.S.**
**2005 Estimates**

| Characteristic | Washington, DC MSA | Top 100 Metro Areas | U.S. |
|---|---|---|---|
| Median Age (years) | 36.2 | 35.9 | 36.2 |
| Average Annual Household Income | $91,700 | $71,400 | $64,800 |
| Median Annual Household Income | $71,150 | $52,900 | $47,800 |
| *Households by Annual Income Level:* | | | |
| <$25,000 | 13.1% | 22.1% | 24.9% |
| $25,000 to $49,999 | 20.4% | 25.6% | 27.4% |
| $50,000 to $74,999 | 19.5% | 19.4% | 19.3% |
| $75,000 to $99,999 | 15.2% | 12.5% | 11.5% |
| $100,000 plus | 31.8% | 20.4% | 16.9% |
| *Education Breakdown:* | | | |
| < High School | 13.3% | 18.5% | 19.5% |
| High School Graduate | 21.2% | 26.0% | 28.4% |
| College < Bachelor Degree | 24.5% | 27.6% | 27.5% |
| Bachelor Degree | 22.9% | 17.8% | 15.7% |
| Advanced Degree | 18.2% | 10.2% | 8.9% |

Source: Claritas, Inc., Cushman & Wakefield Analytics



CUSHMAN & WAKEFIELD.

## WASHINGTON DC REGIONAL ANALYSIS

The Washington Metro Area's population of 5.2 million in 2005 has been growing at a faster rate than the Top 100 and the national average.

- From 1995 through 2005, Washington's population grew at an average annual rate of 1.6 percent compared to 1.2 percent rate for the Top 100.

- Washington's annual population growth through 2010, though slowing somewhat at a 1.2 percent average rate, is still expected to exceed the Top 100's 1.0 percent rate.

### POPULATION GROWTH BY YEAR
#### Washington DC MSA vs. Top 100



Source: Economy.com, Cushman & Wakefield Analytics

Of the metropolitan area's total population of 5.2 million, only 550,000, or 10.5 percent, reside within the District. Fairfax County/Fairfax City/Falls Church, with over one million residents, comprise the largest portion of northern Virginia's population, followed by Prince William County/Manassas – a distant second with a population of 397,000 as of year-end 2005. Montgomery County, with 934,000 residents, comprises the largest portion of Maryland's population within the metro area, followed closely by Prince George's County, with 850,000 residents.

The District is the only jurisdiction in the metro area that experienced a population decline over the past 10 years. Looking forward to 2010, the District's population is expected to remain flat while Loudoun County's population, which grew by an impressive annual rate of 8.0 percent from 1995 through 2005 is forecast to remain the metro area's fastest growing area through 2010, with an expected average annual rate of 5.1 percent. The laggard this time around is Arlington County whose population is expected to contract by 0.7 percent annually through 2010.

CUSHMAN & WAKEFIELD.

## WASHINGTON DC REGIONAL ANALYSIS

### ANNUALIZED POPULATION GROWTH BY COUNTY
#### Washington DC MSA
#### 1995-2010

| Population (000's) | 1995 | 2005 | 2010 Forecast | Annual Growth 95-05 | Annual Growth 05-10 |
|---|---|---|---|---|---|
| United States | 266,664 | 296,710 | 310,171 | 1.1% | 0.9% |
| Top 100 MSAs | 170,444 | 192,458 | 202,723 | 1.2% | 1.0% |
| **Washington DC MSA** | **4,438** | **5,210** | **5,516** | **1.6%** | **1.1%** |
| Fairfax/Fairfax City/Falls Church | 922 | 1,045 | 1,063 | 1.3% | 0.3% |
| Montgomery County | 815 | 934 | 980 | 1.4% | 1.0% |
| Prince George's County | 766 | 850 | 871 | 1.0% | 0.5% |
| District of Columbia | 581 | 549 | 549 | -0.5% | 0.0% |
| Prince William/Manassas/Manassas Park | 284 | 397 | 452 | 3.4% | 2.6% |
| Loudoun County | 117 | 253 | 324 | 8.0% | 5.1% |
| Frederick County | 176 | 222 | 245 | 2.4% | 1.9% |
| Arlington County | 182 | 186 | 180 | 0.2% | -0.7% |
| Other | 595 | 774 | 852 | 2.7% | 1.9% |

Source: Economy.com, Cushman & Wakefield Analytics

In 2005, Washington's median household income $71,150, was 34.5 percent higher than the Top 100 and an astounding 48.8 percent above the national median.

