IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I<br>LIMITED PARTNERSHIP,<br><br>    Plaintiff/<br>    Counter-Defendant,<br><br>    and<br><br>MONTGOMERY ROAD TDR, LLC,<br><br>    Third-Party Defendant,<br><br>    v.<br><br>VIAD CORP,<br><br>    Defendant/<br>    Counter-Plaintiff/<br>    Third-Party Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:06CV00344 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION OF the Motion of Plaintiff/Counterdefendant Montgomery Road I Limited Partnership and Third-Party Defendant Montgomery Road TDR, LLC (together, "Montgomery Road"), for summary judgment, their supporting Memorandum of Points and Authorities and Statement of Material Facts Not in Dispute, and any opposition thereto by the Defendant/Counterplaintiff Viad Corp., and any hearing thereon, it is this _____ day of _____, 2007, hereby

    ORDERED, that Montgomery Road's Motion for Summary Judgment be, and it hereby is, GRANTED, and it is hereby

    DECLARED, that the April 10, 2005 Reznick Opinion is binding on the parties; and it is further

DECLARED, that all advances from S&S Finance Limited Partnership, and the interest thereon, are Permitted Debt, and shall be deducted in the computation of Appreciation Cash Flow (and the Appreciation Cash Payment) under the Cash Participation Agreement, and it is further

DECLARED, that transferable development rights are not Improvements or Real Property and shall not be included in the computation of Appreciation Cash Flow under the parties' Cash Participation Agreement.

_____
Henry H. Kennedy, Jr., Judge
U.S. District Court for the District of Columbia

copies through the Court's E-Filing System to:

Dale A. Cooter, Bar #227454
Donna S. Mangold, Bar #358851
Cooter, Mangold, Tompert
 & Karas, L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015

Rodney F. Page, Esq.
Alicia Hogges-Thomas, Esq.
Bryan Cave LLP
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005