**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** <br>  Plaintiff and Counter Defendant <br> v. <br> **VIAD CORP,** <br>  Defendant and Counterclaimant and Plaintiff on the Counterclaim <br> v. <br> **MONTGOMERY ROAD TDR, LLC** <br> **A DISTRICT OF COLUMBIA LLC** <br> **5301 WISCONSIN AVENUE** <br> **WASHINGTON, D.C. 20015** <br>  Additional Defendant on the Counterclaim | Case No. 1:06CV00344 (HHK) |

**MOTION FOR LEAVE TO FILE AMENDED
AND SUPPLEMENTAL COUNTERCLAIM**

Defendant Viad Corp moves pursuant to Rules 13 (e) and 15 (d) of the Federal Rules of Civil Procedure and Local Civil Rule 7(i) for leave to file an amended and supplemental pleading setting forth new claims for relief in the nature of a counterclaim. In accordance with Local Civil Rule 7(m), counsel for Viad has discussed this motion with counsel for Montgomery Road I Limited Partnership ("MRLP"), Defendant on the Counterclaim, and Montgomery Road TDR, LLC ("MRTDR"), additional Defendant on the Counterclaim, and has provided them with a copy of the proposed pleading. Counsel for MRLP and MRTDR consent to the proposed order permitting amendment of the Counterclaim.

The basis for this motion is that, during the course of this litigation, the facts and circumstances of the subject matter of the dispute have changed substantially. The lawsuit involves the interpretation of a contract, the Cash Participation Agreement, which relates to property located in the District of Columbia at 90 K Street, NE. After the complaint in this matter was filed, the Plaintiff MRLP contracted in August, 2006, to sell the property. The Counterclaim by Viad was filed on January 2, 2007. Closing on the property took place on January 11, 2007. Viad alleges in the proposed pleading that, thereafter, MRLP defaulted on obligations under the contract. The supplemental facts and circumstances also are relevant to the claims of MRLP and to the original counterclaims of Viad.

Accordingly, the supplemental pleading proposed here sets forth transactions or occurrences or events which have happened since the Counterclaim originally filed in this action on January 2, 2007. Under Federal Rules of Civil Procedure, the court may permit the filing of such a pleading under these circumstances. Rule 13 (e) specifically provides for supplemental pleading when a counterclaim has "matured" after the original pleading, as is the case here.

Because the issues have been known to MRLP throughout the conduct of the litigation and discovery, MRLP is not prejudiced in any manner by the statement of supplemental claims. Moreover, supplemental pleading is required for the court to have before it all allegations relevant to the claims of the parties.

Accompanying this motion is an original of the proposed pleading as amended and a "blacklined" copy of the proposed pleading indicating the additional allegations and claims for relief to be added by virtue of this motion.

WHEREFORE, Defendant Viad Corp moves that the Court permit the filing of the Amended and Supplemental Counterclaim in the form attached.

Respectfully Submitted,

/s/   Rodney F. Page
Rodney F. Page (D.C. Bar No. 37994)
Alicia I. Hogges-Thomas (D.C. Bar No. 480548)
Bryan Cave LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
Phone: 202-508-6000
Fax: 202-508-6200

Attorneys for Defendant *Viad Corp*

Dated:  March 29, 2007