IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, <br>     Plaintiff and Counter Defendant <br>   v. <br> VIAD CORP, <br>     Defendant and Counterclaimant and Plaintiff on the Counterclaim <br>   v. <br> MONTGOMERY ROAD TDR, LLC <br> A DISTRICT OF COLUMBIA LLC <br> 5301 WISCONSIN AVENUE <br> WASHINGTON, D.C. 20015 <br>     Additional Defendant on the Counterclaim | Case No. 1:06CV00344 (HHK) |

### ORDER

This matter is before the Court on the Motion of Defendant Viad Corp for Leave to File an Amended and Supplemental Counterclaim. The motion is not opposed and has the consent of counsel for the Plaintiff and the Additional Defendant on the Counterclaim. Accordingly, it is this ____ day of March, 2007,

ORDERED, that the proposed Amended and Supplemental Counterclaim is deemed filed and served this date.

 

_____
Henry H. Kennedy
United States District Judge