**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** ) ) | ) |
| Plaintiff and Counterclaim-Defendant | ) ) |
| v. | ) ) |
| **VIAD CORP,** | ) |
| Defendant and Counterclaim-Plaintiff | ) ) ) |
| v. | ) ) |
| **MONTGOMERY ROAD TDR, LLC** Counterclaim-Defendant | ) ) ) |

Case No. 1:06CV00344 (HHK)

## **ORDER**

Upon consideration of Defendant Viad Corp's Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, and the Opposition and Replies thereto, it is this _____ day of March 2007,

**ORDERED**, that Defendant Viad Corp's Motion be, and hereby is **GRANTED**.

_____
Henry H. Kennedy
United States District Judge