# EXHIBIT LIST

1. Excerpts of the Deposition of S. Rose taken on November 14, 2006
2. Excerpts of the Deposition of R. Liffmann taken on November 28, 2006
3. Excerpts of the Deposition of S. Braesch taken on November 28, 2006
4. Excerpts of the Deposition of S. Smith taken on March 7, 2007
5. Excerpts of the Deposition of D. Hudson taken on March 9, 2007
6. Excerpts of the Deposition of E. Fiorucci taken on November 7, 2006
7. Eighth Amendment to MRLP Partnership Agreement, MR-16825-16832
8. Limited Liability Operating Agreement of MRTDR, MR-07636-7640
9. Cash Participation Agreement (CPA), VD-00484-513
10. Assignment and Assumption Agreement, VD-000954-956
11. Letter dated 8/31/06 from E. Fiorucci to MRLP
12. Deposit Agreement
13. Fax dated 4/27/05 from R. Jasper to E. Fiorucci enclosing Statement of Greenebaum and Rose, VD-000458-465
14. Letter dated 9/21/06 from A. Pignatelli to R. Page enclosing draft 2005 statement
15. Letter dated 10/25/89 from A. Ervanian to S. Rose, VD-001027-1029
16. Letter dated 4/6/95 from S. Rose to A. Ervanian, MR-05987
17. Letter dated 7/14/99 from R. Liffmann to K. Goldman, VD-001098
18. Letter dated 7/12/00 from E. Fiorucci to S. Rose, VD-000658
19. Memorandum dated 12/18/02, MR-000664
20. Letter dated 6/17/92 from S. Rose to C. Helwig, MR-07004-7005
21. Letter dated 5/21/02 from S. Rose to E. Fiorucci, VD-000537
22. Letter dated 8/14/00 from S. Rose to E. Fiorucci, VD-000364-377
23. Letter dated 8/23/00 from K. Goldman to S. Rose, VD-000533
24. Letter dated 9/12/00 from R. Liffmann to K. Goldman, VD-001015-1024
25. Letter dated 10/2/00 from K. Goldman to R. Liffmann, VD-000944-945
26. Letter dated 4/10/01 from R. Liffmann to E. Fiorucci, VD-000544-46
27. Record of Telephone Conversation of 6/10/02, VD-000966
28. Record of Telephone Conversation of 6/15/04, VD-000965
29. Record of Telephone Conversation of 7/25/04, VD-000964
30. Record of Telephone Conversation of 12/16/04, VD-000960
31. Letter dated 3/2/05 from E. Fiorucci to B. Solomon enclosing Statement of TLC's Position, VD-00904-911
32. Letter dated 4/10/05 from B. Solomon to S. Rose (Reznick Analysis), VD-000466-471
33. Letter dated 5/2/05 from S. Rose to E. Fiorucci, VD-0453-454
34. Letter dated 3/24/05 from R. Liffmann to B. Solomon, MR-01685
35. Special Purpose Financial Statement for 12/31/04 and 2003 (Representative Statement), MR-00953-966
36. Letter dated 11/21/06 from D. Cooter to R. Page enclosing Revised 2005 Statement
37. Expert Report of Cynthia Giordano (Giordano Report)

38. Letter dated 7/21/00 from S. Rose to TLC attaching Level 3 Agreement, VD-000593-608
39. Certificate of TDR Transfer dated 8/16/00, MR-07470-7487
40. Financial Statement for 12/31/00 and 1999, VD000180-193
41. Land Purchase and Sale Agreement dated 8/10/06
42. Agreement of Purchase and Sale of Transferable Development Rights dated 8/10/06, MR-19926-19943
43. Settlement Statement for 90 K Street TDR Sale, MR-26163-26167
44. Draft Purchase and Sale Agreement, MR-10942-10962
45. Umbrella Agreement dated 8/10/06 between MRLP, 45 L Street Venture, LLC and TCMD
46. Email dated 10/31/06 from R. Saas to D. Hudson, MR-22461-22463
47. Email dated 11/1/06 from S. Braesch to R. Shapiro, MR-19536-19538
48. Letter dated 9/13/06 from R. Page to D. Cooter
49. Email dated 11/1/06 from S. Braesch to R. Sass, MR-20535-20537
50. MRLP 2005 U.S. Return of Partnership Income, MR-26406-26425
51. Email dated 1/9/07 from R. Liffmann to R. Glassman attaching spreadsheet, MR-19671-19678
52. Settlement Statement for Land Sale, at L.1304, MR-26158-26162
53. Letter dated 2/21/07 from E. Fiorucci to S. Rose
54. Excerpts from the Expert Report of Steven Halbert
55. First Amendment to Agreement of Purchase and Sale of Transferable Development Rights dated October 31, 2006