# EXHIBIT 3

**Capital Reporting Company**

```
                                                          Page 1
 1      IN THE UNITED STATES DISTRICT COURT FOR THE

 2                  DISTRICT OF COLUMBIA

 3   -------------------------------:

 4   MONTGOMERY ROAD I, LIMITED      :

 5   PARTNERSHIP                     :

 6              Plaintiff            : Civil Action

 7         v.                        : No. 06-00344

 8   VIAD CORPORATION                : (HHK)

 9              Defendant            :

10   -------------------------------:

11              Washington, D.C.

12          Tuesday, November 28, 2006

13   Deposition of:

14              STEVEN BRAESCH,

15   called for oral examination by counsel for

16   Defendant, pursuant to notice, at the law office

17   of Bryan Cave, LLP, 700 13th Street, N.W.,

18   Washington, D.C. 20005, before Sheri C. Stewart,

19   Registered Professional Reporter and Notary

20   Public in and for the District of Columbia,

21   beginning at 10:06 a.m., when were present on

22   behalf of the respective parties:
```

**Capital Reporting Company**

Page 22

```
 1  those TDRs?
 2   A    Yes.
 3   Q    Now, you said that they were for a
 4  possible use at three properties, if I recall your
 5  testimony correctly; is that correct?
 6   A    Correct.
 7   Q    How was it, if you remember, that those
 8  TDRs were assigned to any particular property?
 9   A    We allocated them 1250 square feet to
10  Sliver, 1250 square feet to Suwanee, and the
11  balance to 90 K Street.
12   Q    So if I recall your testimony
13  correctly, that means about 7500 --
14   A    Correct.
15   Q    -- to 90 K Street?
16   A    Correct.
17   Q    Now, in the process of acquiring the
18  TDRs, were those TDRs actually assigned to that
19  property in some formal fashion?
20   A    In that case they were.
21   Q    How was that done?
22   A    The City process is that you have to
```

Page 23

```
 1  have -- the sending lot has to have a covenant,
 2  the receiving lot has to have a certificate of
 3  transfer, and we follow that process.
 4   Q    Does that mean that the City issues a
 5  certificate by designating the property to which
 6  the TDRs will be certified or provided; is that a
 7  correct statement?
 8   A    They can.
 9   Q    And did they in that case?
10   A    In this case they did.
11   Q    Okay. Were there any other -- well,
12  before I go on.
13       The TDRs were purchased you said for
14  Manufacturers Life; is that correct?
15   A    Correct.
16   Q    And that's a company that had developed
17  a property; and as a result, had TDRs available to
18  sell. Am I correct?
19   A    Correct.
20   Q    Now, do you recall what price was paid
21  for those TDRs?
22   A    $30.
```

Page 24

```
 1   Q    $30 per --
 2   A    Per TDR.
 3   Q    Per square foot?
 4   A    Per square foot.
 5   Q    And who paid for the TDRs in that
 6  transaction?
 7   A    I don't know.
 8   Q    Do you know -- can you tell me, on
 9  behalf of Montgomery Road Limited Partnership,
10  where the Montgomery Road Limited Partnership paid
11  for any of those TDRs?
12   A    I don't know the answer to that.
13   Q    Did you ever have reason or occasion
14  after 1999 to be involved in the purchase of TDRs
15  for 90 K Street at any time?
16   A    Yes.
17   Q    And when was that?
18   A    We currently have -- the answer is no.
19   Q    Have you ever had reason to be involved
20  in the negotiation for the purchase of TDRs since
21  1999?
22   A    Yes.
```

Page 25

```
 1   Q    Okay. And when was that?
 2   A    We have current TDRs under contract to
 3  purchase.
 4   Q    How many?
 5   A    192,000 square feet and change.
 6   Q    Have you personally been involved in
 7  those negotiations?
 8   A    Yes.
 9   Q    Who are the sellers of the TDRs?
10   A    An entity, a Virginia entity that owns
11  property in the Downtown Development District.
12   Q    Who is that?
13   A    We just refer to it as the Nuzem
14  (phonetic). I don't recall the entity name.
15   Q    All right. This is -- the property is
16  on Pennsylvania Avenue, right?
17   A    Correct.
18   Q    At 6th Street?
19   A    I don't know the address but, yes, in
20  that area.
21   Q    I think you're referring to something
22  with the Freedom Foundation, its building,
```

7 (Pages 22 to 25)

**Capital Reporting Company**

Page 26
1  correct?
2     A    Correct.
3     Q    Does that ring a bell?
4          Are there any other sellers?
5     A    No.
6     Q    And who are the purchasers in the
7  proposed transaction?
8     A    A Greenebaum & Rose entity.
9     Q    What entity is that?
10    A    Montgomery Road TDR.
11    Q    Okay.
12    A    I believe is the name of the entity.
13    Q    Hold on a minute. I think I have a
14 document to show you.
15         I think we marked it in an earlier
16 deposition Exhibit 37, and let me show that to
17 you. It doesn't have the number on it, but it was
18 marked as Exhibit 37 in a previous deposition.
19         Have you ever seen this document prior
20 to today?
21    A    Yes.
22    Q    In fact, it has your signature on page

Page 27
1  5 --
2     A    Correct.
3     Q    -- of the document, right?
4     A    Correct.
5     Q    And this document purports to be the
6  operating agreement of Montgomery Road TDR, LLC,
7  right?
8          MR. COOTER: It doesn't purport to be;
9     it is.
10    A    Yes.
11 BY MR. PAGE:
12    Q    I just wanted you to confirm it, that's
13 all.
14         And is that the entity to which you
15 just referred?
16    A    Yes.
17    Q    All right. Now, the document states
18 that it was effective on July 28 of 2006.
19         Do you see that on the first page?
20         MR. COOTER: Section 1.1.
21    A    July 28th, you mean?
22 BY MR. PAGE:

Page 28
1     Q    Is that what I said?
2     A    I think you said the 26th, but July 28.
3     Q    I meant 28.
4     A    Yes.
5     Q    Can you tell me, if you recall, as of
6  July 28, what was the status of the negotiations
7  with the Freedom Forum relating to the sale of
8  TDRs to Greenebaum -- to this entity?
9     A    I don't know how they relate in time.
10    Q    Well, can you tell me when it was that
11 you first had contact with anyone on behalf of
12 Freedom Forum with respect to the possible sale of
13 TDRs by Freedom Forum?
14    A    You know, I don't know an exact date.
15 We canvassed the market. I don't know when the
16 initial contact would have been. We looked at a
17 number of alternatives to purchase TDRs.
18    Q    When did you start canvassing the
19 market?
20    A    Summer. My recollection is we started
21 in the summer.
22    Q    Is counsel involved in the negotiations

Page 29
1  and the proposed transaction?
2          MR. COOTER: I'm not sure I understand
3     that question.
4  BY MR. PAGE:
5     Q    Talking about the TDRs, that's what I'm
6  asking you, is counsel involved, is there a
7  counsel involved?
8     A    Is there a counsel involved in this
9  purchase?
10    Q    Yes.
11    A    Yes.
12    Q    And who is that?
13    A    Ronald Shapiro.
14    Q    What is the price that is to be paid,
15 as you understand it, with respect to the proposed
16 purchase?
17    A    $6 per square foot.
18    Q    And under the proposed transaction, who
19 is to pay for the TDRs?
20    A    This entity.
21    Q    "This entity" being?
22    A    Montgomery Road TDR.

8 (Pages 26 to 29)