# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VIAD CORP., )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO. 06-00344<br>(HHK) |

30(b)(6) DEPOSITION OF EVE FIORUCCI
VOLUME I
PAGES 1 THROUGH 99

Phoenix, Arizona
November 7, 2006
9:30 a.m.

PREPARED FOR:
MR. RODNEY F. PAGE

REPORTED BY:
DAVID R. MINDER, RPR
ARIZONA CR NO. 50636

(COPY)

*Ottmar Holiday & Associates*
2800 N. Central, Ste. 150
Phoenix, Arizona 85004
(602) 485-1488
1-866-485-1444

EVE FIORUCCI 11/7/2006

**46**

1  Q. And did you make these notes of a conversation
2  that took place on the 16th of December?
3  A. Yes.
4  Q. What it says is, "Discussed hiring Reznick
5  Fedder to help sort out our dispute. We called Reznick
6  together and left a message. Sam will call him on his
7  own to review the situation to see if he can analyze
8  them to help us determine what the documents are
9  saying." Did I read that right?
10  A. I believe that says, "see if he can engage
11  them to help us."
12  Q. I'm sorry. Now I just want to make sure I
13  understand. The dispute we're making reference to is
14  the dispute that's evidenced by this exchange of
15  correspondence back in 2000, what's a proper deduct for
16  the Owner's Equity Return in the event of a sale.
17  That's the dispute we're talking about, right, the one
18  with Reznick?
19  A. That is one of the disputes that we are
20  talking about.
21  MR. COOTER: I want you to turn to -- you
22  can't turn to anything, because you don't have it.
23  (Exhibit No. 8 marked.)
24  BY MR. COOTER:
25  Q. Exhibit No. 8 would appear to be a letter from

**47**

1  you to Brent Solomon dated March 2nd of '05. Just
2  confirm for me you sent that letter on or about that
3  date.
4  A. Yes, I did.
5  Q. Attached on the document is a document called
6  "Statement Of TLC's Position." You made reference to
7  this Statement Of TLC's Position earlier. Is this the
8  statement you were referring to?
9  A. Yes, it is.
10  Q. Who drafted this Statement?
11  A. Susan Mann.
12  Q. The lawyer? She was the in-house lawyer at
13  that point or out-house?
14  A. Out, out.
15  Q. I may ask you some questions about this, but
16  turn to the second page of the document. It gives
17  reference to a history of the dispute between the
18  developer and the TLC and makes reference to the events
19  that happened back in June and August of 2000. Do you
20  see that? That's the history of what brings us here to
21  Brent Solomon in '05; is that accurate?
22  A. I see that.
23  Q. Now what I want you to do, I want you to read,
24  and let's start with the easy part, the first two pages
25  of the document, and tell me if there's anything there

**48**

1  with which you disagree, the first two pages of the
2  Statement Of TLC's Position.
3  A. Can you --
4  Q. Just tell me if there's anything in the first
5  two pages of this statement that you disagree with.
6  Take your time.
7  (Witness examines document.)
8  Now you can keep reading if you want, but
9  I'm just interested in --
10  A. On page one, I do not disagree with anything.
11  Q. How about the second page? Off the record.
12  (Cell phone interruption.)
13  (Witness examines document.)
14  THE WITNESS: I do not disagree with
15  anything on page two.
16  BY MR. COOTER:
17  Q. Take a look at the third page. Is there
18  anything on that page with which you disagree? This
19  page begins "TLC's Position and Goals."
20  (Witness examines document.)
21  A. I agree with page three.
22  Q. We're on a roll. Page four. Anything you
23  disagree with on page four?
24  (Witness examines document.)
25  A. I agree with page four.

**49**

1  Q. The appendix just says there are some quotes
2  from the document. I don't care about that. So turning
3  back to the first page of this Exhibit No. 8, and you
4  and I agree that in March of 2000, Mr. Solomon of the
5  Reznick Group was retained to do the work that's set out
6  in the document and actually did it and gave you a
7  report?
8  A. Yes.
9  MR. COOTER: I want you to turn to what
10  we'll mark as the next exhibit, which is a letter from
11  Mr. Solomon of the Reznick Group dated April 10th
12  of 2005.
13  (Exhibit No. 9 marked.)
14  BY MR. COOTER:
15  Q. Would you confirm for me that the Reznick
16  report is represented by this letter from Mr. Solomon to
17  Mr. Rose dated April 10th of 2005 and copied to you?
18  (Witness examines document.)
19  A. I'm sorry. Please repeat the question.
20  Q. Is the April 10th letter the report of
21  Reznick's findings on the questions that were presented
22  to it by you and Montgomery Road?
23  A. Yes.
24  Q. And did you get this letter or a copy of it
25  from Mr. Solomon in April of 2005?