# EXHIBIT 10



VIAD CORP
1850 North Central Avenue
Phoenix, AZ 85077
602-207-4000

December 7, 2000

Mr. Reid K. Liffmann
Greenebaum and Rose Associates
5301 Wisconsin Avenue, N.W.
Suite 510
Washington, D.C. 20015

Re: **Agreements between Montgomery Road I Limited Partnership and Transportation Leasing Co.**

Dear Mr. Liffmann:

Please be advised that pursuant to the liquidation of Transportation Leasing Co., the Cash Participation Agreement, Escrow Agreement, and Deed of Trust affecting the 90 K Street property have been assigned to Viad Corp, the parent corporation of Transportation Leasing Co., effective as of November 30, 2000.

An executed original of the Assignment and Assumption Agreement is enclosed for your records.

Very truly yours,

Susan M. Mann
Independent Contract Attorney
for Viad Corp

Enclosure

cc (w/encl.):   Commercial Settlements, Inc.
cc (w/o encl.): Ken Goldman

VD-000954

After recording, please return to:

Viad Corp
Real Estate Department
1850 N. Central Ave.
Phoenix, AZ 85077

KENNETH P. GOLDMAN

MAY 21 2001

*[handwritten: 4/1/03 Can't find letter from Viad to Greenbaum those dated 12/7/00 per Eve, ask Susan if she has a copy]*

## ASSIGNMENT AND ASSUMPTION AGREEMENT

This Agreement is made as of November 30, 2000 ("Effective Date"), by and between **TRANSPORTATION LEASING CO.**, a California corporation having its principal place of business at 1850 N. Central Ave., Phoenix, AZ 85077 ("Assignor") and **VIAD CORP**, a Delaware corporation having its principal place of business at 1850 N. Central Ave., Phoenix, AZ 85077 ("Assignee").

For good and valuable consideration, Assignor, for itself and its successors and assigns, does hereby assign and transfer unto Assignee, its successors and assigns, all Assignor's right, title and interest in and to the following "Agreements", effective as of the Effective Date:

1. Cash Participation Agreement between Assignor and Montgomery Road I Limited Partnership dated December 9, 1987, as amended effective December 9, 1987; and

2. Deed of Trust from Montgomery Road I Limited Partnership, as Grantor, to Charles E. Duke, as Trustee, for the benefit of Assignor, recorded December 10, 1987 as Instrument No. 69751 in the Land Records of the District of Columbia, encumbering real property described as:
   Lot numbered 432 in Square numbered 674 in a subdivision made by District of Columbia Redevelopment Land Agency as per plat recorded in Liber 146 at Folio 82 in the office of the Surveyor of the District of Columbia; and

3. Escrow Agreement between Assignor, Montgomery Road I Limited Partnership, and Commercial Settlements, Inc. as Escrow Agent dated October 19, 2000.

VD-000955

Assignee, for itself and its successors and assigns, does hereby accept, assume, take over, and succeed to all Assignor's right, title and interest in and to the Agreements as of the Effective Date.

IN WITNESS WHEREOF, Assignor and Assignee have executed or caused this Assignment and Assumption Agreement to be executed as of the Effective Date.

ASSIGNOR:                                              ASSIGNEE:

**TRANSPORTATION LEASING CO.**                         **VIAD CORP**

By _____                            By _____
Title: Vice President and Secretary                    Title: Vice President-General Counsel
                                                              and Secretary

VD-000956

2

State of Arizona    }
                    } SS.
County of Maricopa  }

On this 30th day of NOVEMBER, 2000, personally appeared before me Scott E. SAYRE, whose identity is personally known to me (or proved to me on the basis of satisfactory evidence) and who by me duly sworn did say that he/she is the VP-SECRETARY (title or office) of Transportation Leasing Co., and acknowledged that said document was signed by him/her in behalf of said corporation by authority of its bylaws (or a Resolution of its Board of Directors).



OFFICIAL SEAL
MARJORIE A. CESSNA
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 24, 2002

Notary Public

My commission expires:
JAN. 24, 2002

State of Arizona    }
                    } SS.
County of Maricopa  }

On this 30th day of NOVEMBER, 2000, personally appeared before me Scott E. SAYRE, whose identity is personally known to me (or proved to me on the basis of satisfactory evidence) and who by me duly sworn did say that he/she is the VP-GEN.COUNSEL & SEC (title or office) of Viad Corp, and acknowledged that said document was signed by him/her in behalf of said corporation by authority of its bylaws (or a Resolution of its Board of Directors).

OFFICIAL SEAL
MARJORIE A. CESSNA
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 24, 2002

Notary Public

My commission expires:
JAN. 24, 2002

3

VD-000957