# EXHIBIT 15

## TRANSPORTATION LEASING CO.

A Greyhound Company

111 W. Clarendon
Phoenix, AZ 85013

October 25, 1989
Next Day Service

Mr. Samuel Rose
Greenebaum and Rose Associates
816 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20006

RE: 90-K Street Property
    Washington, D.C.

Dear Sam:

I have your October 20th letter and will address the questions raised in your letter as well as another outstanding matter.

First, we are perfectly satisfied to take the long term position with regard to our 15% participation in the captioned property unless your buyout proposal were in the range of $5 million.

Secondly, I cannot imagine you having any problem financing this land, or finding a suitable buyer as the case maybe. In fact, since we still believe that this is a great property, if you want to give us a term sheet on the type of financing you are seeking, I will be glad to run it by the real estate people in Greyhound Financial Corporation.

Lastly, I would like to address another issue: the lack of financial statements from a certified public accountant. Your submission last month to Ken Goldman of this department, consisting of a letter and a statement of operations on your letterhead, does not conform with section 2.6 of our Participation Agreement and is hereby rejected.

I am attaching a copy of Page 8 from our Agreement which is abundantly clear on what is required from an independent certified public accounting firm <u>satisfactory</u> to us.

As a publicly held company, and a 15% participant in the property, we do not believe that we should wait indefinitely for this information and wish to advise

Mr. Samuel Rose
Page Two
October 25, 1989


you and Stewart Greenebaum, as general partners in Montgomery Road I Limited Partnership, that you are in violation of section 2.6 of that certain Cash Participation Agreement dated November 30, 1987 between Montgomery Road I Limited Partnership and Transportation Leasing Co. We would appreciate receiving the statements which we are entitled to as required in section 2.6, within the next 30 days.

Sincerely,

Armen Ervanian
Vice President - Real Estate


cc:   Mr. Stewart Greenebaum
      Greenebaum & Rose Associates
      816 Connecticut Avenue, N.W.
      12th Floor
      Washington, D.C. 20006

      Montgomery Road I Limited Partnership
      c/o Mr. Samuel G. Rose
      1777 Reisterstown Road, Suite 275
      Baltimore, Maryland 20814

VD-001028

BCC:  Susan Mann

VD-001029