# EXHIBIT 17

# GREENEBAUM AND ROSE ASSOCIATES

5301 WISCONSIN AVENUE, N.W.
SUITE 510
WASHINGTON, D.C. 20015

TEL (202) 686-3000
FAX (202) 686-3617

July 14, 1999

Mr. Kenneth P. Goldman
Director - Real Estate
Transportation Leasing Co.
1850 North Central Avenue
Phoenix, AZ 85077

RE:   90 K Street Cash Participation

Dear Mr. Goldman:

Thank you for your quick response. How about $15,000 and we settle in ten (10) days.

If this is acceptable, please sign below and we will have our lawyer prepare a simple release.

Thank you.

Sincerely yours,

Reid K. Liffmann

RKL:cab

8/19/99

Left message
for Ried to call me
- offered $16,250 - will
confirm w/ his boss

ACKNOWLEDGED AND ACCEPTED:

_____
Kenneth P. Goldman

_____
Date

VD-001098