# EXHIBIT 18





VIAD CORP
1850 North Central Avenue
Phoenix, AZ 85077
602-207-4000

July 12, 2000

Mr. Samuel G. Rose                                    *via facsimile: (202) 686-3617 &*
MONTGOMERY ROAD I LIMITED PARTNERSHIP     *via certified mail #P 384 841 514*
1777 Reisterstown Rd., Suite 275
Baltimore, MD 20814

RE:    Transportation Leasing Company - 90 K Street, Washington, DC Cash Participation
       Agreement

Dear Mr. Rose:

We are in receipt of your offer to pay $10,000 to Transportation Leasing Company in
exchange for the termination the their interest in the Cash Participation Agreement
relating to the captioned property.  After careful consideration, we have decided not to
accept your offer.

Pursuant to Section 4.1 of the subject Cash Participation Agreement, please forward
written notice of your intention to sell the 90 K Street property along with a copy of the
fully executed purchase and sale contract as soon as reasonably possible.  Your letter
dated June 26, 2000 can not serve as written notification because the fully executed
purchase and sale contract was not attached.

Please do not hesitate to contact me at 602.207.6050 with any questions or concerns you
may have.

Sincerely,

Eve Fiorucci
Assistant Director – Real Estate

VD-000658