# EXHIBIT 19

# MEMORANDUM

TO:     Meera
        Reid
        Ron
        Steve
        Stewart

FROM:   Sam

RE:     Greyhound Contingent Interests / 90 K Street

DATE:   December 18, 2002

---

I spoke with Eve Fiorucci today and we agreed that we would try to resolve our differences. This means that Greyhound will hire the accounting firm KPMG to analyze the documents for the purpose of determining whether Greyhound is due any payment.

We have agreed to pay the cost of this study as long as we receive a reasonable estimate from the accounting firm. It is my guess that this will take at least sixty days and we have nothing to lose.

Apparently, no one at Greyhound remembers or understands the original transaction. The lawyer, Jessie Buchanan, no longer works for Greyhound and has moved out of state. I think there is a reasonable chance we can resolve this fairly and in our favor – which means we pay them nothing.