# EXHIBIT 20

GREENEBAUM AND ROSE ASSOCIATES
816 CONNECTICUT AVENUE, N.W., 12TH FLOOR
WASHINGTON, D.C. 20006

(202) 659-4433
FAX (202) 659-0069

June 17, 1992

Mr. Charles Helwig
TCW Realty Advisors
30 Rowes Wharf
Suite 310
Boston, Massachusetts 02110

RE: 90 K Street
103,878 Square Foot Site
Washington, D.C.

Dear Charles:

Your cash offer of $11,800,000 for the 90 K Street property falls short of what we are willing to take for the subject property. We appreciate how few buyers are out there buying undeveloped land. On the other hand, we have carried this land for over five years and are ready, willing and able to carry it for another five years. However, the way in which pressures are building for development, we would not be surprised to develop a GSA building on the site in the next 24 months.

If development takes place even on the most conservative basis, we are talking about this site becoming worth approximately $60,000,000. The tenant will probably be a government agency signing a 20 year lease and will be very financiable even under today's tough conditions. The increase in value is a verification that a TCW decision to purchase 90 K Street would be a very sound one. This is clearly one of the best locations in which to make a land investment in Downtown Washington. Attached is a detailed analysis of how we arrive at the $60,000,000 land value. All of our figures are based on building and operating 500,000 square feet of new construction across the street.

We would not sell to TCW or anyone else at a substantial loss because we can afford to keep it and because 90 K Street's value today is still above our cost. At the same time, we understand market conditions have hurt the value of the property and we would accept the penalty of losing the large profit we once had. Also a sale would improve our internal balance sheet. If TCW purchases the subject property at our cost, we lose the potential to make a $40,000,000 profit. TCW makes an excellent purchase with room to make a super return. We accept that as a negative result, but a fair one.

MR 07004

Mr. Charles Helwig
June 17, 1992
Page 2


Our current valuation of 90 K Street is $26,000,000 or approximately $39 per FAR foot. We accept the market place realty that almost no developer can find financing to make such a purchase so that the site cannot be sold for that price. The choices are to develop it when a tenant is in hand or sell it at a severe discount. The severe discount that we would apply is 30% to the current market value of $26,000,000 or 70% to the after development market value of $60,000,000. Two other value guides are a bona fide offer from one of D.C.'s best developers, Ackridge Company, of $43,00,000, made about 24 months ago, and our own out of pocket cost to date. Our accounting ledgers indicate cost to us through December 31, 1991 are $18,347,000.

An $18,500,000 all cash deal to be settled in October, including a 45 day due diligence study period for the purchaser, could work for us. That's our "Rock Bottom" price. At that number, TCW is purchasing the site for $27 per FAR or about $175 per square foot. It is difficult to see how the investment could be anything but a big winner.

We would want a right of first refusal to buy back the property.

Very truly yours,

Samuel G. Rose

SGR:cab