# EXHIBIT 21

**GREENEBAUM AND ROSE ASSOCIATES**
5301 WISCONSIN AVENUE, N.W.
SUITE 510
WASHINGTON, D.C. 20015

TEL (202) 686-3000
FAX (202) 686-3617

May 21, 2002

Ms. Eve Fiorucci
Transportation Leasing Co
c/o VIAD Corp
1850 North Central Avenue
Phoenix, Arizona 85004

RE:   90 K Street

Dear Ms. Fiorucci:

  We purchased the subject property from Greyhound in 1987. Since that time, we have had several "almost sales", but all have failed to close. During this time, our carry on the project has incurred annual real estate taxes, interest carry, and other charges, which are now approaching $30 million. On its best day, this property is not worth $30 million.

  As an indication to value, we can go back to Level 3 Contract of Sale, which was executed about two years ago for $25 million. The purpose of the purchase was to build a large warehouse to house telephone equipment. These structures were often referred to as "telco hotels" because they had no windows and no people. Now that the telco industry is defunct, such a deal will not reappear in the foreseeable future. Level 3 did not close. This probably means that the best purchase price we will see in the foreseeable future will be less than $20 million, well under your threshold participation. A further indication of value is the sale of 60L Street, located directly across the street from 90 K. The comparable is attached. Note that the property is exactly the same size as 90 K and that it sold for under $8 million.

  Greenebaum and Rose is preparing to go out of business in the next couple of years. My partner and I will celebrate our 66th birthdays this year. It would, for estate planning reasons, be simpler to not have any open items on undeveloped land. Greyhound's remaining interest is one such item. Although we believe the Greyhound position has been diluted to a nominal amount, we would like to clean this up for our heirs. Is there anyone at Greyhound who keeps up with this matter and could discuss how we might clean this up?

Sincerely yours,

Samuel G. Rose

Enclosure

P.S.   The current accounting statement was forwarded to your office a few months ago.

VD-000537

---

Handwritten annotation:

> Eve,
> Did we arrive at a price to relinquish our participation rights during the Level 3 negotiations?
> K