# EXHIBIT 23



# TRANSPORTATION LEASING CO.

aViad Corp company

1850 North Central Avenue
Phoenix, AZ 85077

August 23, 2000

Mr. Samuel G. Rose
Greenebaum and Rose Associates
5301 Wisconsin Avenue, N.W.
Suite 510
Washington, D.C. 20015

Re: Transportation Leasing Co. Cash Participation Agreement
90 K Street, Washington, D.C.

Dear Mr. Rose:

I am writing in response to your letter to Eve Fiorucci of August 14, 2000, in particular regarding your request that Transportation Leasing Co. (TLC) execute a Certificate of Satisfaction releasing its Deed of Trust securing its cash participation interest in the above-referenced property. Your letter asserts that the proposed sales price for the property of $24,975,000 will generate no cash participation for TLC.

I have reviewed, and requested legal review, of the terms of the Cash Participation Agreement and of the calculation you have submitted of the Total Developer's Equity as of December 31, 1999, showing that amount at $27,285,195. It is our belief that this amount is overstated by $8,775,927, the amount of the Developer's Equity Return. According to the terms of the Cash Participation Agreement, the amounts of Developer's equity which can be deducted from the Agreed Value in determining the Appreciation Cash Flow are the Developer's Invested Equity and the Developer's Operating Equity (Section 3.1). The Developer's Equity Return is not a permitted subtraction in determining the Appreciation Cash Flow. When this error is corrected, and assuming the balance of your calculations are correct, there is in fact a positive Appreciation Cash Flow of nearly $4.9 million in which TLC is entitled to participate.

Under the dispute resolution provision of the Cash Participation Agreement (Section 3.11), we are required to attempt to resolve any dispute in good faith. Please let me know how you wish to proceed to resolve this issue.

Very truly yours,

Kenneth P. Goldman
Director – Real Estate

cc: Ms. Eve Fiorucci
(left bc: page attached)

VD-000533