# EXHIBIT 27

# RECORD OF TELEPHONE CONVERSATION

NOTES:

Person called _____
Phone no. ___ EVE FIORUCCI ___
Firm name ___ JUN 1 0 2002 ___

Caller ___ Sam Rose ___
Phone no. ___ 202 686 3000 ___
Firm name _____

re: VVC / Washington DC
    90 K Street

Date: _____ Time: _____

Sam wants to buy VVAs out of ~~prev~~ Cash Participation Agreement. Offered $50,000. Believes his acctg methods were correct, would pay for VVA to have an outside firm a look at accounting (I don't ~~recommend~~ recommend this)

Advised Sam that Ken, Susan and I will have to get together to review this again & determine if we want to have an outside accountant look at it, if we want to sell our interest, or simply retain it. Sam wants to resolve the accounting issue right now. Trying to get things in order for estate planning purposes

VD-000966

FILE: _____   COPY: ___

INITIALS: _____