# EXHIBIT 28

# RECORD OF TELEPHONE CONVERSATION

DATE: _____

Caller: Sam Rose

Number: _____

Company: _____

Notes:

Person Called: _____

Number: EVE FIORUCCI

Company: JUN 15 2004

Notes:

RE: VVI / Washington DC 90 K ST

C3C - Office buildings or Residential
FAR - 6.5
Parking requirement 1 per 1200/sqft
building height 90 ft max (8 stories)

Again offered $50,000 to buy out Vlad's interest.

- Agreed to get some referrals for accounting firms in the DC area will call th Will submit for Sam's approval
Sam to pick up cost of accountant to look over financial statements & agreement

VD-000965