# EXHIBIT 29

Call From: EVE FIORUCCI

JUL 2 5 2004

Call To: Pat Marr

RE: VVI Washington DC
90 K Street

Rose has listed property w/ Broker
Has building planned for 1,000,000 SF
or alternative plan for 300,000 SF +
700,000 SF building
have set rental @ $45/SF/annum full service
$31/32/net rate

VD-000964