# EXHIBIT 43

EXECUTED CLOSING COPY
1-11-07

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|
| 4. ☐ VA  5. ☐ Conv Ins  6. ☐ Seller Finance | 10902774A | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| 90 K Holding LLC, a Delaware limited liability company<br>c/o TC MidAtlantic Development, Inc.<br>1055 Thomas Jefferson Street, NW, 6th Floor<br>Washington, DC 20007 | Montgomery Road I Limited Partnership, a Maryland limited partnership<br>c/o Greenebaum and Rose Associates<br>5301 Wisconsin Avenue, N.W., Suite 510<br>Washington, DC 20015<br>Tax ID: 52-1504343 | |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Square 674; Lot 432-TDR Sale of 120,106 square feet<br>90 K Street, NE<br>Washington, DC | LandAmerica-Commercial Services<br>1015 15th Street N.W. Suite 300<br>Washington, DC 20005  Tax ID: 54-0378740 |
| | Place of Settlement<br>LandAmerica Commercial Services (DC)<br>1015 15th Street, N.W.<br>Suite 300<br>Washington, DC 20005 |
| | I. Settlement Date<br>01/11/2007<br>Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract Sales Price | $21,387,929.00 | 401. Contract Sales Price | $21,387,929.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $81.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. County property taxes | | 406. County property taxes | |
| 107. | | 407. | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. Gross Amount Due From Borrower | $21,388,010.00 | 420. Gross Amount Due to Seller | $21,387,929.00 |
| 200. Amounts Paid By Or in Behalf Of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $241,120.95 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan | |
| 205. Deposit held by LandAm | $672,897.00 | 505. Payoff of second mortgage loan | |
| 206. Deferred Purchase Price | $13,000,000.00 | 506. Deferred Purchase Price | $13,000,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. County property taxes | | 510. County property taxes | |
| 211. | | 511. | |
| 212. | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | $13,672,897.00 | 520. Total Reduction Amount Due Seller | $13,241,120.95 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | $21,388,010.00 | 601. Gross Amount due to seller (line 420) | $21,387,929.00 |
| 302. Less amounts paid by/for borrower (line 220) | $13,672,897.00 | 602. Less reductions in amt. due seller (line 520) | $13,241,120.95 |
| 303. Cash From Borrower | $7,715,113.00 | 603. Cash To Seller | $8,146,808.05 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. The information requested does not lend itself to confidentiality.

MR 26163

File No. 10902774A

| L. Settlement Charges | | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | $21,387,929.00 | @ % = | $0.00 | | |
| Division of Commission (line 700) as follows: | | | | | | |
| 701. | | to | | | | |
| 702. | | to | | | | |
| 703. Commission Paid at Settlement | | | | | $0.00 | $0.00 |
| 704. Commission | | to Trammell Crow Services, Inc. | | | | $234,298.95 |
| 800. Items Payable in Connection with Loan | | | | | | |
| 801. Loan Origination Fee | % | to | | | | |
| 802. Loan Discount | % | to | | | | |
| 803. Appraisal Fee | | to | | | | |
| 804. Credit Report | | to | | | | |
| 805. Lender's Inspection Fee | | to | | | | |
| 806. Mortgage Insurance Application | | to | | | | |
| 807. Assumption Fee | | to | | | | |
| 900. Items Required by Lender To Be Paid In Advance | | | | | | |
| 901. Interest from | to | @ /day | | | | |
| 902. Mortgage Ins Premium for months | | to | | | | |
| 903. Hazard Ins Premium for years | | to | | | | |
| 1000. Reserves Deposited With Lender | | | | | | |
| 1001. Hazard insurance | | months @ | | per month | | |
| 1002. Mortgage insurance | | months @ | | per month | | |
| 1003. City property taxes | | months @ | | per month | | |
| 1004. County property taxes | | months @ | | per month | | |
| 1005. Assessment Taxes | | months @ | | per month | | |
| 1006. School property taxes | | months @ | | per month | | |
| 1007. MUD taxes | | months @ | | per month | | |
| 1008. Other taxes | | months @ | | per month | | |
| 1011. Aggregate Adjustment | | | | | | |
| 1100. Title Charges | | | | | | |
| 1101. Settlement or closing fee | | to | | | | |
| 1102. Abstract or title search | | to | | | | |
| 1103. Title examination | | to | | | | |
| 1104. Title insurance binder | | to | | | | |
| 1105. Document preparation | | to | | | | |
| 1106. Notary fees | | to | | | | |
| 1107. Attorney's fees | | to | | | | |
| (includes above items numbers: | | | | ) | | |
| 1108. Title insurance | | to | | | | |
| (includes above items numbers: | | | | ) | | |
| 1109. Lender's coverage | | $0.00/$0.00 | | | | |
| 1110. Owner's coverage | | $21,387,929.00/$0.00 | | | | |
| 1111. Escrow fee | | to | | | | |
| 1200. Government Recording and Transfer Charges | | | | | | |
| 1201. Recording Fees | Deed | ; Mortgage | ; Releases | | | |
| 1202. City/county tax/stamps | Deed | ; Mortgage | to | | | |
| 1203. State tax/stamps | Deed | ; Mortgage | to | | | |
| 1204. Grantors Tax | | to | | | | |
| 1205. Transfer Tax | | to | | | | |
| 1206. Clerk's Recording Fee | | to DC Treasurer | | | $91.00 | |
| 1300. Additional Settlement Charges | | | | | | |
| 1301. Survey | | to | | | | |
| 1302. Pest Inspection | | to | | | | |
| 1303. Seller Legal Fee | | to Shapiro, Lifshitz and Schram, P.C. | | | | $16,822.00 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | | $91.00 | $241,120.95 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

