# EXHIBIT 48



Rodney F. Page
Direct: (202) 508-6002
rfpage@bryancave.com

September 13, 2006

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

**VIA FACSIMILE AND U.S. MAIL**

Dale A. Cooter, Esquire
Cooter, Mangold, Tompert
 & Karas, LLP
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London

Re: *Montgomery Road I Limited Partnership v. Viad Corp.*

Dear Dale,

Under the terms of the Cash Participation Agreement entered into by your client, Montgomery Road I Limited Partnership, and by Transportation Leasing Company, predecessor in interest to Viad Corp., a Fiscal Year Statement is to be furnished within 120 days after the end of each fiscal year. Montgomery Road I Limited Partnership has not provided that Statement for the year ended December 31, 2005. No such report has been received in the ordinary course of business, nor has any report been included in document production we have received in litigation between our respective clients. I am writing to request that your client comply with the requirements of the Cash Participation Agreement in this regard as soon as possible.

Sincerely yours,

Rodney F. Page

RFP/cas