# EXHIBIT 49

## Unknown

**From:** Steve Braesch [SBraesch@greenebaum-rose.com]

**Sent:** Wednesday, November 01, 2006 11:40 AM

**To:** RSaas@tspclaw.com; Shapiro@slslaw.com

**Cc:** Reid Liffmann; Dan Hudson; foster@slslaw.com

**Subject:** 90K/45L FINAL Amendment 2 Price Adjuistment and Allocation Calcs

Ron,

Dan Hudson and I have reviewed the attached Price Adjustment and Allocation Calculations and agree to use these numbers in the Amendment documents. Note that these numbers differ from the sheet circulated earlier this morning by adjusting the 90K TDR Sale 2 TDR quantity from 118,000 sf to 124,294 sf. This gives a Revised Transaction Total FAR number of 1,325,000 sf. The total transaction value has not changed ($95,354,564), but the Price per FAR of the 90K TDR Sale 2 is reduced from $110.17 to $104.59.

This is Final. Please adjust the documents accordingly.

Steve

| | A | B | C | E | G | H | I | K | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | Transaction | Original Sales Price | FAR | % | Revised Sales Price | % | Price Per FAR | Initial Deposit | Incremental Firm Deposit | Additonal Deposit | Extension Deposit |
| 3 | | | | | | | | | | | |
| 4 | 90 K Land Sale | 47,154,914 | 675,207 | 50.96% | 46,036,528 | 48.28% | $68.18 | 48,500 | 1,066,100 | 1,399,879 | 339,200 |
| 5 | 90 K TDR Sale 1 | 8,387,929 | 120,106 | 9.06% | 8,387,929 | 8.80% | $69.84 | 8,600 | 189,700 | 255,297 | 60,200 |
| 6 | 45 L Land Sale | 16,090,121 | 230,393 | 17.39% | 15,708,507 | 16.47% | $68.18 | 16,500 | 362,800 | 477,714 | 115,600 |
| 7 | 45 L TDR Sale | 12,221,600 | 175,000 | 13.21% | 12,221,600 | 12.82% | $69.84 | 12,600 | 277,300 | 371,910 | 88,200 |
| 8 | Total | | | | | | | | | | |
| 10 | Future Transaction: | | | | | | | | | | |
| 11 | 90 K TDR sale 2 | 13,445,436 | 124,294 | 9.38% | 13,000,000 | 13.63% | $104.59 | 13,800 | 304,100 | 395,200 | 96,800 |
| 12 | Revised Transaction Totals | 97,300,000 | 1,325,000 | 100.00% | 95,354,564 | 100% | | 100,000 | 304,100 | 2,900,000 | 96,800 |
| 14 | Original Transaction Totals | | 1,393,230 | | 97,300,000 | | | 100,000 | | 2,900,000 | |
| 15 | | | | | | | | | | | |
| 16 | Net Difference | | -68,230 | | -1,945,436 | | | | | | |
| 17 | Environmental Price Reduction on 90 K and 45 L | | | | 1,500,000 | | | | | | |
| 18 | 90 K TDR Sale 2 Price Reduction | | | | 445,436 | | | | | | |
| 19 | Check | | | | 0 | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | Notes: | | | | | | | | | | |
| 23 | Land Price reduction due to soil/environmental issues: | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | 90 K and 45 L Land | | 905,600 | | | | | | | | |
| 26 | Beginning land price per FAR | | $63,245,035 | | | | | | | | |
| 27 | Agreed price reduction | | $1,500,000 | | | | | | | | |
| 28 | Revised FAR Price | | $68.18 | | | | | | | | |

| | R | S | T |
|---|---|---|---|
| 1 | | | |
| 2 | | Total Deposit | Deposit/Sales Price |
| 3 | | | |
| 4 | | 1,448,379 | 3.15% |
| 5 | | 263,897 | 3.15% |
| 6 | | 494,214 | 3.15% |
| 7 | | 384,510 | 3.15% |
| 8 | | | |
| 10 | | | |
| 11 | | 409,000 | 3.15% |
| 12 | | 3,000,000 | 3.15% |
| 13 | | | |
| 14 | | 3,000,000 | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |