# EXHIBIT 51

## Unknown

**From:** Reid Liffmann [RLiffmann@greenebaum-rose.com]
**Sent:** Tuesday, January 09, 2007 7:47 PM
**To:** Ronald Glassman
**Cc:** Reid Liffmann
**Subject:** 90K_45L_Sales (8).xls

Revised to incorporate legal. With closing being pushed a day -tax pro-ration may change.

MR 19671

2/19/2007

## 90 K and 45 L Sales

19-Feb-2007

### Sales Summary

| | Sale Price | % To Total | FAR | Price Per FAR | Broker Commission | Other Closing Costs (Legal) | |
|---|---|---|---|---|---|---|---|
| 90 K Land Sale | 46,036,528 | 48.28% | 675,207 | 68.18 | 482,793 | 36,209 | 90 K Land Sale |
| 90 K TDR Sale #1 (Existing) | 8,387,929 | 8.80% | 120,106 | 69.84 | 87,966 | 6,597 | 90 K TDR Sale |
| 90 K TDR Sale #2 (To Be Acquired) | 13,000,000 | 13.63% | 192,524 | 67.52 | 136,333 | 10,225 | 45 L Land Sale |
| 45 L Land Sale | 15,708,507 | 16.47% | 230,393 | 68.18 | 164,738 | 12,355 | 45 L TDR Sale |
| 45 L TDR Sale | 12,221,600 | 12.82% | 175,000 | 69.84 | 128,170 | 9,813 | |
| | 95,354,564 | 100.00% | 1,393,230 | 68.44 | 1,000,000 | 75,000 | |

### Net Gain Calculation

| | Total | 90 K Land and Existing TDR's | 90 K TDR's To Be Acquired | 45 L Land and TDR's | |
|---|---|---|---|---|---|
| Gross Sales Price | 95,354,564 | 54,424,457 | 13,000,000 | 27,930,107 | |
| Less Broker Commission | (1,000,000) | (707,092) | paid prior | (292,908) | |
| Less R/E Taxes and NY Ave Metro Fee | (218,613) | (167,795) | 0 | (50,818) | |
| Less Title Co Fees | (75,000) | (134) | 0 | (34) | |
| Less Other Closing Costs | (168) | (53,032) | paid prior | (21,988) | |
| Net Sales Proceeds | 94,060,784 | 53,496,404 | 13,000,000 | 27,564,379 | |

**Less**

| | | | | | |
|---|---|---|---|---|---|
| TLC Escrow for 15% Participation in 90 K | (4,500,000) | (4,500,000) | N/A | N/A | |
| Verizon Escrow for 45 L | (300,000) | N/A | N/A | (300,000) | |
| 90 K Land & Project Costs at 12-31-06 | (9,875,549) | (9,875,549) | N/A | N/A | |
| Estimate of Costs in 2007 on 90 K | (1,000,000) | (1,000,000) | N/A | N/A | |
| 45 L Land & Project Costs at 12-31-06 | (4,066,321) (A) | N/A | N/A | (4,066,321) | |
| Estimate of Costs in 2007 on 45 L | (200,000) (A) | N/A | N/A | (200,000) | |
| Add back Accrued R/E Taxes/Metro Fee | 197,509 | 151,597 | 0 | 45,912 | |
| Cost of 90 K TDR's To Be Purchased | (1,100,000) | N/A | (1,100,000) | N/A | |
| Total Costs | (20,844,361) | (15,223,952) | (1,100,000) | (4,520,409) | |
| Gain on Sale | 73,216,423 | 38,272,452 | 11,900,000 | 23,043,970 | |

### Gain Allocated to:

| | | | | | |
|---|---|---|---|---|---|
| Montgomery Road, Inc | 388,328 | 303,028 | 83,300 | 0 | |
| SJG Holdings | 27,312,658 | 14,999,900 | 4,123,350 | 8,189,408 | |
| SR | 27,312,658 | 14,999,900 | 4,123,350 | 8,189,408 | |
| Reid | 9,102,403 (B) | 3,984,812 | 1,785,000 | 3,332,591 | |
| Steve | 9,102,376 (B) | 3,984,812 | 1,785,000 | 3,332,564 | |
| Total | 73,216,423 | 38,272,452 | 11,900,000 | 23,043,970 | |

### Federal Tax Due at 15%

| | | | | | |
|---|---|---|---|---|---|
| Montgomery Road, Inc | 57,949 (C) | 45,454 | 12,495 | 0 | |
| SJG (For SJG Holdings) | 4,096,899 | 2,249,985 | 618,503 | 1,228,411 | |
| SR | 4,096,899 | 2,249,985 | 618,503 | 1,228,411 | |
| Reid | 1,365,360 | 597,722 | 267,750 | 499,889 | |
| Steve | 1,365,356 | 597,722 | 267,750 | 499,885 | |
| Total | 10,982,463 | 5,740,868 | 1,785,000 | 3,456,596 | |

