# EXHIBIT 52

EXECUTED CLOSING COPY
1-11-07

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
| 4. ☐ VA   5. ☐ Conv Ins  6. ☐ Seller Finance | 10902774 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| 90 K Holding LLC, a Delaware limited liability company c/o TC MidAtlantic Development, Inc. 1055 Thomas Jefferson Street, NW, 6th Floor Washington, DC 20007 | Montgomery Road I Limited Partnership, a Maryland limited partnership c/o Greenebaum and Rose Associates 5301 Wisconsin Avenue, N.W., Suite 510 Washington, DC 20015 Tax ID: 52-1504343 | Societe Generale, as Administrative Agent for the benefit of the Lenders 2001 Ross Avenue, Suite 4900 Dallas, TX 75201 |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Square 674; Lot 432-Land Sale 90 K Street, NE Washington, DC | LandAmerica-Commercial Services 1015 15th Street N.W. Suite 300 Washington, DC 20005  Tax ID: 54-0270740 |
| | Place of Settlement: LandAmerica Commercial Services (DC) 1015 15th Street, N.W. Suite 300 Washington, DC 20005 |
| | I. Settlement Date 01/11/2007  Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $46,036,528.00 | 401. Contract Sales Price | $46,036,528.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $2,226,516.93 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City property taxes | | 406. City property taxes | |
| 107. | | 407. | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $48,263,044.93 | **420. Gross Amount Due to Seller** | $46,036,528.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $7,889,136.13 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan | |
| 205. Deposit held by LandAm | $1,448,379.00 | 505. Payoff of second mortgage loan | |
| 206. Loan Proceeds Advanced | $33,404,873.02 | 506. | |
| 207. Balance-Due Diligence Deposit | $92,000.00 | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City property taxes 10/01/06 thru 01/11/07 | $139,938.73 | 510. City property taxes 10/01/06 thru 01/11/07 | $139,938.73 |
| 211. NY Ave Metro Taxes 10/1/06 to 01/11/07 | $29,517.96 | 511. NY Ave Metro Taxes 10/1/06 to 01/11/07 | $29,517.96 |
| 212. | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $35,115,508.71 | **520. Total Reduction Amount Due Seller** | $8,058,592.82 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $48,263,044.93 | 601. Gross Amount due to seller (line 420) | $46,036,528.00 |
| 302. Less amounts paid by/for borrower (line 220) | $35,115,508.71 | 602. Less reductions in amt. due seller (line 520) | $8,058,592.82 |
| **303. Cash From Borrower** | $13,147,536.22 | **603. Cash To Seller** | $37,977,935.18 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. The information requested does not lend itself to confidentiality.

