```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

MONTGOMERY ROAD I              )
LIMITED PARTNERSHIP,           )
      Plaintiff and            )
      Counter-Defendant        )
                               )
    v.                         )   Case No. 1:06CV00344 (HHK)
                               )
VIAD CORP,                     )
      Defendant and            )
      Counter-Plaintiff        )
                               )
    v.                         )
                               )
MONTGOMERY ROAD TDR, LLC       )
      Counter-Defendant        )
_____)
```

### CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff and Counter-Defendant Montgomery Road I, Limited Partnership, Defendant and Counter-Plaintiff Viad Corp and Counter-Defendant Montgomery Road TDR, LLC, by and through counsel, hereby submit their Consent Motion for Extension of Time and state as follows:

Pursuant to the Amended Scheduling Order (issued March 8, 2007), Oppositions to Motions for Summary Judgment are due on April 9, 2007 and Replies are due on April 16, 2007.  On March 29, 2007, each party filed a Motion for Summary Judgment.  The parties have agreed to, and respectfully request the Court grant, extensions of time for all parties to file Oppositions to Motions for Summary Judgment until April 19, 2007.  The parties also respectfully request that any Replies to the

Oppositions be due on May 3, 2007.

All parties continue to work diligently to move this litigation forward and the requested changes would not impact the date of the Court's status conference, currently scheduled for May 11, 2007.

Respectfully Submitted,

BRYAN CAVE LLP


_____/s/_____
Rodney F. Page (# 37994)
Alicia I. Hogges-Thomas (# 480548)
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 508-6000

*Counsel for Defendant and Counter-Plaintiff Viad Corp*


COOTER, MANGOLD, TOMPERT
 & KARAS, L.L.P.


_____/s/_____
Dale A. Cooter, Esq. (#227454)
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.  20015
(202) 537-0700

*Counsel for Plaintiff and Counter-Defendant Montgomery Road I, Limited Partnership and Counter-Defendant Montgomery Road TDR, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD I** ) | |
| **LIMITED PARTNERSHIP,** ) | |
|     Plaintiff and ) | |
|     Counter-Defendant ) | |
| ) | |
| v. ) | Case No. 1:06CV00344 (HHK) |
| ) | |
| **VIAD CORP,** ) | |
|     Defendant and ) | |
|     Counter-Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **MONTGOMERY ROAD TDR, LLC** ) | |
|     Counter-Defendant ) | |
| _____ ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Consent Motion for Extension of Time, it is this _____ day of April, 2007, hereby

ORDERED that the Consent Motion is granted; and it is further

ORDERED that the deadline for the parties to file Oppositions to the Motions for Summary Judgment (filed on March 29, 2007) shall be April 19, 2007; and it is further

ORDERED that the deadline for the parties to file Replies to the Oppositions to the Motions for Summary Judgment shall be May 3, 2007.

                                          Henry H. Kennedy, Jr.
                                          United States District Court
                                             for the District of Columbia