IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I <br> LIMITED PARTNERSHIP, <br>     Plaintiff and <br>     Counter-Defendant <br><br>     v. <br><br> VIAD CORP, <br>     Defendant and <br>     Counter-Plaintiff <br><br>     v. <br><br> MONTGOMERY ROAD TDR, LLC <br>     Counter-Defendant | Case No. 1:06CV00344 (HHK) |

**STIPULATION REGARDING ANSWER TO VIAD'S
FIRST AMENDED AND SUPPLEMENTAL COUNTERCLAIM**

Plaintiff and Counter-Defendant Montgomery Road I, Limited Partnership, Counter-Defendant Montgomery Road TDR, LLC, and Defendant and Counter-Plaintiff Viad Corp., by and through their respective counsel, hereby stipulate to an extension of time for Montgomery Road I, Limited Partnership, and Montgomery Road TDR, LLC to file their Answer to Viad's First Amended and Supplemental Counterclaim until Monday, April 23, 2007.

Respectfully submitted,


COOTER, MANGOLD, TOMPERT
 & KARAS, L.L.P.


_____/s/_____
Dale A. Cooter, Esq. (#227454)
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.  20015
(202) 537-0700

*Counsel for Plaintiff and Counter-Defendant Montgomery Road I, Limited Partnership and Counter-Defendant Montgomery Road TDR, LLC*


BRYAN CAVE LLP


_____/s/_____
Rodney F. Page (# 37994)
Alicia I. Hogges-Thomas (# 480548)
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 508-6000

*Counsel for Defendant and Counter-Plaintiff Viad Corp*