IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTGOMERY ROAD I              )
LIMITED PARTNERSHIP,           )
      Plaintiff and           )
      Counter-Defendant       )
                               )
   v.                          )     Case No. 1:06CV00344 (HHK)
                               )
VIAD CORP,                     )
      Defendant and           )
      Counter-Plaintiff       )
                               )
   v.                          )
                               )
MONTGOMERY ROAD TDR, LLC       )
      Counter-Defendant       )
_____)

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE
TO VIAD CORP'S FIRST AMENDED AND SUPPLEMENTAL COUNTERCLAIM**

Plaintiff and Counter-Defendant Montgomery Road I, Limited Partnership ("MRLP"), Counter-Defendant Montgomery Road TDR, LLC ("MR-TDR"), and Defendant and Counter-Plaintiff Viad Corp, by and through their respective counsel, hereby submit their Consent Motion for Extension of Time to File a Response to Viad Corp's First Amended and Supplemental Counterclaim and state as follows:

On April 2, 2007, Defendant and Counter-Plaintiff Viad Corp filed its Answer and Affirmative Defenses to First Amended Complaint, and Amended and Supplemental Counterclaim. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, MRLP and MR-TDR's response to the Amended and Supplemental

Counterclaim is due on April 20, 2007.

The parties have agreed to, and respectfully request the Court grant, MRLP and MR-TDR an extension of time to file a response to Viad Corp's First Amended and Supplemental Counterclaim until April 23, 2007.  All parties continue to work diligently to move this litigation forward and the requested changes would not impact the date of the Court's status conference, currently scheduled for May 11, 2007.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
  & KARAS, L.L.P.


_____/s/_____
Dale A. Cooter (#227454)
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.   20015
(202) 537-0700

***Counsel for Plaintiff and
Counter-Defendant Montgomery Road
I, Limited Partnership and
Counter-Defendant Montgomery Road
TDR, LLC***


BRYAN CAVE LLP


_____/s/_____
Rodney F. Page (#37994)
Alicia I. Hogges-Thomas (#480548)
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 508-6000


***Counsel for Defendant and
Counter-Plaintiff Viad Corp***