IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** </br>  Plaintiff and </br>  Counter-Defendant </br> </br> v. </br> </br> **VIAD CORP,** </br>  Defendant and </br>  Counter-Plaintiff </br> </br> v. </br> </br> **MONTGOMERY ROAD TDR, LLC** </br>  Counter-Defendant | Case No. 1:06CV00344 (HHK) |

**PROPOSED ORDER**

UPON CONSIDERATION of the Consent Motion for Extension of Time to File a Response to Viad Corp's First Amended and Supplemental Counterclaim, it is this _____ day of April, 2007, hereby

ORDERED that the Consent Motion is granted; and it is further

ORDERED that the deadline for Plaintiff and Counter-Defendant Montgomery Road I, Limited Partnership and Counter-Defendant Montgomery Road TDR, LLC to file a Response to Viad Corp's First Amended and Supplemental Counterclaim is April 23, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　for the District of Columbia