**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, )<br><br>Plaintiff/<br>Counter-Defendant, )<br><br>and )<br><br>MONTGOMERY ROAD TDR, LLC, )<br><br>Third-Party Defendant, )<br><br>v. )<br><br>VIAD CORP, )<br><br>Defendant/<br>Counter-Plaintiff/<br>Third-Party Plaintiff. ) | Case No. 1:06CV00344 (HHK) |

DECLARATION OF DONNA S. MANGOLD
IN SUPPORT OF OPPOSITION OF MONTGOMERY ROAD I
LIMITED PARTNERSHIP AND MONTGOMERY ROAD TDR, LLC
TO DEFENDANT VIAD'S MOTION FOR SUMMARY JUDGMENT

I, Donna S. Mangold, an attorney duly admitted to practice before this Court, affirm the following under penalties of perjury:

1. I am at least 18 years of age, and the information contained herein is from my personal knowledge.

2. I am a partner of Cooter, Mangold, Tompert & Karas, LLP, 5301 Wisconsin Avenue, Suite 500, Washington, D.C. 20015, attorneys for Plaintiff/Counter-Defendant and Third-party Defendant in the above-captioned case.

3. Attached hereto as Exhibit 6 is a true and correct copy of selections from the transcript

of the November 28, 2006 deposition of Steven Braesch.

    4. Attached hereto as Exhibit 7 is a true and correct copy of selections from the transcript of the November 7, 2006 deposition of Eve Fiorucci.

    5. Attached hereto as Exhibit 8 is a true and correct copy of selections from the transcript of the February 15, 2007 deposition of Cynthia Giordano.

    6. Attached hereto as Exhibit 9 is a true and correct copy of selections from the transcript of the November 28, 2006 deposition of Ronald Glassman.

    7. Attached hereto as Exhibit 10 is a true and correct copy of selections from the transcript of the December 11, 2006 deposition of Kenneth Goldman.

    8. Attached hereto as Exhibit 11 is a true and correct copy of selections from the transcript of the February 20, 2007 deposition of Steve Halbert.

    9. Attached hereto as Exhibit 12 is a true and correct copy of selections from the transcript of the November 28, 2006 deposition of Reid Liffmann.

    10. Attached hereto as Exhibit 13 is a true and correct copy of selections from the transcript of the November 14, 2006 deposition of Samuel G. Rose.

    11. Attached hereto as Exhibit 14 is a true and correct copy of selections from the transcript of the March 7, 2007 deposition of Stuart I. Smith

    12. Attached hereto as Exhibit 15 is a true and correct copy of selections from the transcript of the November 30, 2006 deposition of Brent Solomon.

    13. Attached hereto as Exhibit 16 is a true and correct copy of the Cash Participation Agreement, dated November 30, 1987.

    14. Attached hereto as Exhibit 17 is a true and correct copy of the First Amendment to

Cash Participation Agreement, dated March 2, 1989.

15. Attached hereto as Exhibit 18 is a true and correct copy of the J. Zatarski handwritten notes, dated June 7, 1991.

16. Attached hereto as Exhibit 19 is a true and correct copy of the "Joyce Lum" handwritten notes, dated May 31, 1994.

17. Attached hereto as Exhibit 20 is a true and correct copy of the Letter from Kenneth Goldman to Reid Liffmann, dated July 2, 1999.

18. Attached hereto as Exhibit 21 is a true and correct copy of selections of the Agreement Concerning Transferable Development Rights, dated October 1, 1999.

19. Attached hereto as Exhibit 22 is a true and correct copy of selections of the Certificate of Transfer of Development Rights, dated October 1, 1999.

20. Attached hereto as Exhibit 23 is a true and correct copy of the Eve Fiorucci e-mail to Kenneth Goldman, dated September 8, 1999.

21. Attached hereto as Exhibit 24 is a true and correct copy of the Eve Fiorucci e-mail to Kenneth Goldman, dated September 8, 1999.

