**EXHIBIT 6**

**Capital Reporting Company**

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE

 2                  DISTRICT OF COLUMBIA

 3    ----------------------------------:

 4    MONTGOMERY ROAD I, LIMITED         :

 5    PARTNERSHIP                        :

 6                   Plaintiff          : Civil Action

 7            v.                        : No. 06-00344

 8    VIAD CORPORATION                  : (HHK)

 9                 Defendant            :

10    ----------------------------------:

11                  Washington, D.C.

12             Tuesday, November 28, 2006

13    Deposition of:

14               STEVEN BRAESCH,

15    called for oral examination by counsel for

16    Defendant, pursuant to notice, at the law office

17    of Bryan Cave, LLP, 700 13th Street, N.W.,

18    Washington, D.C. 20005, before Sheri C. Stewart,

19    Registered Professional Reporter and Notary

20    Public in and for the District of Columbia,

21    beginning at 10:06 a.m., when were present on

22    behalf of the respective parties:
```

## Capital Reporting Company

Page 2

```
 1            A P P E A R A N C E S:

 2

 3   ON BEHALF OF PLAINTIFF:

 4        DALE A. COOTER, ESQUIRE

 5        COOTER, MANGOLD, TOMPERT & KARAS, LLP

 6        5301 Wisconsin Avenue, N.W.

 7        Suite 500

 8        Washington, D.C.  20015

 9        (202)537-0700

10

11

12   ON BEHALF OF DEFENDANT:

13        RODNEY F. PAGE, ESQUIRE

14        ALICIA HOGGES-THOMAS, ESQUIRE

15        BRYAN CAVE, LLP

16        700 13th Street, N.W.

