**EXHIBIT 9**

**Capital Reporting Company**

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
 2                    DISTRICT OF COLUMBIA
 3   ---------------------------------:
 4   MONTGOMERY ROAD I, LIMITED       :
 5   PARTNERSHIP                      :
 6              Plaintiff             : Civil Action
 7         v.                         : No. 06-00344
 8   VIAD CORPORATION                 : (HHK)
 9              Defendant             :
10   ---------------------------------:
11                   Washington, D.C.
12              Tuesday, November 28, 2006
13   Deposition of:
14              RONALD GLASSMAN,
15   called for oral examination by counsel for
16   Defendant, pursuant to notice, at the law office
17   of Bryan Cave, LLP, 700 13th Street, N.W.,
18   Washington, D.C. 20005, before Sheri C. Stewart,
19   Registered Professional Reporter and Notary
20   Public in and for the District of Columbia,
21   beginning at 11:34 a.m., when were present on
22   behalf of the respective parties:
```

Capital Reporting Company

Page 2

```
 1        A P P E A R A N C E S:

 2

 3   ON BEHALF OF PLAINTIFF:

 4        DALE A. COOTER, ESQUIRE

 5        COOTER, MANGOLD, TOMPERT & KARAS, LLP

 6        5301 Wisconsin Avenue, N.W.

 7        Suite 500

 8        Washington, D.C.   20015

 9        (202)537-0700

10

11

12   ON BEHALF OF DEFENDANT:

13        RODNEY F. PAGE, ESQUIRE

14        ALICIA HOGGES-THOMAS, ESQUIRE

15        BRYAN CAVE, LLP

16        700 13th Street, N.W.

17        Washington, D.C.   20005

18        (202)508-6000

19

20   ALSO PRESENT:   DANIEL HOLMESTOCK, VIDEOGRAPHER

21

22                   *   *   *   *   *
```

Capital Reporting Company

Page 11

1   seeing this document?

2       A    Shortly after the 90 K Street property
3   was purchased.

4       Q    When was it that the 90 K Street
5   property was purchased?

6       A    In December 1987.

7       Q    The document that I've handed you has
8   on it a date on the front page of December 9,
9   1987?

10      A    Yes.

11      Q    Actually, what it says is executed by
12  developer on that date.  Executed by TLC on
13  November 30.

14           Does that refer, as best you recall, to
15  the approximate date of the purchase of the
16  property by Montgomery Road?

17      A    Yes, approximately.

18      Q    You told me --

19      A    Sometime within a month, I guess --

20      Q    Okay.

21      A    -- of that.

22      Q    You told me a minute ago that you