**EXHIBIT 12**

Capital Reporting Company

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE

 2                 DISTRICT OF COLUMBIA

 3    ----------------------------------:

 4    MONTGOMERY ROAD I, LIMITED        :

 5    PARTNERSHIP                       :

 6              Plaintiff               : Civil Action

 7         v.                           : No. 06-00344

 8    VIAD CORPORATION                  : (HHK)

 9              Defendant               :

10    ----------------------------------:

11              Washington, D.C.

12              Tuesday, November 28, 2006

13   Deposition of:

14              REID LIFFMANN,

15   called for oral examination by counsel for

16   Defendant, pursuant to notice, at the law office

17   of Bryan Cave, LLP, 700 13th Street, N.W.,

18   Washington, D.C. 20005, before Sheri C. Stewart,

19   Registered Professional Reporter and Notary

20   Public in and for the District of Columbia,

21   beginning at 1:34 p.m., when were present on

22   behalf of the respective parties:
```

Page 2

```
1           A P P E A R A N C E S:

2

3    ON BEHALF OF PLAINTIFF:

4         DALE A. COOTER, ESQUIRE

5         COOTER, MANGOLD, TOMPERT & KARAS, LLP

6         5301 Wisconsin Avenue, N.W.

7         Suite 500

8         Washington, D.C.   20015

9         (202)537-0700

10

11

12   ON BEHALF OF DEFENDANT:

13        RODNEY F. PAGE, ESQUIRE

14        ALICIA HOGGES-THOMAS, ESQUIRE

15        BRYAN CAVE, LLP

16        700 13th Street, N.W.

17        Washington, D.C.   20005

18        (202)508-6000

19

20   ALSO PRESENT:   DANIEL HOLMESTOCK, VIDEOGRAPHER

21

22                  *  *  *  *  *
```

Capital Reporting Company

Page 31

1  statement that VIAD is not entitled to participate
2  based on -- in the sale of the TDR costs -- excuse
3  me, the sale of the TDRs except for what counsel
4  has told you?
5      A    Can you repeat that?
6      Q    Yes.
7      A    It was very long.
8      Q    I'm sorry.
9           Is there any basis you have, any fact
10 you can point me to, other than the advice from
11 counsel, for your contention that VIAD is not
12 entitled to participate with respect to the sale
13 of the TDRs on property at 90 K Street?
14     A    Yes.
15     Q    What?
16     A    They're not part of the property.
17 They're a commodity that is freely traded back and
18 forth between developers and users.
19          Other than the 7500 TDRs that was the
20 administrative mistake, VIAD hasn't paid or taken
21 any -- paid for any of them, and there's a large
22 part of them that we don't own and haven't