**EXHIBIT 17**

# FIRST AMENDMENT TO CASH PARTICIPATION AGREEMENT

This First Amendment to Cash Participation Agreement ("First Amendment") is made as of March 2, 1989 by and between Montgomery Road I Limited Partnership ("Developer") and Transportation Leasing Co. ("TLC"), amending the Cash Participation Agreement between Developer and TLC (the "Agreement") executed by TLC on November 30, 1987 and executed by Developer on December 9, 1987.

In consideration of the mutual promises set forth below, Developer and TLC agree as follows:

1. The effective date of this First Amendment shall be December 9, 1987.

2. Section 1.39 of the Agreement is hereby deleted in its entirety, and the following provision is inserted in lieu thereof:

> "1.39 'Senior Mortgage' shall mean any and all mortgages, deeds of trust, security agreements or other similar agreements which constitute liens on the Property, and which constitute security for loan(s) made to the Developer solely for the purpose of financing or refinancing (a) a portion of the purchase price payable to TLC for the Real Property and reasonable closing costs in connection with the purchase of the Real Property, (b) development and construction of the Property, (c) deficits incurred in operation of the Property, and (d) distributions to Equity Holders. All such mortgages, deeds of trust, security agreements or other similar agreements shall be deemed to have priority over the TLC Mortgage, regardless of whether they are recorded before or after the date of recording of the TLC Mortgage."

VD-000511

3. Developer and TLC hereby ratify and confirm the Agreement, as amended by this First Amendment.

IN WITNESS WHEREOF, Developer and TLC have caused their general partners or duly authorized officers to execute this First Amendment as of the date first set forth above.

TRANSPORTATION LEASING CO.

BY: _____
A. Ervanian
Vice President

MONTGOMERY ROAD I
LIMITED PARTNERSHIP

BY: _____
Samuel G. Rose
General Partner

BY: _____
Stewart J. Greenebaum
General Partner

STATE OF ARIZONA      )
                      ) ss.
COUNTY OF MARICOPA    )

I hereby certify that on _March 1, 1989_, before me, the subscriber, a notary public in and for the jurisdiction aforesaid, personally appeared in said jurisdiction Armen Ervanian, personally well known to me to be Vice President of Transportation Leasing Co., and on behalf of said corporation, and

2

VD-000512

having authority so to do, did acknowledge the foregoing instrument to be the act and deed of said corporation and that the same was executed for the purposes therein contained, and delivered the same as such.

_____
Notary Public

My commission expires: My Commission Expires May 31, 1995

_~~~~~~~~~~~~~~~~~~~~~~_
DISTRICT OF COLUMBIA    ) ss.

    I hereby certify that on this _____, before me, the subscriber, a notary public in and for the jurisdiction aforesaid, personally appeared in said jurisdiction Samuel G. Rose and Stewart J. Greenebaum, personally well known to me to be the General Partners of Montgomery Road I Limited Partnership, and on behalf of said partnership, and having authority so to do, did acknowledge the foregoing instrument to be the act and deed of said partnership and that the same was executed for the purposes therein contained, and delivered the same as such.

_____
Notary Public

My commission expires: