**EXHIBIT 18**

Date: 6/7/91

To:

| Name | # | | Name | # |
|---|---|---|---|---|
| Bronski | 2045 | | Mann | 2212 |
| Faddis | 1517 | | Meislik | 2212 |
| Frankenfield | 2316 | | Odendahl | 2123 |
| Hallinan | 2212 | | Rago | 2020 |
| Helsten | 1000 | | Ries | 2212 |
| Jarrad | 5057 | | Stephan | 2315 |
| Jordan | 1713 | | Wight | 2311 |
| Lake | 2348 | | Wilmoth | 2212 |
| Lang | 2150 | | Zatarski | 2316 |
| Lopatynski | 2316 | | Zwick | 2020 |

Other: Re: TLC/Cash Participation Statements

- Please note and return
- Would like to discuss with you
- For your information and files
- ✓ Your comment/recommendation please
- For your handling
- For your approval
- For your signature/initials

Remarks: John,

Attached are copies of the latest cash participation statements for TLC - Sacramento & Washington D.C. I will be copying the cash participation statements for each location of these centers each location & desire to see the statements of reporting status & payments and against cash funds obligations. from accounting & experiments. Thanks

From: Ken Goldman

---

Ken Goldman - 6/14/91

File
TLC
Washington D.C.
90 K St.

KEN - AFTER REVIEWING THE DOCUMENTS AND STATEMENTS, IT IS MY OPINION THAT OUR DEVELOPERS ARE IN SUBSTANTIAL COMPLIANCE WITH OUR AGREEMENT. MY ONLY CONCERN IS THAT THE MONTGOMERY ROAD 90 K ST. PROPERTY IS A "COMPILATION" AND NOT AN AUDITED FINANCIAL STATEMENT. DUE TO THE FACT THIS PARTNERSHIP HAS NET LOSSES AND DUNS MORE THAN ONE PROPERTY, WE MAY NOT CONSIDER THIS A SERIOUS EXCEPTION TO THE AGREEMENT. OVERALL, THESE BOTH PROVIDE US THE INFORMATION WE REQUIRE.

John Zatarski

VD-000702

DEP. E. FIORUCCI (11/7/06) EXH. # 28