**EXHIBIT 19**

From the desk... Return

# K. P. GOLDMAN
## REAL ESTATE DEPARTMENT
(602) 207-5793

*See / Copy this note for file*

*File These in respective files*

*Cash TLC - Participation Statements*

Armen —

Do you wish to look over the Sacramento and Washington D.C. Cash Participation statements for 1993? ~~Please advise.~~ See attached if so.

We have not yet received LCOR's statement.

The statements will be reviewed by ~~John Zatowski, as usual.~~ Joyce.

Ken
5/20/94

Ken —
everything looks OK. There are no ~~repts~~

Joyce for
5/31/94

ix, Arizona 85077

VD-000689

DEP. K. GOLDMAN
(12/11/06)
EX# 32