**EXHIBIT 21**

# AGREEMENT CONCERNING
# TRANSFERABLE DEVELOPMENT RIGHTS

THIS AGREEMENT CONCERNING TRANSFERABLE DEVELOPMENT RIGHTS ("Agreement") is made as of October 1, 1999 between (i) THE MANUFACTURERS LIFE INSURANCE COMPANY, a corporation organized under the laws of Canada ("Seller"), (ii) SWANEE LIMITED PARTNERSHIP, a District of Columbia limited partnership ("Swanee LP"), (iii) SLIVER BUILDING LIMITED PARTNERSHIP, a District of Columbia limited partnership ("Sliver Building LP") and (iv) MONTGOMERY ROAD I LIMITED PARTNERSHIP, a Maryland limited partnership ("Montgomery Road LP" and, collectively with Swanee LP and Sliver Building LP, "Purchasers").

## RECITALS:

Seller is the owner of fee simple title to the Sending Lot, which is entitled to transfer and sell TDRs under the Zoning Regulations. Purchasers collectively own fee simple title to the Receiving Lots, each of which is located in the North Capitol Street receiving zone and is eligible to receive TDRs under the Zoning Regulations. Seller desires to sell and transfer to Purchasers, and Purchasers desire to acquire from Seller, the Development Rights, all on the terms and conditions set forth in this Agreement.

NOW, THEREFORE, in consideration of the foregoing premises, of the mutual covenants set forth in this Agreement, and of other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, Seller and Purchasers agree as follows:

## I. INTERPRETATION.

1.1    **Definitions.** When used in this Agreement, the following capitalized terms shall have the meanings indicated:

**Development Rights:** the 10,000 square feet of Gross Floor Area to be transferred as TDRs from the Sending Lot to the Receiving Lots pursuant to the terms of this Agreement.

**Effective Date:** the date this Agreement is executed by Seller and Purchasers.

**Escrow Agent:** Chicago Title Insurance Company.

**Gross Floor Area:** as defined in the Zoning Regulations.

#267134.5

**Land Records:** the Land Records of the Recorder of Deeds of the District of Columbia.

**Montgomery Road Parcel:** Lot 432, Square 674, Washington, D.C.

**Purchase Price:** as defined in Section 2.2.

**Receiving Lots:** collectively, the Montgomery Road Parcel, the Sliver Parcel and the Swanee Parcel.

**Sending Lot:** Lot 27, Square 321, Washington, D.C.

**Settlement:** full settlement on the transfer of the Development Rights pursuant to the terms of this Agreement.

**Sliver Parcel:** Lot 848, Square 675, Washington, D.C.

**Swanee Parcel:** Lot 847, Square 675, Washington, D.C.

**TDR Certificate:** the Certificate of Transfer of Development Rights in the form attached as Exhibit A, with such changes thereto as may be made pursuant to this Agreement.

**TDR Covenant:** collectively, the Transfer of Development Rights Covenant and all amendments thereto, copies of which are attached as Exhibit B.

**TDRs:** Gross Floor Area that may be transferred from the Sending Lot pursuant to Section 1709 of the Zoning Regulations.

**Zoning Regulations:** the Zoning Regulations of the District of Columbia, 11 DCMR et seq., as amended from time to time.

1.2   **Integration.** This Agreement contains the entire understanding between Seller and Purchasers with respect to the subject matter of this Agreement, and is intended to be an integration of all prior or contemporaneous agreements, conditions, understandings, undertakings, warranties or representations, oral or written, express or implied, between Seller and Purchasers with respect to the subject matter of this Agreement.

1.3   **Exhibits.** The exhibits referred to in this Agreement are incorporated in this Agreement in full by this reference, and the provisions set forth in such exhibits shall control in the event of any conflict or inconsistency with the provisions contained in the body of this Agreement.

1.4     **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the District of Columbia (without reference to conflicts of laws principles).

1.5     **Captions; Sections.** Captions in this Agreement are for convenience of reference only and shall not affect the scope or intent of this Agreement. Unless otherwise expressly indicated, references in this Agreement to "Articles" and "Sections" shall be to articles and sections of this Agreement.

1.6     **Number and Gender.** Whenever the context shall so require, the singular shall include the plural, the male gender shall include the female, and vice versa.

1.7     **Counterparts.** This Agreement may be executed in 2 or more counterparts, all of which together shall constitute one and the same Agreement.

1.8     **Severability.** In the event that one or more of the provisions of this Agreement shall be held to be illegal, invalid or unenforceable, such provisions shall be deemed severable and the remaining provisions of this Agreement shall continue in full force and effect.

1.9     **Not Construed Against Drafter.** This Agreement has been negotiated and prepared by both Seller and Purchasers, and should any provision of this Agreement require judicial interpretation, the court interpreting or construing the provision shall not apply the rule of construction that a document is to be construed more strictly against the party who prepared the document.

## II. TERMS OF TRANSFER.

2.1     **Agreement to Transfer.**

2.1.1   Seller hereby agrees to transfer the Development Rights from the Sending Lot to the Receiving Lots, and Purchasers hereby agree to accept transfer of the Development Rights to the Receiving Lots, all subject to and in accordance with the terms of this Agreement.

2.1.2   The precise number of TDRs to be allocated to each of the Receiving Lots shall be as follows: (i) to the Montgomery Road Parcel, 7,500 square feet of TDRs; (ii) to the Sliver Parcel, 1,250 square feet of TDRs; and (iii) to the Swanee Parcel, 1,250 square feet of TDRs.

2.2     **Purchase Price and Terms.** In consideration of the transfer of the Development Rights pursuant to this Agreement, Purchasers shall pay to Seller the sum of $300,000.00 ("Purchase Price"), as follows: