**EXHIBIT 22**

## CERTIFICATE OF TRANSFER OF DEVELOPMENT RIGHTS
### (Transfer Number Three)

**THIS CERTIFICATE OF TRANSFER OF DEVELOPMENT RIGHTS (TRANSFER NUMBER THREE)** ("Certificate") is made as of
_October 1_ , 1999, by and between (i) **THE MANUFACTURERS LIFE INSURANCE COMPANY**, a corporation organized under the laws of Canada, and its successors and assigns, as seller of the TDRs (defined below) ("Seller"); (ii) **MONTGOMERY ROAD I LIMITED PARTNERSHIP**, a Maryland limited partnership, and its successors and assigns, as purchaser of the TDRs ("Purchaser"); and (iii) the **DISTRICT OF COLUMBIA**, a municipal corporation acting in its own name, or by and through its agencies, departments or instrumentalities, whether or not such agencies, departments or instrumentalities are specifically identified in this Certificate (collectively, "District").  Seller, Purchaser and the District hereby ratify, affirm and agree to the following terms, conditions, covenants, warranties and obligations (including, but not limited to, all Recitals contained herein).  Seller, Purchaser and the District hereinafter may be referred to individually as a "Party" and collectively as the "Parties."

## RECITALS:

A.      Seller is the record owner of fee simple title to certain real property, and the improvements thereon, located in the District of Columbia and known as Lot 27 in Square 321 (as more particularly described on the attached Exhibit A, "Sending Lot").  Seller has provided to the District of Columbia Zoning Administrator ("Zoning Administrator") an up-to-date title report evidencing that Seller has good and marketable title in fee simple to the Sending Lot.

B.      Purchaser is the record owner of fee simple title to certain real property, and the improvements thereon, located in the District of Columbia and known as Lot 432 in Square 674 (as more particularly described on the attached Exhibit B, "Receiving Lot").  Purchaser has provided to the Zoning Administrator an up-to-date title report evidencing the Purchaser has good and marketable title in fee simple to the Receiving Lot.

C.      Pursuant to (i) the Zoning Regulations of the District of Columbia, 11 District of Columbia Municipal Regulations, Sections 1700 et seq. (as amended from time to time, "Zoning Regulations") and all other applicable laws, rules and regulations, and (ii) the Transfer of Development Rights Covenant dated February 25, 1994, and recorded on September 1, 1994 as Instrument No. 9400070560 in the Land Records of the Office of the Recorder of Deeds of the District of Columbia ("Land Records"), as amended by Amendment to Transfer of Development Rights Covenant recorded on August 13, 1997 as Instrument No. 9700054990 in the Land Records, and as further amended by Second Amendment to Development Agreement recorded on August 13, 1997 as Instrument No. 9700054991 in the Land Records, and as further amended by

#267918.5

4.    **Purchaser's Representations.**  Purchaser represents and warrants to the District as follows:

4.1    Purchaser has the full authority and legal capacity under the laws of the District of Columbia to enter into, and to perform each of its obligations under, this Certificate.

4.2    There are no restrictions or adverse claims of record regarding the use of, or otherwise relating to, the Receiving Lot or any present or future estate or interest in the Receiving Lot or any other obligation or encumbrance of any kind affecting the Receiving Lot which would impair, delay, prevent or preclude the effectiveness of the provisions of this Certificate with respect to the Receiving Lot.

5.    **Transfer.**  Seller hereby transfers 7,500 square feet of TDRs from the Sending Lot to the Receiving Lot.

6.    **Acceptance of Transfer.**  Purchaser hereby acknowledges and accepts the transfer of 7,500 square feet of TDRs from the Sending Lot to the Receiving Lot.

7.    **Remaining TDRs.**  Upon recordation of this Certificate to effect the transfer of 7,500 square feet of TDRs from the Sending Lot to the Receiving Lot, the TDRs available for transfer from the Sending Lot to other lots which qualify as a "receiving lot" or "receiving zone lot" pursuant to the Zoning Regulations shall be reduced from 136,081.44 to 128,581.44 square feet of TDRs, leaving that amount remaining available for transfer from the Sending Lot.

8.    **Effect of Transfer.**  The Receiving Lot and Purchaser, having accepted the transfer of 7,500 square feet of TDRs to the Receiving Lot pursuant to the terms of this Certificate, now in perpetuity have 7,500 additional square feet of gross floor area ("GFA"), which are fully and unconditionally vested in the Receiving Lot (except as otherwise set forth in this Section 8), and which may be utilized on and incorporated into improvements to be constructed on the Receiving Lot or which may be further transferred from the Receiving Lot and vested in one or more "receiving lots" or "receiving zone lots" (each as defined in the Zoning Regulations), as though they were "matter of right" building density.  The owner of the Receiving Lot shall be entitled to effect such transfer(s) and/or obtain all necessary permits and certificates of occupancy for the construction, use and occupancy of such improvements, notwithstanding and independent of any circumstance, condition or development related to the Seller or the Sending Lot; provided, however, the foregoing shall be subject to the condition that, within 30 calendar days of the full execution of this Certificate, the Parties shall file a certified copy of this Certificate with the Zoning Administrator (together with evidence of recordation hereof).

9.    **Real Covenants.**  The covenants contained in this Certificate shall be (a) recorded in the Land Records, (b) construed as real covenants that run with land in perpetuity and (c) binding upon the Parties and their respective successors, heirs, administrators and assigns.  Notwithstanding the immediately preceding sentence, the