**EXHIBIT 23**

**Fiorucci, Eve**

From: Fiorucci, Eve
Sent: Wednesday, September 08, 1999 10:06 AM
To: Goldman, Ken
Subject: TLC/Washington, DC - brief write up

Ken:
Per your request, attached for your review is a draft of the brief write up regarding the sale of TLC's cash participation interest in 90 K Street, Washington, DC. Any comments?

Eve



washington DC write up.doc

DEP. E. FIORUCCI
(11/7/06)
EXH. # 11
VD-000679

1

## MEMORANDUM

TO:        MR. KEN GOLDMAN – MS 2209
FROM:      EVE FIORUCCI
SUBJECT:   TLC/WASHINGTON, DC – SALE OF CASH PARTICIPATION AGREEMENT
DATE:      09/08/99

In 1987 Transportation Leasing Co. (TLC) sold 103,878 square feet of vacant land at 90 K Street in Washington, DC to Montgomery Road I, Limited Partnership (Montgomery Road) for $10,300,000 cash. At the time, a Cash Participation Agreement (the "Agreement") was drawn and executed allowing TLC to retain a 15% participation interest in Montgomery Road's development of the project including the project's rental, refinancing, and sale cash flows. However, Montgomery Road has been accumulating significant interest expense from carrying the property over the past seventeen years, and has been unable to develop it. Additionally, we do not expect that the investment climate in Washington, DC to support the development of this project in the near future. Given the accumulated interest and the investment climate in Washington, it seems unlikely that the Agreement will ever generate any income for Viad.

Therefore, I *recommend* that TLC's interest in the Cash Flow Agreement be sold to Montgomery Road for $17,500.

DRAFT

VD-000680