**EXHIBIT 24**

Fiorucci, Eve

**From:** Fiorucci, Eve
**Sent:** Wednesday, September 08, 1999 10:37 AM
**To:** Goldman, Ken
**Subject:** TEC/Washington, DC

Ken:
The interest expense through 12/98 is $10,175,554.
Montgomery Road also has significant invested equity in this project - $25,760,893 ($248/sq. ft.)
I have a call into CB/Richard Ellis, Pat Marr & Gary Goodweather, regarding the land values, construction costs, and comparable rent/sales in the area. You probably remember that they worked on the GES Janus-Merrit sublease with us (all is well on that sublease by the way).
I'll keep you posted.
Eve

DEP. E. FIORUCCI
(11/7/06)
EXH. # 12

VD-000678

1