**EXHIBIT 25**

CORPORATE SERVICES

**CB Richard Ellis**

CB Richard Ellis, Inc.
700 14th Street N.W.
Suite 200
Washington, DC 20005-5701

September 15, 1999

*[Handwritten: Eve — FYI/File, TLC — 90 K St., D.C. — file, KENNETH P. GOLDMAN, SEP 15 1999]*

Ms. Eve Fiorucci
Viad Corporation
1850 North Central Avenue
Phoenix, AZ 85077

Re: Participating interest of land at 90 K Street, NE, Washington, DC

Dear Eve:

Per our discussion about the development site above, let this letter assist you in determining a course of action regarding your fifteen percent (15%) participating interest. The submarket around the location of the site has changed dramatically in the past 13 years since you sold it to the current owner, Greenbaum & Rose. Most of the zoning, which was for manufacturing and general industry has been re-zoned to build office. This area has also been identified by the development and government community as an area for high technology employers, due to the main fiber optic lines in the rail tracks located only one block from the subject site. Furthermore, the area has attracted several new employers, which has added more than 4,000 employees within a one-block radius of the subject site.

When we look at the value of the site and your interest, I would like to separate the two. First the value of site, if Greenbaum & Rose were to sell it today, would be approximately $30.00 per developable foot. With the ability to construct 650,000 square feet, that would equate to a value of $19,500,000. With your participating interest not valid until it exceeds the value the owner has into the property (approximately $25 million), your interest would be worth nothing.

However, your participating interest does have significant value in the long term. This area is improving dramatically and with the further addition of high technology companies expected to execute leases in the next 12 months, and the addition of a new metro (subway) station, this area will go only up. Without doing a detailed analysis, which we could provide, we know that if held throughout the term of your agreement with Greenbaum & Rose (year 2086), it will be worth considerably more than the $17,500 offer they have proposed.

We believe that we could negotiate a better termination price for your participating interest, that more accurately reflects where that submarket and its value is heading. Although another option would be to sell your interest to a third party, we would have to verify that your interest is a recorded encumbrance to the title rather than a personal

DEP. E. FIORUCCI (11/7/06)    VD-000672
EXH. # 13

interest. If it is not a recorded encumbrance, it would have little value to another entity and thus, we would recommend that you either continue to hold it or negotiate a better price with Greenbaum & Rose.

We would recommend that you tell Greenbaum & Rose that after consulting with real estate professionals in the Washington, DC area, that the current offer of $17,500 does not accurately reflect today's changing real estate values.

Our firm is ideally positioned to assist you and Viad in negotiating a better value for your participating interest. We have been responsible for much of the resurgence in this area by closing the largest three transactions in the last 12 months adding more than 2,500 employees to this submarket. Furthermore, my investment specialist and financial services group are well suited to handle an assignment of this structure. We would like the opportunity to analyze the documents in greater detail and prepare an analysis that could be the basis for increasing the current offer by Greenbaum & Rose.

We look forward to hearing from you.

Sincerely,

CB RICHARD ELLIS, INC.

Patrick W. Marr
Senior Vice President
(202) 457-5720

VD-000673