**EXHIBIT 29**

*Eve + Susan reviewing*

# GREENEBAUM AND ROSE ASSOCIATES
5301 WISCONSIN AVENUE, N.W.
SUITE 510
WASHINGTON, D.C. 20015

TEL (202) 686-3000
FAX (202) 686-3617

September 12, 2000

Mr. Kenneth Goldman
Director-Real Estate
Transportation Leasing Co.
1850 North Central Avenue
Phoenix, AZ 85077

KENNETH P. GOLDMAN
SEP 2 6 2000

Via Facsimile and Federal Express

Dear Mr. Goldman:

Thank you for your letter of August 23rd, which we have now had an opportunity to review. As you point out section 3.1 by itself does not list Developers Equity Return as a permitted subtraction in calculating Appreciation Cash Flow, although that would appear to be the clear intent.

If we eliminate the category of Developers Equity Return there is still no participation due.

## Transaction History

The property was acquired in December 1987 for approximately $11 million including closing costs. At that time a first mortgage was placed on the property for $10.3 million by a local S&L. In March 1989 a second mortgage was placed on the property by the same S&L in the amount $1.5 million. Greenebaum & Rose paid interest on both these loans on a current basis and fully guaranteed the loans.

In 1990 the S&L encountered severe difficulties and eventually came under the control of the Resolution Trust Company. Both of the loans were fully personally guaranteed so we had no choice but to continue keeping them current. In December 1991 the loan was scheduled to mature and we were not able to refinance it with another lender. In 1992 in order to meet the RTC requirements we paid off the second trust. Subsequent to this the RTC sold the first mortgage to a subsidiary of Sun Chase of Phoenix Arizona. We continued to pay interest on the first mortgage until April 1996 when we acquired the note from Sun Chase for $9.3 million.

The first mortgage was acquired by our financing affiliate, S&S Finance which is wholly owned by principals of Greenebaum & Rose. Section 2.3 (b) of the Cash Participation Agreement, "Permitted Debt", clearly provides that debt can be provided by a related company so long as it is charged at market rates. To this day S&S Finance and its partners continue to hold the first mortgage on the property and a deed of trust securing it is recorded in the land records. The rate

charged by S&S Finance has always been one and a half over Prime, which is better than could be obtained from a third party for a land loan.

## Accounting Treatment

For the purpose of the special financial statements mandated by our Cash Participation Agreement, beginning in January 1997, $7.3 million of the loan held by S&S Finance was classified for your statement as Developers Invested Equity. Our accounting department utilized this accounting treatment for internal bookkeeping purposes and did not realize that Transportation Leasing was going to make a distinction between Developers Equity Return and Developers Operating Equity for this purpose. In fact, Transportation Leasing never suggested a distinction after receiving our reports. This caused the annual interest on the Debt to be included under heading of Developers Equity Return instead of Developers Operating Equity. We had concluded at that time that it made no difference under the Cash Participation Agreement, which is not easy to read or understand, particularly since it contemplated a Developers Equity Return. Further S&S Finance is a 100% owned affiliate of Greenebaum & Rose, financed with 100% equity capital from the partners. Because the loan was not released it should have continued to be classified as debt and the annual interest should have been recorded correctly in the Developers Operating Equity account rather than in the Developers Equity Return account.

We are enclosing a revised statement which shows the calculation of Appreciation Cash Flow when the S&S Finance loan is accounted for as debt. We will provide you with any backup information that is needed to verify the attached.

## Conclusion

There is no great mystery as to why Transportation Leasing is not entitled to any participation. The investment has failed to increase faster than the cost. The property was acquired in December 1987 for approximately $11 million including closing costs. We are now in the process of selling it, some thirteen years later, for approximately $23.4 million net of closing costs. This works out to a compound return over the hold period of approximately 6%. Adding in the effects of leverage makes the returns worse because the cost of debt was certainly greater than 6% over the hold period. Truth be told we wish that you were entitled to an Appreciation Payment as we are not in the land speculation business to generate returns lower than US treasuries.

