**EXHIBIT 33**

## RECORD OF TELEPHONE CONVERSATION

NOTES:

Person called _____
Phone no. _____ EVE FIORUCCI
Firm name _____ JUN 1 0 2002

Caller _____ Sam Rose
Phone no. _202 646 3000_
Firm name _____

re: VVI / Washington DC
    90 K Street

Date: _____ Time: _____

Sam wants to buy VVI's out of ~~prev~~ Cash Participation Agreement. Offered $50,000. Believes his acctg methods were correct, would pay for VVI to have an outside firm look at accounting (I don't ~~recommend~~ recommend this)

Advised Sam that Ken, Susan and I will have to get together to review this again & determine if we want to have an outside accountant look at it, if we want to sell our interest, or simply retain it. Sam wants to resolve the accounting issue right now. Trying to get things in order for estate planning purposes

FILE: _____           VD-000966
DEP. E. FIORUCCI
(11/7/06)        COPY: ____
EXH. # 15     CDR

INITIALS: _____