**EXHIBIT 35**

1/9/03

RE:   VVI/Washington, DC 90 K Street
      Cash Participation Agreement

- Appreciation Cash Flow allows a deduction for Approved Deductions, Developer's Invested Equity and for Developer's Operating Equity. It does not allow a deduction for Developer's Equity Return (which is basically a return on the money that the Developer has invested in the property either for operating purposes or equity purposes).
- Operations Cash Payment is a payment based on the Operations Cash Flow. Operations cash flow does allow the deduction for Developers Equity Return and Developer's Operating Equity.
- The Operations Cash Payment is based on operating income (basically rent) less operating expenses including Developer's Equity Return. Because very little rent is being collected there will most likely never be an Operations Cash Payment due until the property is developed and can generate higher rental income.
- On the other hand, the Appreciation Cash Payment is based on the income from a sale less the Developer's Invested Equity and the Developer's Operating Equity. Developer's Operating Equity does include interest payments on Permitted Debt (which includes a first mortgage), but does not include Developer's Equity Return (which is interest paid to the Developer on his Equity invested – both operating equity and invested equity).
- Therefore, if the property is going to be sold, as opposed to being developed for lease, it behooves the current owner to have more deductions accumulating under Appreciation Cash Flow than under Operations Cash Flow. That is most likely the reason why the owner wants to reclassify the Developer's Invested Equity as debt, so that the interest on the debt can be deducted from the Appreciation Cash Flow.
- The big question is "was the reclassification of Developer's Invested Equity to debt a proper reclassification??".

DEP. E. FIORUCCI
(11/7/06)
EXH. # 17

VD-000011