**EXHIBIT 36**

# RECORD OF TELEPHONE CONVERSATION

DATE: 12-16-04

Caller: Sam Rose
Number: (202) 686-3000
Company: ___
Notes:

Person Called: ~~B~~ Eve Fiorucci
Number: ___
Company: EVE FIORUCCI
Notes: DEC 16 2004

RE: WI/Washington DC

Discussed hiring Resnick-Fedder — Dave Resnick to help sort out our dispute. We called Resnick together & left a message.

Sam will call him on his own to review the situation & see if he can engage them to help us determine what the documents are saying.

DEP. E. FIORUCCI
(11/7/06)
EXH. # 7

VD-000960

I:\Word\Real Estate\BLUE RECORD OF TELEPHONE CONVERSATION SHEETS FOR EVE.doc