**EXHIBIT 41**

# RECORD OF TELEPHONE CONVERSATION

DATE: _____

Caller _____          Person Called _____
                                                EVE FIORUCCI
Number  Ken Goldman              Number _____
                                        AUG 23 2005
Company _____          Company _____

Notes:                           Notes:

RE: Meeting about 90 K Street.

Discussed w/ Ken the possibility of marketing the cash participation interest on the market. Ken & I agree that it's best to wait to market the interest. It's probably worth more than $75,000 Sam's offering. Also it's hard to identify what the interest is worth because you don't know what Sam will do — sell or develop.

DEP. E. FIORUCCI
(11/7/06)
EXH. # 22

VD-000450

L:\Word\Real Estate\BLUE RECORD OF TELEPHONE CONVERSATION SHEETS FOR EVE.doc