**TABLE OF EXHIBITS**

| Exhibit No. | Date | Description |
| --- | --- | --- |
| 1 | 4-19-07 | Declaration of Steven Braesch |
| 2 | 4-18-07 | Declaration of Ronald Glassman |
| 3 | 4-19-07 | Declaration of Donna S. Mangold |
| 4 | 4-19-07 | Declaration of Samuel G. Rose |
| 5 | 4-18-07 | Declaration of Stuart I. Smith |
| 6 | 11-28-06 | Excerpts of Deposition of Steven Braesch |
| 7 | 11-7-06 | Excerpts of Deposition of Eve Fiorucci |
| 8 | 2-15-07 | Excerpts of Deposition of Cynthia Giordano |
| 9 | 11-28-06 | Excerpts of Deposition of Ronald Glassman |
| 10 | 12-11-06 | Excerpts of Deposition of Kenneth Goldman |
| 11 | 2-20-07 | Excerpts of Deposition of Steve Halbert |
| 12 | 11-28-06 | Excerpts of Deposition of Reid Liffmann |
| 13 | 11-14-06 | Excerpts of Deposition of Samuel G. Rose |
| 14 | 3-7-07 | Excerpts of Deposition of Stuart I. Smith |
| 15 | 11-30-06 | Excerpts of Deposition of Brent Solomon |
| 16 | 11-30-87 | Cash Participation Agreement |
| 17 | 3-2-89 | First Amendment to Cash Participation Agreement |
| 18 | 6-7-91 | J. Zatarski handwritten notes |
| 19 | 5-31-94 | "Joyce Lum" handwritten notes |
| 20 | 7-02-99 | Draft Letter from Kenneth Goldman to Reid Liffmann |
| 21 | 10-01-99 | Agreement Concerning Transferrable Development Rights |
| 22 | 10-01-99 | Certificate of Transfer of Development Rights |
| 23 | 9-8-99 | Eve Fiorucci e-mail to Kenneth Goldman |
| 24 | 9-8-99 | Eve Fiorucci e-mail to Kenneth Goldman |

| 25 | 9-15-99 | P. Marr Letter to Eve Fiorucci |
| 26 | 9-15-99 | Eve Fiorucci Memorandum to Kenneth Goldman |
| 27 | 6-27-00 | Letter from Reid Liffmann to Kenneth Goldman |
| 28 | 8-23-00 | Letter from Kenneth Goldman to Samuel Rose |
| 29 | 9-12-00 | Letter from Reid Liffmann to Kenneth Goldman |
| 30 | 10-2-00 | Letter from Kenneth Goldman to Reid Liffmann |
| 31 | 11-30-00 | Assignment from TLC to Viad |
| 32 | 5-21-02 | Letter from Samuel Rose to Eve Fiorucci |
| 33 | 6-10-02 | Eve Fiorucci Record of Telephone Conversation with Samuel Rose |
| 34 | 11-26-02 | Eve Fiorucci e-mail to Kenneth Goldman |
| 35 | 1-9-03 | Eve Fiorucci Notes |
| 36 | 12-16-04 | Eve Fiorucci Record of Telephone Conversation with Samuel Rose |
| 37 | 3-2-05 | Eve Fiorucci letter to Brent Solomon |
| 38 | 3-30-05 | Letter from Gerald Katz to Brent Solomon |
| 39 | 4-10-05 | Letter from Brent Solomon to Samuel Rose (Reznick Report) |
| 40 | 5-2-05 | Fax Cover and Letter from Samuel Rose to Eve Fiorucci |
| 41 | 5-23-05 | Eve Fiorucci Record of Telephone Conversation with Kenneth Goldman |
| 42 | 8-26-05 | Letter from Eve Fiorucci to Samuel Rose |
| 43 | 6-24-06 | Cushman and Wakefield Appraisal of 90 K Street (Viad's Expert Report) |
| 44 | 9-21-06 | Letter of transmittal and 2004/2005 Special Purpose Financial Statements |
| 45 | 11-2-06 | Letter from Samuel Rose and transmittal of Revised Contracts |
| 46 | 11-21-06 | Letter of transmittal and 2005 Revised Special Purpose Financial Statements |
| 47 | 12-20-06 | Deposit Agreement between MRLP and VIAD |