## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counter-Defendant,** ) | |
| ) | **Case No. 1:06CV00344 (HHK)** |
| ) | |
| **v.** ) | |
| ) | |
| **VIAD CORP,** ) | |
| ) | |
| **Defendant/** ) | |
| **Counter-Plaintiff/** ) | |
| **Third-Party Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MONTGOMERY ROAD TDR, LLC,** ) | |
| ) | |
| **Third-Party Defendant** ) | |

## ORDER

Upon consideration of Defendant Via Corp's Motion for Summary Judgment and the

Opposition of Montgomery Road I Limited Partnership and Montgomery Road TDR, LLC to the

Motion for Summary Judgment, it is this _____ day of _____, 2007,

**ORDERED**, that Defendant Via Corp's Motion for Summary Judgment is **DENIED**.


_____
Henry H. Kennedy
United States District Judge