**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, <br>     Plaintiff and <br>     Counterclaim-Defendant <br>   v. <br> VIAD CORP, <br>     Defendant and <br>     Counterclaim-Plaintiff <br>   v. <br> MONTGOMERY ROAD TDR, LLC <br>     Counterclaim-Defendant | Case No. 1:06CV00344 (HHK) |

## ORDER

Upon consideration of the Motion of Montgomery Road I Limited Partnership and Montgomery Road TDR, LLC for Summary Judgment, the Memorandum of Points and Authorities in support thereof, and the Opposition and Replies thereto, it is this _____ day of April 2007,

**ORDERED**, that Montgomery Road I Limited Partnership and Montgomery Road TDR, LLC's Motion be, and hereby is **DENIED**.

_____
Henry H. Kennedy
United States District Judge