# EXHIBIT 56

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------x
MONTGOMERY ROAD I              :
LIMITED PARTNERSHIP,           :
                               :
        Plaintiff/             :
        CounterDefendant,      :
                               :
        v.                     :
                               :
VIAD CORP.,                    :
                               : No. 1:06CV00344(HHK)
        Defendant/             :
        CounterPlaintiff,      :
                               :
        v.                     :
                               :
MONTGOMERY ROAD I              :
LIMITED PARTNERSHIP,           :
                               :
        Defendant/             :
        CounterPlaintiff.      :
-------------------------------x
```

Washington, D.C.

Thursday, February 15, 2007

Deposition of

CYNTHIA GIORDANO

a witness, called for examination by counsel for Plaintiff/CounterDefendant pursuant to notice and agreement of counsel, beginning at approximately 10:13 a.m. at the law offices of Cooter Mangold Tompert & Karas, 5301 Wisconsin Avenue, NW,

**Page 6**

1 pending dispute with you?
2  A  Yes.
3  Q  What did he tell you?
4  A  Basically, he told me that the
5 dispute was over the -- the part that was of
6 interest to me was over the valuation of the
7 subject property over a period of time. I
8 think it was approximately 20 years.
9  Q  I'm sorry?
10  A  Twenty years I guess is about the
11 approximate period of time that -- there was
12 a contract which called into question
13 appreciation of the property upon resale.
14  Q  I will tell you that that contract,
15 whatever it is, is what we call the cash
16 participation agreement. Have you had
17 occasion to read the document?
18  A  I've skimmed it.
19  Q  I'm sorry?
20  A  Yes, I skimmed it.
21  Q  Exactly what was it that you agreed
22 to do here? What was it that you -- what

**Page 7**

1 task did you undertake here?
2  A  I agreed to explain how
3 transferable development rights work in the
4 District of Columbia, and to give an opinion
5 based upon my experience as to how being in a
6 receiving zone affects the value of property
7 in a receiving zone, and also provide some
8 observations about the transferable
9 development rights market in the District of
10 Columbia.
11     MR. COOTER: I'm going to show you
12 what we'll mark as Deposition Exhibit No. 2.
13     (Deposition Exhibit No. 2 was
14     marked for identification.)
15     BY MR. COOTER:
16  Q  What is Deposition Exhibit No. 2?
17  A  This is my expert report.
18  Q  I noticed in the package of
19 material that I received last
20 evening -- although I must tell you I didn't
21 have much chance to read it -- there was one
22 or more drafts of this report; is that right?

**Page 8**

1  A  Uh-huh.
2  Q  You have to say yes.
3     MR. PAGE: You have to say yes or
4 no.
5     THE WITNESS: Yes. I'm sorry.
6     BY MR. COOTER:
7  Q  Does this report differ in any
8 degree from the earlier drafts?
9  A  No.
10  Q  So the draft report, is it your
11 testimony -- I didn't go back and compare
12 them -- is it your testimony that the draft
13 report is the same as this report; there were
14 no edits?
15  A  It's not a -- yes, there were
16 edits. I'm sorry, but it doesn't disagree
17 substantially. They are just successive
18 edits of the same document.
19  Q  Now --
20  A  I'm sort of old fashioned; I don't
21 do all my own work on the computer. So I'm
22 marking up drafts and sending them back to my

**Page 9**

1 secretary for revisions, and that's what
2 those were, basically.
3  Q  It would appear we have more than
4 friends in common. I can't type -- it's a
5 product of a mis-spent youth, you know?
6     Okay. First of all, I want to know
7 a little more about your background. You
8 don't intend, I take it, to issue an opinion
9 as to the value of the real estate known as
10 90 K Street; is that right?
11  A  Right.
12  Q  Either today or at any other point
13 in time.
14  A  Correct?
15  Q  I take it it's also true that you
16 don't intend to offer an opinion with respect
17 to whether or not Montgomery Road Limited
18 Partnership breached any of the provisions of
19 the Cash Participation Agreement; is that
20 true?
21  A  That's true.
22  Q  I understand that part of your role