# EXHIBIT 61


# TRANSPORTATION LEASING CO.
a Dial Corp company

1850 N. Central Avenue
Phoenix, AZ  85004

May 12, 1993

Mr. Ronald B. Glassman
Greenebaum & Rose Associates
Woodholme Center, Suite 410
1829 Reisterstown Road
Baltimore, Maryland  21208

Re:  Transportation Leasing Co.
     90 "K" Street
     Washington, D.C.

Dear Ron:

Reference is made to my letter of February 16, 1993 (copy enclosed), which reminded you of the fiscal year statement to be submitted to us by April 30, 1993.

Since we have not received your statement, we would appreciate your giving this matter your immediate attention by delivering the statements to us on or before May 31st. Should you have any questions, please feel free to call me at (602) 207-5793.

Sincerely,

Kenneth P. Goldman
Assistant Director - Real Estate

wja

cc: Mr. Sam Rose/Greenebaum & Rose Associates

VD-000694

6/7/93 - Glassman - accountants currently working on statements. To deliver in several weeks.