# EXHIBIT 62

# THE GREYHOUND CORPORATION

Greyhound Tower
Phoenix, Arizona 85077
(602) 248-4000

September 7, 1989

Mr. Samuel G. Rose
Union Center Plaza Associates
816 Connecticut Ave., N.W.
12th Floor
Washington, DC 20006

Re:  90 K Street, Washington, DC

Dear Mr. Rose:

I am in receipt of your letter dated August 11, 1989 regarding the above referenced property. According to the Cash Participation Agreement, you are to furnish, within 120 days after the end of each fiscal year, financial statements and schedules including a balance sheet and statement of operations for the property for such fiscal year. Please provide this information for fiscal year 1988 pursuant to Section 2.6 of the Agreement, a copy of which is attached hereto.

Your cooperation on this matter is appreciated. Please call me at 602/248-5793 if you have any questions.

Sincerely,

K. P. Goldman
Sr. Real Estate Representative

KPG/dtw
Enclosure

cc:  Mr Armen Ervanian

VD-000740

extent that the amounts in such reserve account have already been included within Expenses pursuant to Section 2.3(a)(12) hereof, and (6) any Operations Cash Flow or Appreciation Cash Flow which has been paid to TLC. Management fees of three percent (3%) of "gross rent" received and leasing fees of four and one-half percent (4½%) of "gross rent" payable under any Lease, whether paid or accrued, shall be reasonable and necessary amounts of fees which would be payable to unrelated third parties in arms length transactions for similar services in the District of Columbia area, provided that any such leasing fees are paid for actual work performed and are only paid for no more than the first ten (10) years of the lease to which they pertain. For purposes of this Section 2.3(c), "gross rent" includes fixed, minimum and guaranteed rentals payable by or for the benefit of tenants of the Property under Leases and overage or percentage rentals payable by lessees under Leases, excluding, however, any amounts representing payments for taxes; insurance premiums; operating expenses, utilities, and other landlord services; sales or transaction privilege or franchise taxes or other similar items; and any amounts representing "free-rent" or other rental concessions or reimbursement for tenant improvements, fixtures or other similar items.

2.4    Time for Operations Cash Payment. Operations Cash Flow shall be computed by Developer on an annual basis. Developer shall pay to TLC within ninety (90) days after the end of each Fiscal Year the full amount of the Operations Cash Payment, if any, for the preceding Fiscal Year. With each Operations Cash Payment, and in any case within ninety (90) days after the end of each such Fiscal Year, Developer shall furnish to TLC a statement which shall show, among other things, the name of each lessee, sublessee and tenant of the Property, the commencement date of the term of the Lease and the sublease (if any) and the space occupied by such lessee, sublessee or tenant and the Gross Revenues, Expenses, Operations Cash Flow, and Operation Cash Payment for such Fiscal Year.

2.5    Status Reports. As soon as available, but no later than thirty (30) days after the close of each quarter in the Fiscal Year, until not less than ninety percent (90%) of the total leaseable area of the Improvements are fully leased and thereafter no later than thirty (30) days after the close of each Fiscal Year of Developer, Developer shall furnish to TLC a report certifying as to the status of the leasing of space in the Improvements, including (i) information on the amount of space covered by letters of intent, (ii) Leases out for execution and fully executed Leases, (iii) the rental under each Lease (including base rent, percentage rents and other consideration payable by the lessee), (iv) the term of each Lease, and of any options to renew or extend, and (v) an abstract of any rights or obligations which vary from the standard form of lease.

[redacted] Within one hundred twenty (120) days after the end of each Fiscal Year, Developer shall furnish to TLC, in addition to the statements described in Section 2.4 and 2.5 hereof, financial statements and schedules, including a balance sheet and statement of operations for the Property for such Fiscal Year, prepared in accordance with generally accepted accounting principles applied on a basis consistent with past practices and bearing the unqualified opinion of a firm of independent certified public accountants satisfactory to TLC, covering the operations of the Property and including all items necessary to calculate the Operations Cash Flow for such Fiscal Year on the cash basis provided for herein.