# EXHIBIT 63

Form **1065**
Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2001, or tax year beginning _____ · _____ , and ending _____ · _____

OMB No. 1545-0099

**2001**

| A Principal business activity | | D Employer identification number |
|---|---|---|
| REAL ESTATE | Use the IRS label. Other-wise, print or type. | Name of partnership MONTGOMERY ROAD I LIMITED PARTNERSHIP | 52-1504343 |
| B Principal product or service REAL ESTATE | | Number, street, and room or suite no. If a P.O. box, see page 13 of the instructions. 1829 REISTERSTOWN RD, SUITE 410 | E Date business started 12/30/1986 |
| C Business code number 531390 | | City or town, state, and ZIP code BALTIMORE, MD 21208 | F Total assets $12,616,890. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶ _____
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 4

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1 a Gross receipts or sales | 1a | | |
| b Less returns and allowances | 1b | 1c | |
| 2 Cost of goods sold (Schedule A, line 8) | | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | 4 | |
| 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| 6 Net gain (loss) from Form 4797, Part II, line 18 | | 6 | |
| 7 Other income (loss) (attach schedule)  SEE STATEMENT 1 | | 7 | 556,142. |
| 8 **Total income (loss).** Combine lines 3 through 7 | | 8 | 556,142. |

**Deductions (see Instructions for limitations)**

| | | | |
|---|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) | | 9 | |
| 10 Guaranteed payments to partners | | 10 | |
| 11 Repairs and maintenance | | 11 | |
| 12 Bad debts | | 12 | |
| 13 Rent | | 13 | |
| 14 Taxes and licenses | | 14 | |
| 15 Interest | | 15 | |
| 16 a Depreciation (if required, attach Form 4562) | 16a | | |
| b Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c | |
| 17 Depletion **(Do not deduct oil and gas depletion.)** | | 17 | |
| 18 Retirement plans, etc. | | 18 | |
| 19 Employee benefit programs | | 19 | |
| 20 Other deductions (attach schedule)  SEE STATEMENT 2 | | 20 | 350,139. |
| 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 350,139. |
| 22 **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | 22 | 206,003. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member  PRES. MONTGOMERY ROAD, INC.  GEN'L PTR.

Date

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN P00179523 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | K.A.W.G. & F., P.A. 40 YORK ROAD BALTIMORE, MD 21204 | | EIN ▶ 52-1003788 Phone no. 410-828-6432 | |

JWA
111001
01-22-02

For Paperwork Reduction Act Notice, see separate instructions.

**MR 26497**

Form **1065** (2001)

Form 1065 (2001)    MONTGOMERY ROAD I LIMITED PARTNERSHIP    52-1504343    Page **2**

| Schedule A | Cost of Goods Sold (see page 18 of the instructions) | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a  Check all methods used for valuing closing inventory:

   (i) ☐ Cost as described in Regulations section 1.471-3

   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

   (iii) ☐ Other (specify method used and attach explanation) ►

b  Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ........ ► ☐

c  Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* .... ► ☐

d  Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ........ ☐ **Yes** ☐ **No**

e  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ...... ☐ **Yes** ☐ **No**

   If "Yes," attach explanation.

| Schedule B | Other Information | | Yes | No |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |
| | a ☐ Domestic general partnership    b ☒ Domestic limited partnership | | | |
| | c ☐ Domestic limited liability company   d ☐ Domestic limited liability partnership | | | |
| | e ☐ Foreign partnership    f ☐ Other ► | | | |
| 2 | Are any partners in this partnership also partnerships? | | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X | |
| 5 | Does this partnership meet **all three** of the following requirements? | | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000; **and** | | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | | X |
| 9 | At any time during calendar year 2001, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ► | | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 8 of the instructions | | | X |
| 12 | Enter the number of Forms 8865 attached to this return ► | | | |

**Designation of Tax Matters Partner** (see page 20 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ► | MONTGOMERY ROAD, INC. | Identifying number of TMP ► | 52-1493967 |
|---|---|---|---|
| Address of designated TMP ► | 1829 REISTERSTOWN RD, STE 410 BALTIMORE, MD 21208 | | |

JWA

Form **1065** (2001)

