**EXHIBIT 33**

ENTER... DEC 5  2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MONTGOMERY ROAD I LIMITED )
PARTNERSHIP,              )
                          )
            Plaintiff,    )
                          )
     vs.                  )   CIVIL ACTION NO. 06-00344
                          )   (HHK)
VIAD CORP.,               )
                          )
            Defendant.    )
_____)

30(b)(6) DEPOSITION OF EVE FIORUCCI
VOLUME I
PAGES 1 THROUGH 99

Phoenix, Arizona
November 7, 2006
9:30 a.m.

PREPARED FOR:
MR. DALE A. COOTER

REPORTED BY:
DAVID R. MINDER, RPR
ARIZONA CR NO. 50636

(COPY)

Ottmar Holiday & Associates
2800 N. Central, Ste. 150
Phoenix, Arizona 85004
(602) 485-1488
1-866-485-1444

2

EVE FIORUCCI 11/7/2006

```
 1            30(b)(6) DEPOSITION OF EVE FIORUCCI, taken on
 2   November 7, 2006, commencing at 10:05 a.m., at the law
 3   offices of BRYAN CAVE, LLP, One Renaissance Square,
 4   Two North Central Avenue, Suite 2200, Phoenix, Arizona,
 5   before DAVID R. MINDER, a Certified Reporter in the
 6   State of Arizona.
 7
 8
 9
10   COUNSEL APPEARING:
11           COOTER, MANGOLD, TOMPERT & WAYSON, L.L.P.
             BY:  Mr. Dale A. Cooter
12                Ms. Donna S. Mangold
             5301 Wisconsin Avenue, N.W.
13           Suite 500
             Washington, D.C.  20015
14           Attorneys for Plaintiff
             (202) 537-0700
15           dcooter@cootermangold.com
16
             BRYAN CAVE, L.L.P.
17           BY:  Mr. Rodney F. Page
             700 Thirteenth Street NW
18           Washington, D.C.  20005
             Attorneys for Defendant
19           (202) 508-6002
             rfpage@bryancave.com
20
21
22
23
24
25
```

EVE FIORUCCI 11/7/2006

1   A.   I believe he accounted for it in that way.
2   Q.   To save time, do you agree or disagree with
3  his conclusion based on the facts that he states in this
4  letter in the section called "Conclusion"?
5          (Witness examines document.)
6   A.   I believe that his conclusion represents his
7  opinion on whether or not he made a good return.  That's
8  his opinion.
9   Q.   Now you and I can agree, can't we, that no
10 matter how you count, if this 8,775,000 was not listed
11 as equity, Developer's Equity Return, but it simply had
12 been an accrued interest payment made to a third-party
13 lender, that would be deducted from the sales price
14 before the 15 percent cash participation kicked in?  We
15 can agree to that; can't we?
16  A.   Yes.
17  Q.   So that if the 8,775,000 and change number was
18 accrued interest to a third-party lender, it would be an
19 appropriate deduct from the sales price before your
20 15 percent kicks in; is that right?
21  A.   It would need to be actually paid to a
22 third-party lender.
23  Q.   Let's take that step.  So if the accrued
24 8,775,000, as of 2000, were actually paid to a
25 third-party lender, it would be an appropriate deduct

41

EVE FIORUCCI 11/7/2006

1   bigger if the interest isn't paid on a note?
2       A.   In general terms?
3       Q.   Yes.
4       A.   If you don't pay your interest and you accrue
5   it, then your principal balance gets larger.
6       Q.   What was the source, if you know, of the
7   $8.775 million? Apparently that's interest on
8   something. What was the source of the something that
9   generated the $8.7 million in interest?
10      A.   I don't know.
11      Q.   Did you ever inquire?
12      A.   I don't know.
13      Q.   I'm trying to understand this analytically.
14  If they had gone to a lender, and the lender had lent
15  money, and the interest hadn't been paid, and that
16  principal balance gets bigger and bigger, at the end of
17  the day, you and I can certainly agree that in
18  connection with the sale, that would be a deduction from
19  the purchase price before 15 percent kicks in?
20          MR. PAGE: I object to the hypothetical.
21  You can go ahead and answer.
22          MR. COOTER: Go ahead.
23          THE WITNESS: That didn't happen.
24  BY MR. COOTER:
25      Q.   Just answer it my way. If it had happened

EVE FIORUCCI 11/7/2006

```
 1  that at that exact time I'm not sure.
 2       Q.   Who directed the Cash Participation Agreement?
 3       A.   I believe that was Jeff Buchanan and David
 4  Lindner.
 5       Q.   That was somebody at Transportation Leasing or
 6  Greyhound?
 7       A.   They were outside counsel, I believe.
 8       Q.   Our understanding is, in reading the document,
 9  that it was sort of an off-the-shelf agreement that had
10  been used somewhere else for something else; is that
11  right?
12       A.   I don't know.
13       Q.   They're outside counsel for Viad, the drafters
14  of it?
15       A.   Yes.
16       Q.   Now making reference to your notes of
17  January 9th, No. 17, just read those and tell me if
18  there's anything in your notes on Exhibit 17 with which
19  you disagree.
20       A.   Would you like me to read all these out loud?
21       Q.   No.  Read them to yourself.  If you change
22  your mind about something, let me know; will you?  If
23  you disagree with your notes, tell me.  If you agree
24  with them, tell me that.
25            (Witness examines document.)
```