**EXHIBIT 37**

**Capital Reporting Company**

(di st)

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE

 2                    DISTRICT OF COLUMBIA

 3    -------------------------------:

 4    MONTGOMERY ROAD I, LIMITED        :

 5    PARTNERSHIP                       :

 6                    Plaintiff         : Civil Action

 7             v.                       : No. 06-00344

 8    VIAD CORPORATION                  : (HHK)

 9                    Defendant         :

10    -------------------------------:

11                    Washington, D.C.

12            Thursday, November 30, 2006

13    Deposition of:

14                    BRENT SOLOMON,

15    called for oral examination by counsel for

16    Defendant, pursuant to notice, at the law office

17    of Bryan Cave, LLP, 700 13th Street, N.W.,

18    Washington, D.C. 20005, before Sheri C. Stewart,

19    Registered Professional Reporter and Notary

20    Public in and for the District of Columbia,

21    beginning at 9:56 a.m., when were present on

22    behalf of the respective parties:
```

## Capital Reporting Company

Page 2

1    APPEARANCES:

2

3    ON BEHALF OF PLAINTIFF:

4         DALE A. COOTER, ESQUIRE

5         DONNA MANGOLD, ESQUIRE

6         COOTER, MANGOLD, TOMPERT & KARAS, LLP

7         5301 Wisconsin Avenue, N.W.

8         Suite 500

9         Washington, D.C.   20015

10        (202)537-0700

11

12

13   ON BEHALF OF DEFENDANT:

14        RODNEY F. PAGE, ESQUIRE

15        BRYAN CAVE, LLP

16        700 13th Street, N.W.

17        Washington, D.C.   20005

18        (202)508-6000

19

20   ALSO PRESENT:   SOLOMON FRANCIS, VIDEOGRAPHER

21

22               *   *   *   *   *

## Capital Reporting Company

Page 90

1        Q       And your conclusion -- as I read it,

2    your analysis is that under Section 2.3, the

3    developer's equity return is a permitted expense,

4    correct?

5        A       Correct.

6        Q       And that, therefore -- I don't want

7    to -- I'm trying to paraphrase it -- and,

8    therefore, should be a permitted deduction under

9    Section 3 as well; am I right?

10       A       Correct.

11       Q       Can you explain to me the reasons why,

12   in your view, it should be a permitted deduction

13   under Section 3?

14       A       Well, it could be if it becomes part of

15   developer's operating equity, and developer's

16   operating equity is a permitted deduction under

17   Section 3.

18       Q       How would it become a part of the

19   developer's operating equity?

20       A       That return is under Section 2,

21   developer's equity return is an allowable incurred

22   expense.

## Capital Reporting Company

1              And so if it were an allowable incurred

2    expense, that number would build up, and it would

3    become part of developer's operating equity which

4    is one of the deductions under the cash

5    participation agreement.

6         Q     And, again, you can correct me, but it

7    sounds the way you're saying is because it could

8    be added in a given year, it would then become

9    part of the carried forward operation equity of

10   the developer, correct?

11        A     Absolutely.

12        Q     And then at the point of sale, that

13   operating equity would be an appropriate

14   deduction?

15        A     Yes.

16        Q     You admit, do you not, that developer's

17   equity return is not listed in the agreement as a

18   deduction under Section 3?

19        A     It's not listed in Section 3 in

20   computing appreciation cash flow.

21        Q     And your analysis is that because there

22   would be an annual accretion of the developer's

**Capital Reporting Company**

Page 92

1    equity return, causing it to become part of the

2    developer's operating equity, it would therefore

3    in that matter be included in the deductions?

4        A    That's correct.  And that it would be

5    no different than any other return on capital

6    provided.

7        Q    Now, Section 2 requires, does it not,

8    that the accounting for the developer's equity be

9    on a cash basis; isn't that right?

10       A    That's correct.

11       Q    And in that event, is it not the case

12   that the developer's equity return would require a

13   cash payment in order to be part of the accretion

14   that we just described?

15       A    Well, in this case, you know, if it was

16   part of that, the developer would be putting in

17   cash and retaking the cash right back out.

18            So under typical cash basis accounting,

19   that would be something that there would typically

20   be an accounting entry to recognize that return.

21       Q    Is it your testimony that cash basis

22   accounting does not require cash payment, is that

**Capital Reporting Company**

Page 93

1    what you're trying to say?

2          A      Yes, cash basis accounting is -- is

3    different than accrual basis accounting for

4    certain purposes, but that is generally related to

5    the recognition of revenue, okay, based on various

6    revenue recognition methods and the recognition of

7    expenses.

8                When it comes to capital transactions,

9    whether that would be depreciation on a fixed

10   asset or equity transactions, they would still be

11   reflected at their substance.

12         Q      Now, what if the contribution that was

13   made or the return was to a party other than the

14   owner of the property or the developer of the

15   property, would it be permissible in that case to

16   not have an actual cash payment?

17         A      Could you give me an example of a

18   return to someone other than --

19         Q      A related entity, for example.

20         A      Well, what would the related entity be

21   getting a return for doing.  If it were for

22   providing capital?

**Capital Reporting Company**

Page 94

1    Q    Um-hum.

2    A    Yes, certainly.  It could be an

3  unrelated entity, it could be a lender.

4         That's fairly typical with early-stage

5  development or, I should say, early-stage

6  development where you don't have cash flow, that a

7  lender is not getting paid interest, but they're

8  accruing the interest.

9         That would certainly be part of the

10  liability that would be booked for cash basis

11  financial statements.  Otherwise, we would

12  misstate the liability.

13    Q    And is it your view that under the cash

14  participation agreement, that deduction would be

15  permitted for a party that was not the developer

16  or equity owner of the property?

17    A    For use of capital?

18    Q    Yes.

19    A    Yes.

20    Q    Did you make any effort to determine

21  what the composition, by which I mean membership,

22  ownership, of Montgomery Road I Limited

**Capital Reporting Company**

Page 96

