**EXHIBIT 39**

KENNETH P. GOLDMAN
SEP 1 5 1999

# Memorandum

To:   Mr. Ken Goldman – MS 2209

From: Eve Fiorucci

Date: 09/15/99

Re:   TLC/Washington, DC – Sale of Cash Participation Agreement

---

In 1987 Transportation Leasing Co. (TLC) sold 103,878 square feet of vacant land at 90 K Street in Washington, DC to Montgomery Road I, Limited Partnership (Montgomery Road) for $10,300,000 cash. At the time, a Cash Participation Agreement (the "Agreement") was drawn and executed allowing TLC to retain a 25% participation interest in Montgomery Road's development of the project including the project's rental, refinancing, and sale cash flows. While TLC has not received any income from the Agreement over the past twelve years, there have been several changes in the area that significantly affect the value of the property:

- The area has been rezoned to permit office development and would permit the construction of 650,000 square feet of office space on this site.

- The area has been identified as a prime location for high technology businesses due to the location of main fiber optic lines in the rail tracks less than one block away.

- The addition of a new metro (subway) station to the area will make it more easily accessible and increase its desirability.

- The vacancy rate in the area is about 5 1/2%, and this is the last major submarket available for development. These two factors make it more likely that this property will be developed in the not too distant future; and hence begin to provide income to TLC.

Given the above factors, I believe that the value of the Cash Participation Interest is worth substantially more than the $17,500 offered by Montgomery Roads. Therefore I *recommend* that TLC retain its interest in this property at this time.

DEP. E. FIORUCCI
(11/7/06)
EXH. # 14

VD-000671

1