**EXHIBIT 40**

**Goldman, Ken**
**From:** Fiorucci, Eve
**Sent:** Tuesday, November 26, 2002 10:32 AM
**To:** Goldman, Ken
**Subject:** WI/Washington, DC update

Ken:

I spoke with Pat Marr at CB Richard Ellis regarding the value of the 90 K Street property. A summary follows:

- Property value if sold as land is approximately $30/developable sq. ft. or $20,250,000.
- Sam has approval to build a 675,000 sq. ft. building on the site. If developed, net rent would be $20/sq. ft. or approximately $13,500,000 per annum. Additional income from parking would be generated and is estimated at $540,000/annum ($100/space/month for 450 spaces). Total NOI estimated at $14,000,000
- Building would sell with a 9 cap at about $155,000,000 ($14,000,000/.09)
- Cost estimated at $100,000,000 ($150 x 675,000)
- Gain would be +/- $55,000,000
- Apparently Sam has submitted a bid to the government to build them a facility there. Sam confirmed that he spent several hundred thousand on the submittal, but advised that the government was not interested.
- Pat indicated that Sam has developed all of the other properties that he owns (2 of them for the government) and that this property in next in line to be developed by Sam. Pat also indicated that although the government declined the submittal recently, that does not negate them from signing a lease sometime in the future, and that in fact, Sam can resubmit his proposal every time the government has a requirement. Pat believes that Sam wants to buy Viad's cash participation interest because he is preparing to develop the site and does not want Viad to complicate the process or share in the profit.

Next Steps:

- Matt Gage and I are going to review the Cash Participation Agreement again to see **_how and if_** Viad participates if the property is developed rather than sold. If we find that Viad's participation remains at 15% and if the gain on sale is $55,000,000, Viad's interest could potentially be worth $8,250,000. This is definitely **NOT CONFIRMED**, but merits further research.
- Pat provided me with the name and telephone number of a land use attorney in Washington, DC should we decide that we wish to have him take a look at this.

Eve

DEP. E. FIORUCCI
(11/7/06)
EXH. # 16

VD-000022
OEM