# EXHIBIT 68

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------x
MONTGOMERY ROAD I          :
LIMITED PARTNERSHIP,       :
                           :
         Plaintiff,        :
                           :
    v.                     :  No. 1:06CV00344 (HHK)
                           :
VIAD CORP.,                :
                           :
         Defendant.        :
                           :
---------------------------x

Washington, D.C.

Monday, February 26, 2007

Deposition of

KIRK ROGERS

a witness, called for examination by counsel for Defendant pursuant to notice and agreement of counsel, beginning at approximately 2:45 p.m. at Cooter Mangold Tompert & Karas, 5301 Wisconsin Avenue Northwest, Washington, D.C., before M. Bryce Hixson of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

**Page 22**

1  think we have straightened out which special
2  purpose statements you looked at. The first
3  page says that you also did an analysis of
4  section 2.3 and 2.6 of the agreement? Do you
5  see that?
6      A   Yes.
7      Q   Do you understand that to be 2.3
8  and 2.6 of the cash participation agreement?
9      A   Yes.
10     Q   The way your report is written,
11 it's a series of questions and answers. Is
12 there some place in that report that sets
13 forth your analysis of section 2.3 and 2.6?
14     A   No, other than to define -- in one
15 the cash basis of accounting; two, to define
16 the modified cash basis of accounting; and
17 three, to -- the items.
18     Q   That's fine.
19     A   -----
20     Q   So when your report says if you did
21 an analysis of section 2.3 and 2.6, there's
22 no analysis as such as to how those interact

**Page 23**

1  with the rest of the document or what they
2  mean, is that accurate?
3      A   The analysis relates solely to
4  the inquiries made here and the responses
5  thereto.
6      Q   There's a list of questions that
7  apparently someone put to you. If you'll
8  just turn to the second page of your report,
9  are these the questions that you were asked
10 to answer?
11     A   Yes.
12     Q   No other questions, just these,
13 right?
14     A   Correct.
15     Q   Let's take them one at a time.
16 "Define the term 'cash basis accounting'
17 referenced in paragraph 2.3(a) of the
18 Agreement." Then you go on to say, "Cash
19 basis accounting is the basis of accounting
20 in which accounting transactions are recorded
21 when the cash transaction occurs, rather
22 than when the obligation is incurred (as is

**Page 24**

1  predicated under the accrual basis of
2  accounting). Under the cash basis of
3  accounting, revenue is recorded upon the
4  receipt of the cash, and costs are recorded
5  when the entity disburses the cash."
6          Confirm for me that that definition
7  that you put in there of cash basis
8  accounting was not driven by paragraph 2.3A
9  of the agreement. What you have defined
10 there is simply generic, what the generic
11 phrase "cash basis accounting" means.
12     A   I defined what "cash basis of
13 accounting means" in preparing cash basis
14 financial statements is what's widely held.
15     Q   But you would have defined it the
16 way you defined it without regard to anything
17 that was in paragraph 2.3A of the agreement,
18 is that accurate?
19     A   Yes.
20     Q   It's a generic description of cash
21 basis accounting in your report.
22     A   It's a widely held description.

**Page 25**

1      Q   Go to the second question.
2  The second question is, "Define the term
3  'modified cash basis of accounting.'"
4  First of all, where did that phrase come
5  from, "modified cash basis of accounting"?
6      A   From the attorney.
7      Q   So he simply wanted you to offer up
8  a definition of what modified cash basis of
9  accounting is, is that right?
10     A   Correct.
11     Q   Can you agree with me that modified
12 cash basis accounting would encompass a
13 number of accounting methods? By way of
14 example you say in your report that it
15 "combines elements of the cash and accrual
16 basis," and then it says, "Common accepted
17 modifications to cash basis ... include
18 capitalization and depreciation ... for fixed
19 assets and accruing income taxes." I see
20 that. But is it so that modified cash basis
21 of accounting could include other things,
22 other adjustments to cash basis accounting,

Page 38

```
 1   to statements described above" -- none of
 2   which apply here -- "financial statements and
 3   schedules, including a balance sheet and
 4   statement of operation for the property for
 5   such fiscal year prepared in accordance with
 6   generally accepted accounting principles
 7   applied on a basis consistent with past
 8   practices." And here's the phrase that I
 9   want to ask you about -- "and bearing the
10   unqualified opinion of a firm of independent
11   certified public accountants satisfactory to
12   TLC covering the operations."
13        What does that mean, "bearing the
14   unqualified opinion," as you see it, "of
15   a firm of independent certified public
16   accountants"? You can look at it yourself,
17   because I've always been confused by it.
18   A    Sure.
19   Q    It is not a trick question.
20   Usually if people want audited statements
21   they say, "I want an audited statement."
22   That one doesn't say that. It says whatever
```

Page 39

```
 1   it says, but it doesn't say that.
 2   A    In my view and based on my
 3   experience, what it means is that the results
 4   of the audit have to result in an unqualified
 5   report. If someone was to use the generic
 6   term, "Provide me with an audited financial
 7   statement," if I was to issue a audit report
 8   that is qualified -- well, in essence I have
 9   provided an audit report.
10        So they're saying that the report
11   that needs to be rendered can't have any
12   qualifications by the independent auditor as
13   far as exceptions from GAAP, and the qua--
14   and it can't have any qualifications as far
15   as limitations in scope that the auditor
16   would -- scope in the -- no limitations in
17   the auditor's procedures or a -- what we call
18   "scope limitations," where the procedure --
19   they couldn't perform certain procedures. In
20   other words, they need to perform all the
21   procedures that they feel necessary in order
22   to render an unqualified report.
```

Page 40

```
 1   Q    Which might or might not be a
 2   full-blown audit, do you agree with that?
 3   A    No.
 4   Q    Is it possible in your view to
 5   comply with that paragraph without an
 6   accounting firm coming in and doing an audit?
 7   A    No.
 8   Q    So in your view, the phrase
 9   "unqualified opinion" necessarily presumes
10   an audited financial statement? Is that
11   your view?
12   A    An unqualified opinion -- report
13   presumes the issuance of an unqualified
14   report.
15   Q    That's a different question than
16   the one I asked you. Is it your view that
17   the term "unqualified opinion" as used in the
18   document that you just looked at presumes
19   an audit?
20   A    No. It presumes an audit that
21   contains no limitations in the auditor's
22   procedures that will require them to qualify
```

Page 41

```
 1   the report, or would require no limitations
 2   or exceptions that the auditor identified
 3   from generally accepted accounting
 4   principles.
 5   Q    I take it that an accountant
 6   who was prepared to issue his unqualified
 7   opinion could do so based on whatever work
 8   he thought was appropriate.
 9   A    In accordance with the standards of
10   the American Institute of Certified Public
11   Accountants.
12   Q    That's fine. So some accountant,
13   if he was willing to express an unqualified
14   opinion, could express that unqualified
15   opinion without undertaking a full-blown
16   audit, would you agree with that?
17        MS. HOGGES-THOMAS: Objection,
18   asked and answered.
19        THE WITNESS: Could you state your
20   question again?
21        BY MR. COOTER:
22   Q    If some accountant looked at this
```

11 (Pages 38 to 41)