# EXHIBIT 71

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

-----------------------------------:

MONTGOMERY ROAD I, LIMITED :

PARTNERSHIP :

Plaintiff : Civil Action

v. : No. 06-00344

VIAD CORPORATION : (HHK)

Defendant :

-----------------------------------:

Washington, D.C.

Thursday, November 30, 2006

Deposition of:

BRENT SOLOMON,

called for oral examination by counsel for Defendant, pursuant to notice, at the law office of Bryan Cave, LLP, 700 13th Street, N.W., Washington, D.C. 20005, before Sheri C. Stewart, Registered Professional Reporter and Notary Public in and for the District of Columbia, beginning at 9:56 a.m., when were present on behalf of the respective parties:

**accounting perspective on whether this as a refinancing would have met the criteria to trigger an appreciation cash flow.**

**And the reduction of the stated amount of debt, without any cash being received by the entity, certainly couldn't logically from a business perspective trigger an appreciation cash flow. No proceeds were received.**

**The only other question then becomes, if this loan was acquired at a discount, would there be any effect on the accounting in the cash participation agreement. Okay?**

**If it were acquired by a third party, there wouldn't have been any effect on the cash participation agreement, because the third party would never pass that savings along to a borrower.**

**That happens in the mortgage market every day. Borrowers are unaffected by loans being transferred.**

**You would never know from a borrower's perspective whether a loan was sold at a premium or a discount and, in all transactions, they are**



**sold at premiums and discounts. They may not be as significant as the discount in this case.**

**In this case, we had a related party transaction at a discount, and we think it would be appropriate for that discount to be passed along for purposes of this cash participation agreement in computing an appreciation cash flow.**

**But that event, in and of itself, doesn't have any business purpose to trigger a payment under the appreciation cash flow, because no proceeds were received.**

MR. PAGE: Let's take a quick break, and I'm not sure I have much more. I may finish up without a lunch break.

MR. COOTER: Okay.

THE VIDEOGRAPHER: The time is 12:30 p.m. We're going off the record.

(Whereupon, there was a break from 12:30 p.m. until 12:37 p.m.)

THE VIDEOGRAPHER: The time is 12:37 p.m. We're back on the record.

BY MR. PAGE:



Q I want to return for just a minute to something I asked you earlier.

It has to do with cash basis accounting and specifically a phrase that is in Article 2 of the cash participation agreement and refer you to Section 2.2.

There's a definition of gross revenues in the document, and I want to refer you to the language in 2.2, subparagraph A on page 5 of the document.

You can refer to it, but I'll just read it to you, it's just a phrase I want to ask about.

It states that, "For purposes of the agreement, the revenues shall be determined" -- this is a quote -- "determined on the basis of sound cash basis accounting practices applied on a consistent basis," unquote.

Let me go back over what your understanding of that is.

What is your view of a sound cash basis accounting practice, what does that mean?

**A Cash basis accounting is applied from a**



**revenue and expense perspective. When cash comes in, cash goes out, for expenses.**

**With respect to capital items, if you will, like fixed assets, loans, equity, it is not on a pure cash basis.**

**So if there were interests, for example, accrued on a loan, on a cash basis financial statement, that would still show up as a liability, regardless of when it was paid.**

**If there was depreciation on a fixed asset which is a noncash transaction, that still shows up on a financial statement, a cash basis financial statement.**

**The cash basis is intended to focus on items of operating revenue and expenses.**

Q Now, in the definition we're looking at in paragraph 2.2, there's a list of items provided in that paragraph?

**A Yes.**

Q Are there any of those items that, in your view, may be treated as an accrual as opposed to cash?