UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD I** <br> **LIMITED PARTNERSHIP,** <br><br> Plaintiff/ <br> Counter-Defendant, <br><br> v. <br><br> **VIAD CORP,** <br><br> Defendant/ <br> Counter-Plaintiff/ <br> Third-Party Plaintiff <br><br> v. <br><br> **MONTGOMERY ROAD TDR, LLC,** <br> Third-Party Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06CV00344 (HHK) <br> ) Next Event: May 11, 2007 <br> ) Status/Scheduling Conf. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

Plaintiff Montgomery Road I Limited Partnership, by and through its undersigned counsel, Cooter, Mangold, Tompert, and Karas, L.L.P., hereby moves, pursuant to Fed. R. Civ. P. 15(a) and 15(d), for leave[1] to file their Second Amended and Supplemental Complaint against Defendant VIAD Corp., and in

---

[1] By a series of e-mails and telephone calls, counsel for Plaintiff sought consent to file this Second Amended and Supplemental Complaint from counsel for Defendant Viad. Counsel for Viad declined to give such consent.

1

support therefor, submits the accompanying Memorandum of Points and Authorities.

                                        Respectfully submitted,

                                        COOTER, MANGOLD, TOMPERT
                                          &amp; KARAS, L.L.P.

                                                  /s/
                                        Dale A. Cooter, Bar #227454
Donna S. Mangold, Bar #358851
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.  20015
(202)537-0700
efiling@cootermangold.com
*Attorneys for Plaintiff*
*Montgomery Road I Limited*
*Partnership*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, ) ) )  Plaintiff/  ) Counter-Defendant, ) ) ) ) ) ) v. ) ) VIAD CORP, ) ) Defendant/ ) Counter-Plaintiff/ ) Third-Party Plaintiff ) ) v. ) ) MONTGOMERY ROAD TDR, LLC, ) Third-Party Defendant ) ) | Case No. 1:06CV00344 (HHK) Next Event: May 11, 2007 Status/Scheduling Conf. |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiff Montgomery Road I Limited Partnership, by and through its undersigned counsel, Cooter, Mangold, Tompert, and Karas, L.L.P., hereby submits its Memorandum of Points and Authorities in support of its Second Amended and Supplemental Complaint against Defendant VIAD Corp. A copy of the proposed Second Amended and Supplemental Complaint is attached hereto as Exhibit A.

1

Leave to amend a complaint under Rule 15(a) "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a); see Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962); Firestone v. Firestone 76 F.3d 1205, 1208, 316 U.S.App.D.C. 152, 155 (C.A.D.C.,1996).  None of the usual reasons for denying leave to amend, *e.g.*, undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments or futility of amendment, *Foman,* 371 U.S. at 182, 83 S.Ct. at 230, is present here.  The Second Amended and Supplemental Complaint is not interposed for any improper purpose, or to delay the trial of this matter, which has not yet been set.  Under Rule 15(d), a supplemental pleading may be filed setting forth transactions or events which have transpired since the original pleading was filed.

The original complaint involves a Cash Participation Agreement ("CPA") which MLRP entered into with VIAD's predecessor (Transportation Leasing Company) in 1987.  The CPA was entered into as part of a transaction whereby MLRP bought vacant property at 90 K Street, N.E., in the District of Columbia.  Pursuant to the CPA, in the event of a sale of the property, and assuming a high enough sale price, VIAD is entitled to a 15% interest in the appreciated value of the property (which is subject to various deductions and offsets)

("Cash Appreciation Payment"). The original complaint sought a declaration regarding the proper computation of any such Cash Appreciation Payment, as MLRP's calculations had recently been challenged by VIAD in the context of a proposed sale which was not consummated.

In August 2006, while this case was pending, MRLP received an offer to purchase 90 K Street, N.E. (the property at issue in the complaint) from an unrelated third party, TC MidAtlantic Development, Inc. ("TCMD"). The various agreements with TCMD also included the purchase of certain transferable development rights ("TDRs") that had been, or will be acquired in the future, by MRLP (or by Montgomery Road TDR, LLC, an affiliate of MRLP). VIAD has taken the position that, as a component of any Cash Participation Payment, VIAD is entitled to 15% of the value of the TDRs included in the purchase by TCMD. In late November 2006, Plaintiff filed its First Amended Complaint, seeking a declaration that the TDRs are not to be considered in any Cash Appreciation Payment. The proposed Second Amended and Supplemental Complaint supplements the First Amended Complaint to set forth transactions and events subsequent to the First Amended Complaint, and to more precisely plead the allegation regarding the debt/equity classification. It also adds a claim for attorneys fees. For

the Court's convenience, Exhibit B is a "Compare Document" which compares the proposed Second Amended and Supplemental Complaint to the First Amended Complaint.

