**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** <br>     Plaintiff and <br>     Counterclaim-Defendant, <br>     v. <br> **VIAD CORP,** <br>     Defendant and <br>     Counterclaim-Plaintiff, <br>     v. <br> **MONTGOMERY ROAD TDR, LLC,** <br>     Counterclaim-Defendant. | Case No. 1:06CV00344 (HHK) |

## ORDER

Upon consideration of Plaintiff Montgomery Road I Limited Partnership's Motion for Leave to File Second Amended and Supplemental Complaint, the Memorandum of Points and Authorities in support thereof, and the Opposition and Replies thereto, it is this _____ day of May 2007,

**ORDERED**, that Plaintiff Montgomery Road I Limited Partnership's Motion be, and hereby is **DENIED**.

_____
Henry H. Kennedy, Jr.
United States District Judge