UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD LIMITED PARTNERSHIP,**<br><br>             **Plaintiff,**<br><br>             **v.**<br><br>**VIAD CORP.,**<br><br>             **Defendant.** | Civil Action 06-00344 (HHK) |

**ORDER**

Before the court is plaintiff's motion for leave to file a second amended and supplemental complaint. Upon consideration of the motion, the opposition thereto, and the record of this case, the court determines that the motion should be granted. Accordingly, it is this **29th** day of May, 2007, hereby

**ORDERED** that plaintiff's motion [#35] is **GRANTED**.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge