## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP,<br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>VIAD CORP,<br>    Defendant and<br>    Counterclaim-Plaintiff,<br><br>v.<br><br>MONTGOMERY ROAD TDR, LLC,<br>    Counterclaim-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  1:06CV00344 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF
## APPEARANCE FOR DEFENDANT VIAD CORP

Pursuant to Local Civil Rule 83.6(b), Alicia I. Hogges-Thomas hereby enters her

withdrawal of appearance as counsel for Defendant Viad Corp.  Ms. Hogges-Thomas has

resigned her position at Bryan Cave LLP and will not be continuing as counsel in this case.

Rodney F. Page of Bryan Cave LLP has previously entered an appearance on behalf of Viad

Corp and will continue to serve as counsel in this case.

Respectfully Submitted,

Alicia I. Hogges-Thomas (DC Bar No. 480548)
BRYAN CAVE LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C.  20005-3960
(202) 508-6000 - Phone
(202) 508-6200 - Fax

Viad Corp

Dated: June 1, 2007