IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD I** <br> **LIMITED PARTNERSHIP,** <br><br> Plaintiff/ <br> Counter-Defendant, <br><br> v. <br><br> **VIAD CORP,** <br><br> Defendant/ <br> Counter-Plaintiff/ <br> Third-Party Plaintiff <br><br> v. <br><br> **MONTGOMERY ROAD TDR, LLC,** <br><br> Third-Party Defendant <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06CV00344 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MONTGOMERY ROAD I LIMITED PARTNERSHIP AND MONTGOMERY ROAD TDR, LLC SUPPLEMENTAL FILING IN FURTHER SUPPORT OF MONTGOMERY ROAD I LIMITED PARTNERSHIP'S MOTION FOR SUMMARY JUDGMENT AND ITS OPPOSITION TO <u>DEFENDANT VIAD'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff/Counterdefendant Montgomery Road I Limited Partnership ("Montgomery Road") and Third-Party Defendant Montgomery Road TDR, LLC, ("Montgomery Road TDR") by and through their undersigned counsel, hereby supplement the summary judgment motion and opposition filed earlier in this case.

Until filing its Counterclaim in this litigation, Viad (nor Transportation Leasing) had never asserted that Montgomery Road had breached Section 2.6 of the Cash Participation Agreement

because it had not provided an unqualified opinion of its outside accountant to accompany the Special Purpose Financial Statements for the 90 K Street Property. In response to Defendant Viad's assertion in this litigation, Montgomery Road engaged its outside accountant, KAWG&F, P.A., to perform several audits of Montgomery Road's financial statements relating to the 90 K Street Property. To perform the audits, KAWG&F, P.A. had to examine financial records and transactions spanning a period of twenty years. Montgomery Road's in-house accountant, Mr. Ronald Glassman, was involved in supplying the requested records and information to KAWG&F, P.A.

On June 20, 2007, KAWG&F, P.A. completed its audits of the financial statements and its examination of the financial records related to the 90 K Street Property. Attached hereto as Exhibit A is the Declaration of Ronald Glassman, as well as the following Special Purpose Financial Statements, accompanied by the unqualified opinion of KAWG&F, P.A.:

    December 31, 2005 and 2004 - Exhibit B;

    December 31, 2006 and 2005 - Exhibit C; and

    January 11, 2007 and December 31, 2006 - Exhibit D.

Exhibit D also contains a Schedule of Appreciation Cash Flow as of the date of the sale of the 90 K Street Property.

```
                    Respectfully  submitted,

                    COOTER, MANGOLD, TOMPERT
                     & KARAS, L.L.P.


                    _____/s/_____
                    Dale A. Cooter, Bar #227454
                    Donna S. Mangold, Bar #358851
                    5301 Wisconsin Avenue, N.W.
                    Suite 500
                    Washington, D.C.  20015
                    (202)537-0700
                    efiling@cootermangold.com
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of June, 2007, the foregoing **MONTGOMERY ROAD I LIMITED PARTNERSHIP AND MONTGOMERY ROAD TDR, LLC SUPPLEMENTAL FILING IN FURTHER SUPPORT OF MONTGOMERY ROAD I LIMITED PARTNERSHIP'S MOTION FOR SUMMARY JUDGMENT AND ITS OPPOSITION TO DEFENDANT VIAD'S MOTION FOR SUMMARY JUDGMENT** was served by electronic transmission through the ECF system upon:

>   Rodney F. Page, Esq.
>   Bryan Cave LLP
>   700 Thirteenth Street, N.W.
>   Suite 700
>   Washington, D.C. 20005

>                    /s/
>   Donna S. Mangold