**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, | ) ) ) |
| Plaintiff/ Counter-Defendant, | ) ) ) |
| | )  Case No. 1:06CV00344 (HHK) |
| v. | ) ) |
| VIAD CORP, | ) ) |
| Defendant/ Counter-Plaintiff/ Third-Party Plaintiff | ) ) ) ) |
| v. | ) ) |
| MONTGOMERY ROAD TDR, LLC, | ) ) |
| Third-Party Defendant | ) ) |

**SUPPLEMENTAL DECLARATION OF RONALD GLASSMAN IN SUPPORT OF MONTGOMERY ROAD I LIMITED PARTNERSHIP AND MONTGOMERY ROAD TDR'S OPPOSITION TO VIAD'S MOTION FOR SUMMARY JUDGMENT**

I, Ronald Glassman, declare and state under the laws of perjury of the State of Maryland as follows:

1. I am over the age of 18 and am competent to testify to the matters contained herein, which are made from my personal knowledge.

2. I am the Financial Vice President of Greenebaum & Rose Associates ("G&R"). I have been employed by G&R since June 1987. I was responsible for the tax and accounting work for G&R from

1

1987 through 2002.  I now work on special projects for G&R and its affiliated entities.

3.  In the course of my work for G&R during the period 1987-2002, I was also responsible for the tax and accounting work for various affiliated entities, including Montgomery Road I Limited Partnership ("Montgomery Road") and S&S Finance Limited Partnership.  I continued to be responsible for the tax and accounting work for Montgomery Road from 2003 to the present.

4.  I am familiar with the Cash Participation Agreement which was entered into between Montgomery Road and Transportation Leasing Co. ("Transportation Leasing") at the time of the purchase of the 90 K Street property in 1987.

5.  Until filing its Counterclaim in this litigation, Viad (nor Transportation Leasing) had never asserted that Montgomery Road had breached Section 2.6 of the Cash Participation Agreement because it had not provided an unqualified opinion of its outside accountant to accompany the Special Purpose Financial Statements for the 90 K Street Property.

6.  In response to Defendant Viad's assertion in this litigation, Montgomery Road engaged its outside accountant, KAWG&F, P.A., to perform several audits of Montgomery Road's financial statements relating to the 90 K Street Property.

7.  To perform the audits, KAWG&F, P.A. had to examine financial records and transactions spanning a period of twenty years.  As Montgomery Road's in-house accountant, I was involved in supplying the requested records and information to KAWG&F, P.A.

8.  On June 20, 2007, KAWG&F, P.A. completed its audits of the financial statements and its examination of the financial records related to the 90 K Street Property.  Attached to the Supplemental filing are the following Special Purpose Financial Statements, accompanied by the unqualified opinion of KAWG&F, P.A.:

  December 31, 2005 and 2004 - Exhibit B

  December 31, 2006 and 2005 - Exhibit C

  January 11, 2007 and December 31, 2006 - Exhibit D.

I swear under the penalties of perjury of the State of Maryland that the facts set forth above are true and correct and made from my personal knowledge.

Executed under the penalties of perjury in Baltimore County, Maryland on the 26th day of June, 2007.

*Ronald Glassman*

Ronald Glassman

4