**EXHIBIT D**

MONTGOMERY ROAD I LIMITED PARTNERSHIP

(90 K STREET PROPERTY ONLY)

SPECIAL PURPOSE FINANCIAL STATEMENTS

JANUARY 11, 2007 AND DECEMBER 31, 2006

CONTENTS

|  | PAGE |
|---|---|
| Report of Certified Public Accountants | 1 |
| Special Purpose Statements of Assets and Liabilities | 2 |
| Special Purpose Statements of Income & Partners' Capital | 3 |
| Special Purpose Statements of Cash Flows | 4 |
| Notes to the Special Purpose Financial Statements | 5-9 |
| Schedule of Investment in Property | 10 |
| Schedule of Operations Cash Flow | 11 |
| Schedule of Appreciation Cash Flow | 12 |
| Schedule of S&S Finance Loan Activity | 13 |



9690 Deereco Road, Suite 500
Timonium, MD 21093
410-828-CPAS
FAX 410-828-9512
www.kawgf.com

The Partners
Montgomery Road I Limited Partnership

We have audited the accompanying special-purpose statements of assets and liabilities of Montgomery Road I Limited Partnership (90 K Street property only) as of January 11, 2007 and December 31, 2006, and the related special-purpose statements of income and partners' capital and cash flows for the eleven days ended January 11, 2007 and for the period December 9, 1987 to December 31, 2006. These special-purpose financial statements are the responsibility of the Partnership's management. Our responsibility is to express an opinion on the special-purpose financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance that the special-purpose financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the special-purpose financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the special-purpose financial statements. We believe that our audits provide a reasonable basis for our opinion.

The accompanying special-purpose financial statements were prepared for the purpose of complying with Article 2.6 of the Cash Participation Agreement between Viad and the Partnership. As described in Note 1, the Partnership also has assets and liabilities other than for the 90 K Street property; however, only the 90 K Street property is included in these financial statements. Therefore, these financial statements are not intended to be a complete presentation of Montgomery Road I Limited Partnership's financial position, results of operations and cash flows.

In our opinion, the special-purpose financial statements referred to above present fairly, in all material respects, the financial position of Montgomery Road I Limited Partnership (90 K Street property only) as of January 11, 2007 and December 31, 2006, and the results of its operations and its cash flows for the eleven days ended January 11, 2007 and for the period December 9, 1987 to December 31, 2006 in conformity with accounting principles generally accepted in the United States of America.

Our audits were conducted for the purpose of forming an opinion on the special-purpose financial statements taken as a whole. The supplementary schedules on pages 10 through 13 are presented for purposes of additional analysis and are not a required part of the special-purpose financial statements. Such information has been subjected to the auditing procedures applied in the audit of the special-purpose financial statements and, in our opinion, are fairly stated in all material respects in relation to the special-purpose financial statements taken as a whole.

The supplementary schedules of investment in property, operations cash flow, and appreciation cash flow reflect calculations of developer's invested equity, developer's operating equity, operations cash flow, and appreciation cash flow which are terms defined in the aforementioned Cash Participation Agreement. These calculations are based upon the Partnership's interpretation of this agreement. Our audits do not provide a legal determination of the Partnership's interpretation.

This report is intended solely for the information and use of the managements of Montgomery Road I Limited Partnership and Viad, and is not intended to be and should not be used by anyone other than these specified parties.

KAWG&F, P.A.

June 20, 2007
Timonium, Maryland

Certified Public Accountants and Consultants

109 N. Main Street • Suite C • Bel Air, Maryland 21014
410-838-5717 • FAX 410-893-2579

9881 Broken Land Parkway • Suite 220 • Columbia, Maryland 21046
410-290-3288 • FAX 410-381-7795

Members of American Institute of Certified Public Accountants / Private Companies Practice Section / Maryland Association of Certified Public Accountants / D.C. Institute of CPA's
The Leading Edge Alliance / Kreston International

