# Exhibit A

**Capital Reporting Company**

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
 2                   DISTRICT OF COLUMBIA
 3    --------------------------------:      ORIGINAL
 4    MONTGOMERY ROAD I, LIMITED      :
 5    PARTNERSHIP                     :
 6              Plaintiff             : Civil Action
 7         v.                         : No. 06-00344
 8    VIAD CORPORATION                : (HHK)
 9              Defendant             :
10    --------------------------------:
11                  Washington, D.C.
12               Tuesday, November 28, 2006
13    Deposition of:
14              RONALD GLASSMAN,
15    called for oral examination by counsel for
16    Defendant, pursuant to notice, at the law office
17    of Bryan Cave, LLP, 700 13th Street, N.W.,
18    Washington, D.C. 20005, before Sheri C. Stewart,
19    Registered Professional Reporter and Notary
20    Public in and for the District of Columbia,
21    beginning at 11:34 a.m., when were present on
22    behalf of the respective parties:
```

Page 22

1  phone or in person?
2   A   I've spoken to some people on the phone
3  about when the statement would be ready or some
4  incidental comments like or discussions like that
5  but not -- not about the agreement itself.
6   Q   Do you recall who you spoke with?
7   A   I believe there was somebody there
8  named Ken Goldman at one time.
9   Q   Anyone else?
10  A   I may have spoken to Eve. I don't
11 remember the last name.
12  Q   Now --
13  A   The only two names that come to mind.
14  Q   Okay. I'm going to hand you -- let's
15 mark this first as Exhibit No. 42.
16     (Whereupon, Exhibit No. 42 was marked
17 for identification.)
18     MR. PAGE: I think we may have used
19     this at an earlier deposition, but go ahead
20     and mark it again. It would be the same
21     number.
22 BY MR. PAGE:

Page 23

1   Q   I've handed the witness and his counsel
2  a copy of Exhibit No. 42. I'll give you a minute
3  just to take a look at it, it's multiple pages,
4  the title is "Montgomery Road I Limited
5  Partnership 90 K Street Property Only, Special
6  Purpose Financial Statements. December 31,
7  2000 and 1999."
8   A   Okay.
9   Q   Do you recognize this document?
10  A   Yes.
11  Q   Is this one of the special purpose
12 financial statements that you supervised the
13 preparation of?
14  A   Yes.
15  Q   And it's one --
16  A   I prepared them.
17  Q   I'm sorry?
18  A   As I said before, nobody else worked on
19 it.
20  Q   All right.
21  A   So I didn't supervise it, I prepared
22 it.

Page 24

1   Q   Okay. Now -- and it was sent to -- as
2  far as you know, it was sent to TLC or VIAD?
3   A   Yea.
4   Q   Now, when you say you prepared it, let
5  me ask you to take a look at -- there are multiple
6  pages here.
7   A   Um-hum.
8   Q   After the cover, there's a contents
9  page and a letter from an accountant?
10  A   Yeah.
11  Q   And the cover page actually has the
12 name and logo of the accountant -- accounting firm
13 on it.
14     Do you see that?
15  A   Yes.
16  Q   You didn't prepare these first three
17 pages, did you?
18  A   In my setup I have the heading on a
19 blank page and the way this works, the blue logo
20 is -- has a cutout.
21  Q   Okay.
22  A   This blank page with the heading shows

Page 25

1  through.
2   Q   Okay.
3   A   So yes, I prepared that blank page,
4  prepared the contents. The letter was another
5  blank page that they copied onto their letterhead,
6  but the wording is under their control.
7   Q   All right.
8   A   So they would give me any changes to
9  the wording, and I would actually print out the
10 page.
11  Q   All right. Are there any other
12 portions --
13  A   They signed it, that's not mine.
14  Q   I understand.
15     Are there any other portions prepared
16 by the accounting firm?
17  A   No. Again, the footnotes are subject
18 to their review and wording.
19  Q   Let me --
20  A   I would take their changes and put them
21 in here.
22  Q   Okay. Let me draw your attention to

7 (Pages 22 to 25)

**Capital Reporting Company**

Page 26

1  the letter that is signed by the accounting firm.
2    A    Um-hum.
3    Q    In the second paragraph of the letter,
4  the accounting firm stated that the financial
5  statements are a representation of management.
6         Do you see that?
7    A    Yes.
8    Q    And further states that the accounting
9  firm does not express an opinion or any other form
10 of assurance on them.
11        Do you see that?
12   A    Yes.
13   Q    Now, I'm having a little trouble
14 reconciling that statement with your testimony
15 earlier that the accounting firm did render an
16 opinion as to the GAAP compliance of the financial
17 statements under paragraph 2.6.
18        This does not appear to say that, does
19 it?
20   A    Let me read the whole thing.
21   Q    Please do.
22   A    Okay.

Page 27

1    Q    All right. Can you explain what your
2  prior answer meant?
3    A    I thought it was in here. I said I
4  couldn't remember the exact wording of the
5  opinion. Now I'm looking at it, it doesn't say
6  those specific words.
7    Q    In fact --
8    A    At least this one doesn't, some earlier
9  ones may have, because I remember at one point
10 there was a change in the wording.
11   Q    Okay.
12   A    The first paragraph.
13   Q    I understand.
14        I can only ask about the one in front
15 of you, but let's just take that one for now.
16   A    Okay.
17   Q    You would agree with me, would you not,
18 that the accounting firm has not expressed an
19 unqualified opinion about compliance with GAAP,
20 correct?
21   A    There's no reference to GAAP, and I'm
22 not sure what an unqualified opinion means.

Page 28

1    Q    Okay. The section 2.6 also stated that
2  it was to be presented on a cash basis.
3         Do you know whether these financial
4  statements are presented on a cash basis, can you
5  tell me whether they are or not?
6         MR. COOTER: The question is this
7  statement.
8    A    I'm reading 2.6 because I don't
9  remember it saying cash basis there. It doesn't
10 say the statements need to be cash basis, so it
11 has to have the information in there --
12 BY MR. PAGE:
13   Q    Okay.
14   A    -- to calculate it on a cash basis,
15 which these statements do have.
16   Q    Okay. You think these statements do
17 have the information to calculate it on a cash
18 basis?
19   A    Yes.
20   Q    Okay.
21   A    In fact, it has a cash basis
22 calculation in it.

Page 29

1    Q    Okay. Would you direct me to that.
2    A    Page 4 is the special purpose
3  statements of cash flow. I think -- and page 6 is
4  a schedule of operations schedule. That's two
5  schedules that are cash flow statements.
6    Q    All right. Is it your testimony that
7  those two cash -- those two cash flow statements
8  are prepared on a cash basis, not on an accrual
9  basis?
10   A    Page 6 definitely is. Page 4 -- page 4
11 is as well.
12   Q    Can you describe for me the process
13 that was employed, and let's use this particular
14 statement to the extent you can recall it,
15 employed by you and by the accounting firm in the
16 preparation and review of these statements? How
17 did the process work? Did you initiate it?
18   A    Yes. I prepared it.
19   Q    And then what?
20   A    And then sent a draft to the accounting
21 firm for their review, their comments, changes,
22 whatever.

8 (Pages 26 to 29)