# Exhibit C

## Balance Sheet (Assets & Liabilities)

### KAWG & F June 2007 SPFS

| Assets and Liabilities | 2006 | 2005 | 2004 |
|---|---|---|---|
| **Assets** | | | |
| Land | 11,066,053 | 11,066,053 | 11,066,053 |
| Land Improvements | 140,441 | 140,441 | 140,441 |
| Rent receivable | 14,809 | 29,239 | 19,447 |
| Deposits | 120,060 | 120,060 | 130,060 |
| Cash Held in Excrow | 1,448,379 | - | - |
| **Total Assets** | 12,789,742 | 11,355,793 | 11,356,001 |
| **Liabilities** | | | |
| First Note Mortgage Note Payable | 10,297,139 | 10,297,139 | 10,297,139 |
| Loan Payable - S&S Finance | 19,885,854 | 18,874,695 | 17,952,292 |
| Metro Station Assessment Payable | 26,407 | 26,407 | 26,407 |
| Accounts Payable | 47,058 | 1,465 | 62,984 |
| Accrued Interest - S&S Finance | 18,694,991 | 16,768,203 | 15,258,606 |
| Accrued Real Estate Taxes | 125,190 | 93,962 | 78,588 |
| Deposit on Contract | 1,448,379 | - | - |
| Total Liabilities | 50,525,018 | 46,061,871 | 43,676,016 |
| Partner's Capital (Deficit) | (37,735,276) | (34,706,078) | (32,320,015) |
| Total Liabilities and Partner's Capital | 12,789,742 | 11,355,793 | 11,356,001 |

### Cooter Financials (Nov. 21, 2006)

| Assets and Liabilities | 2005 | 2004 |
|---|---|---|
| **Assets** | | |
| Land | 7,357,583 | 7,357,583 |
| Project Costs | 938,341 | 1,259,764 |
| Mortgage Costs, net of amortization | - | - |
| Rent receivable | 29,239 | 19,447 |
| Deposits | 120,060 | 130,060 |
| **Total Assets** | 8,445,223 | 8,766,854 |
| **Liabilities** | | |
| First Note Mortgage Note Payable | 10,297,139 | 9,270,000 |
| Loan Payable - S&S Finance | 18,874,695 | |
| Metro Station Assessment Payable | 26,407 | 26,407 |
| Accounts Payable | 1,465 | 62,984 |
| Accrued Interest - S&S Finance | 16,768,203 | |
| Accrued Real Estate Taxes | 93,962 | 78,588 |
| Deposit on Contract | - | - |
| Total Liabilities | 46,061,871 | 9,437,979 |
| Partner's Capital (Deficit) | (37,616,648) | (671,125) |
| Total Liabilities and Partner's Capital | 8,445,223 | 8,766,854 |

### KAWG & F May 2005 SPFS

| Assets and Liabilities | 2004 | 2003 |
|---|---|---|
| **Assets** | | |
| Land | 7,357,583 | 7,357,583 |
| Project Costs | 1,259,764 | 1,015,118 |
| Rent receivable | 19,447 | 13,995 |
| Deposits | 130,060 | |
| **Total Assets** | 8,766,854 | 8,386,696 |
| **Liabilities** | | |
| First Note Mortgage Note Payable | 9,270,000 | 9,270,000 |
| Metro Station Assessment Payable | 26,407 | 26,407 |
| Accounts Payable | 62,984 | 50,124 |
| Accrued Real Estate Taxes | 78,588 | 78,588 |
| Total Liabilities | 9,437,979 | 9,425,119 |
| Partner's Capital (Deficit) | (671,125) | (1,038,423) |
| Total Liabilities and Partner's Capital | 8,766,854 | 8,386,696 |

### Differences in Figures between KAWG & F June 2007 SPFS and Cooter Financials (2005 Numbers)

| Assets | | |
|---|---|---|
| Land | | |
| Land Improvements | | 3,708,470 |
| Project Costs | | Only in 2007 SPFS |
| Rent receivable | | Eliminated in 2007 |
| Deposits | | - |
| Cash Held in Excrow | | Only in 2007 SPFS |
| Total Assets | | 2,910,570 |
| **Liabilities** | | |
| First Note Mortgage Note Payable | | - |
| Loan Payable - S&S Finance | | - |
| Metro Station Assessment Payable | | - |
| Accounts Payable | | - |
| Accrued Interest - S&S Finance | | - |
| Accrued Real Estate Taxes | | - |
| Total Liabilities | | - |
| Partner's Capital (Deficit) | | 2,910,570 |
| Total Liabilities and Partner's Capital | | 2,910,570 |

