UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD LIMITED PARTNERSHIP,**<br>　　　　**Plaintiff and**<br>　　　　**Counterclaim-Defendant,**<br><br>　　　v.<br><br>**VIAD CORP.,**<br>　　　　**Defendant and**<br>　　　　**Counterclaim-Plaintiff,**<br><br>　　　v.<br><br>**MONTGOMERY ROAD TDR, LLC,**<br><br>　　　　**Counterclaim-Defendant.** | Civil Action 06-00344 (HHK) |

**ORDER**

Before the court are the parties' cross-motions for summary judgment [#23, #25]. On May 9, 2007, and subsequent to the filing of these motions, plaintiff moved for leave to file a Second Amended Complaint [#35], which motion the court granted on May 29, 2007 [#38]. Because the prior complaint has been superceded by the Second Amended Complaint, and in the interest of efficiency and judicial economy, the court will deny both motions for summary judgment without prejudice to renewal. In future motions for summary judgment, the parties may and are encouraged to incorporate by reference and otherwise rely upon arguments raised in previously filed briefs, rather than re-articulating such arguments afresh.

For the foregoing reasons, it is this 16th day of July, 2007, hereby

**ORDERED** that the motions for summary judgment are **DENIED** without prejudice to renewal; and it is further

**ORDERED** that on or before July 23, 2007, the parties shall confer and submit a proposed scheduling order governing the filing of further dispositive motions in this case. If the parties cannot agree, they shall file separate proposed orders.

    Henry H. Kennedy, Jr.
    United States District Judge