## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** )<br>     **Plaintiff and** )<br>     **Counterclaim-Defendant,** )<br>  v. )<br>)<br>**VIAD CORP,** )<br>     **Defendant and** )<br>     **Counterclaim-Plaintiff,** )<br>)<br>  v. )<br>)<br>**MONTGOMERY ROAD TDR, LLC,** )<br>     **Counterclaim-Defendant.** )<br>) | **Case No.  1:06CV00344 (HHK)** |

### CONSENT MOTION TO ESTABLISH SCHEDULING ORDER

Plaintiff Montgomery Road I Limited Partnership, Counterclaim-Defendant Montgomery Road TDR, LLC, and Defendant and Counterclaim-Plaintiff Viad Corp by and through undersigned counsel, hereby submit this Consent Motion to Establish Scheduling Order and state as follows:

1.      On June 16, 2007, the Court denied both parties' motions for summary judgment without prejudice to renewal.

2.      The Court Ordered the parties to confer and submit a proposed scheduling order governing the filing of further dispositive motions in this case.  If the parties were unable to agree, the Court ordered the parties to file separate proposed orders.

3.      Based upon this information, the parties respectfully request that the Court enter a Scheduling Order reflecting the following events and deadlines[1]:

a.      Motions for Summary Judgment by both parties shall be filed by 6:00 p.m. on Thursday, September 6, 2007.

b.      Oppositions to the Motions for Summary Judgment by both shall be filed by 6:00 p.m. on Thursday, September 27, 2007.

c.      Replies to Oppositions for Summary Judgment by both parties shall be filed by 6:00 p.m. on Thursday, October 18, 2007.

**WHEREFORE,** for the reasons identified herein, the parties respectfully request that this Court grant the Consent Motion to Establish Scheduling Order in accordance with the schedule set forth herein.

Respectfully submitted,

**BRYAN CAVE LLP**

_____/s/_____
Rodney Page
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005
Phone:  (202) 508-6002
Fax:     (202) 508-6200

Counsel For Defendant Viad Corp, Inc.

---

[1] A Status Conference in this matter is currently set for August 3, 2007.  Plaintiff requests that this status conference be cancelled in light of the Court's July 16, 2007 Order.  Defendant Viad requests that this conference be held as scheduled.

**COOTER, MANGOLD, TOMPERT**
**& KARRS, L.L.P.**


_____/s/_____
Dale A. Cooter (#227454)
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, DC  20015
(202) 537-0700

Counsel For Plaintiff and
Counter-Defendant Montgomery Road
I, Limited Partnership and
Counter-Defendant Montgomery Road
TDR, LLC

Dated: July 23, 2006