IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, )<br>    Plaintiff and )<br>    Counterclaim-Defendant, )<br>        v. )<br> )<br>VIAD CORP, )<br>    Defendant and )<br>    Counterclaim-Plaintiff, )<br> )<br>        vi. )<br> )<br>MONTGOMERY ROAD TDR, LLC, )<br>    Counterclaim-Defendant. )<br> ) | Case No. 1:06CV00344 (HHK) |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the Court's Order on July 16, 2007, and upon the agreement of the parties, it is, this ____ day of July, 2007, **ORDERED** that:

1.  Motions for Summary Judgment by both parties shall be filed by 6:00 p.m. on Thursday, September 6, 2007.

2.  Oppositions to the Motions for Summary Judgment by both shall be filed by 6:00 p.m. on Thursday, September 27, 2007.

3.  Replies to Oppositions for Summary Judgment by both parties shall be filed by 6:00 p.m. on Thursday, October 18, 2007.

4.  Pursuant to Fed.R.Civ.P. 16(e), this Order shall control the course of this action unless modified by subsequent Order.

SO ORDERED.

Done at Washington, D.C., this _____ of July, 2007.

_____
Henry H. Kennedy, Jr.
United States District Judge