# EXHIBIT 1

Case 1:06-cv-00344-HHK    Document 46-2    Filed 09/06/2007    Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONTGOMERY ROAD I<br>LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff/<br>Counter-Defendant, | ) ) ) ) | Case No. 1:06CV00344 (HHK) |
| v. | ) ) ) | |
| VIAD CORP, | ) ) | |
| Defendant/<br>Counter-Plaintiff/<br>Third-Party Plaintiff | ) ) ) ) | |
| v. | ) ) | |
| MONTGOMERY ROAD TDR, LLC, | ) ) | |
| Third-Party Defendant | ) ) | |

**DECLARATION OF CLEMENS W. MUELLER IN SUPPORT OF
MONTGOMERY ROAD I LIMITED PARTNERSHIP AND MONTGOMERY ROAD TDR'S
<u>RENEWED MOTION FOR SUMMARY JUDGMENT</u>**

I, Clemens W. Mueller, declare and state under the laws of perjury of the State of Maryland as follows:

1. I am over the age of 18 and am competent to testify to the matters contained herein, which are made from my personal knowledge.

2. I am a Certified Public Accountant, and have been licensed in the State of Maryland since 1980. I am a member of

1

the American Institute of Certified Public Accountants, and the Maryland Association of Certified Public Accountants.

3. I am a shareholder of KAWG&F, P.A., a public accounting firm, which has several locations in the State of Maryland.

4. KAWG&F, P.A. is an outside accountant for Greenebaum & Rose Associates ("G&R").

5. In the course of KAWG&F, P.A.'s work for G&R, we have also been engaged for tax and accounting work for various affiliated entities, including Montgomery Road I Limited Partnership ("Montgomery Road") and S&S Finance Limited Partnership.

6. I am familiar with the Cash Participation Agreement which was entered into between Montgomery Road and Transportation Leasing Co. ("Transportation Leasing") at the time of the purchase of the 90 K Street property in 1987.

7. In response to Defendant Viad's assertion in this litigation that Montgomery Road had breached Section 2.6 of the Cash Participation Agreement because it had not provided an unqualified opinion of its outside accountant to accompany the Special Purpose Financial Statements for the 90 K Street Property, Montgomery Road engaged KAWG&F, P.A., to perform an audit of Montgomery Road's financial statements relating to the 90 K Street Property.

8. The audit was performed in accordance with Generally Accepted Auditing Standards. I personally supervised and reviewed the audit. Mr. Ronald Glassman, Montgomery Road's in-house accountant, supplied us with the requested records and information.

9. During the course of the audit, we sought verification and documentation for all material line items (approximately $50,000 or over) on the financial statements. To perform the audit, it was necessary to (and we did) examine financial records and transactions spanning a period of twenty years. In addition, sampling was used to gain assurance in regard to certain account balances, including the account balances with S&S Finance.

10. KAWG&F, P.A. completed its audit of the financial statements and its examination of the financial records related to the 90 K Street Property on or about June 20, 2007. We issued an unqualified opinion (pursuant to CPA §2.6) to accompany the Special Purpose Financial Statements for the following periods: December 31, 2005 and 2004; December 31, 2006 and 2005; January 11, 2007 and December 31, 2006. An "unqualified opinion" requires an audit to be performed, and for the financial statements to be fairly stated in accordance with Generally Accepted Accounting Principles (GAAP).

    I swear under the penalties of perjury of the State of Maryland that the facts set forth above are true and correct and made from my personal knowledge.

    Executed under the penalties of perjury in Baltimore County, Maryland on the 6th day of September, 2007.

*[signature]*
_____
Clemens W. Mueller