**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** <br>     Plaintiff and <br>     Counterclaim-Defendant <br><br> v. <br><br> **VIAD CORP,** <br>     Defendant and <br>     Counterclaim-Plaintiff <br><br> v. <br><br> **MONTGOMERY ROAD TDR, LLC** <br>     Counterclaim-Defendant | Case No. 1:06CV00344 (HHK) |

## **ORDER**

Upon consideration of Defendant Viad Corp's Renewed Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, and the Opposition and Replies thereto, it is this _____ day of September 2007,

**ORDERED**, that Defendant Viad Corp's Motion be, and hereby is **GRANTED**.

_____
Henry H. Kennedy
United States District Judge