# EXHIBIT 11



**VIAD CORP**
1850 N. Central Avenue, Suite 800
Phoenix, AZ 85004-4545
602-207-4000

August 31, 2006

**BY FEDERAL EXPRESS**

Montgomery Road I Limited Partnership
Attention: Samuel G. Rose
c/o Greenebaum and Rose Associates
5301 Wisconsin Avenue, N.W.
Suite 510
Washington, D.C. 20015

Dear Mr. Rose:

Reference is made to your letter of August 15, 2006 indicating "Notice of Proposed Sale pursuant to Article 4 of that Certain Cash Participation Agreement dated November 30, 1987 (the 'Agreement')."

Viad Corp, as successor in interest to Transportation Leasing Company, acknowledges the Notice. Viad elects not to exercise its right of first refusal and will cooperate in all reasonable respects to ensure the successful closing of your transaction.

Based on the Agreement, and upon a review of the enclosures in your letter, Viad looks forward to receiving, upon closing on sale of the Property, its contractually agreed upon participation in the transaction proceeds.

As you know, we disagree with your analysis of the costs which are permitted deductions from the calculation of the Viad participation, a subject of the litigation you have initiated in the District of Columbia. All rights and reservations reflecting our position in that litigation are preserved and not waived by this letter.

Sincerely yours,

*Eve Fiorucci*

Eve Fiorucci
Assistant Director, Real Estate
Viad Corp

298150.1