# EXHIBIT 14

LAW OFFICES
COOTER, MANGOLD, TOMPERT & KARAS, L.L.P.
5301 WISCONSIN AVENUE, N.W.
SUITE 500
WASHINGTON, D.C. 20015
TEL: (202) 537-0700
FAX: (202) 364-3664

September 21, 2006

BY FACSIMILE AND FIRST-CLASS MAIL

Rodney F. Page, Esq.
Bryan Cave, LLP
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005

    Re: <u>Montgomery Road I Limited Partnership v. Viad Corp.,
Case No. 06-00344</u>

Dear Mr. Page:

    In response to your letter dated September 13, 2006, enclosed are the Special Purpose Financial Statements for the years ending on December 31, 2005 and December 31, 2004. These Statements are subject to final revisions but in the interest of time, we want you to have them now.

    If you have any questions, please contact me.

                                  Sincerely,

                                  Adam Pignatelli

Encl.

MONTGOMERY ROAD I LIMITED PARTNERSHIP

(90 K STREET PROPERTY ONLY)

SPECIAL PURPOSE FINANCIAL STATEMENTS

DECEMBER 31, 2005 AND 2004

# DRAFT

## CONTENTS

|  | PAGE |
|---|---|
| Report of Certified Public Accountants | 1 |
| Special Purpose Statements of Assets and Liabilities | 2 |
| Special Purpose Statements of Income & Partners' Capital | 3 |
| Special Purpose Statements of Cash Flows | 4 |
| Schedule of Investment in Property | 5 |
| Schedule of Operations Cash Flow | 6 |
| Schedule of Project Costs | 7 |
| Schedule of Developer's Equity Return | 8 |
| Notes to the Special Purpose Financial Statements | 9-12 |

The Partners
Montgomery Road I Limited Partnership

We have compiled the accompanying special-purpose statements of assets and liabilities of Montgomery Road I Limited Partnership (90 K Street property only) as of December 31, 2005 and 2004, and the related special-purpose statements of income and partners' capital and cash flows for the year ended December 31, 2005 and for the period December 9, 1987 to December 31, 2004, and supplementary schedules, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of special-purpose financial statements information that is the representation of management. We have not audited or reviewed the accompanying special-purpose financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

The accompanying special-purpose financial statements were prepared for the purpose of complying with Article 2.6 of the Cash Participation Agreement between Transportation Leasing Co. and the partnership. As described in Note 1, the partnership also has assets and liabilities other than for the 90 K Street property; however, only the 90 K Street property is included in these financial statements. Therefore, these financial statements are not intended to be a complete presentation of Montgomery Road I Limited Partnership's financial position, results of operations and cash flows.

This report is intended solely for the information and use of the managements of Montgomery Road I Limited Partnership and Transportation Leasing Co. and should not be used for any other purpose.

May 22, 2006
Baltimore, Maryland

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF ASSETS & LIABILITIES
DECEMBER 31, 2005 AND 2004

|                                          | 2005        | 2004        |
|------------------------------------------|-------------|-------------|
| **ASSETS**                               |             |             |
| LAND                                     | $7,357,583  | $7,357,583  |
| PROJECT COSTS                            | 1,269,543   | 1,259,764   |
| RENT RECEIVABLE                          | 29,239      | 19,447      |
| DEPOSITS                                 | 120,060     | 130,060     |
| TOTAL ASSETS                             | $8,776,425  | $8,766,854  |
|                                          |             |             |
| **LIABILITIES**                          |             |             |
| FIRST MORTGAGE NOTE PAYABLE              | $9,270,000  | $9,270,000  |
| METRO STATION ASSESSMENT PAYABLE         | 26,407      | 26,407      |
| ACCOUNTS PAYABLE                         | 1,465       | 62,984      |
| ACCRUED REAL ESTATE TAXES                | 93,962      | 78,588      |
| TOTAL LIABILITIES                        | $9,391,834  | $9,437,979  |
| PARTNERS' CAPITAL (DEFICIT)              | (615,409)   | (671,125)   |
| TOTAL LIABILITIES AND PARTNERS' CAPITAL  | $8,776,425  | $8,766,854  |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 2 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF INCOME AND PARTNERS' CAPITAL
FOR THE YEAR ENDED DECEMBER 31, 2005
AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 2004

