# EXHIBIT 16

Case 1:06-cv-00344-HHK   Document 47-19   Filed 09/06/2007   Page 1 of 2

**GREENEBAUM AND ROSE ASSOCIATES**
816 CONNECTICUT AVENUE, N.W., 12TH FLOOR
WASHINGTON, D.C. 20006

TEL (202) 659-4433
FAX (202) 659-0069

April 6, 1995

Mr. Armand Ervanian
Vice President - Real Estate
Dial Corporation
1850 North Central Avenue
Phoenix, AR 85004

Dear Mr. Ervanian:

    We have an RTC loan on 90 K Street due shortly and we are trying to reconsider all of our options. Our current loan balance is approximately $10,000,000 and we are out looking to refinance this amount for at least five years at a favorable interest rate. Downtown office values have slipped considerably since 1989 and we have just seen the FDIC appraise the adjoining property for $50 per square foot. On that basis, 90 K Street is worth $5,000,000 against we have a $10,000,000 loan outstanding and another $12,000,000 in carrying costs spent.

    So, one thought is, if your organization is interested in refinancing the project for us in exchange for a bigger share of the ownership. This is looking at the property on a long term basis and hopefully we will see land values pop up in again in the near future.

    The second thought is to clean up the deal for refinancing elsewhere, would you consider getting off of your 15% kicker for some modest consideration?

    Please give me a call at your convenience.

Sincerely yours,

Samuel G. Rose

SGR:dlt

MR 05987