# EXHIBIT 17

## GREENEBAUM AND ROSE ASSOCIATES

5301 WISCONSIN AVENUE, N.W.
SUITE 510
WASHINGTON, D.C. 20015

TEL (202) 686-3000
FAX (202) 686-3617

July 14, 1999

Mr. Kenneth P. Goldman
Director - Real Estate
Transportation Leasing Co.
1850 North Central Avenue
Phoenix, AZ 85077

                                    RE:    90 K Street Cash Participation

Dear Mr. Goldman:

Thank you for your quick response. How about $15,000 and we settle in ten (10) days.

If this is acceptable, please sign below and we will have our lawyer prepare a simple release.

Thank you.

                                    Sincerely yours,

                                    Reid K. Liffmann

RKL:cab

                                                        8/19/99

ACKNOWLEDGED AND ACCEPTED:                   Left message
                                             for Ried to call me
_____             - offered $16,250 - will
Kenneth P. Goldman                           Confirm w/ his boss

_____
Date

VD-001098