# EXHIBIT 26

# Greenebaum & Rose Associates

Date: April 11, 2001
No. of Pages, including cover sheet: 3

5301 Wisconsin Avenue, N.W.
Suite 510
Washington, DC 20015

From: Reid K. Liffmann,
Greenebaum & Rose Associates

TO:   Eve Fiorucci, 602-207-2041

KENNETH P. GOLDMAN
APR 16 2001

Fax #:   (202) 686-3617

Phone #: (202) 686-3000

FYI / Return
Ken — RE: TLC/Washington DC

The Level 3 Communication
deal fell through.
Attached is the article
from the paper giving
a summary of what
happened. Eve

___ Please call to discuss ___ For your comments ___ Per your request ___ For your information

*If you have any problems receiving this fax transmittal, please direct inquiries to:*
*(202) 686-3000*

VD-000544

## GREENEBAUM AND ROSE ASSOCIATES
5301 WISCONSIN AVENUE NW
SUITE 510
WASHINGTON, D.C. 20015

TEL (202) 686-3000
FAX (202) 686-3017

VIA FACSIMILE

April 10, 2001

Eve Fiorucci
Transportation Leasing Co
c/o VIAD Corp
1850 North Central Avenue
Phoenix, AZ 85004

    Re: 90 K Street

Dear Eve:

    We have been informed that Level 3 will not move forward on the acquisition of 90 K Street. Enclosed please find an article that appeared in this past Saturday's Washington Post which will give you Level 3's reasoning.

Sincerely Yours,

Reid K. Liffmann

RKL:rbh

Enclosure

Cc: Sam Rose

VD-000545

# Level 3 Shelves District Project

## *Data Center Was Planned for NE*

By Jackie Spinner
*Washington Post Staff Writer*

The Washington Post BUSINESS
Saturday, April 7, 2001

A Colorado-based broadband Internet access provider has shelved plans to build a $250 million data center near Union Station, a setback for the District's technology economy.

"At this time, we are not going to move forward in purchasing the land," said Kathy Sattem, a spokeswoman for Level 3 Communications Inc., which had already received approval to build an 800,000-square-foot computer facility at 90 K St. NE near Union Station.

The facility was the largest "tech hotel" proposed in the District. Tech hotels house computers and other high-tech equipment used to route mobile phone calls and connect Internet users.

Level 3 had contracted to buy the K Street property from D.C. firm Greenebaum & Rose. The company had spent more than $3 million planning the facility, a process that was delayed several months last fall while District officials ironed out new regulations restricting data centers to certain parts of the city.

Sattem said yesterday that the regulations had nothing to do with the company's decision last week to pull the plug on the project.

"It was a situation where we are looking at allocating capital toward projects that have a quicker return on investment," she said, adding that the D.C. facility was not scheduled to be completed until 2002.

Level 3 has two data centers in the Washington region, one in Reston and one in McLean. Sattem said the company determined that those

See DATA CENTER, E8, Col. 3

## Level 3 Won't Build Data Center Near Union Station

DATA CENTER, From E1

facilities were adequate to meet demand.

Like its peers in the high-speed communications industry, Level 3 is struggling to expand its capital-intensive business in the midst of a shakeout on Wall Street and waning confidence in the overall U.S. economy.

Its stock price has dropped more than 90 percent since its all-time high of $130.19 on March 10 last year, closing yesterday at $10.75 a share, down 19. Earlier this week, Level 3 announced that it would reduce its workforce by 325 people, or 6 percent of its worldwide total.

The Level 3 facility is not the first real estate deal in the Washington region to fall victim to troubles in the technology industry. Northern Virginia has more than 4 million square feet of sublease space on the market, according to CoStar Group Inc., and much of that is space returned by high-tech companies that have merged, gone out of business or pulled back their expansion plans.

The loss of the Level 3 facility was a particularly hard blow to the District because the city does not have nearly the concentration of high-tech companies that the suburbs have. "It was a big, big deal for the District, and it's a shame," said Harry Klaff, a principal with real estate firm Spaulding & Slye Colliers. "I think the District could have used the shot in the arm."

Klaff said that while the market for data centers has slowed significantly in the region in the last few months, he expects it to pick up again.

"The data center market is going to come back, and it's going to come back charging," he said.

And not all data center deals are dead.

Insignia/ESG signed Reston-based Velocita, a broadband provider, as a tenant in 10,000 square feet at the Edgewood Technology Center, the former Beitzell & Co. liquor distribution facility in Northeast being redeveloped into a data center by Fowler Flanagan Technology Partners.

"The telecommunications market isn't dead yet," said Richard J. McBride Jr., managing director of Insignia/ESG. "It just is moving very slowly. I have it on pretty good authority that the Internet is going to be around a couple more years."

But developer Sam Rose, whose company owns the land Level 3 decided not to buy, said he is worried that if and when the market does improve, the city's added regulations will discourage companies from locating in the District.

"It's worse for the city than it is for me," Rose said. "In the long range we'll get another tenant. But the city gets a setback in growing this industry. Once one doesn't make it, the next time around they look at the suburbs."

TOTAL P.03

VD-000546