# EXHIBIT 27

# RECORD OF TELEPHONE CONVERSATION

NOTES:

Person called
Phone no.        EVE FIORUCCI
Firm name       JUN 1 0 2002

Caller    Sam Rose
Phone no.  202 686 3000
Firm name

re: VVC/ Washington DC
     90 K Street

Date: _____ Time: _____

Sam wants to buy V.45 out of prev Cash Participation Agreement. Offered $50,000. Believes his acctg methods were correct, would pay for V.45 to have an outside firm a look at accounting (I don't recommend this)

Advised Sam that Ken, Susan and I will have to get together to review this again & determine if we want to have an outside accountant look at it, if we want to sell our interest, or simply retain it. Sam wants to resolve the accounting issue right now. Trying to get things in order for estate planning purposes

VD-000966

FILE: _____        COPY: ___

INITIALS: _____