# EXHIBIT 28

## RECORD OF TELEPHONE CONVERSATION

DATE: _____

Caller: Sam Rose

Number: _____

Company: _____

Notes:

Person Called: _____

Number: EVE FIORUCCI

Company: JUN 15 2004

Notes:

RE: VVI / Washington DC 90 K ST

C3C - Office buildings or Residential
FAR - 6.5
Parking requirement 1 per 1200/sq ft
building height 90 ft max (8 stories)

Again offered $50,000 to buy out Vlad's interest.

- Agreed to get some referals for accounting firms in the DC area
~~will call the~~ Will submit for Sam's approval
Sam to pick up cost of accountant to look over financial statements & agreement

VD-000965

I:\Word\Real Estate\BLUE RECORD OF TELEPHONE CONVERSATION SHEETS FOR EVE.doc