# EXHIBIT 30

**RECORD OF TELEPHONE CONVERSATION**

DATE: 12-16-04

Caller: Sam Rose
Number: (202) 686-3000
Company: ___
Notes:

Person Called: ~~D~~ Eve Fiorucci
Number: ___
Company: EVE FIORUCCI
Notes: DEC 16 2004

RE: W/ Washington DC

Discussed hiring Resnick Fedder – Dave Resnick to help sort out our dispute. We called Resnick together & left a message.

Sam well call him on his own to review the situation & see if he can engage them to help us determine what the documents are saying.

VD-000960