# EXHIBIT 34

P.02/02

MAR-24-2005  09:23

## GREENEBAUM AND ROSE ASSOCIATES
5301 WISCONSIN AVENUE, N.W.
SUITE 510
WASHINGTON, D.C. 20015

TEL (202) 686-3000
FAX (202) 686-3617

March 24, 2005

Mr. Brent Solomon
Reznick Group
7700 Old Georgetown Road
Suite 400
Bethesda, MD 20814-6224

Dear Brent:

Thanks for the update you left on my voicemail. I will fill Sam in the next time he calls in from India. As you mentioned, the issues are complex and could take a lot of time for you to fully come to terms with. The most helpful thing you could do for both Transportation Leasing and Greenebaum & Rose is to develop some conclusions on the big picture. Hopefully, with guidance from you, the parties can get a process moving that will lead to a resolution, without wasting a lot of legal dollars and time.

By the end of the week we will be sending you a note with our thoughts on the issues raised by Transportation Leasing. Most of their points are so novel and devoid of logic that we are scratching our heads trying to even understand what they mean. Please keep in mind that Transportation Leasing has received compiled financial statements from an independent CPA firm for over 15 years incorporating a very clearly disclosed accounting methodology. Their memo now seems to call into question every aspect of this methodology.

Please give me a call with any questions.

Sincerely yours,

Reid K. Liffmann

RKL:cab

cc:  Ronald Glassman
     Gerald Katz
     Samuel Rose

MR01685

TOTAL P.02