# EXHIBIT 40

MONTGOMERY ROAD I LIMITED PARTNERSHIP

(90 K STREET PROPERTY ONLY)

SPECIAL PURPOSE FINANCIAL STATEMENTS

DECEMBER 31, 2000 AND 1999

VD-000180

CONTENTS

|  | PAGE |
|---|---|
| Report of Certified Public Accountants | 1 |
| Special Purpose Statements of Assets and Liabilities | 2 |
| Special Purpose Statements of Income & Partners' Capital | 3 |
| Special Purpose Statements of Cash Flows | 4 |
| Schedule of Investment in Property | 5 |
| Schedule of Operations Cash Flow | 6 |
| Schedule of Project Costs | 7 |
| Schedule of Developer's Equity Return | 8 |
| Notes to the Special Purpose Financial Statements | 9-12 |

VD-000181



40 York Rd., Suite 300
Baltimore, Maryland 21204
410-828-CPAS
FAX 410-828-9512
www.kawgf.com

The Partners
Montgomery Road I Limited Partnership

We have compiled the accompanying special-purpose statements of assets and liabilities of Montgomery Road I Limited Partnership (90 K Street property only) as of December 31, 2000 and 1999, and the related special-purpose statements of income and partners' capital and cash flows for the year ended December 31, 2000 and for the period December 9, 1987 to December 31, 1999, and supplementary schedules, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of special-purpose financial statements information that is the representation of management. We have not audited or reviewed the accompanying special-purpose financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

The accompanying special-purpose financial statements have been restated as of December 31, 1999 to reclassify $7,270,000 of partners' capital to first mortgage note payable. They have also been restated to increase interest expense by $2,155,454 for interest during the three years ended December 31, 1999 on the amount of debt reclassified, with a corresponding increase in partners' capital. As discussed in note 3, the $7,270,000 had previously been reclassified from debt to partners' capital as of January 1, 1997.

The accompanying special-purpose financial statements were prepared for the purpose of complying with Article 2.6 of the Cash Participation Agreement between Transportation Leasing Co. and the partnership. As described in Note 1, the partnership also has assets and liabilities other than for the 90 K Street property; however, only the 90 K Street property is included in these financial statements. Therefore, these financial statements are not intended to be a complete presentation of Montgomery Road I Limited Partnership's financial position, results of operations and cash flows.

This report is intended solely for the information and use of the managements of Montgomery Road I Limited Partnership and Transportation Leasing Co. and should not be used for any other purpose.

VD-000182

KAWG+F, P.A

October 24, 2001
Baltimore, Maryland

Certified Public Accountants and Consultants

| 26 South Main Street | 9881 Broken Land Parkway | 201 St. John Street | 2000 L Street, N.W. | 1103 Princess Anne Street |
| --- | --- | --- | --- | --- |
| Bel Air, Maryland 21014 | Suite 105 | Suite 1 | Suite 200 | 2nd Floor |
| 410-838-5717 | Columbia, Maryland 21046 | Havre de Grace, Maryland 21078 | Washington, D.C. 20036 | Fredericksburg, Virginia 22401 |
| FAX 410-893-2579 | 410-290-3288 | 410-939-9520 | 202-289-3700 | 540-371-6454 |
| | FAX 410-381-7795 | FAX 410-939-9530 | FAX 202-833-3843 | |

Members of American Institute of Certified Public Accountants / Private Companies Practice Section / Maryland Association of Certified Public Accountants / D.C. Institute of CPA's
The Leading Edge Alliance / Kreston International

