# EXHIBIT 46

## Unknown

**From:** Dan Hudson [DHudson@trammellcrow.com]
**Sent:** Tuesday, October 31, 2006 6:58 PM
**To:** Reid Liffmann; rsaas@tspclaw.com; shapiro@slslaw.com
**Cc:** Steve Braesch; Foster@slslaw.com
**Subject:** Re: 90 K and 45 L

Yes ...1.9 total from 2 sources.....the 1.5M 'chop' plus 400k TDRs

-----Original Message-----
From:  Reid Liffmann [mailto:RLiffmann@greenebaum-rose.com]
Sent:  Tuesday, October 31, 2006 05:53 PM Central Standard Time
To:    Dan Hudson; rsaas@tspclaw.com; shapiro@slslaw.com
Cc:    Steve Braesch; Foster@slslaw.com
Subject:   Re: 90 K and 45 L

Dan, there should be a total of a 1.9 mill price reduction from where we were. The 1.5 mill price chop plus the 400k for tdrs. I need to confirm the numbers. We may have made a mistake and only adjusted the gross down by 1.5 mill . I don't have the schedule in front of me but will check later. Confirm this is your understanding.
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dan Hudson <DHudson@trammellcrow.com>
To: Rick Saas <rsaas@tspclaw.com>; Ronald S. Shapiro <Shapiro@slslaw.com>
CC: Reid Liffmann <RLiffmann@greenebaum-rose.com>; Steve Braesch <SBraesch@greenebaum-rose.com>; Robert A. Foster <Foster@slslaw.com>
Sent: Tue Oct 31 18:46:52 2006
Subject: RE: 90 K and 45 L

Yes....applies to the 75k TDRs we don't need for $400k price reduction


-----Original Message-----
From:  Rick Saas [mailto:rsaas@tspclaw.com]
Sent:  Tuesday, October 31, 2006 05:43 PM Central Standard Time
To:    Ronald S. Shapiro
Cc:    RLiffmann@greenebaum-rose.com; SBraesch@greenebaum-rose.com; Robert A. Foster; Dan Hudson
Subject:   RE: 90 K and 45 L

Ron - you may be right - if so all my comments (other than deposit etc ) go out the window - I thought it was a to be determined number

Dan - did I miss that one - is it a fixed # of tdr's today ??

---

From: Ronald S. Shapiro [mailto:Shapiro@slslaw.com]
Sent: Tue 10/31/2006 6:40 PM
To: Rick Saas
Cc: RLiffmann@greenebaum-rose.com; SBraesch@greenebaum-rose.com; Robert A. Foster
Subject: RE: 90 K and 45 L


Rick - I thought I understood that Buyer had agreed to acquire 118,000 sq ft of To Be Acq TDRs (rather than 192,000 sq ft) at a cost of $13,000,000 (rather than $13,400,000+). 24 months from Closing.  Ron

Ronald S. Shapiro, Esq.
Shapiro, Lifschitz and Schram, P.C.

**MR 22461**

2/19/2007

Tel: 202-689-1900 ext.3018
Fax: 202-689-1901
shapiro@slslaw.com

----------------------------------------------

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This transmission (and/or the documents accompanying it) contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is unauthorized and strictly prohibited. If you have received this transmission in error, please immediately notify the sender. Thank you.

>>> "Rick Saas" <rsaas@tspclaw.com> 10/31/2006 6:27 PM >>>

guys - on the 90K TDR amendment I'm not sure the amendment tracks what we talked about yesterday

don't know where the 110/tdr came from but my understanding of the concept was thatthere are a certain # of TDRs which TCC will not be able to use - that we will tell you that # (at some point - Dan??) - that those TDRs we will not buy but that we will pay the profit piece of those (thr 69/ft less the 5/ft that you would have paid to acquire them)

Dan - did I misunderstand that ?

----------------------------------------------

From: Robert A. Foster [mailto:Foster@slslaw.com]
Sent: Tue 10/31/2006 11:25 AM
To: Rick Saas
Cc: RLiffmann@greenebaum-rose.com; SBraesch@greenebaum-rose.com; Ronald S. Shapiro
Subject: 90 K and 45 L

Rick:

Attached for your review are drafts of the Second Amendment to the land contracts for 90 K and 45 L, along with drafts of the First Amendments to the TDR agreements for 90 K and 45 L. Our clients have not had an opportunity to complete their review of these documents, so we reserve the right to make changes. Also, we need to add language to the Second Amendments regarding the potential for GSA leases. I am working on the GSA language and will circulate it in the near future.

If you have any questions or comments, please contact me or Ron Shapiro.

Robert A. Foster, Esquire
Shapiro, Lifschitz and Schram, P.C.
1742 N Street, N.W.
Washington, D.C. 20036
Tel: 202-689-1900 ext. 3029
Fax: 202-689-1901
foster@slslaw.com


++++++CONFIDENTIALITY NOTICE++++++
The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

++++++CONFIDENTIALITY NOTICE++++++
The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized

2/19/2007                                                                                              **MR 22462**

representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

2/19/2007

MR 22463