# EXHIBIT 47

## Unknown

**From:** Steve Braesch [SBraesch@greenebaum-rose.com]
**Sent:** Wednesday, November 01, 2006 8:02 AM
**To:** Shapiro@slslaw.com; RSaas@tspclaw.com
**Cc:** Dan Hudson; Reid Liffmann; foster@slslaw.com
**Subject:** 90K / 45L Amendment 2 Allocation and Price Adjustment Calcs.

Ron & Rick,

Attached are revised numbers that include: 1) the adjustment for soil issue of ($1,500,000) and, 2) an adjustment for the spread on TDR's of ($445,436) – for a total of ($1,945,436). The soil adjustment has been applied only to the 90K and 45L land sale agreements and the TDR spread adjustment is only against the 90K TDR sale 2. These revised numbers also adjust the "Additional Deposit" on each contract so that they are linear based on the new numbers.

Once Dan signs off, please use these numbers for final.

Steve

MR 19536

2/19/2007

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | |
| 2 | Transaction | Original Sales Price | FAR | | % | | Revised Sales Price | % | | Price Per FAR | | Initial Deposit | | Incremental Firm Deposit | | Additional Deposit | Extension Deposit |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | 90 K Land Sale | 47,154,914 | 675,207 | | 51.20% | | 46,036,528 | 48.28% | | $68.18 | | 48,500 | | 1,066,100 | | 1,399,879 | 339,200 |
| 5 | 90 K TDR Sale 1 | 8,387,929 | 120,106 | | 9.11% | | 8,387,929 | 8.80% | | $69.84 | | 8,600 | | 189,700 | | 255,297 | 60,200 |
| 6 | 45 L Land Sale | 16,090,121 | 230,393 | | 17.47% | | 15,708,507 | 16.47% | | $68.18 | | 16,500 | | 382,800 | | 477,714 | 115,600 |
| 7 | 45 L TDR Sale | 12,221,600 | 175,000 | | 13.27% | | 12,221,600 | 12.82% | | $69.84 | | 12,600 | | 277,300 | | 371,910 | 88,200 |
| 8 | Total | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | Future Transaction: | | | | | | | | | | | | | | | | |
| 11 | 90 K TDR sale 2 | 13,445,436 | 118,000 | | 8.95% | | 13,000,000 | 13.63% | | $110.17 | | 13,800 | | 304,100 | | 395,200 | 96,800 |
| 12 | Revised Transaction Totals | | 1,318,706 | | 100.00% | | 95,354,564 | 100% | | | | 100,000 | | 304,100 | | 2,900,000 | 96,800 |
| 13 | | | | | | | | | | | | | | | | | |
| 14 | Original Transaction Totals | 97,300,000 | 1,393,230 | | | | 97,300,000 | | | | | 100,000 | | | | 2,900,000 | |
| 15 | | | | | | | | | | | | | | | | | |
| 16 | Net Difference | | -74,524 | | | | -1,945,436 | | | | | | | | | | |
| 17 | Environmental Price Reduction on 90 K and 45 L | | | | | | 1,500,000 | | | | | | | | | | |
| 18 | 90 K TDR Sale 2 Price Reduction | | | | | | 445,436 | | | | | | | | | | |
| 19 | Check | | | | | | 0 | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | |
| 21 | Notes: | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | |
| 23 | Land Price reduction due to soil/environmental issues: | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | |
| 25 | 90 K and 45 L Land | | 905,600 | | | | | | | | | | | | | | |
| 26 | Beginning land price per FAR | | $63,245,035 | | | | | | | | | | | | | | |
| 27 | Agreed price reduction | | $1,500,000 | | | | | | | | | | | | | | |
| 28 | Revised FAR Price | | $88.18 | | | | | | | | | | | | | | |

MR 19537



| R | S | T |
|---|---|---|
| | Total Deposit | Deposit/Sales Price |
| 1 | | |
| 2 | 1,448,379 | 3.15% |
| 3 | 263,897 | 3.15% |
| 4 | 494,214 | 3.15% |
| 5 | 384,510 | 3.15% |
| 6 | | |
| 7 | 409,000 | 3.15% |
| 8 | 3,000,000 | 3.15% |
| 9 | 3,000,000 | |

**MR 19538**