# EXHIBIT 50

# Form 1065

## U.S. Return of Partnership Income

OMB No. 1545-0099

Form. Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax year beginning _____ , and ending _____

## 2005

| | | | |
|---|---|---|---|
| **A** Principal business activity | Use the IRS label. Other wise, print or type. | Name of partnership | **D** Employer identification number |
| REAL ESTATE | | MONTGOMERY ROAD I LIMITED PARTNERSHIP | 52-1504343 |
| **B** Principal product or service | | Number, street, and room or suite no. If a P.O. box, see the instructions. | **E** Date business started |
| REAL ESTATE | | 1829 REISTERSTOWN ROAD, STE.300 | 12/30/1986 |
| **C** Business code number | | City or town, state, and ZIP code | **F** Total assets |
| 531390 | | BALTIMORE, MD 21208 | $ 9,889,605. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☒ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 5

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales | | **1a** | | |
| | b Less returns and allowances | | **1b** | **1c** | |
| | 2 Cost of goods sold (Schedule A, line 8) | | | **2** | |
| | 3 Gross profit. Subtract line 2 from line 1c | | | **3** | |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | | **4** | |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | | | **5** | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **6** | |
| | 7 Other income (loss) (attach schedule) | | | **7** | |
| | 8 **Total income (loss).** Combine lines 3 through 7 | | | **8** | |
| **Deductions (see instructions for limitations)** | 9 Salaries and wages (other than to partners) (less employment credits) | | | **9** | |
| | 10 Guaranteed payments to partners | | | **10** | |
| | 11 Repairs and maintenance | | | **11** | |
| | 12 Bad debts | | | **12** | |
| | 13 Rent | | | **13** | |
| | 14 Taxes and licenses | | | **14** | |
| | 15 Interest | | | **15** | |
| | 16 a Depreciation (if required, attach Form 4562) | | **16a** | | |
| | b Less depreciation reported on Schedule A and elsewhere on return | | **16b** | **16c** | |
| | 17 Depletion **(Do not deduct oil and gas depletion.)** | | | **17** | |
| | 18 Retirement plans, etc. | | | **18** | |
| | 19 Employee benefit programs | | | **19** | |
| | 20 Other deductions (attach schedule) | | | **20** | |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | **21** | |
| | 22 **Ordinary business income (loss).** Subtract line 21 from line 8 | | | **22** | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member

Date _____

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

| **Paid Preparer's Use Only** | Preparer's signature | | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN P00179523 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | K.A.W.G. & F., P.A. 9690 DEERECO ROAD, SUITE 500 TIMONIUM, MARYLAND 21093 | | EIN ▶ 52-1003788 Phone no. 410-828-2727 | |

511001 12-29-05    JWA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

**MR 26406**

Form **1065** (2005)

Form 1065 (2005)    MONTGOMERY ROAD I LIMITED PARTNERSHIP    52-1504343    Page 2

### Schedule A — Cost of Goods Sold (see the instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a   Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶ _____

b   Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c)  ▶ ☐

c   Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)  ▶ ☐

d   Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership?  ☐ Yes  ☐ No

e   Was there any change in determining quantities, cost, or valuations between opening and closing inventory?  ☐ Yes  ☐ No
If "Yes," attach explanation.

### Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership    b ☒ Domestic limited partnership | | |
| c | ☐ Domestic limited liability company  d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership    f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 5 | Does this partnership meet all three of the following requirements? | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000; and | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item N on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 9 | At any time during calendar year 2005, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions | | X |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership in the instructions | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

### Designation of Tax Matters Partner (see the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | MONTGOMERY ROAD, INC. | Identifying number of TMP ▶ 52-1493967 |
|---|---|---|
| Address of designated TMP ▶ | 1829 REISTERSTOWN RD, STE 300 BALTIMORE, MD 21208 | |

JWA
511011
12-29-05

Form 1065 (2005)

