# EXHIBIT 51

## Unknown

**From:** Reid Liffmann [RLiffmann@greenebaum-rose.com]
**Sent:** Tuesday, January 09, 2007 7:47 PM
**To:** Ronald Glassman
**Cc:** Reid Liffmann
**Subject:** 90K_45L_Sales (8).xls

Revised to incorporate legal. With closing being pushed a day -tax pro-ration may change.

MR 19671

2/19/2007

**90 K and 45 L Sales**

19-Feb-2007

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | Sale Price | % To Total | FAR | Price Per FAR | Broker Commission | Other Closing Costs (Legal) | | |
| **Sales Summary** | | | | | | | | | |
| 6 | 90 K Land Sale | 46,036,528 | 48.28% | 675,207 | 68.18 | 482,793 | 36,209 | | 90 K Land Sale |
| 7 | 90 K TDR Sale #1 (Existing) | 8,387,929 | 8.80% | 120,106 | 69.84 | 87,966 | 6,597 | | 90 K TDR Sale |
| 8 | 90 K TDR Sale #2 (To Be Acquired) | 13,000,000 | 13.63% | 192,524 | 67.52 | 136,333 | 10,225 | | 45 L Land Sale |
| 9 | 45 L Land Sale | 15,708,507 | 16.47% | 230,393 | 68.18 | 164,738 | 12,355 | | 45 L TDR Sale |
| 10 | 45 L TDR Sale | 12,221,600 | 12.82% | 175,000 | 69.84 | 128,170 | 9,813 | | |
| 11 | | 95,354,564 | 100.00% | 1,393,230 | 68.44 | 1,000,000 | 75,000 | | |

**Net Gain Calculation**

| | | Total | | 90 K Land and Existing TDR's | 90 K TDR's To Be Acquired | 45 L Land and TDR's | | |
|---|---|---|---|---|---|---|---|---|
| | | Gain | | | | | | |
| 17 | Gross Sales Price | 95,354,564 | | 54,424,457 | 13,000,000 | 27,930,107 | | |
| 18 | Less Broker Commission | (1,000,000) | | (707,092) | paid prior | (292,908) | | |
| 19 | Less R/E Taxes and NY Ave Metro Fee | (218,613) | | (167,795) | 0 | (50,818) | | |
| 20 | Less Title Co Fees | (168) | | (134) | 0 | (34) | | |
| 21 | Less Other Closing Costs | (75,000) | | (53,032) | paid prior | (21,968) | | |
| 22 | Net Sales Proceeds | 94,060,784 | | 53,496,404 | 13,000,000 | 27,564,379 | | |
| **Less** | | | | | | | | |
| 25 | TLC Escrow for 15% Participation in 90 K | (4,500,000) | | (4,500,000) | N/A | N/A | | |
| 26 | Verizon Escrow for 45 L | (300,000) | | N/A | N/A | (300,000) | | |
| 27 | 90 K Land & Project Costs at 12-31-06 | (9,875,549) | | (9,875,549) | N/A | N/A | | |
| 28 | Estimate of Costs in 2007 on 90 K | (1,000,000) | (E) | (1,000,000) | N/A | N/A | | |
| 29 | 45 L Land & Project Costs at 12-31-06 | (4,066,321) | (A) | N/A | N/A | (4,066,321) | | |
| 30 | Estimate of Costs in 2007 on 45 L | (200,000) | (E) | N/A | N/A | (200,000) | | |
| 31 | Add back Accrued R/E Taxes/Metro Fee | 197,509 | | 151,597 | 0 | 45,912 | | |
| 32 | Cost of 90 K TDR's To Be Purchased | (1,100,000) | | N/A | (1,100,000) | N/A | | |
| 33 | Total Costs | (20,844,361) | | (15,223,952) | (1,100,000) | (4,520,409) | | |
| 35 | Gain on Sale | 73,216,423 | | 38,272,452 | 11,900,000 | 23,043,970 | | |

