# Exhibit 58

APPRAISAL OF REAL PROPERTY

**Development Site**
90 K Street, NE
Washington, D.C. 20002

IN A SELF-CONTAINED APPRAISAL REPORT

As of June 24, 2006

Prepared For:

**Viad Corp**
Viad Tower, 1850 N. Central Avenue, Suite 850
Phoenix, Az 85004

Prepared By:

**Cushman & Wakefield of Washington, D.C., Inc.**
Valuation Services, Capital Markets Group
1801 K Street NW, Suite 1100-L
Washington, D.C. 20006

C&W File ID:  06-26001-9427

CUSHMAN &
WAKEFIELD.



**Cushman & Wakefield of Washington, D.C., Inc.**
1801 K Street NW, Suite 1100-L
Washington, D.C. 20006
(202) 739-0869 Tel
(202) 223-8963 fax
steve.halbert@cushwake.com

July 11, 2006

Mr. Scott Sayre
Vice President & General Counsel
**Viad Corp**
Viad Tower, 1850 N. Central Avenue, Suite 850
Phoenix, Az 85004

Re:     Appraisal of Real Property
        In a Self-Con...ned Report

        **Development Site**
        90 K Street, NE
        Washington, D.C. 20002

        C&W File ID:   06-26001-9427

Dear Mr. Sayre:

In fulfillment of our agreement as outlined in the Letter of Engagement, we are pleased to transmit our appraisal presented in a self-contained report on the property referenced above. The date of the report is July 11, 2006. The effective date of the As Is value is June 24, 2006.

The value opinion reported herein is qualified by certain assumptions, limiting conditions, certifications, and definitions, which are set forth in the report. We particularly call your attention to the extraordinary assumptions and hypothetical conditions listed after our value estimate.

The intended use of the appraisal and report is for internal decision making related to a retained cash participation. This report may not be distributed to or relied upon by any other persons or entities without the written permission of Cushman & Wakefield of Washington, D.C., Inc.

This report was prepared for Viad Corp and is intended only for their specified use. It may not be distributed to or relied upon by any other persons or entities without the written permission of Cushman & Wakefield of Washington, D.C., Inc.

This appraisal report has been prepared in accordance with our interpretation of Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) and the Uniform Standards of Professional Appraisal Practice (USPAP), including the Competency Provision.

**Market Value As Is**

Based on our appraisal as defined by the *USPAP*, we have developed an opinion that the Market Value As Is of the Fee Simple estate of the referenced property, subject to the

## SITE DESCRIPTION

| | |
|---|---|
| Location: | 90 K Street, NE<br>Washington, D.C. 20002<br><br>The subject site occupies the eastern 3/8 of the block bounded by North Capitol, K, 1st and L Streets, NE in the NoMA section of the Capitol Hill office submarket. |
| Shape: | Rectangular |
| Topography: | Level at street grade |
| Land Area: | 2.38 acres<br><br>103,878 square feet |
| Frontage: | The subject fronts along the north side of K Street, the west side of 1st Street and the south side of L Street, NE |
| Access: | The subject property has good access. |
| Visibility: | The subject property has good visibility. |
| Soil Conditions: | We did not receive nor review a soil report (for load-bearing issues). However, we assume that the soil's load-bearing capacity is sufficient to support existing and/or proposed structure(s). We did not observe any evidence to the contrary during our physical inspection of the property. Drainage appears to be adequate. |
| Utilities: | All available |
| Site Improvements: | The site improvements include sidewalks, curbs and drainage. |
| Land Use Restrictions: | We were not given a title report to review. We do not know of any easements, encroachments, or restrictions that would adversely affect the site's use. However, we recommend a title search to determine whether any adverse conditions exist. |
| Flood Zone: | The subject property is located in flood zone C. |
| Flood Zone Description: | FEMA Zone C: Areas outside of a 100-year flood hazard. |
| FEMA Map & Date | 110001 0020B, dated November 15, 1985 |
| Wetlands: | We were not given a Wetlands survey. If subsequent engineering data reveal the presence of regulated wetlands, it could materially affect property value. We recommend a wetlands survey by a competent engineering firm. |
| Hazardous Substances: | We observed no evidence of toxic or hazardous substances during our inspection of the site. However, we are not trained to perform technical environmental inspections and recommend the services of a professional engineer for this purpose. |
| Overall Site Utility: | The subject site is functional for its contemplated use as offices. |
| Location Rating: | After considering all of the locational aspects of the subject, including regional and local accessibility as well as overall visibility, we concluded that the location of this property is good. |