# Exhibit 60

Capital Reporting Company

Page 1

```
1       IN THE UNITED STATES DISTRICT COURT FOR THE
2                   DISTRICT OF COLUMBIA
3       ------------------------------------:
4    MONTGOMERY ROAD I, LIMITED             :
5    PARTNERSHIP                            :
6               Plaintiff                   : Civil Action
7          v.                               : No. 06-00344
8    VIAD CORPORATION                       : (HHK)
9               Defendant                   :
10      ------------------------------------:
11                  Washington, D.C.
12                  Tuesday, November 28, 2006
13   Deposition of:
14                  RONALD GLASSMAN,
15   called for oral examination by counsel for
16   Defendant, pursuant to notice, at the law office
17   of Bryan Cave, LLP, 700 13th Street, N.W.,
18   Washington, D.C. 20005, before Sheri C. Stewart,
19   Registered Professional Reporter and Notary
20   Public in and for the District of Columbia,
21   beginning at 11:34 a.m., when were present on
22   behalf of the respective parties:
```

ORIGINAL

(866) 448 - DEPO
www.CapitalReportingCompany.com

Page 2

1        A P P E A R A N C E S:

2

3   ON BEHALF OF PLAINTIFF:

4        DALE A. COOTER, ESQUIRE

5        COOTER, MANGOLD, TOMPERT & KARAS, LLP

6        5301 Wisconsin Avenue, N.W.

7        Suite 500

8        Washington, D.C.   20015

9        (202)537-0700

10

11

12   ON BEHALF OF DEFENDANT:

13        RODNEY F. PAGE, ESQUIRE

14        ALICIA HOGGES-THOMAS, ESQUIRE

15        BRYAN CAVE, LLP

16        700 13th Street, N.W.

17        Washington, D.C.   20005

18        (202)508-6000

19

20   ALSO PRESENT:   DANIEL HOLMESTOCK, VIDEOGRAPHER

21

22                    *  *  *  *  *

```
 1    Q    I've handed the witness and his counsel
 2    a copy of Exhibit No. 42.  I'll give you a minute
 3    just to take a look at it, it's multiple pages,
 4    the title is "Montgomery Road I Limited
 5    Partnership 90 K Street Property Only, Special
 6    Purpose Financial Statements.  December 31,
 7    2000 and 1999."
 8    A    Okay.
 9    Q    Do you recognize this document?
10    A    Yes.
11    Q    Is this one of the special purpose
12    financial statements that you supervised the
13    preparation of?
14    A    Yes.
15    Q    And it's one --
16    A    I prepared them.
17    Q    I'm sorry?
18    A    As I said before, nobody else worked on
19    it.
20    Q    All right.
21    A    So I didn't supervise it, I prepared
22    it.
```

**Capital Reporting Company**

Page 24

1   Q   Okay. Now -- and it was sent to -- as
2   far as you know, it was sent to TLC or VIAD?
3   A   Yea.
4   Q   Now, when you say you prepared it, let
5   me ask you to take a look at -- there are multiple
6   pages here.
7   A   Um-hum.
8   Q   After the cover, there's a contents
9   page and a letter from an accountant?
10  A   Yeah.
11  Q   And the cover page actually has the
12  name and logo of the accountant -- accounting firm
13  on it.
14      Do you see that?
15  A   Yes.
16  Q   You didn't prepare these first three
17  pages, did you?
18  A   In my setup I have the heading on a
19  blank page and the way this works, the blue logo
20  is -- has a cutout.
21  Q   Okay.
22  A   This blank page with the heading shows

1   through.

2       Q   Okay.

3       A   So yes, I prepared that blank page,
4   prepared the contents.  The letter was another
5   blank page that they copied onto their letterhead,
6   but the wording is under their control.

7       Q   All right.

8       A   So they would give me any changes to
9   the wording, and I would actually print out the
10  page.

11      Q   All right.  Are there any other
12  portions --

13      A   They signed it, that's not mine.

14      Q   I understand.

15          Are there any other portions prepared
16  by the accounting firm?

17      A   No.  Again, the footnotes are subject
18  to their review and wording.

19      Q   Let me --

20      A   I would take their changes and put them
21  in here.

22      Q   Okay.  Let me draw your attention to