IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP,<br>    Plaintiff and<br>    Counterclaim-Defendant<br>  v.<br>VIAD CORP,<br>    Defendant and<br>    Counterclaim-Plaintiff<br>  v.<br>MONTGOMERY ROAD TDR, LLC<br>    Counterclaim-Defendant | Case No. 1:06CV00344 (HHK) |

## ERRATA

On September 6, 2007, Defendant and Counterclaim-Plaintiff, Viad Corp, filed a Renewed Motion for Summary Judgment and the accompanying Memorandum of Points and Authorities in Support of the Renewed Motion for Summary Judgment.  Attached to this filing was the Proposed Order and a document entitled "Statement of Facts."  The attachment entitled "Statement of Facts", however, was actually an additional copy of Viad's Motion for Summary Judgment which had been inadvertently mislabeled.  As a result, Viad's Statement of Facts was not filed.

To correct this clerical error, Viad is refiling its Statement of Facts, which is attached herewith as Exhibit A.

                Respectfully Submitted,

                BRYAN CAVE LLP

                By:  /s/ Rodney F. Page
                    Rodney F. Page (DC Bar No. 37994)
                    700 Thirteenth Street, N.W., Suite 700
                    Washington, D.C. 20005-3960
                    P:  (202) 508-6000
                    F:  (202) 508-6200

Dated:  September 11, 2007        *Counsel for Defendant/Counterclaim-Plaintiff Viad Corp*