**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,** )<br>　　　**Plaintiff and** )<br>　　　**Counterclaim-Defendant** )<br>　　v. )<br> )<br>**VIAD CORP,** )<br>　　　**Defendant and** )<br>　　　**Counterclaim-Plaintiff** )<br> )<br>　　v. )<br> )<br>**MONTGOMERY ROAD TDR, LLC** )<br>　　　**Counterclaim-Defendant** )  | Case No. 1:06CV00344 (HHK) |

## **ORDER**

Upon consideration of Defendant Viad Corp's Renewed Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, and the Opposition and Replies thereto, it is this _____ day of _____ 2007,

**ORDERED**, that Defendant Viad Corp's Motion be, and hereby is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge