# Exhibit 62

**Capital Reporting Company**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    ------------------------------:
                                    :
 4    MONTGOMERY ROAD I LIMITED     :
                                    :
 5    PARTNERSHIP,                  :
                                    :
 6              Plaintiff,          : Case No.
                                    :
 7         v.                       : 1:06CV00344 (HHK)
                                    :
 8    VIAD CORP.,                   :
                                    :
 9              Defendant.          :
                                    :
10    ------------------------------: Pages 1 - 229
11                                    Washington, D.C.
                                      Tuesday, November 14, 2006
12    Videotape 30(b)(6) Deposition,
13         MONTGOMERY ROAD I LIMITED PARTNERSHIP
14    Individual deposition, SAMUEL G. ROSE,
15    called for oral examination by counsel for the
16    Defendant, pursuant to notice, at the law offices of
17    BRYAN CAVE, LLP, 700 Thirteenth Street, Northwest,
18    Twelfth Floor, Washington, D.C., before Marijane
19    Simon, RDR, CLR, of Capital Reporting Company, a
20    Notary Public in and for the District of Columbia,
21    beginning at 9:40 a.m. when were present on behalf
22    of the respective parties:
```

Page 186

1   A. Okay. Purchase money. All right. What
2 are you talking about?
3   Q. When you bought the property, you took out
4 a first mortgage?
5   A. Yes.
6   Q. The first mortgage was with the savings
7 and loan?
8   A. Yes.
9   Q. In what amount?
10  A. This -- Probably ten million dollars.
11  Q. Okay. And so this is the original
12 mortgage that is subject to this statement about
13 refinancing?
14  A. Yes.
15  Q. All right. And was there a particular
16 reason you had to refinance it in 1995?
17  A. I don't think we refinanced in 1995. The
18 RTC -- The Yorkridge -- I think it was Yorkridge
19 Federal Savings -- fails. RTC took over all their
20 assets. So this is what's happening here. That's
21 why we're refinancing now. I think this is the
22 original loan.

Page 187

1   Q. All right. What ultimately happened in --
2 in terms of refinancing this loan?
3   A. We -- We refinanced it. We bought it from
4 RTC and -- I forget who did the loan but we -- we --
5 I wonder if it was S & S. I don't know. You'll
6 have to ask the accountants. I don't know who --
7 You're going back quite a bit of time but we --
8 we -- we did refinance it, yeah. Maybe we did it --
9 you know, with S & S. I don't -- I don't recall how
10 that happened.
11  Q. What is the status of that loan today?
12  A. The same loan is there, just sitting
13 there.
14  Q. Who is the lender?
15  A. I think it's S & S.
16  Q. So does that mean that S & S acquired the
17 loan?
18  A. Yes.
19  Q. All right. Do you recall the terms on
20 which S & S acquired the loan?
21  A. No.
22  Q. It acquired the loan at a discount, did it

Page 188

1 not?
2   A. Well, you certainly try to get a discount.
3 I don't remember if we got something or not --
4 certainly we'd try.
5   Q. You don't recall whether there was a
6 discount?
7   A. No. Offhand, I don't know, you know.
8 You're going back fifteen years.
9   Q. In fact, isn't it the case that one of the
10 issues that was to be submitted to Reznick for an
11 opinion was whether a discount on that loan
12 constituted a refinancing?
13  A. Well, I think the -- the -- that issue was
14 raised by VIAD saying that that really wasn't a
15 legitimate loan. There was something Mickey Mouse
16 because we bought it from the RTC: Oh, you couldn't
17 count that. But I -- I -- I -- you know, that was a
18 lot of: Who struck John? There -- It was a
19 legitimate loan and we've never done anything in --
20 in accounting that wasn't legitimate.
21  Q. Let me make sure I understand, Mr. Rose.
22 Are you in a position today to testify as to whether

Page 189

1 there was or was not a discount to the original loan
2 balance when S & S acquired the first mortgage?