- Between 1995 and 2005, Washington's 3.6 percent average annual growth in median household income was higher than the Top 100's average of 3.0 percent.

- Reversing this trend, Washington's median household income growth rate is expected to slow to 2.8 percent annually through 2010, while the Top 100's projected annual growth rate is expected to increase to 3.2 percent.

The metro area's most affluent counties are primarily west and north of the District. Fairfax County is Washington's most affluent area, and is expected to remain so through the foreseeable future.

**CUSHMAN & WAKEFIELD.**

**MEDIAN HOUSEHOLD INCOME DISTRIBUTION BY ZIP CODE**
**Washington DC MSA**
**2005 Estimates**



Source: Claritas, Inc., Cushman & Wakefield Analytics

## Market Competitiveness

Washington's superior economic performance derives from its skilled and expanding labor force that have allowed for economic growth in high paying and vibrant industries.

- As the center of government, Washington can also rely on a stable employment base, which has resulted in low economic volatility.

- On the downside, an over-burdened transportation infrastructure and high cost of living could act as a drag on future growth, and the long-term outlook could be affected as the stimulus from federal government outlays recedes in order to reduce the deficit.

CUSHMAN & WAKEFIELD.

## LOCAL AREA MAP



**LOCAL AREA ANALYSIS**

**Area Definition**

- The subject site occupies the eastern 3/8 of the block bounded by North Capitol, K, 1st and L Streets, NE in the NoMA section of the Capitol Hill office submarket.

- Capitol Hill is the third largest submarket in the District, with 42 competitive office buildings totaling 10.2 million square feet (msf). This submarket functions as the seat of the federal government: the U.S. Capitol, Senate, House of Representatives, and Supreme Court are located in this submarket.

- Aside from government bodies and agencies, Capitol Hill's tenant base includes trade associations, nonprofit organizations, media firms, and lobbying firms requiring immediate accessibility to our country's lawmakers.

- This submarket is defined geographically as the area north, south and east of the United States Capitol building. It includes the areas of Union Station, Southeast/Navy Yard and North of Massachusetts Avenue (NoMA).

- Washington, D.C. is divided into four quadrants: Northwest, Northeast, Southwest, and Southeast, defined by the U.S. Capitol building which sits at the center point. The streets that radiate from the Capitol--North Capitol, East Capitol, South Capitol and the Mall--delineate the four sectors.

- Within the northwest quadrant lie the overwhelming majority of office buildings, concentrated in the East End and Central Business District (CBD) office submarkets.

- Northwest Washington includes the city's major commercial office corridors in the Central Business District, the East End, Georgetown/West End, and Uptown. Georgetown University, George Washington University, American University, Howard University Law School and the University of the District of Columbia are located here. The Mall, the National Zoo and Rock Creek Park are among the recreational amenities.

- The area also is dotted with embassies and delegations belonging to the foreign governments represented in the nation's capital. Although Northwest includes Washington's most affluent neighborhoods, it also includes lower and middle-income areas, primarily east of Rock Creek Park.

**Area Characteristics**

- This area is a nearly fully developed urban area with adequate municipal services and a mix of governmental and office uses. The predominant use in the area is office, with a strong governmental presence, cultural facilities and restaurants. Many of the available sites are actually redevelopment projects.

- All public utilities and municipal services are available to the downtown office districts.

- The immediate area surrounding the subject property has been fully developed, but is experiencing a re-development surge. Major developments include the multi-building Station Place project and new condominium development.

- Even more recently, speculative development east of Mount Vernon Square has served to define an emerging NoMA (North of Massachusetts Avenue) submarket – roughly bounded by the triangle created by Massachusetts Avenue (to the south),

---



**LOCAL AREA ANALYSIS**

New York Avenue (to the north), and the Metro/rail tracks (to the east). Speculation within this submarket has occurred primarily in the residential, office, and retail markets.

- To the north and northeast, uses transition to residential.

**NoMA in Particular**

- Bound by Massachusetts Avenue to the South, Union Station to the East, North Capitol Street to the West, and New York Avenue to the North, the NOMA Corridor is one of the last opportunities for new, large scale Class A developments within the metro DC market. Upon build out, it will encompass over 16 msf of Class A office space

- The Corridor brings unmatched flexibility, scalability, and superior telecommunications capabilities to large office users. Some of the new developments within the Corridor also provide the opportunity to satisfy strict government security standards.