MR 26164

File No. 10902774A

90 K Holding LLC,
a Delaware limited liability company

90 K Holding LLC,
a Delaware limited liability company

By: 90 K Street LLC,
    a Delaware limited liability company,
    Sole Member

    By: TC 90 K Street LLC,
        a Delaware limited liability company,
        its Manager

        By: TC MidAtlantic Development III, Inc.,
            a Delaware corporation,
            its Sole Member

            By:_____
            Name:_____
            Title:_____

Montgomery Road I Limited Partnership,
a Maryland limited partnership

By: Montgomery Road, Inc.,
    a Maryland corporation,
    its general partner

    By:_____
    Name:_____
    Title:_____

Seller's Taxpayer Identification Number Solicitation and Certification
You are required by law to provide the Settlement Agent named above with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under Penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____    _____
Seller's Signature                                           Date

**SETTLEMENT AGENT CERTIFICATION**
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_[signature]_  1/11/07
Settlement Agent                                   Date
Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete      Page 3      form HUD-1 (3/86)
                                                                                                                                        Handbook 4305.2

MR 26165

File No. 10902774A

90 K Holding LLC,
a Delaware limited liability company

90 K Holding LLC,
a Delaware limited liability company

By: 90 K Street LLC,
   a Delaware limited liability company,
   Sole Member

  By: TC 90 K Street LLC,
     a Delaware limited liability company,
     its Manager

    By: TC MidAtlantic Development III, Inc.,
       a Delaware corporation,
       its Sole Member

      By: /s/ Daniel R. Hudson
      Name: DANIEL S. HUDSON
      Title: PRESIDENT

Montgomery Road I Limited Partnership,
a Maryland limited partnership

By: Montgomery Road, Inc.,
   a Maryland corporation,
   its general partner

   By: _____
   Name: _____
   Title: _____

Seller's Taxpayer Identification Number Solicitation and Certification
You are required by law to provide the Settlement Agent named above with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under Penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____    _____
Seller's Signature                                      Date

**SETTLEMENT AGENT CERTIFICATION**
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____    _____
Settlement Agent                                      Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| Previous Editions are Obsolete | Page 3 | form HUD-1 (3/86) Handbook 4305.2 |

MR 26166

File No. 10902774A

90 K Holding LLC,
a Delaware limited liability company

90 K Holding LLC,
a Delaware limited liability company

By: 90 K Street LLC,
    a Delaware limited liability company,
    Sole Member

  By: TC 90 K Street LLC,
      a Delaware limited liability company,
      its Manager

    By: TC MidAtlantic Development III, Inc.,
        a Delaware corporation,
        its Sole Member

      By: _____
      Name: _____
      Title: _____

Montgomery Road I Limited Partnership,
a Maryland limited partnership

By: Montgomery Road, Inc.,
    a Maryland corporation,
    its General partner

By: _____
Name: Steven Karsh
Title: Vice President

**Seller's Taxpayer Identification Number Solicitation and Certification**
You are required by law to provide the Settlement Agent named above with your correct taxpayer identification number. If you do not provide the Settlement Agent with the correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under Penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____    _____
Seller's Signature                       Date

**SETTLEMENT AGENT CERTIFICATION**
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____    _____
Settlement Agent                    Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| Previous Editions are Obsolete | Page 3 | form HUD-1 (3/86)<br>Handbook 4305.2 |
|---|---|---|

MR 26167