### State Tax Due at 7.7%

| | | | | | |
|---|---|---|---|---|---|
| Montgomery Road, Inc | 29,747 (D) | 23,333 | 6,414 | 0 | |
| SJG (For SJG Holdings) | 2,103,075 | 1,154,992 | 317,498 | 630,584 | |
| SR | 2,103,075 | 1,154,992 | 317,498 | 630,584 | |
| Reid | 700,885 | 306,831 | 137,445 | 256,609 | |
| Steve | 700,883 | 306,831 | 137,445 | 256,607 | |
| Total | 5,637,665 | 2,946,979 | 916,300 | 1,774,386 | |

MR 19672



| J | K | L |
|---|---|---|
| Shapiro, Lifschitz Legal | | 36,209<br>16,822<br>12,355<br><u>9,613</u><br>75,000 |

MR 19673

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 61 | | | | | | | | | |
| 62 | (A) net of 35,000 depreciation | | | | | | | | |
| 63 | (B) 45 L includes extra 9K for prior losses | | | | | | | | |
| 64 | (C) Actual Federal tax will be slightly higher due to Section 1250 recapture | | | | | | | | |
| 65 | (D) There may be a Federal Tax benefit for the State Tax paid if not in AMT | | | | | | | | |
| 66 | (E) Includes Interest, etc. for 2007 that will be deducted at Regular or AMT Tax Rates | | | | | | | | |

MR 19674

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 90 K and 45 L Sales | | | | | |
| 2 | | 9-Jan-2007 | | | | |
| 3 | | | | 90 K | 90 K | 45 L |
| 4 | Cash Flow Calculation | Total | | Land and | TDR's To Be | Land and |
| 5 | | Cash Flow | | Existing TDR's | Acquired | TDR's |
| 6 | | | | | | |
| 7 | Net Sales Proceeds | 94,060,784 | | 53,496,404 | 13,000,000 | 27,564,379 |
| 8 | | | | | | |
| 9 | Less | | | | | |
| 10 | Cash Less Other Liab on 90 K at 12-31-06 | 69,009 | (D) | 69,009 | N/A | N/A |
| 11 | Cash Less Other Liab on 45 L at 12-31-06 | 26,505 | (D) | N/A | N/A | 26,505 |
| 12 | TLC Escrow for 15% Participation in 90 K | (4,500,000) | | (4,500,000) | N/A | N/A |
| 13 | Verizon Escrow for 45 L | (300,000) | | N/A | N/A | (300,000) |
| 14 | Estimate of Costs in 2007 on 90 K | (1,000,000) | | (1,000,000) | N/A | N/A |
| 15 | Estimate of Costs in 2007 on 45 L | (200,000) | | N/A | N/A | (200,000) |
| 16 | Cost of 90 K TDR's To Be Purchased | (1,100,000) | | N/A | (1,100,000) | N/A |
| 17 | Total Costs | (7,004,486) | | (5,430,991) | (1,100,000) | (473,495) |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | Total Cash Flow Available | 87,056,298 | | 48,065,413 | 11,900,000 | 27,090,884 |
| 21 | S&S Loan on 45 L at 12-31-06 | (4,932,500) | | N/A | N/A | (4,932,500) |
| 22 | G&R Land Preference on 90 K | (20,000,000) | | (20,000,000) | N/A | N/A |
| 23 | G&R Add'l Cost Preference on 90 K | (1,500,000) | (A) | (1,500,000) | N/A | N/A |
| 24 | Net Cash Flow for Reid & Steve Calc | 60,623,798 | | 26,565,413 | 11,900,000 | 22,158,384 |
| 25 | | | | | | |
| 26 | Cash Flow to Reid 15% | (9,093,570) | | (3,984,812) | (1,785,000) | (3,323,758) |
| 27 | Cash Flow to Steve 15% | (9,093,570) | | (3,984,812) | (1,785,000) | (3,323,758) |
| 28 | S&S Mortgage & Loan on 90 K at 12-31-06 | (4,870,000) | | (4,870,000) | N/A | N/A |
| 29 | Add Back G&R Preferences | 21,500,000 | | 21,500,000 | N/A | N/A |
| 30 | Cash Flow to G&R | 59,066,658 | | 35,225,789 | 8,330,000 | 15,510,869 |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | Cash Flow Before Taxes Allocated to: | | | | | |
| 34 | Montgomery Road, Inc | 489,005 | (B) | 405,705 | 83,300 | 0 |
| 35 | SJG Holdings | 29,288,827 | | 17,410,042 | 4,123,350 | 7,755,435 |
| 36 | SR | 29,288,827 | | 17,410,042 | 4,123,350 | 7,755,435 |
| 37 | Reid | 9,093,570 | | 3,984,812 | 1,785,000 | 3,323,758 |
| 38 | Steve | 9,093,570 | | 3,984,812 | 1,785,000 | 3,323,758 |
| 39 | Mortgages & Loans Repaid to S&S | 9,802,500 | | 4,870,000 | N/A | 4,932,500 |
| 40 | Total Cash Flow Available | 87,056,298 | | 48,065,413 | 11,900,000 | 27,090,884 |
| 41 | | | | | | |
| 42 | Less Federal Tax | (10,982,463) | | | | |
| 43 | Less State Tax | (5,637,665) | | | | |
| 44 | Cash Flow Net of Taxes | 70,436,170 | | | | |
| 45 | | | | | | |
| 46 | Cash Flow Net of Taxes Allocated to: | | (C) | | | |
| 47 | Montgomery Road, Inc | 401,308 | | 336,917 | 64,391 | 0 |
| 48 | SJG Holdings (92.5% of Cash Flow) | 27,092,165 | | 16,104,289 | 3,814,099 | 7,173,777 |
| 49 | SJG (7.5% Cash Flow less 100% Taxes) | (4,003,311) | | (2,099,224) | (626,749) | (1,277,338) |
| 50 | SR | 23,088,853 | | 14,005,065 | 3,187,350 | 5,896,439 |
| 51 | Reid | 7,027,324 | | 3,080,260 | 1,379,805 | 2,567,260 |
| 52 | Steve | 7,027,330 | | 3,080,260 | 1,379,805 | 2,567,266 |
| 53 | Mortgages & Loans Repaid to S&S | 9,802,500 | | 4,870,000 | N/A | 4,932,500 |
| 54 | Total Cash Flow Net of Taxes | 70,436,170 | | 39,377,566 | 9,198,700 | 21,859,903 |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | (A) As of 12-31-05 with an estimate for interest at 10% | | | | | |
| 58 | (B) 90 K Land includes extra 53K return of Capital | | | | | |
| 59 | (C) Assumes all are in AMT and no deduction allowed for the State Tax | | | | | |
| 60 | (D) Excludes Accrued R/E Taxes and Metro Fee paid at Closing | | | | | |