Previous Editions are Obsolete    Page 1    form HUD-1 (3/86) Handbook 4305.2

MR 26158

File No. 10902774

## L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $46,036,528.00 @ % = $0.00 | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. Commission Paid at Settlement | | | $0.00 | $0.00 |
| 704. Commission | to | Trammell Crow Services, Inc. | | $482,793.13 |
| 800. Items Payable in Connection with Loan | | | | |
| 801. Loan Origination Fee  % | to | | | |
| 802. Loan Discount  % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. | to | | $0.00 | |
| 805. Capital Markets Rate Cap Fee | to | SMBC Derivative Products Limited | $11,600.00 | |
| 806. Interest Rate Cap | to | Chatham Financial Corporation | $4,000.00 | |
| 807. Financing Fee | to | Societe Generale, as Administrative Agent for the benefit of the Lenders | $500,000.00 | |
| 808. Lender Legal Fee | to | Locke Liddell & Sapp LLP | $96,943.48 | |
| 809. Lender Legal Fee-Local Counsel | to | Hunton & Williams LLP | $14,000.00 | |
| 900. Items Required by Lender To Be Paid in Advance | | | | |
| 901. Interest from   to   @ /day | | | | |
| 902. Mortgage Ins Premium for  months | to | | | |
| 903. Hazard Ins Premium for  years | to | | | |
| 1000. Reserves Deposited With Lender | | | | |
| 1001. Hazard insurance | | months @   per month | | |
| 1002. Mortgage insurance | | months @   per month | | |
| 1003. City property taxes | | months @   per month | | |
| 1004. County property taxes | | months @   per month | | |
| 1005. Assessment Taxes | | months @   per month | | |
| 1006. School property taxes | | months @   per month | | |
| 1007. MUD taxes | | months @   per month | | |
| 1008. Other taxes | | months @   per month | | |
| 1011. Aggregate Adjustment | | | | |
| 1100. Title Charges | | | | |
| 1101. Settlement or closing fee | to | LandAmerica Commercial Services | $750.00 | |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to | LandAmerica Commercial Services | $250.00 | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (Includes above items numbers: ) | | | | |
| 1108. Title insurance | to | Commonwealth Land Title Insurance | $36,097.12 | |
| (Includes above items numbers: ) | | | | |
| 1109. Lender's coverage | $38,409,253.00/$0.00 | | | |
| 1110. Owner's coverage | $54,424,457.00/$36,097.12 | | | |
| 1111. Escrow fee | to | | | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording Fees Deed $33.50 ; Mortgage $600.00 ; Releases $134.00 | | | $633.50 | $134.00 |
| 1202. City/county tax/stamps Deed ; Mortgage   to | | | | |
| 1203. State tax/stamps Deed ; Mortgage   to | | | | |
| 1204. DC Transfer Tax | to | DC Treasurer | $667,529.66 | |
| 1205. DC Recordation Tax | to | DC Treasurer | $667,529.66 | |
| 1206. DC Recordation Tax (Excess) | to | DC Treasurer | $72,563.51 | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. VIAD Payoff Escrow | to | Cooter Mangold Tompert & Karas LLP | | $4,500,000.00 |
| 1304. S&S Finance Limited Partnership Payoff | to | S&S Finance Limited Partnership | | $2,870,000.00 |
| 1305. Purchaser Legal Fee | to | Holland & Knight LLP | $400.00 | |
| 1306. Crow Holding Due Diligence | to | CB Realty Investors IV GP, LLC | $17,340.87 | |
| 1307. Seller Legal Fee | to | Shapiro, Lifshitz and Schram, P.C. | | $36,289.00 |
| 1308. Seller Legal (Environmental) | to | Weil Gotshal & Manges | $774.64 | |
| 1309. Environmental Insurance | to | USI Southwest | $5,582.55 | |
| 1310. Trammell Crow Co. Due Diligence | to | Trammell Crow Company | $126,521.94 | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | $2,226,516.93 | $7,889,136.13 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

MR 26159

File No. 10902774

90 K Holding LLC,
a Delaware limited liability company

By: 90 K Street LLC,
a Delaware limited liability company,
Sole Member

By:_____
Name:_____
Title:_____

Montgomery Road I Limited Partnership,
a Maryland limited partnership

By: Montgomery Road, Inc.,
a Maryland corporation,
its general partner

By:_____
Name:_____
Title:_____

**SETTLEMENT AGENT CERTIFICATION**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____  _____
Settlement Agent            Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

**Seller's Taxpayer Identification Number Solicitation and Certification**

You are required by law to provide the Settlement Agent named above with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under Penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____  _____
Seller's Signature           Date

Previous Editions are Obsolete            Page 3            form HUD-1 (3/86)
                                                             Handbook 4305.2

MR 26160

File No. 10902774

90 K Holding LLC,
a Delaware limited liability company

By: 90 K Street LLC,
a Delaware limited liability company,
Sole Member [*]

By: /s/ Daniel S. Abdoo
Name: DANIEL S. ABDOO
Title: PRESIDENT

Montgomery Road I Limited Partnership,
a Maryland limited partnership

By: Montgomery Road, Inc.,
a Maryland corporation,
its general partner

By: _____
Name: _____
Title: _____

**SETTLEMENT AGENT CERTIFICATION**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____  _____
Settlement Agent             Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete                Page 3                form HUD-1 (3/86)
                                                                   Handbook 4305.2

**Seller's Taxpayer Identification Number Solicitation and Certification**
You are required by law to provide the Settlement Agent named above with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under Penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____  _____
Seller's Signature           Date

[*] By: TC 90 K Street, LLC,
a Delaware limited liability company,
its Manager

By: TC MidAtlantic Development III, Inc.,
a Delaware corporation,
its sole Member

MR 26161

File No. 10902774

90 K Holding LLC,
a Delaware limited liability company

By: 90 K Street LLC,
a Delaware limited liability company,
Sole Member

By:_____
Name:_____
Title:_____

Montgomery Road 1 Limited Partnership,
a Maryland limited partnership

By: Montgomery Road, Inc.,
a Maryland corporation,
its general partner

By: _____
Name: Zachien Praesch
Title: Vice President

### SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____   _____
Settlement Agent                              Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Seller's Taxpayer Identification Number Solicitation and Certification
You are required by law to provide the Settlement Agent named above with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under Penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____   _____
Seller's Signature                              Date

Previous Editions are Obsolete            Page 3            form HUD-1 (3/86)
                                                                          Handbook 4305.2

MR 26162