22. Attached hereto as Exhibit 25 is a true and correct copy of the P. Marr letter to Eve Fiorucci, dated September 15, 1999.

23. Attached hereto as Exhibit 26 is a true and correct copy of the Eve Fiorucci memorandum to Kenneth Goldman, dated September 15, 1999.

24. Attached hereto as Exhibit 27 is a true and correct copy of the Letter from Reid Liffmann to Kenneth Goldman, dated June 27, 2000.

25. Attached hereto as Exhibit 28 is a true and correct copy of the Letter from Kenneth

Goldman to Samuel Rose, dated August 23, 2000.

26. Attached hereto as Exhibit 29 is a true and correct copy of the Letter from Reid Liffmann to Kenneth Goldman, dated September 12, 2000.

27. Attached hereto as Exhibit 30 is a true and correct copy of the Letter from Kenneth Goldman to Reid Liffmann, dated October 2, 2000.

28. Attached hereto as Exhibit 31 is a true and correct copy of the Assignment from TLC to Viad, dated November 30, 2000.

29. Attached hereto as Exhibit 32 is a true and correct copy of the Letter from Samuel Rose to Eve Fiorucci, dated May 21, 2002.

30. Attached hereto as Exhibit 33 is a true and correct copy of Eve Fiorucci Record of Telephone Conversation with Samuel Rose, dated June 10, 2002.

31. Attached hereto as Exhibit 34 is a true and correct copy of the Eve Fiorucci e-mail to Kenneth Goldman, dated November 26, 2002.

32. Attached hereto as Exhibit 35 is a true and correct copy of Eve Fiorucci Notes, dated January 9, 2003.

33. Attached hereto as Exhibit 36 is a true and correct copy of Eve Fiorucci Record of Telephone Conversation with Samuel Rose, dated December 16, 2004.

34. Attached hereto as Exhibit 37 is a true and correct copy of the Letter from Eve Fiorucci to Brent Solomon, dated March 2, 2005.

35. Attached hereto as Exhibit 38 is a true and correct copy of the Letter from Gerald Katz to Brent Solomon, dated March 30, 2005.

36. Attached hereto as Exhibit 39 is a true and correct copy of the Letter from Brent

Solomon to Samuel Rose (Reznick Report), dated April 10, 2005.

37. Attached hereto as Exhibit 40 is a true and correct copy of the Fax Cover and Letter from Samuel Rose to Eve Fiorucci, dated May 2, 2005.

38. Attached hereto as Exhibit 41 is a true and correct copy of Eve Fiorucci Record of Telephone Conversation with Kenneth Goldman, dated May 23, 2005.

39. Attached hereto as Exhibit 42 is a true and correct copy of the Letter from Eve Fiorucci to Samuel Rose, dated August 26, 2005.

40. Attached hereto as Exhibit 43 is a true and correct copy of the Cushman and Wakefield Appraisal of 90 K Street (Viad's Expert Report), dated June 24, 2006.

41. Attached hereto as Exhibit 44 is a true and correct copy of the Letter of transmittal and 2004/2005 Special Purpose Financial Statements, dated September 21, 2006.

42. Attached hereto as Exhibit 45 is a true and correct copy of the Letter from Samuel Rose and transmittal of Revised Contracts, dated November 2, 2006.

43. Attached hereto as Exhibit 46 is a true and correct copy of the Letter of transmittal and 2005 Revised Special Purpose Financial Statements, dated November 21, 2006.

44. Attached hereto as Exhibit 47 is a true and correct copy of the Deposit Agreement between MRLP and VIAD, dated December 20, 2006.

I swear under the penalties of perjury of the District of Columbia that the facts set forth above are true and correct and made from my personal knowledge.

Executed under the penalties of perjury in the District of Columbia, on the 19th day of April, 2007.

_____
Donna S. Mangold