17        Washington, D.C.  20005

18        (202)508-6000

19

20   ALSO PRESENT:  DANIEL HOLMESTOCK, VIDEOGRAPHER

21                  RONALD GLASSMAN

22             *    *    *    *    *
```

**Capital Reporting Company**

Page 18

1    residential or providing arch uses or

2    entertainment uses can result in a property

3    getting that additional TDR.

4              When they generate that by doing

5    something under the zoning code that complies,

6    they then have -- they then have a commodity that

7    they can transfer to another receiving zone in the

8    City, and that density then becomes movable in the

9    City, and that's documented under the District

10   zoning laws.

11       Q    Do you know when it was that these

12   transferable development rights were first created

13   in the District of Columbia?

14       A    In the '90s.  I don't know the exact

15   date, but in the late 1990s.

16       Q    What was your first involvement with

17   any issue or transaction involving TDRs?

18       A    I believe in 1999 was the first

19   involvement we had directly with TDRs.

20       Q    And what was that involvement?

21       A    Acquiring a very limited amount of

22   those on -- that we could put on three properties

## Capital Reporting Company

Page 19

1    in the District.

2           I think we acquired 10,000 square feet

3    of TDRs at that point, which is a nominal amount,

4    and put those on three different properties to

5    provide some development flexibility.

6        Q    What three properties were they, if you

7    recall?

8        A    Suwanee Limited Partnership, Sliver

9    Limited Partnership and Montgomery Road Limited

10   Partnership.

11       Q    Just for the record, Montgomery Road

12   owns a property at 90 K Street Northeast, correct?

13       A    Correct.

14       Q    So at some points if you and I mention

15   "the property," we will understand we're talking

16   about the property owned by Montgomery Road,

17   right?

18           MR. COOTER:  Well, now your question's

19           unclear.  I think Montgomery Road actually

20           owned more than one property.  I think you

21           mean to say that you want to talk about 90 K.

22           MR. PAGE:  Yeah, I do.

## Capital Reporting Company

1            The second was to try to find out who

2    had generated them under the City guidelines.

3            And the third was to get those under

4    contract and complete the transaction to acquire

5    some.

6        Q      How do you go about finding who had

7    TDRs to sell?

8        A      Two ways; I mean, zoning counsel is

9    always a good sounding board, and second is just

10    the development community.

11        Q      Do you recall in 1999 from whom TDRs

12    were purchased?

13        A      Manufacturers Life.

14        Q      Anybody else?

15        A      No.

16        Q      Okay.  And who was zoning counsel, if

17    there was one at that time?

18        A      Our zoning counsel was Chip Glassman,

19    actually.

20        Q      Glassco?

21        A      Glassco, yes.

22        Q      And was he involved in the purchase of

## Capital Reporting Company

Page 22

1    those TDRs?

2          A      Yes.

3          Q      Now, you said that they were for a

4    possible use at three properties, if I recall your

5    testimony correctly; is that correct?

6          A      Correct.

7          Q      How was it, if you remember, that those

8    TDRs were assigned to any particular property?

9          A      We allocated them 1250 square feet to

10   Sliver, 1250 square feet to Suwanee, and the

11   balance to 90 K Street.

12         Q      So if I recall your testimony

13   correctly, that means about 7500 --

14         A      Correct.

15         Q      -- to 90 K Street?

16         A      Correct.

17         Q      Now, in the process of acquiring the

18   TDRs, were those TDRs actually assigned to that

19   property in some formal fashion?

20         A      In that case they were.

21         Q      How was that done?

22         A      The City process is that you have to

**Capital Reporting Company**

Page 23

1    have -- the sending lot has to have a covenant,

2    the receiving lot has to have a certificate of

3    transfer, and we follow that process.

4        Q    Does that mean that the City issues a

5    certificate by designating the property to which

6    the TDRs will be certified or provided; is that a

7    correct statement?

8        A    They can.

9        Q    And did they in that case?

10       A    In this case they did.

11       Q    Okay.  Were there any other -- well,

12   before I go on.

13            The TDRs were purchased you said for

14   Manufacturers Life; is that correct?

15       A    Correct.

16       Q    And that's a company that had developed

17   a property; and as a result, had TDRs available to

18   sell.  Am I correct?

19       A    Correct.

20       Q    Now, do you recall what price was paid

21   for those TDRs?

22       A    $30.

## Capital Reporting Company

Page 24

1       Q       $30 per --

2       A       Per TDR.

3       Q       Per square foot?

4       A       Per square foot.

5       Q       And who paid for the TDRs in that

6    transaction?

7       A       I don't know.

8       Q       Do you know -- can you tell me, on

9    behalf of Montgomery Road Limited Partnership,

10   where the Montgomery Road Limited Partnership paid

11   for any of those TDRs?

12      A       I don't know the answer to that.

13      Q       Did you ever have reason or occasion

14   after 1999 to be involved in the purchase of TDRs

15   for 90 K Street at any time?

16      A       Yes.

17      Q       And when was that?

18      A       We currently have -- the answer is no.

19      Q       Have you ever had reason to be involved

20   in the negotiation for the purchase of TDRs since

21   1999?

22      A       Yes.

## Capital Reporting Company

Page 61

1    generated TDRs in the Downtown Development

2    District and transferred those to a property that

3    we owned and could use them.

4         Q    Who is "we" in your answer?

5         A    We owned the property downtown.  When

6    we contracted to sell a piece of that property, we

7    retained the right that if TDRs were ever

8    produced, covenanted, certified for transfer, that

9    we receive those since the purchaser didn't have

10   the use for those and we did.

11        Q    I'm sorry.  I wasn't clear, but you

12   said "we," and I'm trying to figure out what

13   entity is "we"?  Who owned the other property?

14        A    I don't recall the entity name.

15   Greenebaum & Rose entity owned the other property

16   briefly and when we sold it to an entity related

17   to Car America, we retained the rights to acquire

18   the TDRs and transfer them to a property that

19   could use them if they were ever perfected.

20        Q    Where was that property located?

21        A    Square 456.

22        Q    Do you know the street addresses for

## Capital Reporting Company

Page 62

1   that?

2       A       Between 6th and 7th and E and F,

3   Northwest.

4       Q       When was the property sold to a Car

5   America entity?

6       A       My recollection is sometime in 2002.

7       Q       When were the TDRs made available?

8       A       Somewhat after that, after they met

9   City requirements, got them covenanted and got

10  them certified, I would guess mid to late 2003.

11      Q       And to whom they were certified?

12      A       I don't recall.

13      Q       Was it Montgomery Road I Limited

14  Partnership?

15      A       I don't recall.

16      Q       Was it to some TDR, the special purpose

17  entity like the one we talked about earlier?

18      A       I don't recall the entity that bought

19  those.

20      Q       Have they been transferred since they

21  were first provided to a Greenebaum & Rose entity?

22      A       No, they have not.

## Capital Reporting Company

Page 63

1        Q      Are they under a contract of sale

2    within -- internally within Greenebaum & Rose?

3        A      Ask that again.

4        Q      Well, let me rephrase it.

5               Look at the spreadsheet.  I'm assuming

6    from there, and you tell me if I'm wrong, that

7    Montgomery Road Limited Partnership intends to

8    transfer 120,000 FAR?

9        A      Yes.

10       Q      How is it that Montgomery Road Limited

11   Partnership acquired or is going to acquire those

12   120,000 FARs?

13       A      You have to look at the paper trail.  I

14   don't have the certification.  They may be

15   certified at 90 K.  They may be certified in

16   another entity, I don't know the answer to that.

17              These are -- these are fungible

18   commodities, we can move those from place to

19   place.  That's why I'm not being specific.

20              All we have to do is look at the

21   certificate and if it's Montgomery Road, it's

22   Montgomery Road.

## Capital Reporting Company

Page 68

1    city own them in both forms.

2              And so they're able to be moved,

3    they're a commodity, they're fungible and, you

4    know, they were not originally part of the

5    property.

6        Q    And therefore -- I mean, do you have a

7    conclusion from that?

8        A    I'm not an attorney.  I mean, my issue

9    is clearly development, and that is the date.

10       Q    All right.

11            MR. PAGE:  I have no further questions

12       of this witness.

13            EXAMINATION BY COUNSEL FOR PLAINTIFF

14   BY MR. COOTER:

15       Q    Do you understand that I now have the

16   opportunity to cross-examine you, did I tell you

17   about that?

18       A    No, I didn't know that.

19       Q    Are you ready?  I have no questions.

20       A    Okay.

21            MR. COOTER:  You got lucky.

22            THE VIDEOGRAPHER:  The time is