It doesn't matter what reading or what categories you use. If you follow the intent of the agreement your attorneys drafted there is no participation for Transportation Leasing

Sincerely Yours,

Reid K. Liffmann

RKL:rbh
CC: Stewart J. Greenebaum
    Samuel G. Rose

VD-001016

H:\ADMIN\REID\TRSLEASE.WPD

GREENEBAUM AND ROSE ASSOCIATES

SEP-11-2000  17:33           GREENEBAUM & ROSE                      410  484 1943   P.04/04

90KSALE           MONTGOMERY ROAD I LTD PTR
11-Sep-2000       90K STREET PROJECT
                  CALCULATION OF GREYHOUND PREFERENCE

|  |  | ORIGINAL | REVISED |
|---|---|---|---|
| PROPOSED SALE PRICE |  | 24,975,000 | 24,975,000 |
| ESTIMATED CLOSING COSTS & COMMISSION | 6.50% | (1,623,375) | (1,623,375) |
| LESS NET EQUITY INVESTED ON 1999 REPORT |  | (18,509,268) | (11,239,268) |
| LESS DEVELOPERS EQUITY RETURN TO 12-31-99 |  | (8,775,927) | 0 |
| LESS TDR RIGHTS BOUGHT 2-7-00 (ESTIMATED) |  | (310,000) | (310,000) |
| LESS MORTGAGE BALANCE |  | (2,000,000) | (9,270,000) |
| LESS MORTGAGE INTEREST FOR 1997 TO 1999 ON 7.3M |  | 0 | (2,155,454) |
| LESS MORTGAGE INTEREST FOR 2000 (ESTIMATED) |  | 0 | (695,000) |
| NET LOSS FOR GREYHOUND CALCULATION |  | (6,243,570) | (318,097) |

2.155
 695

EX 7

3 copies
made
3/1/05

VD-001017

TOTAL P.04

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF ASSETS & LIABILITIES
DECEMBER 31, 1999 AND 1998
REVISED 9-11-00

|  | 1999 | 1998 |
|---|---|---|
| **ASSETS** | | |
| LAND | $7,357,583 | $7,357,583 |
| PROJECT COSTS | 282,610 | 262,541 |
| TOTAL ASSETS | $7,640,193 | $7,620,124 |
| | | |
| **LIABILITIES** | | |
| FIRST MORTGAGE NOTE PAYABLE | $9,270,000 | $9,270,000 |
| SECURITY DEPOSIT | 27,083 | 27,083 |
| ACCOUNTS PAYABLE | 71,774 | 60 |
| ACCRUED INTEREST | 2,155,454 | 1,457,130 |
| ACCRUED REAL ESTATE TAXES | 60,150 | 63,084 |
| TOTAL LIABILITIES | $11,584,461 | $10,817,357 |
| PARTNERS' CAPITAL (DEFICIT) | (3,944,268) | (3,197,233) |
| TOTAL LIABILITIES AND PARTNERS' CAPITAL | $7,640,193 | $7,620,124 |

3/1/05
Begins
Made

E 8

VD-001018

- 1 -

SEP-11-2000 17:19       GREENEBAUM & ROSE                    410 484 1943    P.03/08

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF INCOME AND PARTNERS' CAPITAL
FOR THE YEAR ENDED DECEMBER 31, 1999
AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 1998
REVISED 9-11-00

|  | 1999 | DEC 87 TO DEC 98 | TOTAL |
|---|---|---|---|
| RENTAL INCOME | $466,250 | $3,305,404 | $3,771,654 |
| RENTAL EXPENSES | (4,049) | (50,501) | (54,550) |
| NET RENTAL INCOME | $462,201 | $3,254,903 | $3,717,104 |
| GAIN FROM LOAN DISCOUNT | 0 | 1,024,571 | 1,024,571 |
| TOTAL INCOME | $462,201 | $4,279,474 | $4,741,675 |
| **EXPENSES** | | | |
| INTEREST EXPENSE | $890,435 | $11,632,684 | $12,523,119 |
| REAL ESTATE TAXES | 249,401 | 2,531,131 | 2,780,532 |
| PROFESSIONAL FEES | 1,220 | 3,762 | 4,982 |
| BID COSTS EXPENSED | 120,277 | 93,346 | 213,623 |
| AMORTIZATION OF MORTGAGE COSTS | 0 | 694,485 | 694,485 |
| TOTAL EXPENSES | $1,261,333 | $14,955,408 | $16,216,741 |
| NET INCOME (LOSS) | ($799,132) | ($10,675,934) | ($11,475,066) |
| BEGINNING CAPITAL BALANCE | (3,197,233) | 0 | 0 |
| REDUCTION OF LAND COST FOR EQUITY IN LAND EXCHANGED | 0 | (3,708,470) | (3,708,470) |
| CAPITAL CONTRIBUTED | 52,097 | 11,187,171 | 11,239,268 |
| ENDING CAPITAL BALANCE | ($3,944,268) | ($3,197,233) | ($3,944,268) |