111011
01-02-02

MR 26498

Form 1065 (2001)    MONTGOMERY ROAD I LIMITED PARTNERSHIP    52-1504343    Page 3

| Schedule K | Partners' Shares of Income, Credits, Deductions, etc. | | |
|---|---|---|---|

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 206,003. |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) | 2 | <206,094.> |
| | 3 a Gross income from other rental activities ......... 3a | | |
| | b Expenses from other rental activities (attach schedule) ......... 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 Portfolio income (loss):  a Interest income | 4a | 103,038. |
| | b Ordinary dividends | 4b | |
| | c Royalty income | 4c | |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e(1) | |
| | (2) 28% rate gain (loss) ▶ _____ (3) Qualified 5-year gain ▶ _____ | | |
| | f Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 Guaranteed payments to partners | 5 | |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | |
| | 7 Other income (loss) (attach schedule) | 7 | |
| **Deductions** | 8 Charitable contributions (attach schedule) | 8 | |
| | 9 Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 Deductions related to portfolio income (itemize) | 10 | |
| | 11 Other deductions (attach schedule) | 11 | |
| **Credits** | 12 a Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | (2) Other than on line 12a(1) | 12a(2) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d Credits related to other rental activities | 12d | |
| | 13 Other credits | 13 | |
| **Invest-ment Interest** | 14 a Interest expense on investment debts | 14a | |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 103,038. |
| | (2) Investment expenses included on line 10 above | 14b(2) | |
| **Self-Employ-ment** | 15 a Net earnings (loss) from self-employment | 15a | 0. |
| | b Gross farming or fishing income | 15b | |
| | c Gross nonfarm income | 15c | |
| **Adjustments and Tax Preference Items** | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | |
| **Foreign Taxes** | 17 a Name of foreign country or U.S. possession ▶ _____ | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive ▶ _____ (2) Listed categories (attach sch.) ▶ _____ (3) General limitation ▶ | 17d(3) | |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense ▶ _____ (2) Other ▶ | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive ▶ _____ (2) Listed categories (attach sch.) ▶ _____ (3) General limitation ▶ | 17f(3) | |
| | g Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 17g | |
| | h Reduction in taxes available for credit (attach schedule) | 17h | |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ _____ b Amount ▶ | 18b | |
| | 19 Tax-exempt interest income | 19 | |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | 2,000. |
| | 22 Distributions of money (cash and marketable securities) | 22 | |
| | 23 Distributions of property other than money | 23 | |
| | 24 Other items and amounts required to be reported separately to partners (attach schedule) | | |

JWA

Form **1065** (2001)

111021
01-02-02

3

MR 26499

Form 1065 (2001)  MONTGOMERY ROAD I LIMITED PARTNERSHIP    52-1504343   Page 4

## Analysis of Net Income (Loss)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b | | | | | 1 | 102,947. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | 1,029. | | | | | |
| b | Limited partners | | | 50,951. | 50,967. | | |

## Schedule L  Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 57,090. | | 28,446. |
| 2a | Trade notes and accounts receivable | 566. | | 67,170. | |
| b | Less allowance for bad debts | | 566. | | 67,170. |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach schedule) | STATEMENT 3 | 397. | | 374,625. |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach schedule) | STATEMENT 4 | 1,664,688. | | 1,633,415. |
| 9a | Buildings and other depreciable assets | | | 3,168,855. | |
| b | Less accumulated depreciation | | | 13,204. | 3,155,651. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 7,357,583. | | 7,357,583. |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach schedule) | | | | |
| 14 | Total assets | | 9,080,324. | | 12,616,890. |
| | Liabilities and Capital | | | | |
| 15 | Accounts payable | | 67,737. | | 79,176. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach schedule) | STATEMENT 5 | 586,307. | | 840,632. |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | 2,000,000. | | 2,000,000. |
| 20 | Other liabilities (attach schedule) | STATEMENT 6 | | | 3,168,855. |
| 21 | Partners' capital accounts | | 6,426,280. | | 6,528,227. |
| 22 | Total liabilities and capital | | 9,080,324. | | 12,616,890. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return
(Not required if Question 5 on Schedule B is answered "Yes.")