```
1      A      I don't think for purposes of analyzing

2   these issues from a business and accounting

3   perspective at Montgomery Road it would make any

4   difference, because the substance of a related

5   party contributing or loaning the money over to

6   Montgomery Road would be treated in a two-step

7   process, the substance of that would have been

8   coming from a related party to the owners of these

9   entities, and the owners of these entities putting

10  the money into the entity.

11            And if it wasn't treated in substance

12  like that, then it would just be a loan.  And that

13  would be the other way to go, would have been to

14  say it is a loan from that other related entity.

15     Q      Well, if it were a loan, that would

16  make a difference in calculating the owner's

17  equity, would it not?

18     A      Well, then it would be interest.  You

19  know, the difference in calculating owner's equity

20  would make a difference in calculating the result

21  under the appreciation cash flow, would only be

22  different to the extent that the equity rate of
```

**Capital Reporting Company**

Page 97

1    return was different than the interest charged

2    from a loan.

3            If those rates of return were the same

4    with respect to computing any balance of

5    appreciation cash flow, we'd end up with the same

6    number.

7        Q    In the -- I think in issue number

8    three, perhaps, which is a little further down in

9    your letter, you deal with the issue of S & S and

10   its partners being treated as an equity holder.

11           Do you see that?

12       A    Yes.

13       Q    Can you recall for me what analysis you

14   made under the cash participation agreement itself

15   as to whether the partners of S & S could be

16   treated as the equity holders?

17       A    Can you repeat the question?

18       Q    What analysis did you make under the

19   cash participation agreement as to whether they

20   could be treated as the equity holders?

21       A    We really didn't try to make an

22   analysis as to whether they could be treated as

**Capital Reporting Company**

Page 98

1    equity holders.  We were trying to analyze how

2    funds that were provided by that entity should be

3    treated.

4        Q    Well, what does the word "should" mean

5    as you just used it?  You mean should in an

6    accounting sense, or should in the cash

7    participation agreement?

8        A    My role here was to provide a business

9    and accounting interpretation of this agreement.

10            And in this particular issue, say how

11    would funds have been dealt with, and our

12    conclusion was that it would have been reasonable

13    to deal with those funds as if they were loaned to

14    the partners and then the partners put that money

15    in as equity.

16        Q    Did you make an analysis in which you

17    attempted to determine whether the cash

18    participation agreement permitted such a

19    treatment?

20            Is that your testimony today, that it's

21    permitted to do what you just said?

22        A    Well, no, my -- my testimony here would

**Capital Reporting Company**

Page 104

1    A    My understanding is that this is

2  intending to restate, if you will, the special

3  purpose financial statements as if the funds that

4  came out of S & S are all treated as loans.

5    Q    Is it your view that that would be a

6  proper way to review the funds that were put into

7  this property?

8    A    I think that would be a reasonable way

9  to view the funds put into the entity.

10    Q    What would be the difference -- what

11  would be the differences, plural, of treating

12  these advances as equity as opposed to treating

13  them as loans?

14    A    The only difference would be if the

15  equity return was different than the interest rate

16  computed on the loans.

17         Otherwise, the effect on any

18  appreciation cash flow payment would be no other

19  affect on the appreciation cash flow payment.

20         Debt would be deducted, and it's

21  principal, just like equity would be, equity

22  contributed would be.

**Capital Reporting Company**

Page 105

1             And the difference in the return is

2   just going to be a question of whether we have a

3   different cost of capital.

4       Q     Is there any treatment in the way they

5   would be handled for tax purposes?

6       A     It's possible.

7       Q     What differences can you think of?

8       A     Well, it's possible that the interest

9   on the loans would be deductible at the entity

10  level, could be income at the owner level.  Equity

11  returns, probably not.

12      Q     So if S & S is the source of these

13  funds, if it were all a loan, the interest that

14  has accrued to and is payable to S & S, would be