The dispute over the Appreciation Cash Payment and whether the TDRs were a component of the calculation resulted in Viad demanding a $4.5 million escrow before it would release the Deed of Trust on 90 K Street so that the transaction with TCMD could close. This escrow was established (via a joint custody account) in late December 2006. The land sale portion of the TCMD transaction closed in January 2007; and the first portion of the TDR sale also closed. Prior to closing, and to secure the release of Viad's lien on the property (securing MRLP's obligations under the Cash Participation Agreement) MRLP and Viad entered into an agreement whereby $4.5 million of the sale proceeds was put into a jointly-controlled account pending the resolution of this dispute. See Proposed Second Amended and Supplemental Complaint, ¶¶ 29, 30, 45.

Viad's refusal to execute a release of its lien, and its insistence on the $4.5 million escrow (to release its lien so the TCMD transaction could close), constitutes a failure by Viad to perform its obligations under the CPA. Accordingly, and pursuant to §7.4 of the CPA, MRLP is entitled to its

attorneys fees and costs in bringing this action, and defending against Viad's Counterclaim and Third-Party claim. See Proposed Second Amended and Supplemental Counterclaim, ¶46. The claim for attorneys fees mirrors Viad's own claim for attorneys fees against MRLP.

None of the usual reasons for denying leave to amend, *e.g.*, undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments or futility of amendment, *Foman*, 371 U.S. at 182, 83 S.Ct. at 230, is present here. The Second Amended and Supplemental Complaint is not interposed for any improper purpose, or to delay the trial of this matter, which has not yet been scheduled (the Pretrial is scheduled for May 11, 2007).

Other than the new claim for attorneys fees in Count III, the Second Amended and Supplemental Complaint adds no new claims, and merely provides more precise factual allegations. Paragraph 11 of the Second Amended and Supplemental Complaint contains a more precise factual recitation of the allegations related to the debt/equity issue (which were set forth in the original Complaint and the First Amended Complaint). Paragraphs 29-30 of the Second Amended and Supplemental Complaint set forth updated information based on events that transpired leading up, and including the January 2007 closing

5

of the transaction with TCMD.

        Respectfully submitted,

        COOTER, MANGOLD, TOMPERT
         & KARAS, L.L.P.


        _____/s/_____
        Dale A. Cooter, Bar #227454
        Donna S. Mangold, Bar #358851
        5301 Wisconsin Avenue, N.W.
        Suite 500
        Washington, D.C.  20015
        (202)537-0700
        efiling@cootermangold.com
        *Attorneys for Plaintiff*
        *Montgomery Road I Limited*
        *Partnership*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** )<br>)<br>Plaintiff/ )<br>Counter-Defendant, )<br>)<br>)<br>)<br>)<br>)<br>v. )<br>)<br>**VIAD CORP,** )<br>)<br>Defendant/ )<br>Counter-Plaintiff/ )<br>Third-Party Plaintiff )<br>)<br>v. )<br>)<br>**MONTGOMERY ROAD TDR, LLC,** )<br>Third-Party Defendant )<br>_____ ) | Case No. 1:06CV00344 (HHK)<br>Next Event: May 11, 2007<br>Status/Scheduling Conf. |

**ORDER**

UPON CONSIDERATION OF the Motion of Plaintiff Montgomery Road I Limited Partnership for leave to file its Second Amended and Supplemental Claim, their supporting Memorandum of Points and Authorities, and any opposition thereto by the Defendant Viad Corp., it is this _____ day of _____, 2007, hereby

ORDERED, that Montgomery Road's Motion be, and it hereby is, GRANTED, and it is further

7

ORDERED, that the Second Amended and Supplemental Complaint is deemed filed as of the date of this Order.

                                            _____
Henry H. Kennedy, Jr., Judge
U.S. District Court for the
District of Columbia


copies through the Court's E-Filing System to:

Dale A. Cooter, Bar #227454
Donna S. Mangold, Bar #358851
Cooter, Mangold, Tompert
 & Karas, L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.  20015

Rodney F. Page, Esq.
Alicia Hogges-Thomas, Esq.
Bryan Cave LLP
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 9th day of May 2007, a copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT** was served via the Court's ECF system on:

        Rodney F. Page, Esq.
        Alicia Hogges-Thomas, Esq.
        Bryan Cave LLP
        700 Thirteenth Street, N.W.
        Suite 700
        Washington, D.C. 20005


                      /s/
                  Donna S. Mangold