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF ASSETS & LIABILITIES
JANUARY 11, 2007 AND DECEMBER 31, 2006

|  | 2007 | 2006 |
|---|---:|---:|
| **ASSETS** | | |
| LAND | $11,066,053 | $11,066,053 |
| LAND IMPROVEMENTS | 140,441 | 140,441 |
| RENT RECEIVABLE | 29,755 | 14,809 |
| DEPOSITS | 120,060 | 120,060 |
| CASH HELD IN ESCROW | 1,448,379 | 1,448,379 |
| TOTAL ASSETS | $12,804,688 | $12,789,742 |
| | | |
| **LIABILITIES** | | |
| FIRST MORTGAGE NOTE PAYABLE | $10,297,139 | $10,297,139 |
| LOAN PAYABLE-S&S FINANCE | 19,982,139 | 19,885,854 |
| METRO STATION ASSESSMENT PAYABLE | 29,518 | 26,407 |
| ACCOUNTS PAYABLE | 28,000 | 47,058 |
| ACCRUED INTEREST-S&S FINANCE | 18,756,419 | 18,694,991 |
| ACCRUED REAL ESTATE TAXES | 139,939 | 125,190 |
| DEPOSIT ON CONTRACT | 1,448,379 | 1,448,379 |
| TOTAL LIABILITIES | $50,681,533 | $50,525,018 |
| | | |
| PARTNERS' CAPITAL (DEFICIT) | (37,876,845) | (37,735,276) |
| | | |
| TOTAL LIABILITIES AND PARTNERS' CAPITAL | $12,804,688 | $12,789,742 |

THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS

- 2 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF INCOME AND PARTNERS' CAPITAL
FOR THE PERIOD ENDED JANUARY 11, 2007
AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 2006

|  | 2007 | DEC 87 TO DEC 06 | TOTAL |
|---|---|---|---|
| RENTAL INCOME | $14,946 | $6,786,727 | $6,801,673 |
| RENTAL EXPENSES | (319) | (171,486) | (171,805) |
| NET RENTAL INCOME | $14,627 | $6,615,241 | $6,629,868 |
| FORFEITED DEPOSIT, NET | 0 | 577,872 | 577,872 |
| INTEREST INCOME | 0 | 100,519 | 100,519 |
| TOTAL INCOME | $14,627 | $7,293,632 | $7,308,259 |
| EXPENSES |  |  |  |
| INTEREST EXPENSE-MORTGAGE | $30,677 | $18,558,634 | $18,589,311 |
| INTEREST EXPENSE-S&S LOAN | 61,428 | 18,694,991 | 18,756,419 |
| REAL ESTATE TAXES | 14,749 | 4,775,500 | 4,790,249 |
| PROFESSIONAL FEES | 43,786 | 185,485 | 229,271 |
| BID COSTS EXPENSED | 2,240 | 756,469 | 758,709 |
| METRO STATION EXPENSE | 3,111 | 554,552 | 557,663 |
| PROJECT COSTS EXPENSED | 205 | 806,224 | 806,429 |
| AMORTIZATION-MORTGAGE COSTS | 0 | 697,053 | 697,053 |
| TOTAL EXPENSES | $156,196 | $45,028,908 | $45,185,104 |
| NET INCOME (LOSS) | ($141,569) | ($37,735,276) | ($37,876,845) |
| BEGINNING CAPITAL BALANCE | (37,735,276) | 0 | 0 |
| CAPITAL CONTRIBUTED | 0 | 0 | 0 |
| ENDING CAPITAL BALANCE | ($37,876,845) | ($37,735,276) | ($37,876,845) |

THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS

- 3 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF CASH FLOWS
FOR THE PERIOD ENDED JANUARY 11, 2007
AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 2006