### Differences in Figures between KAWG & F June 2007 SPFS and Cooter Financials (2004 Numbers)

| Assets | | |
|---|---|---|
| Land | | |
| Land Improvements | | 3,708,470 |
| Project Costs | | Only in 2007 SPFS |
| Rent receivable | | Eliminated in 2007 |
| Deposits | | - |
| Cash Held in Excrow | | Only in 2007 SPFS |
| Total Assets | | 2,086,001 |
| **Liabilities** | | |
| First Note Mortgage Note Payable | | 1,027,139 |
| Loan Payable - S&S Finance | | 17,952,292 |
| Metro Station Assessment Payable | | - |
| Accounts Payable | | - |
| Accrued Interest - S&S Finance | | 15,258,606 |
| Accrued Real Estate Taxes | | - |
| Total Liabilities | | 34,238,037 |
| Partner's Capital (Deficit) | | (31,648,890) |
| Total Liabilities and Partner's Capital | | 2,589,147 |

### Differences in Figures between KAWG & F June 2007 SPFS & KAWG & F 2005 SPFS (2004 Numbers)

| Assets | | |
|---|---|---|
| Land | | |
| Land Improvements | | 3,708,470 |
| Project Costs | | Only in 2007 SPFS |
| Rent receivable | | Eliminated in 2007 |
| Deposits | | - |
| Cash Held in Excrow | | - |
| Total Assets | | 2,589,147 |
| **Liabilities** | | |
| First Note Mortgage Note Payable | | 1,027,139 |
| Loan Payable - S&S Finance | | 17,952,292 |
| Metro Station Assessment Payable | | - |
| Accounts Payable | | - |
| Accrued Interest - S&S Finance | | 15,258,606 |
| Accrued Real Estate Taxes | | - |
| Total Liabilities | | 34,238,037 |
| Partner's Capital (Deficit) | | (31,648,890) |
| Total Liabilities and Partner's Capital | | 2,589,147 |

## Income and Partners' Capital

### KAWG & F June 2007 SPFS

| Income and Partners' Capital | 2006 | 2005 | Dec. '87 to Dec. '05 | Dec '87 to Dec. '04 |
|---|---|---|---|---|
| **Income** | | | | |
| Rental Income | 498,309 | 475,492 | 6,288,418 | 5,812,926 |
| Rental Expenses | (18,876) | (31,073) | (152,610) | (121,537) |
| Net Rental Income | 479,433 | 444,419 | 6,135,808 | 5,691,389 |
| Forfeited Deposit, Net | - | - | 577,872 | 577,872 |
| Interest Income | - | - | 100,519 | 100,519 |
| Total Income | 479,433 | 444,419 | 6,814,199 | 6,369,780 |
| **Expenses** | | | | |
| Interest Expense - Mortgage | 987,596 | 802,963 | 17,571,038 | 16,768,075 |
| Interest Expense - S&S Loan | 1,926,788 | 1,509,597 | 16,768,203 | 15,258,606 |
| Real Estate Taxes | 407,076 | 329,726 | 4,368,424 | 4,038,698 |
| Professionnal Fees | 67,027 | 70,469 | 118,458 | 47,989 |
| Bid Costs Expensed | 6,191 | 2,319 | 750,278 | 747,959 |
| Metro Station Expense | 105,629 | 105,629 | 448,923 | 343,294 |
| Project Costs Expensed | 8,324 | 9,779 | 797,900 | 788,121 |
| Amortization Mortgage Costs | - | - | 697,053 | 697,053 |
| Total Expenses | 3,508,631 | 2,830,482 | 41,520,277 | 38,689,795 |
| Net Income (Loss) | (3,029,198) | (2,386,063) | (34,706,078) | (32,320,015) |
| Beginning Capital Balance | (34,706,078) | (32,320,015) | - | - |
| Capital Contributed | - | - | - | - |
| Ending Capital Balance | (37,735,276) | (34,706,078) | (34,706,078) | (32,320,015) |