|  | 2005 | DEC 87 TO DEC 04 | TOTAL |
|---|---|---|---|
| RENTAL INCOME | $475,492 | $5,812,926 | $6,288,418 |
| RENTAL EXPENSES | (31,073) | (121,537) | (152,610) |
| NET RENTAL INCOME | $444,419 | $5,691,389 | $6,135,808 |
| GAIN FROM LOAN DISCOUNT | 0 | 1,024,571 | 1,024,571 |
| FORFEITED DEPOSIT, NET | 0 | 577,872 | 577,872 |
| INTEREST INCOME | 0 | 100,519 | 100,519 |
| TOTAL INCOME | $444,419 | $7,394,351 | $7,838,770 |
| **EXPENSES** | | | |
| INTEREST EXPENSE | $722,867 | $15,984,626 | $16,707,493 |
| REAL ESTATE TAXES | 329,726 | 4,038,698 | 4,368,424 |
| PROFESSIONAL FEES | 70,469 | 47,989 | 118,458 |
| BID COSTS EXPENSED | 2,319 | 747,959 | 750,278 |
| METRO STATION EXPENSE | 105,629 | 343,294 | 448,923 |
| AMORTIZATION-MORTGAGE COSTS | 0 | 694,485 | 694,485 |
| TOTAL EXPENSES | $1,231,010 | $21,857,051 | $23,088,061 |
| NET INCOME (LOSS) | ($786,591) | ($14,462,700) | ($15,249,291) |
| BEGINNING CAPITAL BALANCE | (671,125) | 0 | 0 |
| REDUCTION OF LAND COST FOR EQUITY IN LAND EXCHANGED | 0 | (3,708,470) | (3,708,470) |
| CAPITAL CONTRIBUTED | 842,307 | 17,500,045 | 18,342,352 |
| ENDING CAPITAL BALANCE | ($615,409) | ($671,125) | ($615,409) |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS

- 3 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 2005
AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 2004

|  | 2005 | DEC 87 TO DEC 04 | TOTAL |
|---|---|---|---|
| NET INCOME (LOSS) | ($786,591) | ($14,462,700) | ($15,249,291) |
| ADD: AMORTIZATION EXPENSE | 0 | 694,485 | 694,485 |
| LEGAL COSTS PAID IN 2004 | 4,074 | 0 | 4,074 |
| LESS: GAIN FROM LOAN DISCOUNT | 0 | (1,024,571) | (1,024,571) |
| CASH USED IN OPERATIONS | ($782,517) | ($14,792,786) | ($15,575,303) |
| CAPITAL CONTRIBUTED | 842,307 | 17,500,045 | 18,342,352 |
| MORTGAGE PROCEEDS (REDUCTION) | 0 | 10,297,139 | 10,297,139 |
| PURCHASE OF THE PROPERTY | 0 | (11,066,053) | (11,066,053) |
| PROJECT COSTS INCURRED | (13,853) | (1,259,764) | (1,273,617) |
| MORTGAGE COSTS INCURRED | 0 | (697,053) | (697,053) |
| (INCREASE) DECREASE IN: | | | |
| RENT RECEIVABLE | (9,792) | (19,447) | (29,239) |
| DEPOSITS | 10,000 | (130,060) | (120,060) |
| INCREASE (DECREASE) IN: | | | |
| METRO STATION ASSESSMENT PAYABLE | 0 | 26,407 | 26,407 |
| ACCOUNTS PAYABLE | (61,519) | 62,984 | 1,465 |
| ACCRUED REAL ESTATE TAXES | 15,374 | 78,588 | 93,962 |
| NET CASH FLOW | $0 | $0 | $0 |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 4 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF INVESTMENT IN PROPERTY
FROM DECEMBER 9, 1987 TO DECEMBER 31, 2005

DEVELOPER'S INVESTED EQUITY:

| | | |
|---|---|---:|
| PURCHASE PRICE OF LAND | 12-09-87 | $10,300,000 |
| COMMISSION | 12-09-87 | 300,000 |
| TRANSFER TAXES | 12-09-87 | 206,000 |
| MORTGAGE BROKER | 12-09-87 | 200,000 |
| OTHER SETTLEMENT COSTS | 12-09-87 | 60,053 |
| TOTAL COST OF PROPERTY | | $11,066,053 |
| REDUCE COST FOR LOAN DISCOUNT | 4-19-96 | (1,027,139) |
| MORTGAGE COSTS INCURRED | THROUGH 12-31-05 | 697,053 |
| PROJECT COSTS INCURRED | THROUGH 12-31-05 | 1,269,543 |
| TOTAL COSTS | | $12,005,510 |
| ADD: DEPOSITS PAID | 12-31-05 | 120,060 |
| LESS: FIRST MORTGAGE NOTE PAYABLE | 12-31-05 | (9,270,000) |
| OTHER PAYABLES | 12-31-05 | (1,465) |
| NET DEVELOPER'S INVESTED EQUITY | | $2,854,105 |