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF ASSETS & LIABILITIES
DECEMBER 31, 2000 AND 1999

|  | 2000 | 1999 |
|---|---|---|
| **ASSETS** | | |
| LAND | $7,357,583 | $7,357,583 |
| PROJECT COSTS | 648,724 | 282,610 |
| TOTAL ASSETS | $8,006,307 | $7,640,193 |
| | | |
| **LIABILITIES** | | |
| FIRST MORTGAGE NOTE PAYABLE | $9,270,000 | $9,270,000 |
| SECURITY DEPOSIT | 0 | 27,083 |
| ACCOUNTS PAYABLE | 7,646 | 71,774 |
| ACCRUED REAL ESTATE TAXES | 57,215 | 60,150 |
| TOTAL LIABILITIES | $9,334,861 | $9,429,007 |
| PARTNERS' CAPITAL (DEFICIT) | (1,328,554) | (1,788,814) |
| TOTAL LIABILITIES AND PARTNERS' CAPITAL | $8,006,307 | $7,640,193 |

VD-000183

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 2 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF INCOME AND PARTNERS' CAPITAL
FOR THE YEAR ENDED DECEMBER 31, 2000
AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 1999

|  | 2000 | DEC 87 TO DEC 99 | TOTAL |
|---|---:|---:|---:|
| RENTAL INCOME | $487,602 | $3,771,654 | $4,259,256 |
| RENTAL EXPENSES | (4,056) | (54,550) | (58,606) |
| NET RENTAL INCOME | $483,546 | $3,717,104 | $4,200,650 |
| GAIN FROM LOAN DISCOUNT | 0 | 1,024,571 | 1,024,571 |
| TOTAL INCOME | $483,546 | $4,741,675 | $5,225,221 |
| EXPENSES |  |  |  |
|   INTEREST EXPENSE | $1,011,653 | $12,523,119 | $13,534,772 |
|   REAL ESTATE TAXES | 237,663 | 2,780,532 | 3,018,195 |
|   PROFESSIONAL FEES | 1,285 | 4,982 | 6,267 |
|   BID COSTS EXPENSED | 30,586 | 213,623 | 244,209 |
|   AMORTIZATION OF MORTGAGE COSTS | 0 | 694,485 | 694,485 |
| TOTAL EXPENSES | $1,281,187 | $16,216,741 | $17,497,928 |
| NET INCOME (LOSS) | ($797,641) | ($11,475,066) | ($12,272,707) |
| BEGINNING CAPITAL BALANCE | (1,788,814) | 0 | 0 |
| REDUCTION OF LAND COST FOR EQUITY IN LAND EXCHANGED | 0 | (3,708,470) | (3,708,470) |
| CAPITAL CONTRIBUTED | 1,257,901 | 13,394,722 | 14,652,623 |
| ENDING CAPITAL BALANCE | ($1,328,554) | ($1,788,814) | ($1,328,554) |

VD-000184

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 3 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SPECIAL PURPOSE STATEMENTS OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 2000
AND FOR THE PERIOD FROM DECEMBER 9, 1987 TO DECEMBER 31, 1999

|  | 2000 | DEC 87 TO DEC 99 | TOTAL |
|---|---|---|---|
| NET INCOME (LOSS) | ($797,641) | ($11,475,066) | ($12,272,707) |
| ADD: AMORTIZATION OF MORTGAGE COSTS | 0 | 694,485 | 694,485 |
| LESS: GAIN FROM LOAN DISCOUNT | 0 | (1,024,571) | (1,024,571) |
| CASH USED IN OPERATIONS | ($797,641) | ($11,805,152) | ($12,602,793) |
| CAPITAL CONTRIBUTED | 1,257,901 | 13,394,722 | 14,652,623 |
| MORTGAGE PROCEEDS (REDUCTION) | 0 | 10,297,139 | 10,297,139 |
| PURCHASE OF THE PROPERTY | 0 | (11,066,053) | (11,066,053) |
| PROJECT COSTS INCURRED | (366,114) | (282,610) | (648,724) |
| MORTGAGE COSTS INCURRED | 0 | (697,053) | (697,053) |
| INCREASE (DECREASE) IN: |  |  |  |
| SECURITY DEPOSIT | (27,083) | 27,083 | 0 |
| ACCOUNTS PAYABLE | (64,128) | 71,774 | 7,646 |
| ACCRUED REAL ESTATE TAXES | (2,935) | 60,150 | 57,215 |
| NET CASH FLOW | $0 | $0 | $0 |