2

MR 26407

Form 1065 (2005)    **MONTGOMERY ROAD I LIMITED PARTNERSHIP**    52-1504343   Page **3**

| Schedule K | | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | Ordinary business income (loss) (page 1, line 22) | | | 1 | 0. |
| | 2 | Net rental real estate income (loss) (attach Form 8825)    SEE STATEMENT 1 | | | 2 | <393,846.> |
| | 3a | Other gross rental income (loss) | 3a | | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | 3c | |
| Income (Loss) | 4 | Guaranteed payments | | | 4 | |
| | 5 | Interest income    SEE STATEMENT 2 | | | 5 | 1,616. |
| | 6 | Dividends:   a   Ordinary dividends | | | 6a | |
| | |        b   Qualified dividends | 6b | | | |
| | 7 | Royalties | | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | | | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | | | 12 | |
| | 13a | Contributions | | | 13a | |
| | b | Investment interest expense | | | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ | | (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | | | 13d | |
| Self-Employ-ment | 14a | Net earnings (loss) from self-employment | | | 14a | 0. |
| | b | Gross farming or fishing income | | | 14b | |
| | c | Gross nonfarm income | | | 14c | |
| Credits & Credit Recapture | 15a | Low-income housing credit (section 42(j)(5)) | | | 15a | |
| | b | Low-income housing credit (other) | | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | | | 15c | |
| | d | Other rental real estate credits (see instructions)   Type ▶ | | | 15d | |
| | e | Other rental credits (see instructions)      Type ▶ | | | 15e | |
| | f | Other credits and credit recapture (see instructions)   Type ▶ | | | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | | | |
| | b | Gross income from all sources | | | 16b | |
| | c | Gross income sourced at partner level | | | 16c | |
| | | Foreign gross income sourced at partnership level | | | | |
| | d | Passive ▶ | e Listed categories (attach stmt.) ▶ | f General limitation ▶ | 16f | |
| | | Deductions allocated and apportioned at partner level | | | | |
| | g | Interest expense ▶ | h Other | ▶ | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | | |
| | i | Passive ▶ | j Listed categories (attach stmt.) ▶ | k General limitation ▶ | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | | ▶ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | | | 16m | |
| | n | Other foreign tax information (attach statement) | | | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | | | 17a | |
| | b | Adjusted gain or loss | | | 17b | |
| | c | Depletion (other than oil and gas) | | | 17c | |
| | d | Oil, gas, and geothermal properties - gross income | | | 17d | |
| | e | Oil, gas, and geothermal properties - deductions | | | 17e | |
| | f | Other AMT items (attach statement) | | | 17f | |
| Other Information | 18a | Tax-exempt interest income | | | 18a | |
| | b | Other tax-exempt income | | | 18b | |
| | c | Nondeductible expenses | | | 18c | |
| | 19a | Distributions of cash and marketable securities | | | 19a | |
| | b | Distributions of other property | | | 19b | |
| | 20a | Investment income | | | 20a | 1,616. |
| | b | Investment expenses | | | 20b | |
| | c | Other items and amounts (attach statement) | | | | |

JWA
511021
12-29-05

3

**MR 26408**

Form **1065** (2005)

Form 1065 (2005)   MONTGOMERY ROAD I LIMITED PARTNERSHIP                52-1504343   Page 4

## Analysis of Net Income (Loss)

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | **1** | <392,230.> |
| 2 Analysis by partner type: | | | | | | |
| a General partners | <8,158.> | | | | | |
| b Limited partners | | | <157.> | <191,957.> | | <191,958.> |

Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

## Schedule L  Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 Cash | | | 31,006. | | 43,459. |
| 2a Trade notes and accounts receivable | | | | | |
| b Less allowance for bad debts | | | | | |
| 3 Inventories | | | | | |
| 4 U.S. government obligations | | | | | |
| 5 Tax-exempt securities | | | | | |
| 6 Other current assets (attach statement) | STATEMENT 3 | | 176,425. | | 149,945. |
| 7 Mortgage and real estate loans | | | | | |
| 8 Other investments (attach statement) | STATEMENT 4 | | 2,328,839. | | 2,338,618. |
| 9a Buildings and other depreciable assets | | | | | |
| b Less accumulated depreciation | | | | | |
| 10a Depletable assets | | | | | |
| b Less accumulated depletion | | | | | |
| 11 Land (net of any amortization) | | | 7,357,583. | | 7,357,583. |
| 12a Intangible assets (amortizable only) | | | | | |
| b Less accumulated amortization | | | | | |
| 13 Other assets (attach statement) | | | | | |
| 14 Total assets | | | 9,893,853. | | 9,889,605. |
| **Liabilities and Capital** | | | | | |
| 15 Accounts payable | | | 168,579. | | 126,634. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 5 | | 1,780,000. | | 2,209,927. |
| 18 All nonrecourse loans | | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | 2,000,000. | | 2,000,000. |
| 20 Other liabilities (attach statement) | | | | | |
| 21 Partners' capital accounts | | | 5,945,274. | | 5,553,044. |
| 22 Total liabilities and capital | | | 9,893,853. | | 9,889,605. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | <392,230.> | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ _____ | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation $ _____ | | |
| a Depreciation $ _____ | | | | |
| b Travel and entertainment $ _____ | | 8 Add lines 6 and 7 | | |
| | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | <392,230.> |
| 5 Add lines 1 through 4 | <392,230.> | | | |