**Gain Allocated to:**

| 39 | Montgomery Road, Inc | 386,328 | | 303,028 | 83,300 | 0 | | |
|---|---|---|---|---|---|---|---|---|
| 40 | SJG Holdings | 27,312,658 | | 14,999,900 | 4,123,350 | 8,189,408 | | |
| 41 | SR | 27,312,658 | | 14,999,900 | 4,123,350 | 8,189,408 | | |
| 42 | Reid | 9,102,403 | | 3,984,812 | 1,785,000 | 3,332,591 | | |
| 43 | Steve | 9,102,376 | (B) | 3,984,812 | 1,785,000 | 3,332,564 | | |
| 44 | Total | 73,216,423 | (B) | 38,272,452 | 11,900,000 | 23,043,970 | | |

**Federal Tax Due at 15%**

| 47 | Montgomery Road, Inc | 57,949 | (C) | 45,454 | 12,495 | 0 | | |
|---|---|---|---|---|---|---|---|---|
| 48 | SJG (For SJG Holdings) | 4,096,899 | | 2,249,985 | 618,503 | 1,228,411 | | |
| 49 | SR | 4,096,899 | | 2,249,985 | 618,503 | 1,228,411 | | |
| 50 | Reid | 1,365,360 | | 597,722 | 267,750 | 499,889 | | |
| 51 | Steve | 1,365,356 | | 597,722 | 267,750 | 499,885 | | |
| 52 | Total | 10,982,463 | | 5,740,868 | 1,785,000 | 3,456,596 | | |

**State Tax Due at 7.7%**

| 55 | Montgomery Road, Inc | 29,747 | (D) | 23,333 | 6,414 | 0 | | |
|---|---|---|---|---|---|---|---|---|
| 56 | SJG (For SJG Holdings) | 2,103,075 | | 1,154,992 | 317,498 | 630,584 | | |
| 57 | SR | 2,103,075 | | 1,154,992 | 317,498 | 630,584 | | |
| 58 | Reid | 700,885 | | 306,831 | 137,445 | 256,609 | | |
| 59 | Steve | 700,883 | | 306,831 | 137,445 | 256,607 | | |
| 60 | Total | 5,637,665 | | 2,946,979 | 916,300 | 1,774,386 | | |

MR 19672



MR 19673

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 61 | | | | | | | | | |
| 62 | (A) net of 35,000 depreciation | | | | | | | | |
| 63 | (B) 45 L includes extra 9K for prior losses | | | | | | | | |
| 64 | (C) Actual Federal tax will be slightly higher due to Section 1250 recapture | | | | | | | | |
| 65 | (D) There may be a Federal Tax benefit for the State Tax paid if not in AMT | | | | | | | | |
| 66 | (E) Includes Interest, etc. for 2007 that will be deducted at Regular or AMT Tax Rates | | | | | | | | |