3   A. I -- I -- I'm not -- can't testify because
4 I -- I have no idea. I don't know.
5   Q. Who -- Who would know?
6   A. One of the accountants.
7   Q. One of the accountants who --
8   A. Yeah.
9   Q. -- works inside your entity or --
10  A. Yes.
11  Q. Okay. And who would -- Who might that be?
12  A. Ron Glassman, probably. They could answer
13 that right away.
14  Q. Can you tell me a little more about S & S?
15 You -- You just referred to it as "our financing
16 arm," something like that.
17  A. Well, it's our internal bank. When we
18 have extra money, we put it in S & S. And when we
19 need money in various projects, we loan it to that
20 entity and -- and so it's our internal bank.
21  Q. Okay. What -- Is S & S --
22  A. Usually, interest rates are imputed so we

# Capital Reporting Company

Page 190

1  don't have to pay the interest till we sell it or
2  develop it.
3      Q. What type of entity is S & S?
4      A. I think it's just a corporation, S & S
5  Corporation and I think it's some kind of LLC.
6      Q. Who owns S & S?
7      A. My partner and I.
8      Q. Are you referring to Mr. Greenebaum?
9      A. Yes.
10     Q. Are the two of you the only owners of.
11  S & S?
12     A. I think so.
13     Q. And is -- is it your recollection you are
14  both shareholders of S & S?
15     A. I think we're the only shareholders.
16     Q. When -- When was it, approximately, that.
17  S & S was formed?
18     A. I have no idea, but it's -- it's been
19  around a long time. If we've been a -- entity for
20  20 years, I assume it's been here -- we've had it
21  for more than 15 years but I'm -- I'm not sure.
22     Q. Has it always been the case during the

Page 191

1  life of S & S that the only two owners of the entity
2  are you and Mr. Greenebaum?
3      A. Yes.
4      Q. There's been no other owners that you can
5  recall?
6      A. Not that I know of.
7      Q. In one of the papers that we received from
8  your files, there was a reference to Emily Rose
9  being a -- an owner at one time as I recall of.
10  S & S. Who is that?
11     A. That's my first wife. She might have
12  gotten a piece of it along the way. She got a piece
13  of everything else.
14     Q. I don't -- I don't need to probe too far.
15     A. Well, you could just -- Well, you could
16  probe as far as you want.
17         MR. COOTER: Why don't we just leave that
18  alone --
19         THE WITNESS: She doesn't care.
20         MR. COOTER: -- and next question, sir.
21         THE WITNESS: I think, during the
22  divorce -- I'm sure some things got turned around

Page 192

1  but I -- I don't think that was a meaningful
2  ownership, whatever it was.
3         BY MR. PAGE:
4      Q. Well -- And I'm not -- I'm just trying to
5  get the general proposition as to whether the
6  ownership has changed. And your basic testimony is
7  no?
8      A. Yeah.
9      Q. Possibly with the exception of some
10  interest that might have come up for your wife?
11     A. I would guess that she might have got a
12  temporary interest to guarantee some -- some alimony
13  or something -- that that -- She was never involved
14  in our business.
15     Q. Are the other employees of Greenebaum and
16  Rose, like Reid Liffmann and Ron Glassman -- Are
17  they owners in any way of S & S?
18     A. Not that I know.
19     Q. Have they ever been as far as you know?
20     A. Not that I know.
21     Q. Under the cash purchase agreement, have
22  you ever had the occasion to examine the definition

Page 193

1  of an affiliate --
2      A. No.
3      Q. -- or of an equity owner?
4      A. "Examine the definition of an equity
5  owner"?
6      Q. Yes. I guess -- I guess my question is,
7  sir: Are you aware that those are defined terms
8  within the Cash Participation Agreement?
9      A. No. I'm not that much of an expert on the
10  agreement.
11         MR. PAGE: Let's take a quick break.
12         So go off the record.
13         THE VIDEOGRAPHER: Going off the record.
14  The time is 2:22.
15         (Recess.)
16         THE VIDEOGRAPHER: Back on the record.
17  The time is 2:35.
18         BY MR. PAGE:
19     Q. Mr. Rose --
20     A. Yes.
21     Q. -- among the documents in front of you is
22  No. 46 which was the Level 3 contract. Could you