- The NoMA Corridor is already home to the headquarters of CNN, XM Satellite Radio, CareFirst, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), the Securities and Exchange Commission (SEC), the Federal Energy Regulatory Commission (FERC), and the Department of Education.

- The recently completed New York Avenue Metro station of the popular Red Line provided access to Metro Station in 4 stops and suburban Maryland.

- While land sales are picking up steam in early 2006 generally, they are occurring particularly in the NoMA Corridor and near the proposed baseball stadium in SE D.C. Prices in these locales have jumped an average of 20% from a year ago. Most notably, the sale of the Constitution Square parcel for $122 million to Stonebridge Carras LLC has set a new benchmark.

- Rental rates for new Class A buildings in the NoMA area are projected to be about $14/SF lower on a full service gross basis than in the nearby East End and CBD office submarkets.

- This rental rate differential has translated into lower land values on an FAR basis.

- Strong market fundamentals and a limited number of available sites are contributing to rapid appreciation of land values.

- With rising rental rates and continued low vacancy rates in the CBD and East End, many tenants are being priced out and must then look to other locales. NoMA offers a favorable compromise, with its superior transportation links and Capitol Hill proximity.

- Union Station (Metro and Amtrak to Philadelphia/NY/Boston) and I-395 and the New York Avenue artery leading to US-50, I-295 and the Capital Beltway (I-495) are all easily accessible from NoMA.

**Access**

- A web of east-west and north-south streets that intersect with the main avenues that travel diagonally crisscrosses the office submarkets of downtown Washington.

- Major north-south routes include North Capitol Street while major east-west arterials include H and K Streets and Pennsylvania, New York and Constitution Avenues.



**LOCAL AREA ANALYSIS**

- New York, Pennsylvania and Massachusetts Avenues crisscross the Northwest sector of Washington, D.C. New York Avenue is a northeast-to-southwest route providing linkage from Lafayette Square and the White House to the state of Maryland and the Baltimore-Washington Parkway. This roadway is a primary commuter route through the northeast section of the city. In addition, Interstate 395 terminates at New York Avenue. Massachusetts Avenue is a southeast-to-northwest roadway bisecting the city. Both of these roadways intersect to the north of the property at Mount Vernon Square.

- Metrorail, Washington's subway system, is a major benefit to this area, providing convenient access for residents and employees to points throughout the city and the suburbs.

- Metrorail's Red Line extends through Northwest Washington, traversing underneath Connecticut Avenue from downtown to Van Ness, and underneath Wisconsin Avenue north to Montgomery County, Maryland. It also extends in a northerly direction from Union Station to Silver Spring and eastern Montgomery County. The Blue and Orange lines follow generally an east to west path through the downtown area with stations in Northwest at the Mall, Metro Center, McPherson Square, Farragut West and Foggy Bottom, then west into Northern Virginia. The Yellow Line links Alexandria and the Pentagon area of Arlington County to the East End with major stops at L'Enfant Plaza and Gallery Place / Chinatown. The Green Line connects Prince George's County with the East End section of downtown. Originating in Greenbelt, it travels south past Shaw, Gallery Place / Chinatown, and L'Enfant Plaza before heading east back to the Suitland area of the county.

- As a further complement to this transportation system, numerous bus lines and the road network provide additional positive transportation factors.

- The nearest Metro stations to the subject are New York Avenue (about 2 blocks northeast) and Union Station (about 2 blocks south).

- Access is good, although traffic becomes congested during rush hour.

**Nearby and Adjacent Uses**

- Contiguous property uses are predominantly governmental, with some offices, educational and hotel properties nearby.

- The local market area is fully developed with some construction dating from over 100 years ago. There are old and new department stores, aged storefronts, modern office buildings, and some residential projects.

- The local market area reflects a blend of the old and new, and is reflective of the evolution in the submarket and its growing importance as a business address in the city.

- In addition, the MCI Center is located several blocks to the west and the new convention center is a few blocks west on the other side of Mount Vernon Square.

**Special Hazards or Adverse Influences**

- We observed no detrimental influences in the local market area, such as land fills, flood areas, noisy or air polluting industrial plants, or chemical factories.

- Traffic congestion would be our only negative comment, but that concern could be applied to all of Washington, D.C.