MR 19675

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | 90 K and 45 L Sales | 9-Jan-2007 | | | | | |
| 2 | | | | | | | |
| 3 | | | | 90 K St | 45 L St | | |
| 4 | | | | Beginning | Beginning | | |
| 5 | Capital Account Reconcilliation | | | Balance | Balance | Capital | Cash Flow |
| 6 | | Total | | 12-31-06 | 12-31-06 | Gain | Distribution |
| 7 | | | | | | | |
| 8 | Montgomery Road, Inc | 0 | | 102,677 | N/A | 386,328 | (489,005) |
| 9 | SJG Holdings | (0) | | 2,409,395 | (433,227) | 27,312,658 | (29,288,827) |
| 10 | SR | (0) | | 2,409,395 | (433,227) | 27,312,658 | (29,288,827) |
| 11 | Reid | 0 | | 734 | (9,567) | 9,102,403 | (9,093,570) |
| 12 | Steve | 0 | | 761 | (9,567) | 9,102,376 | (9,093,570) |
| 13 | Mortgages & Loans Repaid to S&S | | | 4,870,000 | 4,932,500 | N/A | (9,802,500) |
| 14 | Total | 0 | | 9,792,962 | 4,046,913 | 73,216,423 | (87,056,298) |

MR 19676

## 90 K and 45 L Sales
### 9-Jan-2007
### Settlement Statements - Cash in the Door

| | 90 K Land | 90 K TDR | 45 L Land | 45 L TDR | Total |
|---|---:|---:|---:|---:|---:|
| Contract Price | 46,038,528 | 21,387,929 | 15,708,507 | 12,221,600 | 95,354,564 |
| Less Deferred Portion | | (13,000,000) | | | (13,000,000) |
| Less R/E Tax and NY Ave Fee | (167,795) | | (50,818) | | (218,613) |
| Less Viad Escrow | (4,500,000) | | 0 | | (4,500,000) |
| Less Verizon Escrow | 0 | | (300,000) | | (300,000) |
| Less S&S Payoff | (2,870,000) | | (4,932,500) | | (7,802,500) |
| Less Title CO Fee | (134) | | (34) | | (168) |
| Less Legal | (36,209) | (16,822) | (12,355) | (9,613) | |
| Less Trammell Fee | (482,793) | (224,299) | (164,738) | (128,170) | (1,000,000) |
| Cash to Seller | 37,979,596 | 8,146,808 | 10,248,062 | 12,083,817 | 68,458,284 |
| | | | | | |
| Settlement Statement Net | 37,979,597 | 8,146,808 | 10,248,063 | 12,083,817 | 68,458,284 |
| | | | | | |
| Check | (0) | (0) | (1) | 0 | (1) |
| | | | | | |
| **Cash to G&R Entities:** | | | | | |
| Cash to Seller | 37,979,596 | 8,146,808 | 10,248,062 | 12,083,817 | 68,458,284 |
| S&S Payoff | 2,870,000 | | 4,932,500 | | 7,802,500 |
| Net Cash available at 12-31-06 | 69,009 | | 26,505 | | 95,514 |
| | | | | | |
| Total Cash to G&R Entities | 40,918,605 | 8,146,808 | 15,207,067 | 12,083,817 | 76,356,298 |

(A) Settlement Statements need to be adjusted for S&S Payoff and Legal

MR 19677



MR 19678