VD-001019

- 2 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1999
AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 1998
REVISED 9-11-00

|  | 1999 | DEC 87 TO DEC 98 | TOTAL |
|---|---:|---:|---:|
| NET INCOME (LOSS) | ($799,132) | ($10,675,934) | ($11,475,066) |
| ADD: AMORTIZATION OF MORTGAGE COSTS | 0 | 694,485 | 694,485 |
| BID COSTS PAID IN 1997 | 3,687 | 0 | 3,687 |
| LESS: GAIN FROM LOAN DISCOUNT | 0 | (1,024,571) | (1,024,571) |
| CASH USED IN OPERATIONS | ($795,445) | ($11,006,020) | ($11,801,465) |
| CAPITAL CONTRIBUTED | 52,097 | 11,187,171 | 11,239,268 |
| MORTGAGE PROCEEDS (REDUCTION) | 0 | 10,297,139 | 10,297,139 |
| PURCHASE OF THE PROPERTY | 0 | (11,066,053) | (11,066,053) |
| PROJECT COSTS INCURRED | (23,756) | (262,541) | (286,297) |
| MORTGAGE COSTS INCURRED | 0 | (697,053) | (697,053) |
| INCREASE (DECREASE) IN: |  |  |  |
| SECURITY DEPOSIT | 0 | 27,083 | 27,083 |
| ACCOUNTS PAYABLE | 71,714 | 60 | 71,774 |
| ACCRUED INTEREST | 698,324 | 1,457,130 | 2,155,454 |
| ACCRUED REAL ESTATE TAXES | (2,934) | 63,084 | 60,150 |
| NET CASH FLOW | $0 | $0 | $0 |

VD-001020

- 3 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF INVESTMENT IN PROPERTY
FROM DECEMBER 9, 1987 TO DECEMBER 31, 1999
REVISED 9-11-00

DEVELOPER'S INVESTED EQUITY:

| | | | |
|---|---|---|---|
| PURCHASE PRICE OF LAND | | 12-09-87 | $10,300,000 |
| COMMISSION | | 12-09-87 | 300,000 |
| TRANSFER TAXES | | 12-09-87 | 206,000 |
| MORTGAGE BROKER | | 12-09-87 | 200,000 |
| OTHER SETTLEMENT COSTS | | 12-09-87 | 60,053 |
| TOTAL COST OF PROPERTY | | | $11,066,053 |
| REDUCE COST FOR LOAN DISCOUNT | | 4-19-96 | (1,027,139) |
| MORTGAGE COSTS INCURRED | THROUGH | 12-31-99 | 697,053 |
| PROJECT COSTS INCURRED | THROUGH | 12-31-99 | 282,610 |
| TOTAL COSTS | | | $11,018,577 |
| LESS: FIRST MORTGAGE NOTE PAYABLE | | 12-31-99 | (9,270,000) |
| SECURITY DEPOSIT | | 12-31-99 | (27,083) |
| OTHER PAYABLES | | 12-31-99 | (71,774) |
| NET DEVELOPER'S INVESTED EQUITY | | | $1,649,720 |

DEVELOPER'S OPERATING EQUITY:

| | | | |
|---|---|---|---|
| NET RENTAL INCOME | THROUGH | 12-31-99 | ($3,717,104) |
| INTEREST EXPENSE | THROUGH | 12-31-99 | 12,523,119 |
| REAL ESTATE TAX EXPENSE | THROUGH | 12-31-99 | 2,780,532 |
| PROFESSIONAL FEES EXPENSE | THROUGH | 12-31-99 | 4,982 |
| BID COSTS EXPENSED | THROUGH | 12-31-99 | 213,623 |
| LESS: ACCRUED INTEREST | | 12-31-99 | (2,155,454) |
| LESS: ACCRUED REAL ESTATE TAXES | | 12-31-99 | (60,150) |
| NET DEVELOPER'S OPERATING EQUITY | | | $9,589,548 |

| | |
|---|---|
| TOTAL OF DEVELOPER'S INVESTED EQUITY AND OPERATING EQUITY | $11,239,268 |
| DEVELOPER'S EQUITY RETURN (SEE SCHEDULE) | 6,976,851 |
| TOTAL OF DEVELOPER'S INVESTED EQUITY, OPERATING EQUITY, AND EQUITY RETURN | $18,216,119 |