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 100,947. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): | |
| 2 | Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ STMT 8   2,000. | 2,000. | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 102,947. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 102,947. |

## Schedule M-2  Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 6,426,280. | 6 | Distributions: a Cash | |
| 2 | Capital contributed during year | 1,000. | | b Property | |
| 3 | Net income (loss) per books | 100,947. | 7 | Other decreases (itemize): | |
| 4 | Other increases (itemize): | | | | **MR 26500** |
| | | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 6,528,227. | 9 | Balance at end of year. Subtract line 8 from line 5 | 6,528,227. |

111041
01-02-02  JWA                                              4                              Form **1065** (2001)

Form **8800**
(Rev. September 2000)
Department of the Treasury
Internal Revenue Service

**Application for Additional Extension of Time to File
U.S. Return for a Partnership, REMIC, or for Certain Trusts**

OMB No. 1545-1057

▶ File a separate application for each return.

| Please type or print. | Name | Employer identification number |
|---|---|---|
| File the original and one copy by the due date for filing the return for which an extension is requested. See instructions. | MONTGOMERY ROAD I LIMITED PARTNERSHIP | 52-1504343 |
| | Number, street, and room or suite no. If a P.O. box, see instructions | |
| | 1829 REISTERSTOWN RD, SUITE 410 | |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. | |
| | BALTIMORE, MD  21208 | |

**1** I request an additional extension of time until  OCT 15 , 2002 , to file (check only one):
☐ Form 1041   ☐ Form 1041-QFT   ☒ Form 1065   ☐ Form 1065-B   ☐ Form 1066

**2** If the entity does not have an office or place of business in the United States, check this box ........................ ▶ ☐

**3 a** For calendar year 2001 , or other tax year beginning _____ , and ending _____
  **b** If this tax year is for less than 12 months, check reason: ☐ Initial return ☐ Final return ☐ Change in accounting period

**4** Explain why the entity needs an extension. All entities filing this form must give an adequate explanation.
ADDITIONAL INFORMATION IS NEEDED IN ORDER TO PREPARE A COMPLETE AND
ACCURATE TAX RETURN.

INTERNAL REVENUE SERVICE
RECEIVED
78
JUL 15 2002
BATCHING UNIT
COVINGTON, KY

**5** Has the entity filed Form 8736 to request an extension of time to file for this tax year?   ☒ Yes   ☐ No
If you checked "No," we will grant an extension only for undue hardship. Fully explain the hardship on line 4.

**Signature and Verification**
Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶ *Ellen I Cohen*   Title ▶ CPA   Date ▶ 7/9/02

File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.

**Notice to Applicant - To Be Completed by the IRS.**
☒ We HAVE approved this application. Please attach this form to the entity's return.
☐ We HAVE NOT approved this application.
However, we have granted a 10-day grace period to _____ . This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the entity's return.
☐ We HAVE NOT approved this application. After considering the reasons stated in item 4 above, we cannot grant this request for an extension of time to file. We are not granting a 10-day grace period.
☐ We cannot consider this application because it was filed after the due date of the return for which an extension was requested.
☐ Other:

*Marilyn Sullivan*   By: _____
Director   Date

If you want a copy of this form to be returned to an address other than that shown above, then please enter the address to which the copy should be sent.

| Please Type or Print | Name |
|---|---|
| | Number, street, and room or suite no. (If a P.O. box, see instructions.) |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. |

**MR 26501**

JWA   For Paperwork Reduction Act Notice, see instructions.   Form **8800** (Rev. 9-2000)
120021
05-15-01

Form **8736**
(Rev. October 2000)

Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time
To File U.S. Return for a Partnership, REMIC,
or for Certain Trusts**

▶ File a separate application for each return.

OMB No. 1545-1054

| Please type or print. | Name | Employer identification number |
|---|---|---|
| | MONTGOMERY ROAD I LIMITED PARTNERSHIP | 52-1504343 |

File by the due date for filing the return for which an extension is requested.

Number, street, and room or suite no. If a P.O. box, see instructions.

1829 REISTERSTOWN RD, SUITE 410

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.