15  taxable as ordinary income as I understand it; is

16  that correct?

17      A     It's possible there really are too many

18  other factors that come into a tax computation,

19  too.

20      Q     I understand that.  I'm not trying to

21  get to the final computation but, generally

22  speaking, it would be accurate that would be

**Capital Reporting Company**

Page 106

1    taxable income, taxable ordinary income?

2        A      Well, what I would say is the tax

3    results would be different.

4        Q      Right.

5        A      They would be different.

6        Q      It would be substantially different,

7    wouldn't they?

8        A      Well, you're going to have -- you would

9    have interest expense within the entity, and you'd

10   have interest income at the entity that is picking

11   it up.

12       Q      Would it be a reasonable way of

13   handling this from S & S's standpoint, treat it as

14   interest as opposed to an equity return?

15       A      You know, I think either one is

16   reasonable.

17              What happens in these complex real

18   estate deals, as they often need additional

19   funding, I think everyone contemplated that this

20   project would need it.

21              The capital's going to come in one of

22   two forms, it's either going to be equity or debt.

**Capital Reporting Company**

Page 107

1    There is always a return that's provided to the

2    holders, okay?

3             And a treatment as debtor equity in

4    some cases there is -- the agreements have leeway

5    as to how it's handled.  In other cases, they

6    require it to be one form or another.

7    Q     In your view, this agreement does not

8    contain any restrictions of how it's done,

9    correct?

10   A     I'm not sure I could give you my view

11   as to -- I'd have to determine that.

12            I think it allowed for -- it

13   contemplates both equity, and it contemplates debt

14   because it talked about debt from related parties.

15            As long as the interest rates were

16   customary and reasonable, what I would say is that

17   the cash participation agreement itself should not

18   really have any concern as to whether it goes in

19   as equity or interest.  Okay?

20            Because it is -- the cash participation

21   agreement really isn't among equity partners, it's

22   a residuary type of interest and really should not

## Capital Reporting Company

Page 108

1    have -- it should not care whether the return is a

2    return on equity computed based on an equity

3    return or a return on debt which would be

4    interest.

5        Q    Now, in your review of this agreement

6    originally, was it your understanding that your

7    opinion would be binding on the parties?

8        A    I don't think anyone ever came to us

9    and said your opinion is binding.  I was aware

10   that there was a clause in the cash participation

11   agreement that provided for an independent

12   opinion.

13       Q    In the cover letter from VIAD,

14   Ms. Fiorucci wrote to you saying that, in the view

15   of VIAD, this was not a binding opinion.

16            Do you recall that?

17       A    I do recall seeing that.

18       Q    The exhibit happens to be right there

19   in front of you.

20       A    Yes.

21       Q    When you received that, did you discuss

22   that specific point with anyone?

**Capital Reporting Company**

Page 119

1      A      Yeah, I think my opinion was with

2   respect to a cash participation agreement such as

3   this, that a refinancing is an event, it's a debt

4   event that provides new capital.

5           And with respect to the entity, there

6   was no capital.   There was no refinancing event.

7           What had occurred was the holder of the

8   note, which sits outside the entity, sold their

9   note and it happened to be to a related party.

10          So in general, there would really be no

11  accounting or any event inside the entity.

12     Q      What's the basis for your definition of

13  a refinancing?

14     A      In my general business knowledge.

15     Q      You wouldn't say that it was -- in your

16  opinion it was based on any definition within a

17  cash participation agreement?

18     A      I believe we looked at the -- what was

19  included in the cash participation agreement.

20     Q      Now, I noticed in your answer you --

21  well, stop, I'm sorry.

22          Is there a definition of a refinancing

**Capital Reporting Company**

Page 125

1    BY MR. PAGE:

2        Q    In rough -- in round numbers, the

3    original loan here was, let's say, $9 million?

4        A    Um-hum.

5        Q    It's acquired for another amount which

6    reduces -- the discount is about a million

7    dollars, which is what roughly the facts are here,

8    right?