|  | 2007 | DEC 87 TO DEC 06 | TOTAL |
|---|---:|---:|---:|
| NET INCOME (LOSS) | ($141,569) | ($37,735,276) | ($37,876,845) |
| ADD: AMORTIZATION EXPENSE | 0 | 697,053 | 697,053 |
| CASH USED IN OPERATIONS | ($141,569) | ($37,038,223) | ($37,179,792) |
| MORTGAGE PROCEEDS (REDUCTION) | 0 | 10,297,139 | 10,297,139 |
| S&S FINANCE LOAN PROCEEDS | 96,285 | 19,885,854 | 19,982,139 |
| PURCHASE OF THE PROPERTY | 0 | (11,066,053) | (11,066,053) |
| LAND IMPROVEMENT COSTS INCURRED | 0 | (140,441) | (140,441) |
| MORTGAGE COSTS INCURRED | 0 | (697,053) | (697,053) |
| (INCREASE) DECREASE IN: |  |  |  |
| RENT RECEIVABLE | (14,946) | (14,809) | (29,755) |
| DEPOSITS | 0 | (120,060) | (120,060) |
| CASH HELD IN ESCROW | 0 | (1,448,379) | (1,448,379) |
| INCREASE (DECREASE) IN: |  |  |  |
| METRO STATION ASSESSMENT PAYABLE | 3,111 | 26,407 | 29,518 |
| ACCOUNTS PAYABLE | (19,058) | 47,058 | 28,000 |
| ACCRUED INTEREST | 61,428 | 18,694,991 | 18,756,419 |
| ACCRUED REAL ESTATE TAXES | 14,749 | 125,190 | 139,939 |
| DEPOSIT ON CONTRACT | 0 | 1,448,379 | 1,448,379 |
| NET CASH FLOW | $0 | $0 | $0 |

THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
January 11, 2007 and December 31, 2006

1. PURPOSE AND BASIS OF PRESENTATION

In addition to the 90 K Street property located in Washington, D.C., the partnership has additional assets and liabilities. The purpose of these statements is to present the assets, liabilities, income, partners' capital and cash flow for the 90 K Street property only. In addition, the Schedules of Investment in Property, Operations Cash Flow, Appreciation Cash Flow, and S&S Finance Loan Activity are presented to provide specific information required under the Cash Participation Agreement discussed in Note 9 below.

2. INCOME TAXES

Montgomery Road I Limited Partnership is a partnership. As a result, all tax liabilities flow through to the partners.

3. PURCHASE AND SALE OF PROPERTY

On December 9, 1987 the partnership purchased unimproved real estate known as 90 K Street located in Washington, D.C. The purchase price was $10,300,000, plus settlement costs of $766,053 totaling $11,066,053.

On January 11, 2007, the partnership sold the property for $46,036,528. These statements have been presented as of January 11, 2007 before recording the sale, except for the Schedule of Appreciation Cash Flow.

4. FINANCING

On December 9, 1987 the property was financed by a first mortgage loan. The original principal amount was $10,300,000, with interest only paid monthly at 1.5% over the prime rate. During 1993 there was a principal payment of $2,861, leaving a balance of $10,297,139. The loan was paid in full in January 2007, out of the sale proceeds (see Note 3).

In April, 1996 S&S Finance Limited Partnership (S&S), a related entity, purchased the first mortgage loan at a discount. The amount paid was $9,270,000. There were no changes to the terms of the loan except to extend the maturity date from December 9, 1996 for two years without requiring the 10% principal payment needed for the extension.

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
January 11, 2007 and December 31, 2006

Mortgage interest expense includes interest due to S&S that was incurred from 1997 through 2007 but not yet paid in cash. The total of $7,121,091 was added to the S&S loan balance (see Note 5), and was paid in full in January 2007, out of the sale proceeds (see Note 3).

The following provisions had been added as part of the extensions granted prior to December 9, 1996:

a) Additional property collateral was added located at New York and Florida Avenues in Washington, D.C.

b) If the additional property collateral had been sold, 50% of the balance due on the first mortgage would have been repaid as of the date of the sale. The loan was paid in full in January 2007, out of the 90 K Street property sale proceeds (see Note 3).

The loan had been personally guaranteed by Mr. Stewart J. Greenebaum, member of SJG Holdings, LLC, limited partner of the partnership. The loan was also personally guaranteed by Mr. Samuel G. Rose, limited partner of the partnership.

The loan had been secured by First and Second Lien Deeds of Trust on the property and all future improvements; a security interest in all fixtures, improvements and receivables from operations; assignment of all leases; and assignment of the limited partners' interests in the partnership.

The loan had also been secured by a First Lien Deed of Trust on another property located at New York and Florida Avenues in Washington, D.C. This property is owned primarily by other entities related to the partnership.

During 2003, S&S entered into a $10,000,000 bank line of credit (the "Loan") and pledged its mortgage receivable from the partnership as collateral. The Loan is personally guaranteed by Stewart J. Greenebaum and Samuel G. Rose. As a formality, the partnership also agreed to guarantee the Loan. S&S agreed to indemnify the partnership for $700,000 of the guarantee. As of January 11, 2007, the mortgage receivable was removed as collateral under the Loan.