### Cooter Financials (Nov. 21, 2006)

| Income and Partners' Capital | 2005 | Dec '87 to Dec. 04 | Total |
|---|---|---|---|
| **Income** | | | |
| Rental Income | 475,492 | 5,812,926 | 6,288,418 |
| Rental Expenses | (31,073) | (121,537) | (152,610) |
| Net Rental Income | 444,419 | 5,691,389 | 6,135,808 |
| Gain From Loan Discount | (1,024,571) | 1,024,571 | - |
| Forfeited Deposit, Net | - | 577,872 | 577,872 |
| Interest Income | - | 100,519 | 100,519 |
| Total Income | (580,152) | 7,394,351 | 6,814,199 |
| **Expenses** | | | |
| Interest Expense - Mortgage | 1,586,412 | 15,984,626 | 17,571,038 |
| Interest Expense - S&S Loan | 16,768,203 | - | 16,768,203 |
| Real Estate Taxes | 329,726 | 4,038,698 | 4,368,424 |
| Professionnal Fees | 70,469 | 47,989 | 118,458 |
| Bid Costs Expensed | 2,319 | 747,959 | 750,278 |
| Metro Station Expense | 105,629 | 237,665 | 343,294 |
| Amortization Mortgage Costs | 2,568 | 694,485 | 697,053 |
| Total Expenses | 18,865,326 | 21,857,051 | 40,722,377 |
| Net Income (Loss) | (19,445,478) | (14,462,700) | (33,908,178) |
| Beginning Capital Balance | (671,125) | - | - |
| Reduction of Land Cost for Equity in land Exchange | 0 | (3,708,470) | (3,708,470) |
| Capital Contributed | 17,500,045 | 17,500,045 | - |
| Ending Capital Balance | (37,616,648) | (671,125) | (37,616,648) |

### KAWG & F May 2005 SPFS

| Income and Partners' Capital | 2004 | Dec '87 to Dec. 03 | Total |
|---|---|---|---|
| **Income** | | | |
| Rental Income | 404,052 | 5,408,874 | 5,812,926 |
| Rental Expenses | (17,267) | 104,270 | (121,537) |
| Net Rental Income | 386,785 | 5,304,604 | 5,691,389 |
| Gain From Loan Discount | - | 1,024,571 | 1,024,571 |
| Forfeited Deposit, Net | - | 577,872 | 577,872 |
| Interest Income | - | 100,519 | 100,519 |
| Total Income | 386,785 | 7,007,566 | 7,394,351 |
| **Expenses** | | | |
| Interest Expense | 550,599 | 15,434,027 | 15,984,626 |
| Real Estate Taxes | 314,352 | 3,724,346 | 4,038,698 |
| Professionnal Fees | 35,937 | 12,052 | 47,989 |
| Bid Costs Expensed | 78,790 | 669,169 | 747,959 |
| Metro Station Expense | 105,629 | 237,665 | 343,294 |
| Amortization Mortgage Costs | - | 694,485 | 694,485 |
| Total Expenses | 1,085,307 | 20,771,744 | 21,857,051 |
| Net Income (Loss) | (698,522) | (13,764,178) | (14,462,700) |
| Beginning Capital Balance | 1,038,423 | - | - |
| Reduction of Land Cost for Equity in land Exchange | 0 | (3,708,470) | (3,708,470) |
| Capital Contributed | 1,065,820 | 16,434,225 | 17,500,045 |
| Ending Capital Balance | (671,125) | (1,038,423) | (671,125) |

**Differences in Figures between KAWG & F June 2007 SPFS and Cooter Financials (2005 Numbers)**

| Income | | |
|---|---|---|
| Rental Income | - | |
| Rental Expenses | - | |
| Gain from Loan Discount | 1,024,571 | |
| Net Rental income | - | |
| Forfeited Deposit, Net | 1,024,571 | |
| Interest Income | - | |
| Total Income | 1,024,571 | |
| **Expenses** | | |
| Interest Expense - Mortgage | - | |
| Interest Expense - S&S Loan | - | |
| Real Estate Taxes | - | |
| Professionnal Fees | - | |
| Bid Costs Expensed | - | |
| Metro Station Expense | - | |
| Project Costs Expensed | 2007 SPFS breaks it down into two types | |
| Amortization Mortgage Costs | (2,568) | Only in 2007 SPFS |
| Total Expenses | (16,034,844) | |
| Net Income (Loss) | 17,059,415 | |
| Beginning Capital Balance | 32,991,140 | |
| Capital Contributed | (17,500,045) | |
| Ending Capital Balance | 2,910,570 | |