DEVELOPER'S OPERATING EQUITY:

| | | |
|---|---|---:|
| NET RENTAL INCOME | THROUGH 12-31-05 | ($6,135,808) |
| FORFEITED DEPOSIT, NET | THROUGH 12-31-05 | (577,872) |
| INTEREST INCOME | THROUGH 12-31-05 | (100,519) |
| INTEREST EXPENSE | THROUGH 12-31-05 | 16,707,493 |
| REAL ESTATE TAX EXPENSE | THROUGH 12-31-05 | 4,368,424 |
| PROFESSIONAL FEES EXPENSE | THROUGH 12-31-05 | 118,458 |
| BID COSTS EXPENSED | THROUGH 12-31-05 | 750,278 |
| METRO STATION EXPENSE | THROUGH 12-31-05 | 448,923 |
| ADD: DEVELOPER'S EQUITY RETURN | THROUGH 12-31-05 | 12,827,602 |
| ADD: RENT RECEIVABLE | 12-31-05 | 29,239 |
| LESS: METRO STATION ASSESSMENT PAYABLE | 12-31-05 | (26,407) |
| LESS: ACCRUED REAL ESTATE TAXES | 12-31-05 | (93,962) |
| NET DEVELOPER'S OPERATING EQUITY | | $28,315,849 |
| TOTAL OF DEVELOPER'S INVESTED EQUITY AND OPERATING EQUITY | | $31,169,954 |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF OPERATIONS CASH FLOW
FOR THE YEAR ENDED DECEMBER 31, 2005

**INCOME**
NET RENTAL INCOME                                      $444,419

   TOTAL INCOME                                                444,419

**EXPENSES**
  INTEREST EXPENSE                                     $722,867
  REAL ESTATE TAXES                                     329,726
  PROFESSIONAL FEES                                      70,469
  BID COSTS EXPENSED                                      2,319
  METRO STATION EXPENSE                                 105,629

   TOTAL EXPENSES                                           1,231,010

   NET (LOSS)                                                ($786,591)

ADJUST TO CASH BASIS:

LEGAL COSTS PAID IN PRIOR YEAR                                     4,074
RENT RECEIVABLE - END OF YEAR                                    (29,239)
RENT RECEIVABLE - BEGINNING OF YEAR                               19,447
METRO STATION ASSESSMENT PAYABLE - END OF YEAR                    26,407
METRO STATION ASSESSMENT PAYABLE - BEGINNING OF YEAR             (26,407)
ACCRUED REAL ESTATE TAXES - END OF YEAR                           93,962
ACCRUED REAL ESTATE TAXES - BEGINNING OF YEAR                    (78,588)

OPERATIONS CASH FLOW (DEFICIT) BEFORE
   EXCLUSION FROM GROSS REVENUE                              ($776,935)

EXCLUSION FOR INCOME PRIOR TO OCCUPANCY OF THE
   FIRST TENANT IN THE IMPROVEMENTS:
  NET RENTAL INCOME                                              (444,419)

OPERATIONS CASH FLOW (DEFICIT)                                  ($1,221,354)

SEE ACCOUNTANTS' COMPILATION REPORT.
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 6 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF PROJECT COSTS
DECEMBER 31, 2005