VD-000185

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 4 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF INVESTMENT IN PROPERTY
FROM DECEMBER 9, 1987 TO DECEMBER 31, 2000

DEVELOPER'S INVESTED EQUITY:

| | | |
|---|---|---:|
| PURCHASE PRICE OF LAND | 12-09-87 | $10,300,000 |
| COMMISSION | 12-09-87 | 300,000 |
| TRANSFER TAXES | 12-09-87 | 206,000 |
| MORTGAGE BROKER | 12-09-87 | 200,000 |
| OTHER SETTLEMENT COSTS | 12-09-87 | 60,053 |
| TOTAL COST OF PROPERTY | | $11,066,053 |
| REDUCE COST FOR LOAN DISCOUNT | 4-19-96 | (1,027,139) |
| MORTGAGE COSTS INCURRED | THROUGH 12-31-00 | 697,053 |
| PROJECT COSTS INCURRED | THROUGH 12-31-00 | 648,724 |
| TOTAL COSTS | | $11,384,691 |
| LESS: FIRST MORTGAGE NOTE PAYABLE | 12-31-00 | (9,270,000) |
| OTHER PAYABLES | 12-31-00 | (7,646) |
| NET DEVELOPER'S INVESTED EQUITY | | $2,107,045 |

DEVELOPER'S OPERATING EQUITY:

| | | |
|---|---|---:|
| NET RENTAL INCOME | THROUGH 12-31-00 | ($4,200,650) |
| INTEREST EXPENSE | THROUGH 12-31-00 | 13,534,772 |
| REAL ESTATE TAX EXPENSE | THROUGH 12-31-00 | 3,018,195 |
| PROFESSIONAL FEES EXPENSE | THROUGH 12-31-00 | 6,267 |
| BID COSTS EXPENSED | THROUGH 12-31-00 | 244,209 |
| LESS: ACCRUED REAL ESTATE TAXES | 12-31-00 | (57,215) |
| NET DEVELOPER'S OPERATING EQUITY | | $12,545,578 |

| | |
|---|---:|
| TOTAL OF DEVELOPER'S INVESTED EQUITY AND OPERATING EQUITY | $14,652,623 |
| DEVELOPER'S EQUITY RETURN (SEE SCHEDULE) | 8,542,520 |
| TOTAL OF DEVELOPER'S INVESTED EQUITY, OPERATING EQUITY, AND EQUITY RETURN | $23,195,143 |

VD-000186

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 5 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF OPERATIONS CASH FLOW
FOR THE YEAR ENDED DECEMBER 31, 2000

| | | |
|---|---:|---:|
| **INCOME** | | |
| NET RENTAL INCOME | $483,546 | |
| TOTAL INCOME | | 483,546 |
| **EXPENSES** | | |
| INTEREST EXPENSE | $1,011,653 | |
| REAL ESTATE TAXES | 237,663 | |
| PROFESSIONAL FEES | 1,285 | |
| BID COSTS EXPENSED | 30,586 | |
| TOTAL EXPENSES | | 1,281,187 |
| NET (LOSS) | | ($797,641) |
| **ADJUST TO CASH BASIS:** | | |
| ACCRUED REAL ESTATE TAXES - END OF YEAR | | 57,215 |
| ACCRUED REAL ESTATE TAXES - BEGINNING OF YEAR | | (60,150) |
| OPERATIONS CASH FLOW (DEFICIT) BEFORE EXCLUSION FROM GROSS REVENUE | | ($800,576) |
| EXCLUSION FOR NET RENTAL INCOME PRIOR TO OCCUPANCY OF THE FIRST TENANT IN THE IMPROVEMENTS | | (483,546) |
| OPERATIONS CASH FLOW (DEFICIT) | | ($1,284,122) |