## Schedule M-2  Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 5,945,274. | 6 Distributions: a Cash | | |
| 2 Capital contributed: a Cash | | b Property | | |
| b Property | | 7 Other decreases (itemize): | | |
| 3 Net income (loss) per books | <392,230.> | | **MR 26409** | |
| 4 Other increases (itemize): | | | | |
| | | 8 Add lines 6 and 7 | | |
| 5 Add lines 1 through 4 | 5,553,044. | 9 Balance at end of year. Subtract line 8 from line 5 | | 5,553,044. |

511041
12-29-05   JWA                                        4                          Form **1065** (2005)

| Form **7004** | Application for Automatic 6-Month Extension of Time To File Certain Business Income Tax, Information, and Other Returns | OMB No. 1545-0233 |
|---|---|---|
| (Rev. December 2005) Department of the Treasury Internal Revenue Service | ▶ File a separate application for each return. | |

| Type or Print | Name MONTGOMERY ROAD I LIMITED PARTNERSHIP | Taxpayer identification number 52-1504343 |
|---|---|---|

File by the due date for the return for which an extension is requested. See instructions.

Number, street, and room or suite no. If P.O. box, see instructions.
1829 REISTERSTOWN RD, SUITE 410

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).
BALTIMORE, MD  21208

**Caution: Carefully complete all items. Incorrect information may cause delay or rejection.**

| | | |
|---|---|---|
| 1 | Enter only one code for type of return that this automatic 6-month extension is for (see below) .......... | 09 |
| 2 | If the foreign corporation does not have an office or place of business in the United States, check here ..... ▶ | ☐ |
| 3 | If the organization qualifies under Regulations section 1.6081-5 (see instructions), check here ..... ▶ | ☐ |

4 a For calendar year **2005** , or other tax year beginning _____ , and ending _____ .

b **Short tax year.** If this tax year is less than 12 months, check the reason:
☐ Initial return     ☐ Final return     ☐ Change in accounting period     ☐ Consolidated return to be filed

5 If the organization is a corporation and is the common parent of a group that intends to file consolidated, check here ..... ▶ ☐
Also, you must attach a schedule, listing the name, address, and EIN for each member covered by this extension.

| | | | |
|---|---|---|---|
| 6 | Tentative total tax (see instructions) ............... | **6** | |
| 7 | Total payments and credits (see instructions) ............ | **7** | |
| 8 | **Balance due.** Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) | **8** | |

| Extension Is For: | Form Code | Extension Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-L | 18 |
| Form 706-GS(T) | 02 | Form 1120-ND | 19 |
| Form 990-C | 03 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1041 (estate) | 04 | Form 1120-PC | 21 |
| Form 1041 (trust) | 05 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120-S | 25 |
| Form 1065 | 09 | Form 1120-SF | 26 |
| Form 1065-B | 10 | Form 3520-A | 27 |
| Form 1066 | 11 | Form 8612 | 28 |
| Form 1120 | 12 | Form 8613 | 29 |
| Form 1120 (subchapter T cooperative) | 13 | Form 8725 | 30 |
| Form 1120-A | 14 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | | |

LHA  For Paperwork Reduction Act Notice, see instructions.          Form **7004** (Rev. 12-2005)

519741
12-08-05

**MR 26410**

**Form 8825**

Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions on page 2.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

**2005**

Name MONTGOMERY ROAD I
LIMITED PARTNERSHIP

Employer identification number
52 1504343

**1** Show the kind and location of each property. See page 2 to list additional properties.

A LAND RENTAL (90 K STREET)

B _____

C _____

D _____

| | | Properties | | | |
|---|---|---|---|---|---|
| Rental Real Estate Income | | A | B | C | D |
| 2 Gross rents | 2 | 475,492. | | | |
| Rental Real Estate Expenses | | | | | |
| 3 Advertising | 3 | 2,319. | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | 3,597. | | | |
| 8 Legal and other professional fees | 8 | 32,836. | | | |
| 9 Interest | 9 | 318,341. | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | 435,455. | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ STMT 7 | 15 | 76,790. | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | 869,338. | | | |

| | | |
|---|---|---|
| **17** Total gross rents. Add gross rents from line 2, columns A through H | 17 | 475,492. |
| **18** Total expenses. Add total expenses from line 16, columns A through H | 18 | ( 869,338.) |
| **19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| **20a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) Employer identification number |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | | |
|---|---|---|
| **21** Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on:<br>• Form 1065 or 1120S: Schedule K, line 2, or<br>• Form 1065-B: Part I, line 4 | 21 | <393,846.> |

520141
11-09-05   JWA   For Paperwork Reduction Act Notice, see page 2 of form.