# 90 K and 45 L Sales

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | | 9-Jan-2007 | | | | |
| | **Cash Flow Calculation** | Total Cash Flow | | 90 K Land and Existing TDR's | 90 K TDR's To Be Acquired | 45 L Land and TDR's |
| 7 | Net Sales Proceeds | 94,060,784 | | 53,496,404 | 13,000,000 | 27,564,379 |
| 9 | **Less** | | | | | |
| 10 | Cash Less Other Liab on 90 K at 12-31-06 | 69,009 | (D) | 69,009 | N/A | N/A |
| 11 | Cash Less Other Liab on 45 L at 12-31-06 | 26,505 | (D) | N/A | N/A | 26,505 |
| 12 | TLC Escrow for 15% Participation in 90 K | (4,500,000) | | (4,500,000) | N/A | N/A |
| 13 | Verizon Escrow for 45 L | (300,000) | | N/A | N/A | (300,000) |
| 14 | Estimate of Costs in 2007 on 90 K | (1,000,000) | | (1,000,000) | N/A | N/A |
| 15 | Estimate of Costs in 2007 on 45 L | (200,000) | | N/A | N/A | (200,000) |
| 16 | Cost of 90 K TDR's To Be Purchased | (1,100,000) | | N/A | (1,100,000) | N/A |
| 17 | Total Costs | (7,004,486) | | (5,430,991) | (1,100,000) | (473,495) |
| 19 | Total Cash Flow Available | 87,056,298 | | 48,065,413 | 11,900,000 | 27,090,884 |
| 20 | S&S Loan on 45 L at 12-31-06 | (4,932,500) | | N/A | N/A | (4,932,500) |
| 21 | G&R Land Preference on 90 K | (20,000,000) | | (20,000,000) | N/A | N/A |
| 22 | G&R Add'l Cost Preference on 90 K | (1,500,000) | | (1,500,000) | N/A | N/A |
| 23 | Net Cash Flow for Reid & Steve Calc | 60,623,798 | (A) | 26,565,413 | 11,900,000 | 22,158,384 |
| 26 | Cash Flow to Reid 15% | (9,093,570) | | (3,984,812) | (1,785,000) | (3,323,758) |
| 27 | Cash Flow to Steve 15% | (9,093,570) | | (3,984,812) | (1,785,000) | (3,323,758) |
| 28 | S&S Mortgage & Loan on 90 K at 12-31-06 | (4,870,000) | | (4,870,000) | N/A | N/A |
| 29 | Add Back G&R Preferences | 21,500,000 | | 21,500,000 | N/A | N/A |
| 30 | Cash Flow to G&R | 59,066,658 | | 35,225,789 | 8,330,000 | 15,510,869 |
| 33 | **Cash Flow Before Taxes Allocated to:** | | | | | |
| 34 | Montgomery Road, Inc | 489,005 | (B) | 405,705 | 83,300 | 0 |
| 35 | SJG Holdings | 29,288,827 | | 17,410,042 | 4,123,350 | 7,755,435 |
| 36 | SR | 29,288,827 | | 17,410,042 | 4,123,350 | 7,755,435 |
| 37 | Reid | 9,093,570 | | 3,984,812 | 1,785,000 | 3,323,758 |
| 38 | Steve | 9,093,570 | | 3,984,812 | 1,785,000 | 3,323,758 |
| 39 | Mortgages & Loans Repaid to S&S | 9,802,500 | | 4,870,000 | N/A | 4,932,500 |
| 40 | Total Cash Flow Available | 87,056,298 | | 48,065,413 | 11,900,000 | 27,090,884 |
| 42 | Less Federal Tax | (10,982,463) | | | | |
| 43 | Less State Tax | (5,637,665) | | | | |
| 44 | Cash Flow Net of Taxes | 70,436,170 | | | | |
| 46 | **Cash Flow Net of Taxes Allocated to:** | | (C) | | | |
| 47 | Montgomery Road, Inc | 401,308 | | 336,917 | 64,391 | 0 |
| 48 | SJG Holdings (92.5% of Cash Flow) | 27,092,165 | | 16,104,289 | 3,814,099 | 7,173,777 |
| 49 | SJG (7.5% Cash Flow less 100% Taxes) | (4,003,311) | | (2,099,224) | (626,749) | (1,277,338) |
| 50 | SR | 23,088,853 | | 14,005,065 | 3,187,350 | 5,896,439 |
| 51 | Reid | 7,027,324 | | 3,080,260 | 1,379,805 | 2,567,260 |
| 52 | Steve | 7,027,330 | | 3,080,260 | 1,379,805 | 2,567,266 |
| 53 | Mortgages & Loans Repaid to S&S | 9,802,500 | | 4,870,000 | N/A | 4,932,500 |
| 54 | Total Cash Flow Net of Taxes | 70,436,170 | | 39,377,566 | 9,198,700 | 21,859,903 |