**Conclusion**

- The near term outlook for the local market area suggests continued improvement. The demand for office space in the area remains relatively healthy, and vacancy rates in the District are among the lowest of any major city in the country.

- The critical mass of government offices and commercial enterprises in the area is expected to maintain a healthy demand for office property with retail components for the foreseeable future.

- These global, area-wide factors overflow into the subject area and consequently provide additional stability to the subject property.

- Based on the characteristics of the local market area, we believe continued investment in stabilized properties is warranted. The local market area appears to be improving.



## WASHINGTON, D.C. OFFICE MARKET ANALYSIS

**Current Trends**

By all measures, the Washington DC office market is on track for another impressive year in 2006 with fundamentals continuing to improve or remaining very strong.

- The District's vacancies in the first quarter trended down to a four-year low of 5.9 percent for direct and 7.1 percent for overall space, and were the second lowest among major CBDs. Availabilities in both the Northern Virginia and Maryland markets declined sharply.

- Overall asking rents in the CBD continue to be pressured upwards, increasing 8.8 percent over last year at this time to $42.51. Increases in the Non-CBD markets were more moderate, but still over 2.0 percent.

- Investor demand for real estate remained extremely robust during the first quarter. Sales of significant properties valued at $10 million or more totaled nearly $800 million in the District, $332 million in Suburban Maryland and $1.4 billion in Northern Virginia.

- Construction completions totaled 561,352 square feet in first quarter 2006 and over 12.2 million square feet remain in the pipeline.

**OFFICE INVENTORY BY MAJOR MARKET**
**Washington, D.C. Metro Area**
**First Quarter 2006**



Source: Cushman & Wakefield Research, Cushman & Wakefield Analytics

**Market Characteristics**

The Washington, D.C. office market is comprised of its Central Business District (CBD), which encompasses the District of Columbia ("The District"), and the two Non-CBD markets of Suburban Maryland and Northern Virginia.

- Together, these three areas contain an office market inventory of 258.5 million square feet, which ranks the metro area third in the nation in terms of office space inventory, after New York and Los Angeles.

- The District has six submarkets totaling 91.5 million square feet of office space, or 35 percent of the metro area's total inventory. Within the District, the CBD and East End submarkets contain the highest concentrations of space, having 32.0 million and 30.9 million square feet, respectively. The four other submarkets that comprise the District are Capitol Hill, West End/Georgetown, Uptown, and Southwest.

CUSHMAN & WAKEFIELD.

## WASHINGTON, D.C. OFFICE MARKET ANALYSIS

- The other nearly two-thirds of the Washington D.C. metropolitan area's office space—167.0 million square feet of the total inventory—is located in its Non-CBD markets.

- Suburban Maryland consists of 10 submarkets in two counties totaling 50.3 million square feet of office space. The Suburban Maryland submarkets within Montgomery County are Bethesda/Chevy Chase, North Bethesda/Rockville, Gaithersburg/ Germantown, and Silver Spring/Kensington. The submarkets within Prince George's County are Beltsville/College Park, Laurel, Greenbelt, Landover/ Lanham, Bowie, and Oxon Hill/Suitland.

- Northern Virginia consists of 15 submarkets totaling 116.7 million square feet of office space. The Northern Virginia submarkets within Arlington County are Rosslyn, Arlington Metro, Ballston, Crystal City/Pentagon City, and Arlington Non-Metro. The submarkets of Old Town, I-395 Corridor, and Huntington/Eisenhower are within the city of Alexandria. The Fairfax County submarkets are Springfield/Annandale/Bailey's, Vienna/ Merrifield/Falls Church, Fairfax/Oakton, Tysons Corner/McLean, Reston/ Herndon, and Route 28 South/Chantilly. Northern Virginia's fourth concentration of office space is in Loudoun County.



**OFFICE INVENTORY BY SUBMARKET**
**Washington, D.C. Metro Area**
**First Quarter 2006**

Source: Cushman & Wakefield Research, Cushman & Wakefield Analytics

CUSHMAN &
WAKEFIELD.