VD-001021

- 4 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF OPERATIONS CASH FLOW
FOR THE YEAR ENDED DECEMBER 31, 1999
REVISED 9-11-00

| | | |
|---|---:|---:|
| NET RENTAL INCOME | | $462,201 |
| | | |
| EXPENSES | | |
|   INTEREST EXPENSE | $890,435 | |
|   REAL ESTATE TAXES | 249,401 | |
|   PROFESSIONAL FEES | 1,220 | |
|   BID COSTS EXPENSED | 120,277 | |
| | | |
|   TOTAL EXPENSES | | 1,261,333 |
| | | |
|   NET (LOSS) | | ($799,132) |
| | | |
| ADJUST TO CASH BASIS: | | |
| | | |
| BID COSTS PAID IN PRIOR YEAR | | 3,687 |
| ACCRUED INTEREST - END OF YEAR | | 2,155,454 |
| ACCRUED INTEREST - BEGINNING OF YEAR | | (1,457,130) |
| ACCRUED REAL ESTATE TAXES - END OF YEAR | | 60,150 |
| ACCRUED REAL ESTATE TAXES - BEGINNING OF YEAR | | (63,084) |
| | | |
| OPERATIONS CASH FLOW (DEFICIT) BEFORE EXCLUSION FROM GROSS REVENUE | | ($100,055) |
| | | |
| EXCLUSION FOR NET RENTAL INCOME PRIOR TO OCCUPANCY OF THE FIRST TENANT IN THE IMPROVEMENTS | | (462,201) |
| | | |
| OPERATIONS CASH FLOW (DEFICIT) | | ($562,256) |

VD-001022

- 5 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF PROJECT COSTS
DECEMBER 31, 1999
REVISED 9-11-00

BALANCE AT DECEMBER 31, 1998                                      $262,541

| | | | |
|---|---|---|---:|
| WILKES, ARTIS | LEGAL | 09-Jun-99 | 155 |
| WILKES, ARTIS | LEGAL | 29-Jul-99 | 155 |
| WILKES, ARTIS | LEGAL | 10-Aug-99 | 1,798 |
| WILKES, ARTIS | LEGAL | 14-Sep-99 | 1,164 |
| WILKES, ARTIS | LEGAL | 12-Oct-99 | 4,240 |
| WILKES, ARTIS | LEGAL | 15-Nov-99 | 3,560 |
| GREENEBAUM & ROSE ASSOC | MGMT FEES | 13-Dec-99 | 6,000 |
| CHICAGO TITLE | TITLE UPDATE | 30-Dec-99 | 240 |
| COMMERCIAL SETTLEMENTS | TITLE OPINION | 30-Dec-99 | 125 |
| WILKES, ARTIS | LEGAL | 30-Dec-99 | 4,775 |
| WILKES, ARTIS | LEGAL | 31-Dec-99 | 1,544 |

EXPENSE PRIOR YEAR BID COSTS:

| | | | |
|---|---|---|---:|
| ARTER & HADDEN | LEGAL | 13-Mar-97 | (2,160) |
| WILKES, ARTIS | LEGAL | 16-May-97 | (350) |
| WILKES, ARTIS | LEGAL | 17-Jun-97 | (280) |
| WILKES, ARTIS | LEGAL | 18-Sep-97 | (210) |
| ARTER & HADDEN | LEGAL | 18-Sep-97 | (687) |

                                                                  $282,610

VD-001023

- 6 -

## MONTGOMERY ROAD I LIMITED PARTNERSHIP
### (90 K STREET ONLY)
### SCHEDULE OF DEVELOPER'S EQUITY RETURN
### FROM DECEMBER 9, 1987 TO DECEMBER 31, 1999
### REVISED 9-11-00