BALTIMORE, MD  21208

**1**  I request an automatic **3-month** extension of time to file (check only one):

☐ Form 1041   ☐ Form 1041-QFT   ☒ Form 1065   ☐ Form 1065-B   ☐ Form 1066

**2**  If the entity does not have an office or place of business in the United States, check this box .................................................... ▶ ☐

**3 a** For calendar year  2001 , or other tax year beginning_____ ,_____ , and ending_____ ,_____ .

  **b** If this tax year is for less than 12 months, check reason:

☐ Initial return       ☐ Final return       ☐ Change in accounting period

**4**  If this extension is requested for Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066, enter the following amounts:

  **a** Tentative total tax from Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066 (see instructions) ..................... $ _____

  **b** Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit, from Form 1041, Form 1041-QFT, or Form 1065-B (see instructions). REMICs, enter -0- ................ $ _____

  **c** Balance due. Subtract line 4b from line 4a. If zero or less, enter -0-. Enclose payment, if any, with
    Form 8736 (see instructions) ....................................................................................................... $ _____O_____

Caution: Interest will be charged on any tax not paid by the regular due date of Forms 1041, 1041-QFT, 1065-B, and 1066 from the due date until the tax is paid.

**MR 26502**

JWA   For Paperwork Reduction Act Notice, see instructions.                Form 8736 (Rev. 10-2000)
120461
05-15-01

| Form **8825** | **Rental Real Estate Income and Expenses of a Partnership or an S Corporation** | OMB No. 1545-1186 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See instructions on page 2. <br> ▶ Attach to Form 1065, Form 1065-B, or Form 1120S. | **2001** |

| Name | Employer identification number |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP | 52-1504343 |

1 Show the kind and location of each property. See page 2 for additional properties.

**A** LAND RENTAL (90 K STREET)

**B**

**C**

**D**

| | | Properties | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | 287,793. | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | 7,369. | | | |
| 8 Legal and other professional fees | 8 | 10,124. | | | |
| 9 Interest | 9 | 231,262. | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | 225,928. | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | 13,204. | | | |
| 15 Other (list) ▶ STMT 9 | 15 | 6,000. | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | 493,887. | | | |

| | | |
|---|---|---|
| 17 Total gross rents. Add gross rents from line 2, columns A through H | 17 | 287,793. |
| 18 Total expenses. Add total expenses from line 16, columns A through H | 18 | ( 493,887.) |
| 19 Net gain (loss) from Form 4797, Part II, line 18, from the disposition of property from rental real estate activities | 19 | |
| 20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) Employer identification number |
|---|---|
| | |
| | |

| | | |
|---|---|---|
| 21 Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter the result here and on: <br> • Form 1065 or 1120S: Schedule K, line 2, or <br> • Form 1065-B: Part I, line 4 | 21 | <206,094.> |

| JWA 120141 10-23-01 | For Paperwork Reduction Act Notice, see page 2 of form. | 5 | MR 26503 | Form 8825 (2001) |

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343
Form 8825 (2001)                                                            Page 2

**1** Show the kind and location of each property.

**E** _____

**F** _____

**G** _____

**H** _____

| | | Properties | | | |
|---|---|---|---|---|---|
| | | E | F | G | H |
| **Rental Real Estate Income** | | | | | |
| 2  Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3  Advertising | 3 | | | | |
| 4  Auto and travel | 4 | | | | |
| 5  Cleaning and maintenance | 5 | | | | |
| 6  Commissions | 6 | | | | |
| 7  Insurance | 7 | | | | |
| 8  Legal and other professional fees | 8 | | | | |
| 9  Interest | 9 | | | | |
| 10  Repairs | 10 | | | | |
| 11  Taxes | 11 | | | | |
| 12  Utilities | 12 | | | | |
| 13  Wages and salaries | 13 | | | | |
| 14  Depreciation (see instructions) | 14 | | | | |
| 15  Other (list) ▶ _____ _____ _____ | 15 | | | | |
| 16  Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

MR 26504

| Form **4562** (Rev. March 2002) Department of the Treasury Internal Revenue Service | **Depreciation and Amortization** (Including Information on Listed Property)  R-  1 ▶ See separate instructions.  ▶ Attach to your tax return. | OMB No. 1545-0172 **2001** Attachment Sequence No. 67 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP | LAND RENTAL (90 K STREET) | 52-1504343 |