9              If a third party had acquired the loan

10   at a discount and charged only the discounted

11   amount, that would have been a benefit to the

12   owner of the property, correct?

13       A    Correct.

14       Q    Would that have been, in your view, a

15   refinancing?

16       A    I think what I'm going to have to do

17   here is probably step away from the term

18   "refinancing," okay?  Because I think we're

19   starting to get to a point here where refinancing

20   could be -- could be viewed more broadly than I

21   typically think of it being viewed.

22              I'm giving you my business and

**Capital Reporting Company**

Page 126

1    accounting perspective on whether this as a

2    refinancing would have met the criteria to trigger

3    an appreciation cash flow.

4            And the reduction of the stated amount

5    of debt, without any cash being received by the

6    entity, certainly couldn't logically from a

7    business perspective trigger an appreciation cash

8    flow.  No proceeds were received.

9            The only other question then becomes,

10   if this loan was acquired at a discount, would

11   there be any effect on the accounting in the cash

12   participation agreement.  Okay?

13           If it were acquired by a third party,

14   there wouldn't have been any effect on the cash

15   participation agreement, because the third party

16   would never pass that savings along to a borrower.

17           That happens in the mortgage market

18   every day.  Borrowers are unaffected by loans

19   being transferred.

20           You would never know from a borrower's

21   perspective whether a loan was sold at a premium

22   or a discount and, in all transactions, they are

## Capital Reporting Company

Page 127

1    sold at premiums and discounts.  They may not be

2    as significant as the discount in this case.

3              In this case, we had a related party

4    transaction at a discount, and we think it would

5    be appropriate for that discount to be passed

6    along for purposes of this cash participation

7    agreement in computing an appreciation cash flow.

8              But that event, in and of itself,

9    doesn't have any business purpose to trigger a

10   payment under the appreciation cash flow, because

11   no proceeds were received.

12             MR. PAGE:  Let's take a quick break,

13         and I'm not sure I have much more.  I may

14         finish up without a lunch break.

15             MR. COOTER:  Okay.

16             THE VIDEOGRAPHER:  The time is 12:30

17         p.m.  We're going off the record.

18             (Whereupon, there was a break from

19   12:30 p.m. until 12:37 p.m.)

20             THE VIDEOGRAPHER:  The time is

21         12:37 p.m.  We're back on the record.

22   BY MR. PAGE:

**Capital Reporting Company**

Page 129

1    revenue and expense perspective.  When cash comes

2    in, cash goes out, for expenses.

3              With respect to capital items, if you

4    will, like fixed assets, loans, equity, it is not

5    on a pure cash basis.

6              So if there were interests, for

7    example, accrued on a loan, on a cash basis

8    financial statement, that would still show up as a

9    liability, regardless of when it was paid.

10             If there was depreciation on a fixed

11   asset which is a noncash transaction, that still

12   shows up on a financial statement, a cash basis

13   financial statement.

14             The cash basis is intended to focus on

15   items of operating revenue and expenses.

16        Q    Now, in the definition we're looking at

17   in paragraph 2.2, there's a list of items provided

18   in that paragraph?

19        A    Yes.

20        Q    Are there any of those items that, in

21   your view, may be treated as an accrual as opposed

22   to cash?

## Capital Reporting Company

Page 134

1    the basis of sound cash basis accounting practices

2    applied on a consistent basis," and then lists the

3    number of expenses?

4        A    Um-hum.

5        Q    Tell me on this list whether there are

6    items that you think do not require an actual cash

7    payment.

8        A    For example, interest in principal

9    payments on permitted debt.

10       Q    Any others?

11       A    I think at least on my initial read

12   that the two items that I see as being capital

13   that would under cash basis be recorded would be

14   No. 9 and No. 15.

15       Q    So essentially debt and equity, in your

16   view, do not require an actual cash payment but

17   everything else does?

18       A    Or other capital items as I used as an

19   example.  Another good example of what you would

20   see on a cash basis financial statement would be

21   recording of depreciation on fixed assets.

22       Q    Are you familiar with the phrase