5. S&S FINANCE LOAN

Under the Cash Participation Agreement, additional debt is permitted, including debt from related entities, to fund operating and cash flow deficits. S&S has loaned the partnership all of the

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
January 11, 2007 and December 31, 2006

funds needed for these purposes. Interest on the S&S loan is 2% over prime, and is calculated based on the daily unpaid loan balance, taking into account each days receipts and disbursements. The loan is unsecured and has no specific repayment terms. At January 11, 2007 the S&S loan balance was $19,982,139 and accrued interest on the S&S loan was $18,756,419. The principal and $15,276,078 of the accrued interest were repaid out of the sale proceeds in January 2007 (see Note 3).

6. RELATED PARTY TRANSACTIONS

In addition to the S&S loans (see Notes 4 and 5), the following related party transactions have occurred:

a) Square 456 Parking Management Corp. manages the parking lot operations (see Note 8). The net land rent income received from Square 456 through 2007 is $2,501,294.

b) Management fees of $158,000 have been paid to Greenebaum and Rose Associates, Inc. through 2006. Of this amount, $116,000 is included in project costs expensed and $42,000 is included in rental expenses.

c) In 2000 there was a contract pending to sell the land. A cash deposit of $2,497,500 had been received and held in escrow. In 2001 the buyer canceled the sales contract and forfeited the deposit. In 2001 an agency fee of $999,000 and a consulting fee for negotiating the sales contract of $874,125 were paid to Greenebaum and Rose Associates, Inc. The forfeited deposit, net of these fees and $46,503 of legal costs, is included in forfeited deposit, net.

d) In 2001 a bid solicitation fee of $350,000 was paid to Greenebaum and Rose Associates, Inc. for the time incurred from 1994 through 2001 to prepare and submit numerous marketing proposals and bids to Government agencies for construction of a building on the property. This amount is included in bid costs expensed.

7. MORTGAGE COSTS

Since the purchase of the property, loan origination fees, loan extension fees, and other financing costs of $697,053 have been incurred on the mortgage debt. These costs have been fully amortized over the initial life of the loans and the applicable extension periods.

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
January 11, 2007 and December 31, 2006

These costs have been paid to unrelated third parties. There have been no loan costs charged by S&S on either the first mortgage note or the S&S loan.

8. RENTAL INCOME

Since the property was purchased the land has been utilized as a parking lot. Since 2001, the parking lot operations are being managed by Square 456 Parking Management Corp., a related entity to the partnership.

The actual income received less the expenses incurred is paid to the partnership as land rent. For the period ended January 11, 2007 the net land rent income was $14,946.

9. CASH PARTICIPATION AGREEMENT

In accordance with the terms of the purchase agreement for the property, the partnership entered into a Cash Participation Agreement with the Seller, Viad. Under the terms of the agreement, Viad shares in the Operations Cash Flow of the property, as defined in the agreement. Viad also participates in proceeds of sale, refinancing, and other payments received in excess of the Developer's (partnership's) Equity and approved deductions specified in the agreement.

The participation by Viad is subordinated to the debt discussed in Notes 4 and 5 above.

Under section 2.2(d) of the agreement, revenue received prior to the occupancy by the first tenant in the "Improvements" (defined as "all buildings, structures and other improvements that are hereafter constructed, installed or placed upon the Real Property") is excluded from the calculation of Operations Cash Flow. However, if the gross amount to be excluded exceeds $900,000 in any one year, then the exclusion does not apply. Since net rental income for 2007 is less than $900,000, it is excluded from the calculation on the schedule of Operations Cash Flow.

10. PROPOSALS

During 1994 through 2006 the partnership incurred costs to submit proposals to Government agencies for construction of a building on the property. The bid costs associated with all of these

-8-

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
January 11, 2007 and December 31, 2006

proposals, as well as marketing costs incurred to obtain a tenant in order to develop the property, were expensed in 1995 through 2007, as they were not successful.