**Differences in Figures between KAWG & F June 2007 SPFS and Cooter Financials (87-04 Numbers)**

| Income | | |
|---|---|---|
| Rental Income | - | |
| Rental Expenses | - | |
| Gain from Loan Discount | (1,024,571) | |
| Net Rental income | - | |
| Forfeited Deposit, Net | - | |
| Interest Income | - | |
| Total Income | (1,024,571) | |
| **Expenses** | | |
| Interest Expense - Mortgage | - | |
| Interest Expense - S&S Loan | - | |
| Real Estate Taxes | - | |
| Professionnal Fees | - | |
| Bid Costs Expensed | - | |
| Metro Station Expense | - | |
| Project Costs Expensed | 2007 SPFS breaks it down into two types | Only in 2007 SPFS |
| Amortization Mortgage Costs | 2,568 | |
| Total Expenses | 16,832,744 | |
| Net Income (Loss) | (17,857,315) | |
| Beginning Capital Balance | - | |
| Reduction of Land Cost for Equity in | 3,708,470 | |
| Capital Contributed | (17,500,045) | |
| Ending Capital Balance | (31,648,890) | |

## Cash Flow

### KAWG & F June 2007 SPFS

| Cash Flows | 2006 | 2005 | Dec. '87 to Dec. '05 | Dec. '87 to Dec. '04 |
|---|---|---|---|---|
| Net Income (Loss) | (3,029,198) | (2,386,063) | (34,706,078) | (32,320,015) |
| Add: Amortization Expense | - | - | 697,053 | 697,053 |
| Cash Used in Operations | 3,029,198 | (2,386,063) | (34,009,025) | (31,622,962) |
| Mortgage Proceeds (Reduction) | - | - | 10,297,139 | 10,297,139 |
| S&S Finance Loan Proceeds | 1,011,159 | 922,403 | 18,874,695 | 17,952,292 |
| Purchase of the Property | - | - | (11,066,053) | (11,066,053) |
| Land Improvement Costs Incurred | - | - | (140,441) | (140,441) |
| Mortgage Costs Incurred | - | - | (697,053) | (697,053) |
| (Increase) Decrease in: | | | | |
| Rent Receivable | 14,430 | (9,792) | (29,239) | (19,447) |
| Deposits | - | 10,000 | (120,060) | (130,060) |
| Cash Held in Escrow | (1,448,379) | - | - | - |
| Increase (Decrease) in: | | | | |
| Metro Station Assessment Payable | - | - | 26,407 | 26,407 |
| Accounts Payable | 45,593 | (61,519) | 1,465 | 62,984 |
| Accrued Interest | 1,926,788 | 1,509,597 | 16,768,203 | 15,258,606 |
| Accrued Real Estate Taxes | 31,228 | 15,374 | 93,962 | 78,588 |
| Deposit on Contract | 1,448,379 | - | - | - |
| Net Cash Flow | - | - | - | - |

### Cooter Financials (Nov. 21, 2006)

| Cash Flows | 2005 | Dec. '87 to Dec. '04 | Total |
|---|---|---|---|
| Net Income (Loss) | (19,445,478) | (14,462,700) | (33,908,178) |
| Add: Amortization Cost | 2,568 | 694,485 | 697,053 |
| Legal Costs Paid in 2004 | | | |
| Less: Gain from Loan Discount | 1,024,571 | (1,024,571) | - |
| Cash Used in Operations | (18,418,339) | (14,792,786) | (33,211,125) |
| Capital Contributed | (17,500,045) | 17,500,045 | - |
| Mortgage Proceeds (Reduction) | - | 10,297,139 | 10,297,139 |
| S&S Loan Finance Proceeds | 18,874,695 | - | 18,874,695 |
| Purchase of the Property | - | (11,066,053) | (11,066,053) |
| Project Costs Incurred | 321,423 | (1,259,764) | (938,341) |
| Mortgage Costs Incurred | - | (697,053) | (697,053) |
| (Increase) Decrease In: | | | |
| Rent Receivable | (9,792) | (19,447) | (29,239) |
| Deposits | 10,000 | (130,060) | (120,060) |
| Increase (Decrease) in: | | | |
| Metro Station Assessment Payable | - | 26,407 | 26,407 |
| Security Deposit | | | 0 |
| Accounts Payable | (61,519) | 62,984 | 1,465 |
| Accrued Interest | 16,768,203 | - | 16,768,203 |
| Accrued Real Estate Taxes | 15,374 | 78,588 | 93,962 |
| Deposit on Contract | - | - | 0 |
| Net Cash Flow | - | - | - |