| | | | |
|---|---|---|---:|
| BALANCE AT DECEMBER 31, 2004 | | | $1,259,764 |
| HOLLAND & KNIGHT | LEGAL | 15-Mar-2005 | 223 |
| PERMIT PUSHERS | PERMITS | 04-May-2005 | 280 |
| HOLLAND & KNIGHT | LEGAL | 16-Jun-2005 | 441 |
| HOLLAND & KNIGHT | LEGAL | 17-Jul-2005 | 835 |
| SCHNABEL FOUNDATION CO | DRAWINGS | 04-Aug-2005 | 10,000 |
| HOLLAND & KNIGHT | LEGAL | 24-Oct-2005 | 490 |
| HOLLAND & KNIGHT | LEGAL | 24-Oct-2005 | 369 |
| BERNARD P LOCRAFT | ENGINEERING | 24-Oct-2005 | 576 |
| HOLLAND & KNIGHT | LEGAL | 11-Nov-2005 | 110 |
| HOLLAND & KNIGHT | LEGAL | 31-Dec-2005 | 531 |
| SHAPIRO,LIFSCHITZ | LEGAL-REIT | 31-Dec-2005 | (4,074) |
| | | | $1,269,543 |

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 7 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF DEVELOPER'S EQUITY RETURN
FROM DECEMBER 9, 1987 TO DECEMBER 31, 2005

| ACTIVITY | BALANCE | DATE | RATE | DAYS | INTEREST |
|---|---|---|---|---|---|
| BALANCE AT DECEMBER 31, 2004 | $17,500,045 | 31-Dec-2004 | | | $11,716,505 |
| 2,180 | 17,502,224 | 11-Jan-2005 | 5.25% | 11 | 27,688 |
| (22,700) | 17,479,524 | 14-Jan-2005 | 5.25% | 3 | 7,552 |
| 53,882 | 17,533,406 | 31-Jan-2005 | 5.25% | 17 | 42,741 |
| | 17,533,406 | 01-Feb-2005 | 5.25% | 1 | 2,522 |
| 64,401 | 17,597,807 | 10-Feb-2005 | 5.50% | 9 | 23,778 |
| (54,500) | 17,543,307 | 16-Feb-2005 | 5.50% | 6 | 15,910 |
| 50,406 | 17,593,713 | 28-Feb-2005 | 5.50% | 12 | 31,722 |
| (10,000) | 17,583,713 | 08-Mar-2005 | 5.50% | 8 | 21,209 |
| 17,168 | 17,600,880 | 15-Mar-2005 | 5.50% | 7 | 18,547 |
| | 17,600,880 | 21-Mar-2005 | 5.50% | 6 | 15,913 |
| 217,360 | 17,818,240 | 28-Mar-2005 | 5.75% | 7 | 19,409 |
| 56,521 | 17,874,762 | 31-Mar-2005 | 5.75% | 3 | 8,421 |
| (13,000) | 17,861,762 | 21-Apr-2005 | 5.75% | 21 | 59,134 |
| 56,006 | 17,917,768 | 30-Apr-2005 | 5.75% | 9 | 25,325 |
| | 17,917,768 | 02-May-2005 | 5.75% | 2 | 5,645 |
| (59,859) | 17,857,908 | 04-May-2005 | 6.00% | 2 | 5,891 |
| 12,783 | 17,870,691 | 12-May-2005 | 6.00% | 8 | 23,484 |
| 6,708 | 17,877,400 | 18-May-2005 | 6.00% | 6 | 17,626 |
| (21,500) | 17,855,900 | 26-May-2005 | 6.00% | 8 | 23,510 |
| 59,740 | 17,915,640 | 31-May-2005 | 6.00% | 5 | 14,676 |
| (34,000) | 17,881,640 | 06-Jun-2005 | 6.00% | 6 | 17,670 |
| 1,115 | 17,882,755 | 07-Jun-2005 | 6.00% | 1 | 2,939 |
| 18,430 | 17,901,185 | 09-Jun-2005 | 6.00% | 2 | 5,879 |
| 441 | 17,901,625 | 16-Jun-2005 | 6.00% | 7 | 20,599 |
| 17 | 17,901,642 | 20-Jun-2005 | 6.00% | 4 | 11,771 |
| 177 | 17,901,818 | 21-Jun-2005 | 6.00% | 1 | 2,943 |
| | 17,901,818 | 29-Jun-2005 | 6.00% | 8 | 23,542 |
| 58,002 | 17,959,820 | 30-Jun-2005 | 6.25% | 1 | 3,065 |
| (41,000) | 17,918,820 | 05-Jul-2005 | 6.25% | 5 | 15,377 |
| 1,686 | 17,920,506 | 17-Jul-2005 | 6.25% | 12 | 36,819 |
| (45,000) | 17,875,506 | 18-Jul-2005 | 6.25% | 1 | 3,069 |
| 61,864 | 17,937,370 | 31-Jul-2005 | 6.25% | 13 | 39,791 |
| 12,300 | 17,949,670 | 04-Aug-2005 | 6.25% | 4 | 12,286 |
| | 17,949,670 | 08-Aug-2005 | 6.25% | 4 | 12,294 |
| (18,000) | 17,931,670 | 09-Aug-2005 | 6.50% | 1 | 3,197 |
| 426 | 17,932,096 | 19-Aug-2005 | 6.50% | 10 | 31,933 |
| 63,345 | 17,995,441 | 31-Aug-2005 | 6.50% | 12 | 38,321 |
| 184,990 | 18,180,431 | 01-Sep-2005 | 6.50% | 1 | 3,205 |
| (5,000) | 18,175,431 | 12-Sep-2005 | 6.50% | 11 | 35,614 |
| | 18,175,431 | 19-Sep-2005 | 6.50% | 7 | 22,657 |
| 62,508 | 18,237,939 | 30-Sep-2005 | 6.75% | 11 | 36,973 |
| (15,000) | 18,222,939 | 03-Oct-2005 | 6.75% | 3 | 10,118 |
| (15,000) | 18,207,939 | 12-Oct-2005 | 6.75% | 9 | 30,330 |
| 1,434 | 18,209,373 | 24-Oct-2005 | 6.75% | 12 | 40,407 |
| 65,856 | 18,275,229 | 31-Oct-2005 | 6.75% | 7 | 23,572 |
| (43,000) | 18,232,229 | 07-Nov-2005 | 7.00% | 7 | 24,534 |
| 110 | 18,232,339 | 11-Nov-2005 | 7.00% | 4 | 13,986 |
| 65,663 | 18,298,001 | 30-Nov-2005 | 7.00% | 19 | 66,436 |
| (15,725) | 18,282,276 | 01-Dec-2005 | 7.00% | 1 | 3,509 |
| | 18,282,276 | 12-Dec-2005 | 7.00% | 11 | 38,568 |
| (15,000) | 18,267,276 | 28-Dec-2005 | 7.25% | 16 | 58,103 |
| 75,076 | 18,342,352 | 31-Dec-2005 | 7.25% | 3 | 10,885 |
| | | | | | $12,827,602 |