VD-000187

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 6 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF PROJECT COSTS
DECEMBER 31, 2000

| | | | |
|---|---|---|---:|
| BALANCE AT DECEMBER 31, 1999 | | | $282,610 |
| COMMERCIAL SETTLEMENTS | PURCHASE TDR'S | 08-Feb-2000 | 225,838 |
| COMMERCIAL SETTLEMENTS | PURCHASE TDR'S | 08-Feb-2000 | 39,458 |
| COMMERCIAL SETTLEMENTS | PURCHASE TDR'S | 08-Feb-2000 | 39,458 |
| WILKES, ARTIS | LEGAL | 15-May-2000 | 6,492 |
| WILKES, ARTIS | LEGAL | 15-May-2000 | 235 |
| WILKES, ARTIS | LEGAL | 09-Jun-2000 | 244 |
| ECS-ENG CONSULT SVCES | GEOTECHNICAL | 26-Jun-2000 | 9,330 |
| SHAPIRO, LIFSCHITZ | LEGAL-SALE | 24-Jul-2000 | 82 |
| VENABLE BAETJER | LEGAL-SALE | 24-Jul-2000 | 2,611 |
| WILKES, ARTIS | LEGAL | 24-Jul-2000 | 81 |
| SHAPIRO, LIFSCHITZ | LEGAL-SALE | 24-Jul-2000 | 278 |
| ECS-ENG CONSULT SVCES | GEOTECHNICAL | 15-Aug-2000 | 2,888 |
| VENABLE BAETJER | LEGAL-SALE | 07-Sep-2000 | 1,192 |
| WILKES, ARTIS | LEGAL-SALE | 07-Sep-2000 | 4,908 |
| WILKES, ARTIS | LEGAL-SALE | 07-Sep-2000 | 1,297 |
| BERNARD LOCRAFT | SURVEY-SALE | 08-Sep-2000 | 2,659 |
| WILKES, ARTIS | LEGAL-SALE | 17-Oct-2000 | 608 |
| WILKES, ARTIS | LEGAL-SALE | 17-Oct-2000 | 937 |
| VENABLE BAETJER | LEGAL-SALE | 17-Oct-2000 | 1,475 |
| WILKES, ARTIS | LEGAL-SALE | 17-Oct-2000 | 1,522 |
| GERALD KATZ | LEGAL-SALE | 17-Oct-2000 | 2,139 |
| WILKES, ARTIS | LEGAL-SALE | 12-Nov-2000 | 43 |
| VENABLE BAETJER | LEGAL-SALE | 14-Nov-2000 | 3,073 |
| WILKES, ARTIS | LEGAL | 14-Nov-2000 | 963 |
| WILKES, ARTIS | LEGAL | 14-Nov-2000 | 244 |
| GREENEBAUM & ROSE ASSOC | MGMT FEES | 07-Dec-2000 | 6,000 |
| SHAW PITTMAN | LEGAL-SALE | 07-Dec-2000 | 4,433 |
| WILKES, ARTIS | LEGAL | 31-Dec-2000 | 1,119 |
| VENABLE BAETJER | LEGAL-SALE | 31-Dec-2000 | 1,784 |
| VENABLE BAETJER | LEGAL-SALE | 31-Dec-2000 | 615 |
| GERALD KATZ | LEGAL-SALE | 31-Dec-2000 | 900 |
| WILKES, ARTIS | LEGAL-SALE | 31-Dec-2000 | 3,210 |
| | | | ----------- |
| | | | $648,724 |
| | | | =========== |