MR 26411

Form 8825 (2005)

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

Form 8825 (2005)                                                         Page **2**

i. Show the kind and location of each property.

E _____

F _____

G _____

H _____

| | | Properties | | | |
|---|---|---|---|---|---|
| | | E | F | G | H |
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

JWA                                                          Form 8825 (2005)

520142
11-09-05

MR 26412

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

| SCHEDULE K | NET INCOME (LOSS) FROM RENTAL REAL ESTATE | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| LAND RENTAL (90 K STREET) | <393,846.> |
| TOTAL TO SCHEDULE K, LINE 2 | <393,846.> |

| SCHEDULE K | INTEREST INCOME | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | U.S. BONDS | OTHER |
|---|---|---|
| INTEREST INCOME | | 1,616. |
| TOTAL TO SCHEDULE K, LINE 5 | | 1,616. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM RELATED COMPANY | 46,365. | 29,885. |
| DEPOSITS | 130,060. | 120,060. |
| TOTAL TO SCHEDULE L, LINE 6 | 176,425. | 149,945. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PROJECT COSTS | 2,257,905. | 2,267,684. |
| TUNNEL COSTS | 70,934. | 70,934. |
| TOTAL TO SCHEDULE L, LINE 8 | 2,328,839. | 2,338,618. |

**MR 26413**

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 5 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO RELATED COMPANIES | 1,780,000. | 2,209,927. |
| TOTAL TO SCHEDULE L, LINE 17 | 1,780,000. | 2,209,927. |

---

FORM 1065                    PARTNERS' CAPITAL ACCOUNT SUMMARY                    STATEMENT 6

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | 124,000. | | <8,158.> | | 115,842. |
| 2 | 2,909,735. | | <191,958.> | | 2,717,777. |
| 3 | 2,909,735. | | <191,957.> | | 2,717,778. |
| 4 | 886. | | <78.> | | 808. |
| 5 | 918. | | <79.> | | 839. |
| TOTAL | 5,945,274. | | <392,230.> | | 5,553,044. |

**MR 26414**

STATEMENT(S) 5, 6

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

---

OTHER RENTAL EXPENSES                    STATEMENT    7

---

PROPERTY: LAND RENTAL (90 K STREET)

| DESCRIPTION | AMOUNT |
|---|---|
| MANAGEMENT FEES | 6,000. |
| MISCELLANEOUS | 321. |
| ABANDONED COSTS | 70,469. |
| TOTAL TO RENTAL SCHEDULE, LINE 15 | 76,790. |

**MR 26415**

1

651105

Schedule K-1
(Form 1065)

**2005**

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ See separate instructions.

| | | | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

**Part III  Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | |
|---|---|
| 1 Ordinary business income (loss)  0. | 15 Credits & credit recapture |
| 2 Net rental real estate income (loss)  <8,192.> | 16 Foreign transactions |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income  34. | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| 7 Royalties | 18 Tax-exempt income and nondeductible expenses |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information  A  34. |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |

**Part I    Information About the Partnership**

A Partnership's employer identification number
52-1504343

B Partnership's name, address, city, state, and ZIP code
MONTGOMERY ROAD I
LIMITED PARTNERSHIP
1829 REISTERSTOWN ROAD, STE.300
BALTIMORE, MD  21208

C IRS Center where partnership filed return
CINCINNATI, OH

D ☐ Check if this is a publicly traded partnership (PTP)

E ☐ Tax shelter registration number, if any _____

F ☐ Check if Form 8271 is attached

**Part II    Information About the Partner**

G Partner's identifying number
52-1493967

H Partner's name, address, city, state, and ZIP code

MONTGOMERY ROAD, INC.
1829 REISTERSTOWN RD, STE 300
BALTIMORE, MD 21208

I ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

J ☒ Domestic partner   ☐ Foreign partner

K What type of entity is this partner?  CORPORATION

L Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | FORMULA% | FORMULA% |
| Loss | FORMULA% | FORMULA% |
| Capital | 2.0800000% | 2.0800000% |

M Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $     126,634. |

N Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $     124,000. |
| Capital contributed during the year | $ _____ |
| Current year increase (decrease) | $     <8,158.> |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $     115,842. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2005

511261
01-11-06

MR 26416

1

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

SCHEDULE K-1                CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <8,192.> | |
| INTEREST INCOME | 34. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | <8,158.> |
| TOTAL TO SCHEDULE K-1, ITEM N | | <8,158.> |

**MR 26417**

11                PARTNER NUMBER 1

2

651105

| Schedule K-1 (Form 1065) | **2005** | | ☐ Final K-1  ☐ Amended K-1    OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2005**

For calendar year 2005, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**      ► See separate instructions.

☐ Final K-1    ☐ Amended K-1      OMB No. 1545-0099

**Part III   Partner's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| 1 Ordinary business income (loss) | 15 Credits & credit recapture |
| 0. | |
| 2 Net rental real estate income (loss) | |
| <192,748.> | 16 Foreign transactions |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 790. | |
| 6a Ordinary dividends | |
| | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | |
| 7 Royalties | 18 Tax-exempt income and nondeductible expenses |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information |
| | A         790. |
| 11 Other income (loss) | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
52-1504343

**B** Partnership's name, address, city, state, and ZIP code
MONTGOMERY ROAD I
LIMITED PARTNERSHIP
1829 REISTERSTOWN ROAD, STE.300
BALTIMORE, MD  21208

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

**G** Partner's identifying number
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

**H** Partner's name, address, city, state, and ZIP code
THE SAMUEL G ROSE
REVOCABLE TRUST
6636 LANDON LANE
BETHESDA, MD 20817

**I** ☐ General partner or LLC     ☒ Limited partner or other LLC
member-manager                    member

**J** ☒ Domestic partner          ☐ Foreign partner

**K** What type of entity is this partner?   TRUST

**L** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
| Profit | FORMULA% | FORMULA% |
| Loss | FORMULA% | FORMULA% |
| Capital | 48.9400000% | 48.9400000% |

**M** Partner's share of liabilities at year end:

| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ 2,104,964. |

**N** Partner's capital account analysis:

| Beginning capital account | $ 2,909,735. |
| Capital contributed during the year | $ _____ |
| Current year increase (decrease) | $ <191,958.> |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $ 2,717,777. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |
| A         0. | |

*See attached statement for additional information.

For IRS Use Only

JWA   For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2005

511261
01-11-06

12          **MR 26418**          2

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

SCHEDULE K-1            CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <192,748.> | |
| INTEREST INCOME | 790. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | <191,958.> |
| TOTAL TO SCHEDULE K-1, ITEM N | | <191,958.> |

**MR 26419**

13                    PARTNER NUMBER 2

3

651105

| Schedule K-1 (Form 1065) | **2005** | ☐ Final K-1  ☐ Amended K-1     OMB No. 1545-0099 |
|---|---|---|

**Department of the Treasury**
**Internal Revenue Service**

For calendar year 2005, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**

► **See separate instructions.**

| **Part III** | **Partner's Share of Current Year Income,** |
|---|---|
| | **Deductions, Credits, and Other Items** |

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
52-1504343

**B** Partnership's name, address, city, state, and ZIP code
MONTGOMERY ROAD I
LIMITED PARTNERSHIP
1829 REISTERSTOWN ROAD, STE.300
BALTIMORE, MD  21208

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

| Part II | Information About the Partner |
|---|---|

**G** Partner's identifying number
52-2069892

**H** Partner's name, address, city, state, and ZIP code

SJG HOLDINGS, LLC
1829 REISTERSTOWN RD, STE 300
BALTIMORE, MD 21208

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?  PARTNERSHIP

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | FORMULA% | FORMULA% |
| Loss | FORMULA% | FORMULA% |
| Capital | 48.9400000% | 48.9400000% |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | _____ |
| Qualified nonrecourse financing | $ | _____ |
| Recourse | $ | 2,104,963. |

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 2,909,735. |
| Capital contributed during the year | $ | _____ |
| Current year increase (decrease) | $ | <191,957.> |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 2,717,778. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

| 1 Ordinary business income (loss) | 15 Credits & credit recapture |
|---|---|
| 0. | |
| 2 Net rental real estate income (loss) | |
| <192,748.> | 16 Foreign transactions |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 791. | |
| 6a Ordinary dividends | |
| | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | |
| 7 Royalties | |
| | 18 Tax-exempt income and |
| 8 Net short-term capital gain (loss) | nondeductible expenses |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information |
| | A              791. |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |
| A       0. | |

\* See attached statement for additional information.