57 (A) As of 12-31-05 with an estimate for interest at 10%
58 (B) 90 K Land includes extra 53K return of Capital
59 (C) Assumes all are in AMT and no deduction allowed for the State Tax
60 (D) Excludes Accrued R/E Taxes and Metro Fee paid at Closing

MR 19675

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | 90 K and 45 L Sales | 9-Jan-2007 | | | | | |
| 2 | | | | | | | |
| 3 | | | | 90 K St Beginning Balance 12-31-06 | 45 L St Beginning Balance 12-31-06 | | |
| 4 | Capital Account Reconcilliation | | | | | | |
| 5 | | | | | | | |
| 6 | | Total | | | | Capital Gain | Cash Flow Distribution |
| 7 | | | | | | | |
| 8 | Montgomery Road, Inc | 0 | | 102,677 | N/A | 386,328 | (489,005) |
| 9 | SJG Holdings | (0) | | 2,409,395 | (433,227) | 27,312,658 | (29,288,827) |
| 10 | SR | (0) | | 2,409,395 | (433,227) | 27,312,658 | (29,288,827) |
| 11 | Reid | 0 | | 734 | (9,567) | 9,102,403 | (9,093,570) |
| 12 | Steve | 0 | | 761 | (9,567) | 9,102,376 | (9,093,570) |
| 13 | Mortgages & Loans Repaid to S&S | | | 4,870,000 | 4,932,500 | N/A | (9,802,500) |
| 14 | Total | 0 | | 9,792,962 | 4,046,913 | 73,216,423 | (87,056,298) |

MR 19676

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 90 K and 45 L Sales | 9-Jan-2007 | | Settlement Statements - Cash in the Door | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | 90 K Land | | 90 K TDR | | 45 L Land | | 45 L TDR | | Total |
| 5 | Contract Price | 46,038,528 | | 21,387,929 | | 15,708,507 | | 12,221,600 | | 95,354,564 |
| 6 | Less Deferred Portion | | | (13,000,000) | | | | | | (13,000,000) |
| 7 | Less R/E Tax and NY Ave Fee | (167,795) | | | | (50,818) | | | | (218,613) |
| 8 | Less Viad Escrow | (4,500,000) | | | | 0 | | | | (4,500,000) |
| 9 | Less Verizon Escrow | 0 | | | | (300,000) | | | | (300,000) |
| 10 | Less S&S Payoff | (2,870,000) | | | | (4,932,500) | | | | (7,802,500) |
| 11 | Less Title CO Fee | (134) | | | | (34) | | | | (168) |
| 12 | Less Legal | (36,209) | | (16,822) | | (12,355) | | (9,613) | | |
| 13 | Less Trammell Fee | (482,793) | | (224,299) | | (164,738) | | (128,170) | | (1,000,000) |
| 14 | Cash to Seller | 37,979,596 | | 8,146,808 | | 10,248,062 | | 12,083,817 | | 68,458,284 |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | Settlement Statement Net | 37,979,597 | | 8,146,808 | | 10,248,063 | | 12,083,817 | | 68,458,284 |
| 18 | | | | | | | | | | |
| 19 | Check | (0) | | (0) | | (1) | | 0 | | (1) |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | Cash to G&R Entitles: | | | | | | | | | |
| 23 | Cash to Seller | 37,979,596 | | 8,146,808 | | 10,248,062 | | 12,083,817 | | 68,458,284 |
| 24 | S&S Payoff | 2,870,000 | | | | 4,932,500 | | | | 7,802,500 |
| 25 | Net Cash available at 12-31-06 | 69,009 | | | | 26,505 | | | | 95,514 |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | Total Cash to G&R Entities | 40,918,605 | | 8,146,808 | | 15,207,067 | | 12,083,817 | | 76,356,298 |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | (A) Settlement Statements need to be adjusted for S&S Payoff and Legal | | | | | | | | | |

MR 19677

| K | Check | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | o | | | | o | | | o | | | | | | | | | (A) | | | | | | (A) | | | o | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 |

MR 19678