## WASHINGTON, D.C. OFFICE MARKET ANALYSIS

### OFFICE MARKET STATISTICS BY SUBMARKET
### Washington, D.C. Metro Area
### First Quarter 2006

| Market/Submarket | Office Inventory | Overall Availabilities | Direct Availabilities | Sublease Availabilities | Overall Vacancy Rate | Direct Vacancy Rate | Sublease Vacancy Rate | YTD Constr Compl | YTD Direct Net Abs | Under Constr Renov | Direct Weighted Average Class A Rent | Overall Weighted Average Asking Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Washington, D.C. (The District) | 91,477,329 | 6,489,987 | 5,378,327 | 1,111,661 | 7.1% | 5.9% | 1.2% | 296,000 | 252,106 | 6,121,542 | $47.43 | $42.51 |
| Capitol Hill | 10,153,454 | 619,361 | 548,287 | 71,074 | 6.1% | 5.4% | 0.7% | 0 | 45,978 | 2,216,265 | $41.99 | $39.47 |
| East End | 30,908,262 | 2,565,386 | 2,070,854 | 494,532 | 8.3% | 6.7% | 1.6% | 81,000 | (150,004) | 2,457,562 | $48.04 | $44.45 |
| CBD | 32,039,149 | 1,986,427 | 1,537,879 | 448,548 | 6.2% | 4.8% | 1.4% | 215,000 | 335,124 | 334,432 | $48.41 | $39.89 |
| West End/Georgetown | 5,039,193 | 171,333 | 125,980 | 45,353 | 3.4% | 2.5% | 0.9% | 0 | (10,687) | 172,810 | $45.50 | $38.45 |
| Uptown | 3,528,736 | 176,437 | 134,092 | 42,345 | 5.0% | 3.8% | 1.2% | 0 | 14,589 | 0 | $39.50 | $30.26 |
| Southwest | 9,808,526 | 971,044 | 961,236 | 9,809 | 9.9% | 9.8% | 0.1% | 0 | 17,106 | 940,473 | $49.48 | $47.58 |
| Suburban Maryland Total | 56,317,516 | 4,806,836 | 4,038,096 | 762,539 | 8.5% | 8.6% | 1.5% | 111,217 | 383,166 | 1,177,950 | $27.83 | $24.78 |
| Montgomery County | 39,316,417 | 3,415,787 | 2,786,785 | 629,822 | 8.7% | 7.1% | 1.6% | 111,217 | 426,538 | 545,421 | $29.37 | $26.55 |
| Bethesda/Chevy Chase | 7,850,109 | 549,506 | 392,505 | 157,002 | 7.0% | 5.0% | 2.0% | 0 | 56,784 | 202,147 | $31.17 | $29.90 |
| North Bethesda/Rockville | 20,451,889 | 2,055,541 | 1,789,766 | 265,875 | 10.1% | 8.8% | 1.3% | 111,217 | 251,461 | 197,400 | $29.55 | $27.18 |
| Gaithersburg/Germantown | 4,719,100 | 542,697 | 386,966 | 155,730 | 11.5% | 8.2% | 3.3% | 0 | 77,666 | 145,874 | $24.22 | $22.50 |
| Silver Spring/Kensington | 6,289,319 | 257,862 | 207,548 | 50,315 | 4.1% | 3.3% | 0.8% | 0 | 40,719 | 0 | $26.26 | $22.72 |
| Prince George's County | 11,097,099 | 1,385,129 | 1,251,512 | 133,617 | 12.8% | 11.4% | 1.2% | 0 | 43,445 | 632,529 | $22.18 | $18.86 |
| Beltsville/College Park | 3,196,766 | 489,105 | 463,531 | 25,574 | 15.3% | 14.5% | 0.8% | 0 | (14,642) | 268,782 | $23.77 | $21.44 |
| Laurel | 868,965 | 99,701 | 76,293 | 23,408 | 11.5% | 8.8% | 2.7% | 0 | (12,986) | 0 | $21.50 | $17.67 |
| Greenbelt | 2,552,905 | 298,690 | 255,391 | 43,299 | 11.7% | 10.0% | 1.7% | 0 | 6,335 | 0 | $23.35 | $21.23 |
| Landover/Lanham | 2,717,466 | 301,639 | 263,584 | 38,045 | 11.1% | 9.7% | 1.4% | 0 | 6,029 | 83,117 | $23.21 | $20.88 |