| ACTIVITY | BALANCE | DATE | RATE | DAYS | INTEREST |
|---:|---:|---|---:|---:|---:|
| BALANCE AT DECEMBER 31, 1998 | $11,187,171 | 31-Dec-98 | | | $6,084,354 |
| (37,300) | 11,149,871 | 11-Jan-99 | 7.75% | 11 | 26,129 |
| 15,931 | 11,165,802 | 31-Jan-99 | 7.75% | 20 | 47,349 |
| (37,300) | 11,128,502 | 02-Feb-99 | 7.75% | 2 | 4,742 |
| 60 | 11,128,562 | 15-Feb-99 | 7.75% | 13 | 30,718 |
| 14,389 | 11,142,950 | 28-Feb-99 | 7.75% | 13 | 30,718 |
| (39,165) | 11,103,785 | 03-Mar-99 | 7.75% | 3 | 7,098 |
| 126,167 | 11,229,953 | 09-Mar-99 | 7.75% | 6 | 14,146 |
| 15,931 | 11,245,883 | 31-Mar-99 | 7.75% | 22 | 52,458 |
| (39,165) | 11,206,718 | 07-Apr-99 | 7.75% | 7 | 16,715 |
| 15,417 | 11,222,135 | 30-Apr-99 | 7.75% | 23 | 54,729 |
| 4,049 | 11,226,184 | 06-May-99 | 7.75% | 6 | 14,297 |
| (39,165) | 11,187,019 | 07-May-99 | 7.75% | 1 | 2,384 |
| 15,931 | 11,202,950 | 31-May-99 | 7.75% | 24 | 57,008 |
| (39,165) | 11,163,785 | 07-Jun-99 | 7.75% | 7 | 16,651 |
| 155 | 11,163,940 | 09-Jun-99 | 7.75% | 2 | 4,741 |
| 15,417 | 11,179,356 | 30-Jun-99 | 7.75% | 21 | 49,779 |
| (39,165) | 11,140,191 | 09-Jul-99 | 7.75% | 9 | 21,363 |
| 1,744 | 11,141,935 | 29-Jul-99 | 7.75% | 20 | 47,308 |
| 15,931 | 11,157,866 | 31-Jul-99 | 7.75% | 2 | 4,732 |
| (39,165) | 11,118,701 | 04-Aug-99 | 8.00% | 4 | 9,782 |
| 1,798 | 11,120,498 | 10-Aug-99 | 8.00% | 6 | 14,622 |
| 126,167 | 11,246,666 | 24-Aug-99 | 8.00% | 14 | 34,123 |
| 16,458 | 11,263,124 | 31-Aug-99 | 8.25% | 7 | 17,794 |
| (39,165) | 11,223,959 | 08-Sep-99 | 8.25% | 8 | 20,366 |
| 4,262 | 11,228,221 | 14-Sep-99 | 8.25% | 6 | 15,222 |
| 16,250 | 11,244,471 | 30-Sep-99 | 8.25% | 16 | 40,606 |
| (26,095) | 11,218,376 | 12-Oct-99 | 8.25% | 12 | 30,499 |
| 3,595 | 11,221,970 | 28-Oct-99 | 8.25% | 16 | 40,571 |
| 16,792 | 11,238,762 | 31-Oct-99 | 8.25% | 3 | 7,609 |
| (39,624) | 11,199,138 | 03-Nov-99 | 8.25% | 3 | 7,621 |
| 25,000 | 11,224,138 | 04-Nov-99 | 8.25% | 1 | 2,531 |
| 4,568 | 11,228,707 | 15-Nov-99 | 8.25% | 11 | 27,907 |
| | 11,228,707 | 16-Nov-99 | 8.25% | 1 | 2,538 |
| 4,300 | 11,233,007 | 23-Nov-99 | 8.50% | 7 | 18,304 |
| 16,444 | 11,249,451 | 30-Nov-99 | 8.50% | 7 | 18,311 |
| (39,165) | 11,210,286 | 08-Dec-99 | 8.50% | 8 | 20,958 |
| 6,000 | 11,216,286 | 13-Dec-99 | 8.50% | 5 | 13,053 |
| 619 | 11,216,905 | 28-Dec-99 | 8.50% | 15 | 39,180 |
| 5,140 | 11,222,045 | 30-Dec-99 | 8.50% | 2 | 5,224 |
| 17,222 | 11,239,268 | 31-Dec-99 | 8.50% | 1 | 2,613 |
| | | | | | $6,976,851 |

**INTEREST IS BASED ON MERCANTILE BANK PRIME, USING A 365/365 YEAR**

VD-001024

- 7 -

TOTAL P.08