**Part I**  Election To Expense Certain Tangible Property Under Section 179  Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | 1 | 24,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2000 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2002. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for certain property (other than listed property) acquired after September 10, 2001 (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see instructions) | 16 | |

**Part III**  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2001 | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2001 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | 10 /01 | 3,168,855.50 | 39 yrs. | MM | S/L | 13,204. |

**Section C - Assets Placed in Service During 2001 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 13,204. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

116251 03-21-02  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

7

Form 4562 (2001) (Rev. 3-2002)

Form 4562 (2001) (Rev. 3-2002)    MONTGOMERY ROAD I LIMITED PARTNERSHIP    52-1504343    Page 2

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A – Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a)<br>Type of property<br>(list vehicles first ) | (b)<br>Date placed in service | (c)<br>Business/ investment use percentage | (d)<br>Cost or other basis | (e)<br>Basis for depreciation (business/investment use only) | (f)<br>Recovery period | (g)<br>Method/ Convention | (h)<br>Depreciation deduction | (i)<br>Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special depreciation allowance for listed property acquired after September 10, 2001, and used more than 50% in a qualified business use ......... | | | | 25 | | | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............... | | | | | 28 | | | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............... | | | | | | | 29 | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a)<br>Vehicle | | (b)<br>Vehicle | | (c)<br>Vehicle | | (d)<br>Vehicle | | (e)<br>Vehicle | | (f)<br>Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (**do not** include commuting miles) ......... | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven ............ | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 ............ | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? ............ | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? ............ | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? ............ | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners ............ | | |
| 39  Do you treat all use of vehicles by employees as personal use? ............ | | |
| 40  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............ | | |
| 41  Do you meet the requirements concerning qualified automobile demonstration use? ............ | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

| **Part VI** | **Amortization** |
|---|---|

| (a)<br>Description of costs | (b)<br>Date amortization begins | (c)<br>Amortizable amount | (d)<br>Code section | (e)<br>Amortization period or percentage | (f)<br>Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2001 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43  Amortization of costs that began before your 2001 tax year ............ | | | 43 | | |
| 44  **Total.** Add amounts in column (f). See instructions for where to report ............ | | | 44 | | |

116252
03-20-02

Form 4562 (2001) (Rev. 3-2002)

MR 26506

MONTGOMERY ROAD I LIMITED PARTNERSHIP                          52-1504343

| FORM 1065 | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| FORFEITED DEPOSIT | 556,142. |
| TOTAL TO FORM 1065, LINE 7 | 556,142. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ABANDONED BID COSTS | 350,139. |
| TOTAL TO FORM 1065, LINE 20 | 350,139. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM RELATED COMPANY | 397. | 374,625. |
| TOTAL TO SCHEDULE L, LINE 6 | 397. | 374,625. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PROJECT COSTS | 1,664,688. | 1,633,415. |
| TOTAL TO SCHEDULE L, LINE 8 | 1,664,688. | 1,633,415. |

**MR 26507**

MONTGOMERY ROAD I LIMITED PARTNERSHIP                          52-1504343

SCHEDULE L                OTHER CURRENT LIABILITIES              STATEMENT    5

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO RELATED COMPANIES | 585,000. | 840,139. |
| ACCRUED INTEREST | 1,307. | 493. |
| TOTAL TO SCHEDULE L, LINE 17 | 586,307. | 840,632. |

SCHEDULE L                    OTHER LIABILITIES                 STATEMENT    6

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FOR METRO ASSESSMENT | 0. | 3,168,855. |
| TOTAL TO SCHEDULE L, LINE 20 | 0. | 3,168,855. |

FORM 1065              PARTNERS' CAPITAL ACCOUNT SUMMARY          STATEMENT    7

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | 64,318. | | 1,009. | | 65,327. |
| 2 | 3,180,981. | | 49,977. | | 3,230,958. |
| 3 | 3,180,981. | | 49,977. | | 3,230,958. |
| 4 | 0. | 1,000. | <16.> | | 984. |
| TOTAL | 6,426,280. | 1,000. | 100,947. | | 6,528,227. |

MR 26508

MONTGOMERY ROAD I LIMITED PARTNERSHIP                          52-1504343

---

SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN   STATEMENT   8

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 2,000. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 2,000. |