11. METRO STATION ASSESSMENT

During 2001 the DC Government levied a special assessment on the property for the New York Avenue Metro Station. The assessment was effective as of October 15, 2001 and is payable semi-annually for thirty years beginning in 2002. The current annual payment is $105,629. The annual payment may increase each year based on changes in the tax rate. The total assessment based on the initial 2002 payment will be $3,168,855. The Metro Station expense for 2007 was $3,111.

12. ESTIMATES

Management uses estimates and assumptions in preparing financial statements in accordance with accounting principles generally accepted in the United States of America. Those estimates and assumptions affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities, and the reported revenues and expenses. Actual results could differ from the estimates that were used.

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF INVESTMENT IN PROPERTY
FROM DECEMBER 9, 1987 TO JANUARY 11 2007

DEVELOPER'S INVESTED EQUITY:

| | | | |
|---|---|---|---:|
| PURCHASE PRICE OF LAND | | 12-09-87 | $10,300,000 |
| COMMISSION | | 12-09-87 | 300,000 |
| TRANSFER TAXES | | 12-09-87 | 206,000 |
| MORTGAGE BROKER | | 12-09-87 | 200,000 |
| OTHER SETTLEMENT COSTS | | 12-09-87 | 60,053 |
| TOTAL COST OF PROPERTY | | | $11,066,053 |
| MORTGAGE COSTS INCURRED | THROUGH | 1-11-07 | 697,053 |
| LAND IMPROVEMENT COSTS INCURRED | THROUGH | 1-11-07 | 140,441 |
| TOTAL COSTS | | | $11,903,547 |
| ADD: DEPOSITS PAID | | 1-11-07 | 120,060 |
| ADD: CASH HELD IN ESCROW | | 1-11-07 | 1,448,379 |
| LESS: FIRST MORTGAGE NOTE PAYABLE | | 1-11-07 | (10,297,139) |
| LESS: OTHER PAYABLES | | 1-11-07 | (28,000) |
| LESS: DEPOSIT ON CONTRACT | | 1-11-07 | (1,448,379) |
| LESS: PART OF S&S FINANCE LOAN PAYABLE | | 1-11-07 | (1,698,468) |
| NET DEVELOPER'S INVESTED EQUITY | | | $0 |

DEVELOPER'S OPERATING EQUITY:

| | | | |
|---|---|---|---:|
| NET RENTAL INCOME | THROUGH | 1-11-07 | ($6,629,868) |
| FORFEITED DEPOSIT, NET | THROUGH | 1-11-07 | (577,872) |
| INTEREST INCOME | THROUGH | 1-11-07 | (100,519) |
| INTEREST EXPENSE-MORTGAGE | THROUGH | 1-11-07 | 18,589,311 |
| INTEREST EXPENSE-S&S LOAN | THROUGH | 1-11-07 | 18,756,419 |
| REAL ESTATE TAX EXPENSE | THROUGH | 1-11-07 | 4,790,249 |
| PROFESSIONAL FEES EXPENSE | THROUGH | 1-11-07 | 229,271 |
| BID COSTS EXPENSED | THROUGH | 1-11-07 | 758,709 |
| METRO STATION EXPENSE | THROUGH | 1-11-07 | 557,663 |
| PROJECT COSTS EXPENSED | THROUGH | 1-11-07 | 806,429 |
| ADD: DEVELOPER'S EQUITY RETURN | THROUGH | 1-11-07 | 0 |
| ADD: RENT RECEIVABLE | | 1-11-07 | 29,755 |
| LESS: ACCRUED INTEREST | | 1-11-07 | (18,756,419) |
| LESS: METRO STATION ASSESSMENT PAYABLE | | 1-11-07 | (29,518) |
| LESS: ACCRUED REAL ESTATE TAXES | | 1-11-07 | (139,939) |
| LESS: REMAINDER OF S&S FINANCE LOAN PAYABLE | | 1-11-07 | (18,283,671) |
| NET DEVELOPER'S OPERATING EQUITY | | | $0 |

TOTAL OF DEVELOPER'S INVESTED
   EQUITY AND OPERATING EQUITY                                                 $0

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF OPERATIONS CASH FLOW
FOR THE PERIOD ENDED JANUARY 11, 2007

INCOME
NET RENTAL INCOME                                       $14,627
INTEREST INCOME                                               0
                                                     -----------