### KAWG & F May 2005 SPFS

| Cash Flows | 2004 | Dec. '87 to Dec. '03 | Total |
|---|---|---|---|
| Net Income (Loss) | (698,522) | (13,764,178) | (14,462,700) |
| Add: Amortization Cost | - | 694,485 | 694,485 |
| Less: Gain from Loan Discount | - | (1,024,571) | (1,024,571) |
| Cash Used in Operations | (698,522) | (14,094,264) | (14,792,786) |
| Capital Contributed | 1,065,820 | 16,434,225 | 17,500,045 |
| Mortgage Proceeds (Reduction) | - | 10,297,139 | 10,297,139 |
| Purchase of the Property | - | (11,066,053) | (11,066,053) |
| Project Costs Incurred | (244,646) | (1,015,118) | (1,259,764) |
| Mortgage Costs Incurred | - | (697,053) | (697,053) |
| (Increase) Decrease In: | | | |
| Rent Receivable | (5,452) | (13,995) | (19,447) |
| Deposits | (130,060) | - | (130,060) |
| Increase (Decrease) in: | | | |
| Metro Station Assessment Payable | - | 26,407 | 26,407 |
| Accounts Payable | 12,860 | 50,124 | 62,984 |
| Accrued Real Estate Taxes | - | 78,588 | 78,588 |
| Net Cash Flow | | | |

### Differences in Figures between KAWG & F June 2007 SPFS and Cooter Financials (2005 Numbers)

| | | |
|---|---|---|
| Net Income (Loss) | 17,059,415 | |
| Add: Amortization Expense | (2,568) | |
| Legal Costs Paid | | Only in Cooter Financials |
| Less Gain from Loan Discount | | Only in Cooter Financials |
| Cash Used in Operations | 16,032,276 | |
| Capital Contributed | 17,500,045 | |
| Mortgage Proceeds (Reduction) | - | |
| S&S Finance Loan Proceeds | (17,952,292) | |
| Purchase of the Property | - | |
| Land Improvement Costs Incurred | - | |
| Mortgage Costs Incurred | - | |
| Increase (Decrease) in: | | |
| Rent Receivable | - | |
| Deposits | - | |
| Cash Held in Escrow | - | |
| Increase (Decrease) in: | | |
| Metro Station Assessment Payable | - | |
| Accounts Payable | - | |
| Accrued Interest | (15,258,606) | |
| Accrued Real Estate Taxes | - | |
| Deposit on Contract | - | |
| Net Cash Flow | - | |

### Differences in Figures between KAWG & F June 2007 SPFS and Cooter Financials (87-04 Numbers)

| | | |
|---|---|---|
| Net Income (Loss) | (17,857,315) | |
| Add: Amortization Expense | 2,568 | |
| Legal Costs Paid | | Only in Cooter Financials |
| Less Gain from Loan Discount | | Only in Cooter Financials |
| Cash Used in Operations | (16,830,176) | |
| Capital Contributed | (17,500,045) | |
| Mortgage Proceeds (Reduction) | - | |
| S&S Finance Loan Proceeds | 17,952,292 | |
| Purchase of the Property | - | |
| Land Improvement Costs Incurred | - | |
| Mortgage Costs Incurred | - | |
| Increase (Decrease) in: | | |
| Rent Receivable | - | |
| Deposits | - | |
| Cash Held in Escrow | - | |
| Increase (Decrease) in: | | |
| Metro Station Assessment Payable | - | |
| Accounts Payable | - | |
| Accrued Interest | 15,258,606 | |
| Accrued Real Estate Taxes | - | |
| Deposit on Contract | - | |
| Net Cash Flow | - | |