INTEREST IS BASED ON MERCANTILE BANK PRIME, USING A 365/365 YEAR

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS

- 8 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 2005 and 2004

1. PURPOSE AND BASIS OF PRESENTATION

In addition to the 90 K Street property located in Washington, D.C., the partnership has additional assets and liabilities. The purpose of these statements is to present the assets, liabilities, income, partners' capital and cash flow for the 90 K Street property only. In addition, the Schedules of Investment in Property, Operations Cash Flow, Project Costs, and Developer's Equity Return are presented to provide specific information required under the Cash Participation Agreement discussed in Note 6 below.

2. PURCHASE OF PROPERTY

On December 9, 1987 the partnership purchased unimproved real estate known as 90 K Street located in Washington, D.C. The purchase price was $10,300,000, plus settlement costs of $766,053 totaling $11,066,053.

The property was acquired in exchange for a parcel of land owned by the partnership in Howard County, Maryland. As a result of this exchange, the cost of the land carried on the partnership's books was reduced by $3,708,470, representing the excess value received over the basis of the property at the time of the exchange. Therefore, the net cost of the land on the partnership's books is $7,357,583.

3. FINANCING

On December 9, 1987 the property was financed by a first mortgage loan. The original principal amount was $10,300,000, with interest only paid monthly at 1.5% over the prime rate. During 1993 there was a principal payment of $2,861, and during 1996 there was a loan discount allowed of $1,027,139, leaving a balance of $9,270,000. The loan matures on December 9, 2009.

On April 19, 1996 S&S Finance Limited Partnership (S&S), a related entity, purchased the first mortgage loan at a discount. The amount paid was $9,270,000. There were no changes to the terms of the loan except to reduce the principal balance to the amount paid by S&S and to extend the maturity date from December 9, 1996 for two years without requiring the 10% principal payment needed for the extension. The loan has subsequently been extended through December 9, 2009.

SEE ACCOUNTANTS' COMPILATION REPORT
-9-

09/21/2006 14:25 FAX 2023643664          COOTER,MANGOLD,TOMPERT                    ☒014

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 2005 and 2004

Interest expense includes amounts ($566,909 for 2005) that were considered as effectively paid by increasing capital and increasing interest expense.