VD-000188

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS
- 7 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K STREET ONLY)
SCHEDULE OF DEVELOPER'S EQUITY RETURN
FROM DECEMBER 9, 1987 TO DECEMBER 31, 2000

| ACTIVITY | BALANCE | DATE | RATE | DAYS | INTEREST |
|---:|---:|---|---:|---:|---:|
| BALANCE AT DECEMBER 31, 1999 | $13,394,722 | 31-Dec-99 | | | $7,235,651 |
| (39,165) | 13,355,557 | 11-Jan-2000 | 8.50% | 11 | 34,313 |
| 79,825 | 13,435,382 | 31-Jan-2000 | 8.50% | 20 | 62,204 |
| (39,165) | 13,396,217 | 02-Feb-2000 | 8.50% | 2 | 6,258 |
| 304,753 | 13,700,970 | 08-Feb-2000 | 8.75% | 6 | 19,269 |
| 16,413 | 13,717,383 | 23-Feb-2000 | 8.75% | 15 | 49,267 |
| 76,413 | 13,793,796 | 29-Feb-2000 | 8.75% | 6 | 19,730 |
| (39,165) | 13,754,631 | 07-Mar-2000 | 8.75% | 7 | 23,147 |
| 4,056 | 13,758,687 | 14-Mar-2000 | 8.75% | 7 | 23,081 |
| 178,675 | 13,937,362 | 16-Mar-2000 | 8.75% | 2 | 6,597 |
| | 13,937,362 | 22-Mar-2000 | 8.75% | 6 | 20,047 |
| 82,400 | 14,019,762 | 31-Mar-2000 | 9.00% | 9 | 30,929 |
| (41,123) | 13,978,639 | 05-Apr-2000 | 9.00% | 5 | 17,285 |
| 81,113 | 14,059,752 | 29-Apr-2000 | 9.00% | 24 | 82,723 |
| (41,123) | 14,018,629 | 09-May-2000 | 9.00% | 10 | 34,668 |
| 7,794 | 14,026,423 | 15-May-2000 | 9.00% | 6 | 20,740 |
| | 14,026,423 | 16-May-2000 | 9.00% | 1 | 3,459 |
| 617 | 14,027,040 | 30-May-2000 | 9.50% | 14 | 51,110 |
| 85,748 | 14,112,788 | 31-May-2000 | 9.50% | 1 | 3,651 |
| (41,123) | 14,071,665 | 06-Jun-2000 | 9.50% | 6 | 22,039 |
| 8,331 | 14,079,996 | 09-Jun-2000 | 9.50% | 3 | 10,987 |
| 15,217 | 14,095,213 | 26-Jun-2000 | 9.50% | 17 | 62,299 |
| 84,975 | 14,180,188 | 30-Jun-2000 | 9.50% | 4 | 14,674 |
| (41,123) | 14,139,065 | 07-Jul-2000 | 9.50% | 7 | 25,835 |
| 3,053 | 14,142,117 | 24-Jul-2000 | 9.50% | 17 | 62,561 |
| 87,808 | 14,229,925 | 31-Jul-2000 | 9.50% | 7 | 25,766 |
| (41,123) | 14,188,802 | 03-Aug-2000 | 9.50% | 3 | 11,111 |
| 1,285 | 14,190,087 | 09-Aug-2000 | 9.50% | 6 | 22,158 |
| 2,888 | 14,192,974 | 15-Aug-2000 | 9.50% | 6 | 22,160 |
| 87,808 | 14,280,782 | 31-Aug-2000 | 9.50% | 16 | 59,105 |
| 7,397 | 14,288,179 | 07-Sep-2000 | 9.50% | 7 | 26,018 |
| (38,464) | 14,249,716 | 08-Sep-2000 | 9.50% | 1 | 3,719 |
| 120,299 | 14,370,015 | 09-Sep-2000 | 9.50% | 1 | 3,709 |
| 84,975 | 14,454,990 | 30-Sep-2000 | 9.50% | 21 | 78,543 |
| (5,613) | 14,449,377 | 17-Oct-2000 | 9.50% | 17 | 63,958 |
| 87,808 | 14,537,184 | 31-Oct-2000 | 9.50% | 14 | 52,651 |
| 43 | 14,537,228 | 12-Nov-2000 | 9.50% | 12 | 45,404 |
| 8,849 | 14,546,077 | 14-Nov-2000 | 9.50% | 2 | 7,567 |
| (41,123) | 14,504,954 | 15-Nov-2000 | 9.50% | 1 | 3,786 |
| 84,975 | 14,589,929 | 30-Nov-2000 | 9.50% | 15 | 56,629 |
| 16,009 | 14,605,938 | 07-Dec-2000 | 9.50% | 7 | 26,582 |
| (41,123) | 14,564,815 | 21-Dec-2000 | 9.50% | 14 | 53,222 |
| 87,808 | 14,652,623 | 31-Dec-2000 | 9.50% | 10 | 37,908 |
| | | | | | $8,542,520 |