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2005

511261
01-11-06

14

**MR 26420**

3

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

SCHEDULE K-1            CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <192,748.> | |
| INTEREST INCOME | 791. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | <191,957.> |
| TOTAL TO SCHEDULE K-1, ITEM N | | <191,957.> |

**MR 26421**

15            PARTNER NUMBER 3

4

651105

| Schedule K-1 (Form 1065) | **2005** | For calendar year 2005, or tax year beginning _____ ending _____ |
|---|---|---|

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**

▶ **See separate instructions.**

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| 1 Ordinary business income (loss) **0.** | 15 Credits & credit recapture | |
| 2 Net rental real estate income (loss) **<79.>** | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | |
| 4 Guaranteed payments | | |
| 5 Interest income **1.** | | |
| 6a Ordinary dividends | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | |
| 7 Royalties | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | | |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions | |
| 9c Unrecaptured sec 1250 gain | | |
| 10 Net section 1231 gain (loss) A | 20 Other information A **1.** | |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| 14 Self-employment earnings (loss) A **0.** | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
52-1504343

**B** Partnership's name, address, city, state, and ZIP code
MONTGOMERY ROAD I
LIMITED PARTNERSHIP
1829 REISTERSTOWN ROAD, STE.300
BALTIMORE, MD 21208

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

**G** Partner's identifying number
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

**H** Partner's name, address, city, state, and ZIP code

REID LIFFMANN
7914 RADNOR RAOD
BETHESDA, MD 20817

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?  INDIVIDUAL

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | FORMULA% | FORMULA% |
| Loss | FORMULA% | FORMULA% |
| Capital | 0.0200000% | 0.0200000% |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | _____ |
| Qualified nonrecourse financing | $ | _____ |
| Recourse | $ | 0. |

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 886. |
| Capital contributed during the year | $ | _____ |
| Current year increase (decrease) | $ | <78.> |
| Withdrawals & distributions | $( | _____ ) |
| Ending capital account | $ | 808. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

For IRS Use Only

JWA   For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2005

511261
01-11-06

16

**MR 26422**

4

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

SCHEDULE K-1              CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <79.> | |
| INTEREST INCOME | 1. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | <78.> |
| TOTAL TO SCHEDULE K-1, ITEM N | | <78.> |

**MR 26423**

17                        PARTNER NUMBER 4

5

651105

| Schedule K-1<br>(Form 1065) | **2005** | | | ☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0099 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

► See separate instructions.

### Part I    Information About the Partnership

**A** Partnership's employer identification number
52-1504343

**B** Partnership's name, address, city, state, and ZIP code
MONTGOMERY ROAD I
LIMITED PARTNERSHIP
1829 REISTERSTOWN ROAD, STE.300
BALTIMORE, MD  21208

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

### Part II    Information About the Partner

**G** Partner's identifying number
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

**H** Partner's name, address, city, state, and ZIP code

STEVEN BRAESCH
5301 WISCONSIN AVE. NW STE 510
WASHINGTON, DC 20015

**I** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**J** ☒ Domestic partner    ☐ Foreign partner

**K** What type of entity is this partner?  INDIVIDUAL

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | FORMULA% | FORMULA% |
| Loss | FORMULA% | FORMULA% |
| Capital | 0.0200000% | 0.0200000% |

**M** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ 0. |

**N** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 918. |
| Capital contributed during the year | $ _____ |
| Current year increase (decrease) | $ <79.> |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $ 839. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

*For IRS Use Only*

### Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 Ordinary business income (loss)<br>0. | 15 Credits & credit recapture |
|---|---|
| 2 Net rental real estate income (loss)<br><79.> | 16 Foreign transactions |
| 3 Net other rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss)<br>A    0. | |

*See attached statement for additional information.

JWA   For Privacy Act and Paperwork Reduction Act Notice, see instructions for Form 1065.

Schedule K-1 (Form 1065) 2005

511261
01-11-06

**MR 26424**        5

MONTGOMERY ROAD I LIMITED PARTNERSHIP                     52-1504343

SCHEDULE K-1          CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <79.> | |
| SCHEDULE K-1 INCOME SUBTOTAL | | <79.> |
| TOTAL TO SCHEDULE K-1, ITEM N | | <79.> |

**MR 26425**

19                    PARTNER NUMBER 5