| Bowie | 290,096 | 3,771 | 580 | 3,191 | 1.3% | 0.2% | 1.1% | 0 | 500 | 280,650 | $0.00 | $26.50 |
| Oxon Hill/Suitland | 1,382,901 | 192,273 | 192,223 | 0 | 13.9% | 13.9% | 0.0% | 0 | (28,731) | 0 | $19.89 | $16.63 |
| Northern Virginia Total | 116,726,407 | 11,792,508 | 10,222,684 | 1,569,825 | 10.1% | 8.8% | 1.3% | 154,133 | 679,218 | 4,926,126 | $30.75 | 28.11 |
| Arlington County | 29,349,788 | 2,448,430 | 2,264,463 | 184,967 | 8.3% | 7.7% | 0.6% | 0 | 81,724 | 2,892,563 | $33.95 | $32.14 |
| Rosslyn | 7,580,352 | 386,598 | 318,375 | 68,223 | 5.1% | 4.2% | 0.9% | 0 | (91,865) | 625,000 | $32.23 | $26.93 |
| Arlington Metro | 4,533,669 | 163,212 | 145,077 | 18,135 | 3.6% | 3.2% | 0.4% | 0 | (7,142) | 193,929 | $35.13 | $32.40 |
| Ballston | 5,132,452 | 467,053 | 441,391 | 25,662 | 9.1% | 8.6% | 0.5% | 0 | 39,964 | 650,586 | $33.34 | $32.59 |
| Crystal City/Pentagon City | 11,083,774 | 1,385,472 | 1,330,053 | 55,419 | 12.5% | 12.0% | 0.5% | 0 | 140,930 | 622,988 | $34.41 | $33.61 |
| Arlington Non-Metro | 1,019,541 | 47,095 | 29,567 | 17,528 | 4.6% | 2.9% | 1.7% | 0 | (163) | 0 | $27.50 | $25.86 |
| Alexandria | 12,771,014 | 790,222 | 773,969 | 16,253 | 6.2% | 6.1% | 0.1% | 0 | 107,628 | 137,000 | $29.59 | $27.44 |
| Old Town | 8,126,332 | 479,454 | 463,201 | 16,253 | 5.9% | 5.7% | 0.2% | 0 | (111,442) | 137,000 | $29.89 | $29.37 |
| I-395 Corridor | 2,593,368 | 181,536 | 181,536 | 0 | 7.0% | 7.0% | 0.0% | 0 | 2,851 | 0 | $25.80 | $25.44 |
| Huntington/Eisenhower | 2,051,314 | 129,233 | 129,233 | 0 | 6.3% | 6.3% | 0.0% | 0 | 963 | 0 | N/avl | $23.00 |
| Fairfax County | 71,638,271 | 7,882,463 | 6,588,018 | 1,294,446 | 11.0% | 9.2% | 1.8% | 154,133 | 446,629 | 2,626,923 | $28.67 | $26.76 |
| Springfield/Annandale/Bailey | 6,263,712 | 676,481 | 632,535 | 43,846 | 10.8% | 10.1% | 0.7% | 0 | 59,588 | 0 | $32.14 | $27.95 |
| Vienna/Merrifield/Falls Church | 6,061,906 | 474,393 | 424,333 | 50,060 | 7.8% | 7.0% | 0.8% | 0 | (81,246) | 76,560 | $30.12 | $27.52 |
| Fairfax/Oakton | 9,027,210 | 965,911 | 568,714 | 397,197 | 10.7% | 6.3% | 4.4% | 0 | 188,485 | 242,000 | $27.35 | $26.47 |
| Tysons Corner/McLean | 21,713,251 | 2,365,744 | 2,041,046 | 325,699 | 10.9% | 9.4% | 1.5% | 0 | 36,511 | 0 | $32.17 | $28.30 |
| Reston/Herndon | 21,748,651 | 2,566,341 | 2,218,362 | 347,978 | 11.8% | 10.2% | 1.6% | 0 | 274,944 | 986,158 | $27.25 | $26.02 |
| Route 28 South/Chantilly | 8,824,541 | 832,594 | 702,928 | 129,666 | 12.2% | 10.3% | 1.9% | 154,133 | (38,262) | 1,315,905 | $24.63 | $23.87 |
| Loudoun County | 2,968,334 | 878,391 | 896,233 | 14,158 | 22.6% | 20.1% | 2.5% | 0 | 256,102 | 76,000 | $28.53 | $24.54 |
| Washington, D.C. MSA | 258,521,243 | 23,083,332 | 19,639,308 | 3,444,024 | 8.9% | 7.6% | 1.3% | 561,352 | 1,305,509 | 12,219,618 | $34.68 | $31.44 |