---

OTHER RENTAL EXPENSES                          STATEMENT   9

PROPERTY: LAND RENTAL (90 K STREET)

| DESCRIPTION | AMOUNT |
|---|---|
| MANAGEMENT FEES | 6,000. |
| TOTAL TO RENTAL SCHEDULE, LINE 15 | 6,000. |

MR 26509

SCHEDULE K-1
(Form 1065)
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 2001 or tax year
beginning _____, and ending _____,

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ 52-1493967

Partnership's identifying number ▶ 52-1504343

Partner's name, address, and ZIP code

MONTGOMERY ROAD, INC.
1829 REISTERSTOWN RD, STE 410
BALTIMORE, MD 21208

Partnership's name, address, and ZIP code

MONTGOMERY ROAD I LIMITED PARTNERSHIP
1829 REISTERSTOWN RD, SUITE 410
BALTIMORE, MD 21208

A This partner is a [X] general partner [ ] limited partner
[ ] limited liability company member

B What type of entity is this partner? ▶ S CORPORATION

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 1.00000000% | FORMULA% |
| Loss sharing | 1.00000000% | FORMULA% |
| Ownership of capital | 1.00000000% | 1.0000000% |

E IRS Center where partnership filed return: OGDEN, UT

F Partner's share of liabilities:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Other $ 3,248,031.

G Tax shelter registration number ▶ _____

H Check here if this partnership is a publicly traded partnership
as defined in section 469(k)(2) [ ]

Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 64,318. | 1,009. | ( ) | | 65,327. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 2,059. | |
| | 2 | Net income (loss) from rental real estate activities | 2 | <2,062.> | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 1,032. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

**MR 26510**

111151
01-22-02

1

1

Schedule K-1 (Form 1065) 2001                                                                                      Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | **14 a** Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | **b** (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 1,032. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employ-ment** | **15 a** Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | **b** Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **c** Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | **16 a** Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | **b** Adjusted gain or loss | 16b | | |
| | **c** Depletion (other than oil and gas) | 16c | | |
| | **d** (1) Gross income from oil, gas, and geothermal properties | 16(d)1 | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16(d)2 | | |
| | **e** Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | **17 a** Name of foreign country or U.S. possession ▶ | | | |
| | **b** Gross income from all sources | 17b | | |
| | **c** Gross income sourced at partner level | 17c | | |
| | **d** Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | Form 1116, Part I |
| | **e** Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | **f** Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | . | |
| | **g** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | **h** Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | **18** Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **b** Amount | 18b | | |
| | **19** Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | **20** Other tax-exempt income | 20 | | |
| | **21** Nondeductible expenses | 21 | 20. | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **22** Distributions of money (cash and marketable securities) | 22 | | |
| | **23** Distributions of property other than money | 23 | | |
| | **24** Recapture of low-income housing credit: | | | |
| | **a** From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | **b** Other than on line 24a | 24b | | |
| **Supplemental Information** | **25** Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

MR 26511

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

SCHEDULE K-1              COLUMN C RECONCILIATION

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | 2,059. |
| RENTAL REAL ESTATE INCOME (LOSS) | <2,062.> |
| INTEREST INCOME | 1,032. |
| NONDEDUCTIBLE EXPENSES | <20.> |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 1,009. |

**MR 26512**

Partner Number 1

SCHEDULE K-1
(Form 1065)
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No. 1545-0099

**2001**

| Partner's identifying number ▶ | 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 | Partnership's identifying number ▶ | 52-1504343 |
|---|---|---|---|

Partner's name, address, and ZIP code

SAMUEL G ROSE
6636 LANDON LANE
BETHESDA, MD 20817

Partnership's name, address, and ZIP code

MONTGOMERY ROAD I LIMITED PARTNERSHIP
1829 REISTERSTOWN RD, SUITE 410
BALTIMORE, MD 21208

A  This partner is a ☐ general partner ☒ limited partner
☐ limited liability company member

B  What type of entity is this partner? ▶ INDIVIDUAL

C  Is this partner a ☒ domestic or a ☐ foreign partner?