   TOTAL INCOME                                                          14,627

EXPENSES
   INTEREST EXPENSE-MORTGAGE                           $30,677
   INTEREST EXPENSE-S&S LOAN                            61,428
   REAL ESTATE TAXES                                    14,749
   PROFESSIONAL FEES                                    43,786
   BID COSTS EXPENSED                                    2,240
   METRO STATION EXPENSE                                 3,111
   PROJECT COSTS EXPENSED                                  205
                                                     -----------

   TOTAL EXPENSES                                                       156,196
                                                                    -----------
   NET (LOSS)                                                         ($141,569)

ADJUST TO CASH BASIS:

RENT RECEIVABLE - END OF YEAR                                          (29,755)
RENT RECEIVABLE - BEGINNING OF YEAR                                     14,809
METRO STATION ASSESSMENT PAYABLE - END OF YEAR                          29,518
METRO STATION ASSESSMENT PAYABLE - BEGINNING OF YEAR                   (26,407)
ACCOUNTS PAYABLE - END OF YEAR                                          28,000
ACCOUNTS PAYABLE - BEGINNING OF YEAR                                   (47,058)
ACCRUED INTEREST - END OF YEAR                                      18,756,419
ACCRUED INTEREST - BEGINNING OF YEAR                               (18,694,991)
ACCRUED REAL ESTATE TAXES - END OF YEAR                                139,939
ACCRUED REAL ESTATE TAXES - BEGINNING OF YEAR                         (125,190)
                                                                    -----------
OPERATIONS CASH FLOW (DEFICIT) BEFORE
    EXCLUSION FROM GROSS REVENUE                                      ($96,285)

EXCLUSION FOR INCOME PRIOR TO OCCUPANCY OF THE
    FIRST TENANT IN THE IMPROVEMENTS:
  NET RENTAL INCOME                                                    (14,627)
                                                                    -----------
OPERATIONS CASH FLOW (DEFICIT)                                       ($110,912)
                                                                    ===========

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF APPRECIATION CASH FLOW
FROM SALE ON JANUARY 11, 2007

| | | |
|---|---:|---:|
| SALE PROCEEDS | | $46,036,528 |
| APPROVED DEDUCTIONS AND CLOSING COSTS: | | |
|   FIRST MORTGAGE NOTE PAYABLE | ($10,297,139) | |
|   LOAN PAYABLE-S&S FINANCE | (19,982,139) | |
|   CLOSING COSTS - BROKER FEE | (482,927) | |
|   SUM OF PRIOR APPRECIATION CASH FLOWS | 0 | |
|   TOTAL | ($30,762,205) | |
| DEVELOPER'S INVESTED EQUITY | 0 | |
| DEVELOPER'S OPERATING EQUITY | 0 | |
|   TOTAL ALLOWED DEDUCTIONS | | (30,762,205) |
| ACTIVITY AFTER CLOSING (B): | | |
|   RENT RECEIVABLE COLLECTED | | 29,755 |
|   ACCOUNTS PAYABLE PAID | | (28,000) |
|   ACCRUED INTEREST-S&S FINANCE PAID (A) | | (15,276,078) |
|   APPRECIATION CASH FLOW | | $0 |

(A) TOTAL ACCRUED INTEREST WAS $18,756,419, HOWEVER, THERE WAS NOT
    ENOUGH CASH AVAILABLE TO PAY THE FULL AMOUNT DUE.

(B) IF THE DEPOSITS OF 120,060 ARE COLLECTED, THEY WILL BE ADDED HERE
    AND MORE OF THE ACCRUED INTEREST DUE TO S&S FINANCE WILL BE PAID

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF S&S FINANCE LOAN ACTIVITY
FROM DECEMBER 9, 1987 TO JANUARY 11 2007

| ACTIVITY | BALANCE | DATE | RATE | DAYS | INTEREST |
|---|---|---|---|---|---|
| | $19,885,854 | 31-Dec-2006 | | | $18,694,991 |
| 96,284.97 | 19,982,139 | 11-Jan-2007 | 10.25% | 11 | 61,428 |
| | | | | | $18,756,419 |

INTEREST IS BASED ON MERCANTILE BANK PRIME +2, USING A 365/365 YEAR

- 13 -