As part of the extensions granted prior to December 9, 1996, additional property collateral was added located at New York and Florida Avenues in Washington, D.C.

The loan is personally guaranteed by Mr. Stewart J. Greenebaum, member of SJG Holdings, LLC, limited partner of the partnership. The loan is also personally guaranteed by Mr. Samuel G. Rose, limited partner of the partnership.

The loan is secured by First and Second Lien Deeds of Trust on the property and all future improvements; a security interest in all fixtures, improvements and receivables from operations; assignment of all leases; and assignment of the limited partners' interests in the partnership.

During 2003, S&S entered into a $10,000,000 bank line of credit (the "Loan") and pledged their mortgage receivable from the partnership as collateral. The Loan is personally guaranteed by Stewart J. Greenebaum and Samuel G. Rose. As a formality, the partnership also agreed to guarantee the Loan. S&S agreed to indemnify the partnership for $730,000 of the guarantee which is in excess of the mortgage balance. As of May 22, 2006, S&S has $50,000 in outstanding borrowings under the Loan.

4. MORTGAGE COSTS

Since the purchase of the property, loan origination fees, loan extension fees, and other financing costs of $694,485 have been incurred. These costs have been fully amortized over the initial life of the loans and the applicable extension periods.

As part of the loan purchase in 1996, financing costs of $2,568 were paid. These costs were netted against the loan discount allowed of $1,027,139, for a net gain of $1,024,571.

SEE ACCOUNTANTS' COMPILATION REPORT
-10-

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 2005 and 2004

5. RENTAL INCOME

Since the property was purchased the land has been utilized as a parking lot. Currently, the parking lot operations are being managed by Square 456 Parking Management Corp., a related entity to the partnership.

The actual income received less the expenses incurred is paid to the partnership as land rent. For the year ended December 31, 2005 the net land rent income was $475,492.

6. CASH PARTICIPATION AGREEMENT

In accordance with the terms of the purchase agreement for the property, the partnership entered into a Cash Participation Agreement with the Seller, Transportation Leasing Co., (TLC). Under the terms of the agreement, TLC shares in the Operations Cash Flow of the property, as defined in the agreement. TLC also participates in proceeds of sale, refinancing, and other payments received in excess of the Developer's (partnership's) Equity and approved deductions specified in the agreement.

The participation by TLC is subordinated to the debt discussed in Note 3 above.

Under section 2.2(d) of the agreement, revenue received prior to the occupancy by the first tenant in the "Improvements" (defined as "all buildings, structures and other improvements that are hereafter constructed, installed or placed upon the Real Property") is excluded from the calculation of Operations Cash Flow. However, if the gross amount to be excluded exceeds $900,000 in any one year, then the exclusion does not apply. Since net rental income for 2005 is less than $900,000, it is excluded from the calculation on the schedule of Operations Cash Flow.

As described in Note 3, certain interest expense from 1997 through 2005 incurred on the mortgage to S&S Finance was considered as effectively paid by increasing capital. Since the partnership has considered these amounts as capital contributions, they are reflected as increases in Developer's Operating Equity on the schedule of investment in property.

SEE ACCOUNTANTS' COMPILATION REPORT
-11-

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 2005 and 2004

7. PROPOSALS

During 1994 through 2005 the partnership incurred costs to submit proposals to Government agencies for construction of a building on the property. The bid costs associated with all of these proposals, as well as marketing costs incurred to obtain a tenant in order to develop the property, were expensed in 1995 through 2005, as they were not successful.

Greenebaum & Rose Associates, Inc. is continuing to seek a tenant in order to develop the property, and will be due a fee for the time incurred to prepare past and future proposals and to negotiate a final contract and lease.

8. METRO STATION ASSESSMENT

During 2001 the DC Government levied a special assessment on the property for the New York Avenue Metro Station. The assessment was effective as of October 15, 2001 and is payable semi-annually for thirty years beginning in 2002. The current annual payment is $105,629. The annual payment may increase each year based on changes in the tax rate. The total assessment based on the initial 2002 payment will be $3,168,855. The Metro Station expense for 2005 was $105,629.

9. ESTIMATES

The preparation of financial statements requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Actual results could differ from those estimates.

SEE ACCOUNTANTS' COMPILATION REPORT
-12-