INTEREST IS BASED ON MERCANTILE BANK PRIME, USING A 365/365 YEAR

VD-000189

SEE ACCOUNTANTS' COMPILATION REPORT
THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THE FINANCIAL STATEMENTS

- 8 -

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 2000 and 1999

1. **PURPOSE AND BASIS OF PRESENTATION**

In addition to the 90 K Street property located in Washington, D.C., the partnership has additional assets and liabilities. The purpose of these statements is to present the assets, liabilities, income, partners' capital and cash flow for the 90 K Street property only. In addition, the Schedules of Investment in Property, Operations Cash Flow, Project Costs, and Developer's Equity Return are presented to provide specific information required under the Cash Participation Agreement discussed in Note 6 below.

2. **PURCHASE OF PROPERTY**

On December 9, 1987 the partnership purchased unimproved real estate known as 90 K Street located in Washington, D.C. The purchase price was $10,300,000, plus settlement costs of $766,053 totaling $11,066,053.

The property was acquired in exchange for a parcel of land owned by the partnership in Howard County, Maryland. As a result of this exchange, the cost of the land carried on the partnership's books was reduced by $3,708,470, representing the excess value received over the basis of the property at the time of the exchange. Therefore, the net cost of the land on the partnership's books is $7,357,583.

3. **FINANCING**

On December 9, 1987 the property was financed by a first mortgage loan. The original principal amount was $10,300,000, with interest only paid monthly at 1.5% over the prime rate. During 1993 there was a principal payment of $2,861, and during 1996 there was a loan discount allowed of $1,027,139, leaving a balance of $9,270,000. The loan matures on December 9, 2002.

On April 19, 1996 S&S Finance Limited Partnership (S&S), a related entity, purchased the first mortgage loan at a discount. The amount paid was $9,270,000. There were no changes to the terms of the loan except to reduce the principal balance to the amount paid by S&S and to extend the loan for two years without requiring any additional principal payments. The loan has subsequently been extended for an additional 4 years to December 9, 2002.

VD-000190

SEE ACCOUNTANTS' COMPILATION REPORT
-9-

**MONTGOMERY ROAD I LIMITED PARTNERSHIP**
**(90 K Street Only)**
Notes to the Special Purpose Financial Statements
December 31, 2000 and 1999

As of January 1, 1997 principal of $7,270,000 was considered as effectively paid by increasing capital and reducing debt. This entry has been reversed in these financial statements. The 1999 cumulative interest expense amount includes the following amounts that have been considered as effectively paid by increasing capital and increasing interest expense: $201,056 for part of the 1997 interest on $2,000,000 of the mortgage balance, and $2,155,454 for the 1997 to 1999 interest on $7,270,000 of debt restated in these financial statements. Interest expense for 2000 includes $793,389 that has also been considered as effectively paid by increasing capital and increasing interest expense.

The following provisions were added as part of the extension granted on December 9, 1996:

   a) Additional property collateral was added located at New York and Florida Avenues in Washington, D.C.

   b) If the additional property collateral is sold, 50% of the balance due on the first mortgage must be repaid as of the date of sale. As of the date of this report, the additional property collateral has not been sold.

   c) At the end of the extension period that ended on December 9, 1996, there was an option to extend the loan for an additional two years to December 9, 1998. No loan fee was required, however, 10% of the then outstanding principal balance was to be paid in order to extend the loan. As discussed above, this principal payment was waived by S&S.