Source: Cushman & Wakefield Research, Cushman & Wakefield Analytics

## Vacancy

While most of the nation's largest office market only started to recover from the 2001 economic downturn in late 2004, Washington, D.C. metro area's overall vacancy rate has declined for three consecutive years and continued to drop to close first quarter at 8.9 percent.

- The overall decline has been driven by a sharp decline in vacancies in the Non-CBD markets. Vacancies in the Northern Virginia and Suburban Maryland market both declined by 2.0 percentage points or more to 10.1 percent and 9.5 percent, respectively.

- The District posted a more moderate decrease in vacancy of 40 basis points to 7.1 percent, but is still very low, pushing at the lower end of equilibrium levels, where the balance between demand and supply begins to favor landlords.

- Among the nation's major CBD markets only Manhattan had a vacancy rate in the single-digits while Chicago, Los Angeles, San Francisco and Boston all had vacancy rates in the teens.



**WASHINGTON, D.C. OFFICE MARKET ANALYSIS**

**OVERALL VACANCY RATE AND OVERALL ASKING RENT BY YEAR**
**1992 – 2006 Q1**
**The District**



**Northern Virginia Non-CBD**



**Suburban Maryland Non-CBD**



Source: Cushman & Wakefield Research, Cushman & Wakefield Analytics

## Asking Rents

With vacancies declining in the Non-CBD and pushing below equilibrium levels in the CBD, overall average asking rents moved upwards by more than 2.5 percent from the first quarter of 2005 to $31.48 per square foot (psf).

- The highest increase was in the District where overall average asking rents increased by 8.8 percent on a year-over-year basis to $42.51 psf at the close of first quarter.

- The District's direct class A asking rental rates remained above $47.00 psf in the last four quarters as new buildings continued to command a premium, ranging between $50.00 psf to $65.00 psf.

CUSHMAN & WAKEFIELD.

## WASHINGTON, D.C. OFFICE MARKET ANALYSIS

- Northern Virginia also posted an increase of 2.6 percent in overall average asking rents to $28.11 per square foot, driven largely by improving job growth that has increased demand and lowered vacancy rates.

- Suburban Maryland experienced the smallest rent growth as overall asking rents rose only 2.1 percent, however Montgomery County had a particularly strong showing with its recorded rate of $26.55 psf, a 3.5 percent increase over last year at this time.

**Leasing Activity**

Leasing activity in the Washington D.C market increased compared to first quarter 2005 by 13.0 percent with over 4.9 million square feet (msf) leased year-to-date.

- Per usual, the Northern Virginia market led the activity capturing 41.0 percent of the total with over 2.0 msf leased. However, this activity was not driven by considerably large leases, the largest lease being the 78,000-square foot deal signed by CH2M Hill at 15010 Conference Center Drive in the Route 28/South Chantilly submarket.

- The market's favorable economic backdrop has been especially beneficial for boosting tenant demand as seen in the number of large leases that were executed throughout the metro area by firms representing a wide variety of industry sectors. Leasing in the legal, government, business services and education sectors was particularly strong.

### SIGNIFICANT OFFICE MARKET LEASE TRANSACTIONS
#### Washington, D.C. Metro Area
#### 2006 Q1

| Building Address | Submarket | Tenant | Size (sf) |
|---|---|---|---|
| 1900 K Street, NW | The District-CBD | McKenna, Long & Aldridge, LLP | 172,000 |
| 6905 Rockledge Drive | Suburban MD-North Bethesda/Rockville | HMS Host | 148,700 |
| 7600 Wisconsin Avenue | Suburban MD-Bethesda/Chevy Chase | Development Alternatives | 90,102 |
| 15010 Conference Center Drive | Northern VA-Route 28/South Chantilly | CH2M Hill | 78,000 |
| 2011 Crystal Drive | Northern VA –Crystal City/Pentagon City | National Cooperative Bank | 75,870 |
| 616 H Street, NW | The District-East End | GSA-FBI | 53,750 |
| Reston Town Center Phase II | Northern VA-Reston/Herndon | NII Holdings | 52,000 |
| 600 Maryland Avenue, SW | The District-Southwest | American Farm Bureau Association | 49,300 |

Source: Cushman & Wakefield Research, Cushman & Wakefield Analytics

**Occupied Space**

Occupied space increased by 2.4 million square feet (msf) from first quarter 2005 to the present 5.0 msf recorded change. Both the District and Suburban Maryland led the improvement in occupied stock, while Northern Virginia recorded a slight decrease from this time last year.