D  Enter partner's percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 49.50000000% | FORMULA% |
| Loss sharing | 49.50000000% | FORMULA% |
| Ownership of capital | 49.50000000% | 39.5000000% |

E  IRS Center where partnership filed return: OGDEN, UT

F  Partner's share of liabilities:

Nonrecourse ................ $ _____
Qualified nonrecourse financing ...... $ _____
Other ........................ $ 1,420,316.

G  Tax shelter registration number ▶ _____

H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ................ ☐

I  Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 3,180,981. | | 49,977. | ( ) | 3,230,958. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 101,972. | |
| | 2 | Net income (loss) from rental real estate activities | 2 | <102,008.> | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 51,003. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

MR 26513

2

2

Schedule K-1 (Form 1065) 2001                                                                                                    Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14 a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 51,003. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employ-ment** | 15 a Net earnings (loss) from self-employment | 15a | 0. | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16(d)1 | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16(d)2 | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17 a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | Form 1116, Part II |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | |
| | 21 Nondeductible expenses | 21 | 990. | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |
| **Supplemental Information** | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

**MR 26514**

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

---

SCHEDULE K-1                    COLUMN C RECONCILIATION

---

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | 101,972. |
| RENTAL REAL ESTATE INCOME (LOSS) | <102,008.> |
| INTEREST INCOME | 51,003. |
| NONDEDUCTIBLE EXPENSES | <990.> |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 49,977. |

**MR 26515**

17                    Partner Number 2

**SCHEDULE K-1** ³
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2001 or tax year
beginning _____ , and ending _____

OMB No. 1545-0099

**2001**

| Partner's identifying number ▶ 52-2069892 | Partnership's identifying number ▶ 52-1504343 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| SJG HOLDINGS, LLC<br>1829 REISTERSTOWN RD, STE 410<br>BALTIMORE, MD 21208 | MONTGOMERY ROAD I LIMITED PARTNERSHIP<br>1829 REISTERSTOWN RD, SUITE 410<br>BALTIMORE, MD 21208 |

**A** This partner is a ☐ general partner ☒ limited partner
    ☐ limited liability company member
**B** What type of entity is this partner? ▶ LIM. LIAB. CO.
**C** Is this partner a ☒ domestic or a ☐ foreign partner?
**D** Enter partner's
| | (i) Before change<br>or termination | (ii) End of<br>year |
|---|---|---|
| percentage of: | | |
| Profit sharing | 49.50000000% | FORMULA% |
| Loss sharing | 49.50000000% | FORMULA% |
| Ownership of capital | 49.50000000% | 39.5000000% |

**E** IRS Center where partnership filed return: OGDEN, UT

**F** Partner's share of liabilities:
| Nonrecourse | $ | _____ |
| Qualified nonrecourse financing | $ | _____ |
| Other | $ | 1,420,316. |

**G** Tax shelter registration number ▶ _____
**H** Check here if this partnership is a publicly traded partnership
    as defined in section 469(k)(2) .............................. ☐
**I** Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 3,180,981. | | 49,977. | ( ) | 3,230,958. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 101,972. | ⎫ See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | <102,008.> | |
| | 3 | Net income (loss) from other rental activities | 3 | | ⎭ |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 51,003. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a | Low-income housing credit | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | ⎫ Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | ⎭ |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | ⎬ See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

JWA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2001

111151
01-22-02

**MR 26516**

3

3
Schedule K-1 (Form 1065) 2001                                                                                     Page 2

| (a) Distributive share item | | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14 a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 51,003. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employ-ment** | 15 a Net earnings (loss) from self-employment | 15a | 0. | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16(d)1 | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16(d)2 | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17 a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | 990. | |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |
| **Supplemental Information** | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

MR 26517

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

SCHEDULE K-1                    COLUMN C RECONCILIATION

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | 101,972. |
| RENTAL REAL ESTATE INCOME (LOSS) | <102,008.> |
| INTEREST INCOME | 51,003. |
| NONDEDUCTIBLE EXPENSES | <990.> |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 49,977. |

**MR 26518**

SCHEDULE K-1
(Form 1065)
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 2001 or tax year
beginning _____, and ending _____

OMB No. 1545-0099

**2001**

| Partner's identifying number ▶  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 | Partnership's identifying number ▶  52-1504343 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| REID LIFFMANN<br>1913 KALORAMA PLACE NW, APR. #15<br>WASHINGTON, DC 20009 | MONTGOMERY ROAD I LIMITED PARTNERSHIP<br>1829 REISTERSTOWN RD, SUITE 410<br>BALTIMORE, MD  21208 |

A  This partner is a ☐ general partner  ☒ limited partner
  ☐ limited liability company member

B  What type of entity is this partner? ▶  INDIVIDUAL

C  Is this partner a ☒ domestic or a ☐ foreign partner?