   The loan is personally guaranteed by Mr. Stewart J. Greenebaum, member of SJG Holdings, LLC, limited partner of the partnership. The loan is also personally guaranteed by Mr. Samuel G. Rose, limited partner of the partnership.

   The loan is secured by First and Second Lien Deeds of Trust on the property and all future improvements; a security interest in all fixtures, improvements and receivables from operations; assignment of all leases; and assignment of the limited partners' interests in the partnership.

   The loan is also secured by a First Lien Deed of Trust on another property located at New York and Florida Avenues in Washington, D.C. This property is owned primarily by other entities, which are owned by the same partners as this partnership.

SEE ACCOUNTANTS' COMPILATION REPORT

VD-000191

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 2000 and 1999

4. MORTGAGE COSTS

Since the purchase of the property, loan origination fees, loan extension fees, and other financing costs of $694,485 have been incurred. These costs have been fully amortized over the initial life of the loans and the applicable extension periods.

As part of the loan purchase in 1996, financing costs of $2,568 were paid. These costs were netted against the loan discount allowed of $1,027,139, for a net gain of $1,024,571.

5. RENTAL INCOME

Since the property was purchased the land has been utilized as a parking lot. Currently, the land is being rented to Peter Pan Bus Lines, Inc. The lease was set to expire as of March 31, 2001, however, it was converted to a month-to-month lease during 2000 in anticipation of selling the property (see footnote number 7). Rental payments began at $27,083 per month with annual increases. The monthly rental payment as of December 31, 2000 was $41,123.

6. CASH PARTICIPATION AGREEMENT

In accordance with the terms of the purchase agreement for the property, the partnership entered into a Cash Participation Agreement with the Seller, Transportation Leasing Co., (TLC). Under the terms of the agreement, TLC shares in the operations cash flow of the property, as defined in the agreement. TLC also participates in proceeds of sale, refinancing, and other payments received in excess of the developer's (partnership's) equity and approved deductions specified in the agreement.

The participation by TLC is subordinated to the debt discussed in Note 3 above.

Under section 2.2(d) of the agreement, revenue received prior to the occupancy by the first tenant in the "Improvements" (defined as "all buildings, structures and other improvements that are hereafter constructed, installed or placed upon the Real Property") is excluded from the calculation of operations cash flow. As a result, net rental income is excluded from the calculation on the schedule of operations cash flow.

VD-000192

SEE ACCOUNTANTS' COMPILATION REPORT

-11-

MONTGOMERY ROAD I LIMITED PARTNERSHIP
(90 K Street Only)
Notes to the Special Purpose Financial Statements
December 31, 2000 and 1999

As described in Note 3, interest expense of $201,056 for 1997, $2,155,454 for 1997 to 1999, and $793,389 for 2000 incurred on the loan to S&S Finance was considered as effectively paid by increasing capital. Since the partnership has considered these amounts as capital contributions, they are reflected as increases in developer's operating equity on the schedule of investment in property. Additionally, the $7,270,000 of debt restated in these financial statements is reflected as a decrease to developer's invested equity.

7. PROPOSALS AND CONTRACT IN PROCESS

During 1994 through 2000 the partnership incurred costs to submit proposals to Government agencies for construction of a building on the property. The bid costs associated with these proposals were expensed in 1995 through 2000, as they were not successful.

At December 31, 2000 there was a contract pending to sell the land. A cash deposit of $2,497,500 had been received and placed in escrow with a title company. Since certain contract contingencies were not completed at December 31, 2000, the deposit is not recorded in these financial statements. As of this date settlement has not occurred. During 2000 costs were incurred in connection with the contract and are included in project costs at December 31, 2000.

Greenebaum & Rose Associates, Inc. is due a management fee for the time incurred to prepare these proposals and to negotiate the sales contract. The amount of the fee will either be a percentage of the total contract price if it settles, or it will be based upon the actual time incurred for the proposals and the sales contract.

8. ESTIMATES

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Actual results could differ from those estimates.

SEE ACCOUNTANTS' COMPILATION REPORT        VD-000193