- Suburban Maryland experienced the most significant year-to-year increase in occupied stock of 3.5 msf. The District was second with approximately a 400,000 square foot increase. Northern Virginia's occupied stock witnessed a significant decrease of 59 percent to end first quarter with approximately 900,000 square foot.



**WASHINGTON, D.C. OFFICE MARKET ANALYSIS**

### COMPLETIONS & CHANGE IN OCCUPIED STOCK VS. VACANCY
### 1992 – 2006 Q1
### The District



### Northern Virginia Non-CBD



### Suburban Maryland Non-CBD



Source: Cushman & Wakefield Research, Cushman & Wakefield Analytics

## Construction

During first quarter 2006, 561,362 square feet of new office space was completed and delivered in the Washington, D.C. market. The District accounted for over 50.0 percent of the activity and the remainder was evenly distributed amongst the Non-CBD markets.

- Within the District, 296,000 square feet of new office space has been completed year-to-date. Construction activity in Northern Virginia and Suburban Maryland were recorded at 154,135 square feet and 111,217 square feet, respectively.



## WASHINGTON, D.C. OFFICE MARKET ANALYSIS

- Projects totaling 12.2 million square feet are currently underway in the Washington, D.C. metro area. The largest project under construction is the Southeast Federal Center, totaling nearly 1.4 million square feet for the Department of Transportation. The project, which is within the District's Capitol Hill submarket, is scheduled for completion in late 2006.

- In addition to projects currently under construction, approximately 11.9 million square feet of office space is proposed for completion in the Washington, D.C. metro area by year-end 2009. These are mainly concentrated in the suburban markets.

### Office-Using Employment

Almost unaffected by the recent national downturn, office-using employment growth in the Washington D.C. metro area has been growing at a very rapid clip. Since 1999 growth has outpaced the national average by almost 2 to 1.

- Between 1995 and 2005, the Washington-Arlington-Alexandria, DC-VA-MD-WV Metropolitan Statistical Area (MSA) added office-using jobs at an average annual rate of 2.3 percent.

- The Washington MSA is projected to create over 118,000 office-using jobs between 2005 and 2010, growing at an average rate of 1.7 percent annually, a slight decline from the recent torrid pace.

- Washington's largest concentration of office-using employment exists within the District itself, followed by heavy suburban concentrations located in the counties of Fairfax, Montgomery, Prince George's and Arlington.



**WASHINGTON, D.C. OFFICE MARKET ANALYSIS**

### OFFICE-USING EMPLOYMENT CONCENTRATION BY ZIP CODE
**Washington, D.C. MSA**
**2005 Estimates**



*Source: Claritas, Inc., Cushman & Wakefield Analytics*

## Office Market Outlook

Looking forward, leasing market conditions within all three of the Washington D.C. metropolitan area's office markets are expected to improve further. The effect of proposed spending cuts in some non-defense agencies in the 2007 Federal Budget could have a dampening effect on specific segments of the market.

- Despite these concerns, near-term job growth forecasts bode well for Washington's office market as office-using employment growth is expected to be among the strongest in the nation.

- While the outlook remains positive, overwhelming increases are not expected for the rest of 2006 and 2007. Office using employment is expected to settle into a more modest rate of growth, which will help occupancy remain within single-digits over the next two years.

- Although levels of construction, particularly in the District and Northern Virginia, are hefty, it appears that they remain relatively well balanced with the market's demand for office space.

## Micro Market Analysis

The subject lies in the Capitol Hill office submarket. C&W's research department lists a total of 42 buildings containing 10.2 msf, of which 6.1% was vacant at the end of the 1st quarter 2006. Given the 20% plus vacancy rates in many cities, the comparative strength of the downtown

---



## WASHINGTON, D.C. OFFICE MARKET ANALYSIS

Washington office market becomes obvious. Net absorption during 2006 has been 69,000 square feet. Currently 2.2 msf is under construction. The 1st quarter 2006 Class A average weighted rental rate was $41.99/SF as compared to the rate of $40.21/SF for all classes, and most notably $45.50/SF for buildings under construction.

CoStar lists 33 existing Class A offices in this submarket with 9.6 msf. The average asking rent is $41.24/SF while the vacant and available rate stands at 6.0%.

CUSHMAN & WAKEFIELD.