D  Enter partner's percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 0.00000000% | FORMULA% |
| Loss sharing | 0.00000000% | FORMULA% |
| Ownership of capital | 0.00000000% | 20.0000000% |

E  IRS Center where partnership filed return:  OGDEN, UT

F  Partner's share of liabilities:

| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Other | $  0. |

G  Tax shelter registration number ▶ _____

H  Check here if this partnership is a publicly traded partnership
as defined in section 469(k)(2)  ☐

I  Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 1,000. | <16.> | ( ) | 984. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2  Net income (loss) from real estate activities | 2 | <16.> | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3  Net income (loss) from other rental activities | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest | 4a | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e  (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f  Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5  Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7  Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8  Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10  Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11  Other deductions (attach schedule) | 11 | | |
| **Credits** | 12 a  Low-income housing credit | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d  Credits related to other rental activities | 12d | | |
| | 13  Other credits | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.  Schedule K-1 (Form 1065) 2001

**MR 26519**

111151
01-22-02

4

**4**

Schedule K-1 (Form 1065) 2001                                                                                     Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Investment Interest** | **14 a** Interest expense on investment debts ........... 14a | | Form 4952, line 1 |
| | **b** (1) Investment income included on lines 4a, 4b, 4c, and 4f 14b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10   14b(2) | | |
| **Self-employment** | **15 a** Net earnings (loss) from self-employment ........ 15a | 0. | Sch. SE, Section A or B |
| | **b** Gross farming or fishing income ............... 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **c** Gross nonfarm income .................... 15c | | |
| **Adjustments and Tax Preference Items** | **16 a** Depreciation adjustment on property placed in service after 1986   16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | **b** Adjusted gain or loss .................... 16b | | |
| | **c** Depletion (other than oil and gas) ............ 16c | | |
| | **d** (1) Gross income from oil, gas, and geothermal properties  16(d)1 | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties 16(d)2 | | |
| | **e** Other adjustments and tax preference items (attach schedule)  16e | | |
| **Foreign Taxes** | **17 a** Name of foreign country or U.S. possession ▶ | | |
| | **b** Gross income from all sources ............... 17b | | |
| | **c** Gross income sourced at partner level .......... 17c | | |
| | **d** Foreign gross income sourced at partnership level: | | |
| | (1) Passive   17d(1) | | |
| | (2) Listed categories (attach schedule)   17d(2) | | |
| | (3) General limitation   17d(3) | | Form 1116, Part I |
| | **e** Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense   17e(1) | | |
| | (2) Other   17e(2) | | |
| | **f** Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive   17f(1) | | |
| | (2) Listed categories (attach schedule)   17f(2) | | |
| | (3) General limitation   17f(3) | | |
| | **g** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued  17g | | Form 1116, Part II |
| | **h** Reduction in taxes available for credit (attach schedule)  17h | | Form 1116, line 12 |
| **Other** | **18** Section 59(e)(2) expenditures: a Type ▶ | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **b** Amount .......................... 18b | | |
| | **19** Tax-exempt interest income .............. 19 | | Form 1040, line 8b |
| | **20** Other tax-exempt income ............... 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **21** Nondeductible expenses ................ 21 | | |
| | **22** Distributions of money (cash and marketable securities) 22 | | |
| | **23** Distributions of property other than money ...... 23 | | |
| | **24** Recapture of low-income housing credit | | |
| | **a** From section 42(j)(5) partnerships ........... 24a | | Form 8611, line 8 |
| | **b** Other than on line 24a ................. 24b | | |
| **Supplemental Information** | **25** Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | |

MR 26520

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

SCHEDULE K-1                    COLUMN C RECONCILIATION

| DESCRIPTION | AMOUNT |
|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <16.> |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | <16.> |

**MR 26521**

23                    Partner Number 4