# Exhibit 65

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Partnership Return of Income

For calendar year 1996, or tax year beginning _____, 1996, and ending _____, 19_____

OMB No. 1545-0099

**1996**

| | | |
|---|---|---|
| **A** Principal business activity<br>REAL ESTATE | Use the IRS label. Other-wise, please print or type. | Name of partnership<br>MONTGOMERY ROAD I LIMITED PARTNERSHIP |

**D** Employer identification number
52-1504343

**B** Principal product or service
REAL ESTATE

Number, street, and room or suite no. (If a P.O. box, see page 10 of the instructions.)
1829 REISTERSTOWN RD, SUITE 410

**E** Date business started
12/30/1986

**C** Business code number 6748

City or town, state, and ZIP code
BALTIMORE, MD 21208

**F** Total assets
$11,825,614.

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change in address (4) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify)

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1 a | Gross receipts or sales | 1a | |
| b | Less returns and allowances | 1b | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | 4 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 20 | | 6 |
| 7 | Other income (loss) (attach schedule) | | 7 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 |

### Deductions (see Instructions for limitations)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 |
| 10 | Guaranteed payments to partners | | 10 |
| 11 | Repairs and maintenance | | 11 |
| 12 | Bad debts | | 12 |
| 13 | Rent | | 13 |
| 14 | Taxes and licenses | | 14 |
| 15 | Interest | | 15 |
| 16 a | Depreciation | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | | 17 |
| 18 | Retirement plans, etc. | | 18 |
| 19 | Employee benefit programs | | 19 |
| 20 | Other deductions (attach schedule) | | 20 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 |

| | | | |
|---|---|---|---|
| 22 | **Ordinary income (loss) from trade or business activities.** Subtract line 21 from line 8 | 22 | 0. |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member

▶ _____
Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | Preparer's social security no. 218 40 9305 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | K.A.W.G. & F., P.A.<br>40 YORK ROAD<br>BALTIMORE, MD | E.I. No. ▶ 52-1003788<br>ZIP code ▶ 21204 | |

JWA   For Paperwork Reduction Act Notice, see page 1 of separate instructions.

Form **1065** (1996)

611001
01-27-97

**MR 26609**

Form 1065 (1996)    MONTGOMERY ROAD I LIMITED PARTNERSHIP    52-1504343    Page **2**

## Schedule A    Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases less cost of items withdrawn for personal use | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs *(attach schedule)* | **4** | |
| 5 | Other costs *(attach schedule)* | **5** | |
| 6 | **Total.** Add lines 1 through 5 | **6** | |
| 7 | Inventory at end of year | **7** | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | |

9 a  Check all methods used for valuing closing inventory:

    (i) ☐ Cost as described in Regulations section 1.471-3

    (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

    (iii) ☐ Other (specify method used and attach explanation) ▶

  b  Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ............ ▶ ☐

  c  Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ...... ▶ ☐

  d  Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ..........  ☐ **Yes**  ☐ **No**

  e  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .......  ☐ **Yes**  ☐ **No**

    If "Yes," attach explanation.

## Schedule B    Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ General partnership  b ☒ Limited partnership  c ☐ Limited liability company | | |
| d | ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | Is this partnership a partner in another partnership? | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? | | |
| | If "Yes," see **Designation of Tax Matters Partner** below | X | |
| 5 | Does this partnership meet **ALL THREE** of the following requirements? | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000: **AND** | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; | | |
| | or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, Form 8264, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during the calendar year 1996, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | |
| | (See the instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | |
| | If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? | | |
| | If "Yes," see page 14 of the instructions for other forms the partnership may have to file | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? | | |
| | If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described | | |
| | under Elections Made By the Partnership | | X |

## Designation of Tax Matters Partner

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | MONTGOMERY ROAD, INC. | Identifying number of TMP ▶ | 52-1493967 |
|---|---|---|---|
| Address of designated TMP ▶ | 1829 REISTERSTOWN RD, STE 410 BALTIMORE, MD 21208 | | |

**MR 26610**

Form 1065 (1996)   MONTGOMERY ROAD I LIMITED PARTNERSHIP                52-1504343   Page 3

| Schedule K | Partners' Shares of Income, Credits, Deductions, etc. | | |
|---|---|---|---|
| | (a) Distributive share items | | (b) Total amount |

| | | | | (b) Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | | 1 | 0. |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825)  SEE STATEMENT 1 | | 2 | <525,733.> |
| | 3 a Gross income from other rental activities | 3a | | |
| | b Expenses from other rental activities (attach schedule) | 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | | 3c | |
| | 4 Portfolio income (loss): a Interest income  SEE STATEMENT 2 | | 4a | 14,530. |
| | b Dividend income | | 4b | |
| | c Royalty income | | 4c | |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 4d | |
| | e Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 4e | |
| | f Other portfolio income (loss) (attach schedule) | | 4f | |
| | 5 Guaranteed payments to partners | | 5 | |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) (attach Form 4797) | | 6 | |
| | 7 Other income (loss) (attach schedule) | | 7 | |
| **Deductions** | 8 Charitable contributions (attach schedule) | | 8 | |
| | 9 Section 179 expense deduction (attach Form 4562) | | 9 | |
| | 10 Deductions related to portfolio income (itemize) | | 10 | |
| | 11 Other deductions (attach schedule) | | 11 | |
| **Invest-ment Interest** | 12 a Interest expense on investment debts | | 12a | |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | | 12b(1) | 14,530. |
| | (2) Investment expenses included on line 10 above | | 12b(2) | |
| **Credits** | 13 a Low-income housing credit: | | | |
| | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | | 13a(1) | |
| | (2) Other than on line 13a(1) for property placed in service before 1990 | | 13a(2) | |
| | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | | 13a(3) | |
| | (4) Other than on line 13a(3) for property placed in service after 1989 | | 13a(4) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | | 13b | |
| | c Credits (other than credits shown on lines 13a and 13b) related to rental real estate activities | | 13c | |
| | d Credits related to other rental activities | | 13d | |
| | 14 Other credits | | 14 | |
| **Self-Employ-ment** | 15 a Net earnings (loss) from self-employment | | 15a | 0. |
| | b Gross farming or fishing income | | 15b | |
| | c Gross nonfarm income | | 15c | |
| **Adjustments and Tax Preference Items** | 16 a Depreciation adjustment on property placed in service after 1986 | | 16a | 1,302. |
| | b Adjusted gain or loss | | 16b | |
| | c Depletion (other than oil and gas) | | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | | 16e | |
| **Foreign Taxes** | 17 a Type of income ▶ ___  b Foreign country or U.S. possession ▶ ___ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | | 17c | |
| | d Total applicable deductions and losses (attach schedule) | | 17d | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | 17e | |
| | f Reduction in taxes available for credit (attach schedule) | | 17f | |
| | g Other foreign tax information (attach schedule) | | 17g | |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ ___  b Amount ▶ | | 18b | |
| | 19 Tax-exempt interest income | | 19 | |
| | 20 Other tax-exempt income | | 20 | |
| | 21 Nondeductible expenses | | 21 | |
| | 22 Distributions of money (cash and marketable securities) | | 22 | |
| | 23 Distributions of property other than money | | 23 | |
| | 24 Other items and amounts required to be reported separately to partners (attach schedule) | | | |
| **Analysis** | 25a Income (loss). Combine lines 1 through 7 in column (b). From the result, subtract the sum of lines 8 through 12a, 17e, and 18b | | 25a | <511,203.> |

| b Analysis by type of partner: | (a) Corporate | (b) Individual | | (c) Partnership | (d) Exempt organization | (e) Nominee/Other |
|---|---|---|---|---|---|---|
| | | i. Active | ii. Passive | | | |
| (1) General partners | <5,112.> | | | | | |
| (2) Limited partners | | | <253,046.> | | | <253,045.> |

611021
11-08-96

3

MR 26611

Form 1065 (1996)   MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343  Page 4

Note: If Question 5 of Schedule B is answered "Yes," the partnership is not required to complete Schedules L, M-1, and M-2.

### Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 290,064. | | 487,121. |
| 2a Trade notes and accounts receivable | 27,742. | | | |
| b Less allowance for bad debts | | 27,742. | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | STATEMENT 3 | 1,320. | | 1,256. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | STATEMENT 4 | 1,234,823. | | 1,245,589. |
| 9a Buildings and other depreciable assets | 2,060,885. | | 2,030,607. | |
| b Less accumulated depreciation | 6,616. | 2,054,269. | 58,683. | 1,971,924. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 8,044,545. | | 8,034,452. |
| 12a Intangible assets (amortizable only) | 155,150. | | 91,375. | |
| b Less accumulated amortization | 83,187. | 71,963. | 6,103. | 85,272. |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 11,724,726. | | 11,825,614. |
| Liabilities and Capital | | | | |
| 15 Accounts payable | | 66,024. | | 107,997. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | STATEMENT 5 | 60,047. | | 57,733. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 13,993,859. | | 12,966,720. |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | <2,395,204.> | | <1,306,836.> |
| 22 Total liabilities and capital | | 11,724,726. | | 11,825,614. |

### Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 513,368. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | a Tax-exempt interest $ | |
| | | STMT 7  1,024,571. | 1,024,571. |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 12a, 17e, and 18b, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 12a, 17e, and 18b (itemize): | | a Depreciation $ | |
| a Depreciation $ | | | |
| b Travel and entertainment $ | | | |
| | | 8 Add lines 6 and 7 | 1,024,571. |
| 5 Add lines 1 through 4 | 513,368. | 9 Income (loss) (Schedule K, line 25a). Subtract line 8 from line 5 | <511,203.> |

### Schedule M-2  Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | <2,395,204.> | 6 Distributions: a Cash | |
| 2 Capital contributed during year | 575,000. | b Property | |
| 3 Net income (loss) per books | 513,368. | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | | MR 26612 |
| | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | <1,306,836.> | 9 Balance at end of year. Subtract line 8 from line 5 | <1,306,836.> |

611041
11-08-96                                    4

| Form **8800** | Application for Additional Extension of Time to File | |
|---|---|---|
| (Rev. June 1995) | U.S. Return for a Partnership, REMIC, or for Certain Trusts | |
| Department of the Treasury Internal Revenue Service | | OMB No. 1545-1057 |

▶ File a separate application for each return.

| Please type or print. | Name | Employer Identification number |
|---|---|---|
| File the original and one copy by the due date for filing the return for which an extension is requested. | MONTGOMERY ROAD I LIMITED PARTNERSHIP | 52-1504343 |
| | Number, street, and room or suite no. (if a P.O. box, see instructions) | |
| | 1829 REISTERSTOWN RD, SUITE 410 | |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, postal code, and country. | |
| | BALTIMORE, MD 21208 | |

**1** I request an additional extension of time until  OCTOBER 15 , 19 97 , to file (check only one):

☐ Form 1041  ☒ Form 1065  ☐ Form 1066

**2** If the entity does not have an office or place of business in the United States, check this box .................... ▶ ☐

**3 a** For calendar year 19 96 , or other tax year beginning _____ , 19 _____ , and ending _____ , 19 _____

**b** If this tax year is for less than 12 months, check reason: ☐ Initial return  ☐ Final return  ☐ Change in accounting period

**4** Explain why the entity needs an extension. All entities filing this form must give an adequate explanation. _____

ADDITIONAL INFORMATION IS NEEDED
IN ORDER TO PREPARE A COMPLETE
AND ACCURATE RETURN

POSTMARK DATE    RECEIVED DATE
08  07 1 97    07 14 97    IRS
PSC 28 PHILA., PA

**5** Has the entity filed Form 8736 to request an extension of time to file for this tax year? ☒ Yes  ☐ No
If you checked "No," we will grant an extension only for undue hardship. Fully explain the hardship on line 4.

### Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete, and that I am authorized to prepare this form.

Signature ▶ _Glen D. Cohen_    Title ▶ CPA    Date ▶ 7-10-97

File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.

**Notice to Applicant - To be Completed by the IRS.**

☐ We HAVE approved this application. Please attach this form to the entity's return.

☐ We HAVE NOT approved this application. However, we have granted a 10-day grace period from the later of the date shown below or the due date of the entity's return (including any prior extension). This grace period is considered to be a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the entity's return.

☐ We HAVE NOT approved this application. After considering the reasons stated in item 4 above, we cannot grant this request for an extension of time to file. We are not granting a 10-day grace period.

☐ We cannot consider this application because it was filed after the due date of the return for which an extension was requested.

☐ Other:

APPROVED
3-MO. EXTENSION
GRANTED

Director _____  By: _____  Date _____

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

| Please Type or Print | Name |
|---|---|
| | Number, street, and room or suite no. (If a P.O. box, see instructions) |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, postal code, and country. |

JWA  For Paperwork Reduction Act Notice, see Instructions.

Form **8800** (Rev. 6-95)

20021
2-19-97

**MR 26613**

Form **8736**
(Rev. October 1995)
Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time
To File U.S. Return for a Partnership, REMIC,
or for Certain Trusts**
▶ File a separate application for each return.

OMB No. 1545-1054

| Please type or print | Name | Employer identification number |
|---|---|---|
| File by the due date for filing the return for which an extension is requested. | MONTGOMERY ROAD I LIMITED PARTNERSHIP | 52-1504343 |
| | Number, street, and room or suite no. If a P.O. box, see instructions. | |
| | 1829 REISTERSTOWN RD, SUITE 410 | |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, postal code, and country. | |
| | BALTIMORE, MD  21208 | |

1   I request an automatic 3 month extension of time to file (check only one):
☐ Form 1041    [X] Form 1065    ☐ Form 1066

2   If the entity does not have an office or place of business in the United States, check this box ............................ ▶ ☐

3 a  For calendar year 19 **96** , or other tax year beginning _____, 19 _____ , and ending _____ , 19 ____.
  b  If this tax year is for less than 12 months, check reason:
☐ Initial return    ☐ Final return    ☐ Change in accounting period

4   If this extension is requested for Form 1041 or Form 1066, enter the following amounts:

  a  Tentative total tax from Form 1041 or Form 1066 ...................................... $ _____

  b  Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit,
     from Form 1041. REMICs, enter -0- ................................................ $ _____

  c  Balance due. Subtract line 4b from line 4a. If zero or less, enter -0-. Include payment with Form 8736 .......... ▶ $ _____

Caution:  Interest will be charged on any tax not paid by the regular due date of Forms 1041 and 1066 from the due date until the tax is paid.

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶ _[signature]_        Title ▶ PRES. MONTGOMERY RD, _INC_  Date ▶ 4/9/97

MR 26614

JWA   For Paperwork Reduction Act Notice, see instructions.        Form **8736** (Rev. 10-95)
620461
01-27-97

Form **8825**

Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation
► See instructions on page 2.
► Attach to Form 1065 or Form 1120S.

OMB No. 1545-1186

**1996**

Name
MONTGOMERY ROAD I LIMITED PARTNERSHIP

Employer identification number
52-1504343

1  Show the kind and location of each property. See page 2 for additional properties.

A LAND RENTAL (90 K STREET)

B VALUE FOODS – COMMERCIAL PROPERTY

C

D

| | | Properties | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | 391,623. | 847,221. | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | 47,736. | | |
| 6 Commissions | 6 | | 6,088. | | |
| 7 Insurance | 7 | 512. | 8,135. | | |
| 8 Legal and other professional fees | 8 | | 17,320. | | |
| 9 Interest | 9 | 904,586. | 281,442. | | |
| 10 Repairs | 10 | | 31,500. | | |
| 11 Taxes | 11 | 252,335. | 50,540. | | |
| 12 Utilities | 12 | | 18,429. | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | 52,067. | | |
| 15 Other (list) ► STMT 8    SEE STATEMENT 9 | 15 | 36,712. | 57,175. | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | 1,194,145. | 570,432. | | |

| | | |
|---|---|---|
| 17 Total gross rents. Add gross rents from line 2, columns A through H | 17 | 1,238,844. |
| 18 Total expenses. Add total expenses from line 16, columns A through H | 18 | 1,764,577. |
| 19 Net gain (loss) from Form 4797, Part II, line 20, from the disposition of property from rental real estate activities | 19 | |
| 20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

b  Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a.
Attach a schedule if more space is needed:

(1) Name

(2) Employer identification number

| | | |
|---|---|---|
| 21 Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter result here and on Schedule K, line 2 | 21 | <525,733.> |

JWA    For Paperwork Reduction Act Notice, see page 2 of form.

Form **8825** (1996)

620141
01-27-97

MR 26615

MONTGOMERY ROAD I LIMITED PARTNERSHIP                                52-1504343

Form 8825 (1996)                                                              Page 2

__1__  Show the kind and location of each property.

**E** _____

**F** _____

**G** _____

**H** _____

| | | Properties | | | |
|---|---|---|---|---|---|
| | | **E** | **F** | **G** | **H** |
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ _____ <br> _____ <br> _____ | 15 | | | | |
| 16 Total expenses for each property. <br> Add lines 3 through 15 | 16 | | | | |

620142
10-21-96

6

**MR 26616**

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

| SCHEDULE K | NET INCOME (LOSS) FROM RENTAL REAL ESTATE | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| LAND RENTAL (90 K STREET) | <802,522.> |
| VALUE FOODS – COMMERCIAL PROPERTY | 276,789. |
| TOTAL TO SCHEDULE K, LINE 2 | <525,733.> |

| SCHEDULE K | INTEREST INCOME | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | U.S. BONDS | OTHER |
|---|---|---|
| INTEREST INCOME | | 14,530. |
| TOTAL TO SCHEDULE K, LINE 4A | | 14,530. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DEPOSIT | 1,320. | 1,256. |
| TOTAL TO SCHEDULE L, LINE 6 | 1,320. | 1,256. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PROJECT COSTS | 1,234,823. | 1,245,589. |
| TOTAL TO SCHEDULE L, LINE 8 | 1,234,823. | 1,245,589. |

**MR 26617**

7                    STATEMENT(S) 1, 2, 3, 4

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52–1504343

---

SCHEDULE L                 OTHER CURRENT LIABILITIES                 STATEMENT    5

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO RELATED COMPANY | 4,425. | 0. |
| SECURITY DEPOSIT | 55,622. | 57,733. |
| TOTAL TO SCHEDULE L, LINE 17 | 60,047. | 57,733. |

---

FORM 1065                 PARTNERS' CAPITAL ACCOUNT SUMMARY                 STATEMENT    6

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M–2 LNS 3, 4 & 7 | WITH– DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | 30,462. | | 5,134. | | 35,596. |
| 2 | <1,212,832.> | 287,500. | 254,116. | | <671,216.> |
| 3 | <1,212,834.> | 287,500. | 254,118. | | <671,216.> |
| TOTAL | <2,395,204.> | 575,000. | 513,368. | | <1,306,836.> |

MR 26618

MONTGOMERY ROAD I LIMITED PARTNERSHIP                          52-1504343

---

SCHEDULE M-1      INCOME RECORDED ON BOOKS NOT INCLUDED ON RETURN    STATEMENT    7

| DESCRIPTION | AMOUNT |
|---|---|
| DISCHARGE OF INDEBTEDNESS INCOME FROM QUALIFIED REAL PROPERTY BUSINESS INDEBTEDNESS (IRC. SEC. 108(C)) | 1,024,571. |
| TOTAL TO SCHEDULE M-1, LINE 6 | 1,024,571. |

---

OTHER RENTAL EXPENSES                          STATEMENT    8

PROPERTY: LAND RENTAL (90 K STREET)

| DESCRIPTION | AMOUNT |
|---|---|
| AMORTIZATION | 36,218. |
| MISCELLANEOUS EXPENSES | 305. |
| ABABDONED BID COST | 189. |
| TOTAL TO RENTAL SCHEDULE, LINE 15 | 36,712. |

---

OTHER RENTAL EXPENSES                          STATEMENT    9

PROPERTY: VALUE FOODS - COMMERCIAL PROPERTY

| DESCRIPTION | AMOUNT |
|---|---|
| AMORTIZATION | 5,231. |
| MANAGEMENT FEES | 44,165. |
| MISCELLANEOUS EXPENSES | 359. |
| MARKETING | 7,420. |
| TOTAL TO RENTAL SCHEDULE, LINE 15 | 57,175. |

**MR 26619**

1

| SCHEDULE K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, etc. | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 1996 or tax year<br>beginning _____ , 1996, and ending _____ , 19 ___ | **1996** |

| Partner's identifying number ▶ 52-1493967 | Partnership's identifying number ▶ 52-1504343 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| MONTGOMERY ROAD, INC.<br>1829 REISTERSTOWN RD, STE 410<br>BALTIMORE, MD 21208 | MONTGOMERY ROAD I LIMITED PARTNERSHIP<br>1829 REISTERSTOWN RD, SUITE 410<br>BALTIMORE, MD 21208 |

**A** This partner is a [X] general partner [ ] limited partner
[ ] limited liability company member

**B** What type of entity is this partner? ▶ S CORPORATION

**C** Is this partner a [X] domestic or a [ ] foreign partner?

**D** Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing ...... | % | 1.0000000% |
| Loss sharing ...... | % | 1.0000000% |
| Ownership of capital ...... | % | 1.0000000% |

**E** IRS Center where partnership filed return: PHILADELPHIA, PA

**F** Partner's share of liabilities:

| Nonrecourse | $ | |
|---|---|---|
| Qualified nonrecourse financing | $ | 0. |
| Other | $ | 295,398. |

**G** Tax shelter registration number ▶

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

**I** Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 30,462. | | 5,134. | ( ) | 35,596. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2 Net income (loss) from rental real estate activities | 2 | <5,257.> | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 145. | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12 a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | 145. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | |
| | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13b | | |
| | c Credits (other than credits shown on lines 13a and 13b) related to rental real estate activities | 13c | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits related to other rental activities | 13d | | |
| | 14 Other credits | 14 | | |

JWA For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 1996

611151
01-27-97

MR 26620

1

1

Schedule K-1 (Form 1065) 1996

Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Self-employ-ment** | 15 a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | 13. | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | (d)1 | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | (d)2 | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17 a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or U.S. possession ▶ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | |
| | 21 Nondeductible expenses | 21 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

MR 26621

611152
11-06-96

1

MONTGOMERY ROAD I LIMITED PARTNERSHIP                    52-1504343

SCHEDULE K-1                    NET INCOME PER BOOKS

| DESCRIPTION | AMOUNT |
|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <5,257.> |
| INTEREST INCOME | 145. |
| MISCELLANEOUS INCOME ON BOOKS AND NOT ON RETURN | 10,246. |
| | |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 5,134. |

FOOTNOTES

DISCHARGE OF INDEBTEDNESS INCOME FROM
  QUALIFIED REAL PROPERTY BUSINESS
  INDEBTEDNESS (IRC. SEC. 108(C))                    10,246.

CONSULT YOUR TAX ADVISOR

**MR 26622**

Partner Number 1

1

# Schedule of Activities

For calendar year 1996, or tax year beginning _____ , 1996, and ending _____ , 19_____ .

Name: MONTGOMERY ROAD I LIMITED PARTNERSHIP                    I.D. Number: 52-1504343
For: MONTGOMERY ROAD, INC.                                                52-1493967

| Description of Activity | Activity Number | 100% Deposed | Publicly Traded Partnership | |
|---|---|---|---|---|
| | 1 | | | LAND RENTAL (90 K STREET) |
| | 2 | | | VALUE FOODS – COMMERCIAL PROPERTY |
| | 3 | | | MONTGOMERY ROAD I L.P. |

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| Ordinary income (loss) from trade or business activities | | | 0. |
| Net income (loss) from rental real estate activities | <8,025.> | 2,768. | |
| Net income (loss) from other rental activities | | | |
| Interest | | | |
| Dividends | | | 145. |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| Other portfolio income (loss) | | | |
| Net gain (loss) under section 1231 (noncasualty) | | | |
| Other income (loss) | | | |
| Charitable contributions | | | |
| Section 179 expense deduction | | | |
| Deductions related to portfolio income (loss) | | | |
| Other deductions | | | |
| Interest expense on investment debts | | | |
| Investment income included in portfolio income | | | 145. |
| Investment expenses included as portfolio deductions | | | |
| Credit for income tax withheld | | | |
| Credit for alcohol used as a fuel | | | |
| Low-income housing credit: | | | |
| (1) From section 42(j)(5) partnerships for property placed in service before 1990 | | | |
| (2) Other property placed in service before 1990 | | | |
| (3) From section 42(j)(5) partnerships for property placed in service after 1989 | | | |
| (4) Other property placed in service after 1989 | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other credits related to rental real estate activities | | | |
| Credits related to other rental activities | | | |
| Other credits | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| Accelerated depreciation of real property (pre-1987) | | | |
| Accelerated depreciation of leased personal property (pre- 1987) | | | |
| Depreciation adjustment on property placed in service after 1986 | | 13. | |
| Depletion (other than oil and gas) | | | |
| Gross income from oil, gas or geothermal properties | | | |
| Deductions allocable to oil, gas or geothermal properties | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Other adjustments and tax preference items | | | |
| Total expenditures to which a section 59(e) election may apply | | | |
| Recapture of low-income housing credit from section 42(j)(5) partnerships | | | |
| Recapture of low-income housing credit from other than above | | | |

**MR 26623**

625001
11-25-96

1

2

| SCHEDULE K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | Partner's Share of Income, Credits, Deductions, etc.<br>For calendar year 1996 or tax year<br>beginning _____, 1996, and ending _____, 19___ | OMB No. 1545-0099<br>**1996** |
|---|---|---|

| Partner's identifying number ▶ 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 | Partnership's identifying number ▶ 52-1504343 |
|---|---|
| Partner's name, address, and ZIP code<br><br>STEWART J. GREENEBAUM<br>2436 STILL FOREST ROAD<br>BALTIMORE, MD 21208 | Partnership's name, address, and ZIP code<br><br>MONTGOMERY ROAD I LIMITED PARTNERSHIP<br>1829 REISTERSTOWN RD, SUITE 410<br>BALTIMORE, MD 21208 |

A This partner is a ☐ general partner ☒ limited partner
  ☐ limited liability company member
B What type of entity is this partner? ▶ INDIVIDUAL
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's ⑴ Before change ⑵ End of year
  percentage of: or termination
  Profit sharing ....... 49.5000000 %
  Loss sharing ....... 49.5000000 %
  Ownership of capital ... 49.5000000 %
E IRS Center where partnership filed return: PHILADELPHIA, PA

F Partner's share of liabilities:
  Nonrecourse ........ $ _____
  Qualified nonrecourse financing ... $ 0.
  Other ............ $ 6,418,526.
G Tax shelter registration number ▶ _____
H Check here if this partnership is a publicly traded partnership
  as defined in section 469(k)(2) ............ ☐
I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <1,212,832.> | 287,500. | 254,116. | ( ) | <671,216.> |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 0. | |
| | 2 Net income (loss) from rental real estate activities | 2 | <260,239.> | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 7,193. | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deduc-tions | 8 Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Invest-ment Interest | 12 a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | 7,193. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | |
| | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13b | | |
| | c Credits (other than credits shown on lines 13a and 13b) related to rental real estate activities | 13c | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits related to other rental activities | 13d | | |
| | 14 Other credits | 14 | | |

JWA For Paperwork Reduction Act Notice, see Instructions for Form 1065. Schedule K-1 (Form 1065) 1996

611151
01-27-97

MR 26624

2

2

Schedule K-1 (Form 1065) 1996

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Self-employment** | 15 a  Net earnings (loss) from self-employment | 15a | 0. | Sch. SE, Section A or B |
| | b  Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16 a  Depreciation adjustment on property placed in service after 1986 | 16a | 645. | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b  Adjusted gain or loss | 16b | | |
| | c  Depletion (other than oil and gas) | 16c | | |
| | d  (1)  Gross income from oil, gas, and geothermal properties | (d)1 | | |
| | (2)  Deductions allocable to oil, gas, and geothermal properties | (d)2 | | |
| | e  Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17 a  Type of income ▶ | | | Form 1116, check boxes |
| | b  Name of foreign country or U.S. possession ▶ | | | |
| | c  Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d  Total applicable deductions and losses (attach schedule) | 17d | | |
| | e  Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f  Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g  Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| **Other** | 18  Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b  Amount | 18b | | |
| | 19  Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20  Other tax-exempt income | 20 | | |
| | 21  Nondeductible expenses | 21 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22  Distributions of money (cash and marketable securities) | 22 | | |
| | 23  Distributions of property other than money | 23 | | |
| | 24  Recapture of low-income housing credit: | | | |
| | a  From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b  Other than on line 24a | 24b | | |

**25**  Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

Supplemental Information

MR 26625                    2

MONTGOMERY ROAD I LIMITED PARTNERSHIP                              52-1504343

SCHEDULE K-1                    NET INCOME PER BOOKS

| DESCRIPTION | AMOUNT |
|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <260,239.> |
| INTEREST INCOME | 7,193. |
| MISCELLANEOUS INCOME ON BOOKS AND NOT ON RETURN | 507,162. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 254,116. |

FOOTNOTES

DISCHARGE OF INDEBTEDNESS INCOME FROM
  QUALIFIED REAL PROPERTY BUSINESS
  INDEBTEDNESS (IRC. SEC. 108(C))                                 507,162.

CONSULT YOUR TAX ADVISOR

**MR 26626**

Partner Number 2

2

# Schedule of Activities

For calendar year 1996, or tax year beginning _____ , 1996, and ending _____ , 19 _____ .

| | | | | | |
|---|---|---|---|---|---|
| Name: | MONTGOMERY ROAD I LIMITED PARTNERSHIP | | | I.D. Number: | 52-1504343 |
| For: | STEWART J. GREENEBAUM | | | | 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 |

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | |
|---|---|---|---|---|
| | 1 | | | LAND RENTAL (90 K STREET) |
| | 2 | | | VALUE FOODS – COMMERCIAL PROPERTY |
| | 3 | | | MONTGOMERY ROAD I L.P. |

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| Ordinary income (loss) from trade or business activities | | | 0. |
| Net income (loss) from rental real estate activities | <397,249.> | 137,010. | |
| Net income (loss) from other rental activities | | | |
| Interest | | | 7,193 |
| Dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| Other portfolio income (loss) | | | |
| Net gain (loss) under section 1231 (noncasualty) | | | |
| Other income (loss) | | | |
| Charitable contributions | | | |
| Section 179 expense deduction | | | |
| Deductions related to portfolio income (loss) | | | |
| Other deductions | | | |
| Interest expense on investment debts | | | |
| Investment income included in portfolio income | | | 7,193 |
| Investment expenses included as portfolio deductions | | | |
| Credit for income tax withheld | | | |
| Credit for alcohol used as a fuel | | | |
| Low-income housing credit: | | | |
| (1) From section 42(j)(5) partnerships for property placed in service before 1990 | | | |
| (2) Other property placed in service before 1990 | | | |
| (3) From section 42(j)(5) partnerships for property placed in service after 1989 | | | |
| (4) Other property placed in service after 1989 | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other credits related to rental real estate activities | | | |
| Credits related to other rental activities | | | |
| Other credits | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| Accelerated depreciation of real property (pre-1987) | | | |
| Accelerated depreciation of leased personal property (pre-1987) | | | |
| Depreciation adjustment on property placed in service after 1986 | | 645. | |
| Depletion (other than oil and gas) | | | |
| Gross income from oil, gas or geothermal properties | | | |
| Deductions allocable to oil, gas or geothermal properties | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Other adjustments and tax preference items | | | |
| Total expenditures to which a section 59(e) election may apply | | | |
| Recapture of low-income housing credit from section 42(j)(5) partnerships | | | |
| Recapture of low-income housing credit from other than above | | | |

**MR 26627**

625001
11-25-96

3

| SCHEDULE K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | Partner's Share of Income, Credits, Deductions, etc.<br>For calendar year 1996 or tax year<br>beginning _____ , 1996, and ending _____ , 19 ___ | OMB No. 1545-0099<br>**1996** |

| Partner's identifying number ▶ 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 | Partnership's identifying number ▶ 52-1504343 |
|---|---|
| Partner's name, address, and ZIP code<br>**SAMUEL G ROSE GRANTOR TRUST**<br>**C/O G. KATZ, ESQUIRE**<br>**901 DULANEY VALLEY RD, STE 400**<br>**BALTIMORE, MD 21204** | Partnership's name, address, and ZIP code<br>**MONTGOMERY ROAD I LIMITED PARTNERSHIP**<br>**1829 REISTERSTOWN RD, SUITE 410**<br>**BALTIMORE, MD 21208** |

**A** This partner is a ☐ general partner  ☒ limited partner
   ☐ limited liability company member

**B** What type of entity is this partner? ▶ **TRUST**

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's percentage of:
|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 49.5000000% |
| Loss sharing | % | 49.5000000% |
| Ownership of capital | % | 49.5000000% |

**E** IRS Center where partnership filed return: **PHILADELPHIA, PA**

**F** Partner's share of liabilities:
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 0. |
| Other | $ 6,418,526. |

**G** Tax shelter registration number ▶

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

**I** Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <1,212,834.> | 287,500. | 254,118. | ( ) | <671,216.> |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | 0. | } See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | <260,237.> | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 7,192. | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | } See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | } See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| **Investment Interest** | 12 a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | 7,192. | } See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | | |
| **Credits** | 13 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | |
| | | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | } Form 8586, line 5 |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 13a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13b | | } See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 13a and 13b) related to rental real estate activities | 13c | | |
| | d | Credits related to other rental activities | 13d | | |
| | 14 | Other credits | 14 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.        Schedule K-1 (Form 1065) 1996

MR 26628

3

3

Schedule K-1 (Form 1065) 1996

Page 2

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Self-employ-ment** | 15 | a  Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | | b  Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | c  Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16 | a  Depreciation adjustment on property placed in service after 1986 | 16a | 644. | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | | b  Adjusted gain or loss | 16b | | |
| | | c  Depletion (other than oil and gas) | 16c | | |
| | | d  (1) Gross income from oil, gas, and geothermal properties | (d)1 | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | (d)2 | | |
| | | e  Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17 | a  Type of income ▶ | | | Form 1116, check boxes |
| | | b  Name of foreign country or | | | |
| | | U.S. possession ▶ | | | |
| | | c  Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | | d  Total applicable deductions and losses (attach schedule) | 17d | | |
| | | e  Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | | f  Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III See Instructions for Form 1116. |
| | | g  Other foreign tax information (attach schedule) | 17g | | |
| **Other** | 18 | Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | b  Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit | | | |
| | | a  From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | | b  Other than on line 24a | 24b | | |
| **Supplemental Information** | 25 | Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

**MR 26629**

3

611152
11-06-96

MONTGOMERY ROAD I LIMITED PARTNERSHIP                          52-1504343

---

SCHEDULE K-1                    NET INCOME PER BOOKS

---

| DESCRIPTION | AMOUNT |
|---|---|
| RENTAL REAL ESTATE INCOME (LOSS) | <260,237.> |
| INTEREST INCOME | 7,192. |
| MISCELLANEOUS INCOME ON BOOKS AND NOT ON RETURN | 507,163. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 254,118. |

---

FOOTNOTES

---

DISCHARGE OF INDEBTEDNESS INCOME FROM
   QUALIFIED REAL PROPERTY BUSINESS
   INDEBTEDNESS (IRC. SEC. 108(C))                              507,163.

CONSULT YOUR TAX ADVISOR

**MR 26630**

Partner Number 3

3

# Schedule of Activities

For calendar year 1996, or tax year beginning _____ , 1996, and ending _____ , 19 _____ .

Name: MONTGOMERY ROAD I LIMITED PARTNERSHIP          I.D. Number: 52-1504343
For:  SAMUEL G ROSE GRANTOR TRUST C/O G. KA                      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

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | |
|---|---|---|---|---|
| | 1 | | | LAND RENTAL (90 K STREET) |
| | 2 | | | VALUE FOODS – COMMERCIAL PROPERTY |
| | 3 | | | MONTGOMERY ROAD I L.P. |

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| Ordinary income (loss) from trade or business activities | | | 0. |
| Net income (loss) from rental real estate activities | <397,248.> | 137,011. | |
| Net income (loss) from other rental activities | | | |
| Interest | | | 7192. |
| Dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| Other portfolio income (loss) | | | |
| Net gain (loss) under section 1231 (noncasualty) | | | |
| Other income (loss) | | | |
| Charitable contributions | | | |
| Section 179 expense deduction | | | |
| Deductions related to portfolio income (loss) | | | |
| Other deductions | | | |
| Interest expense on investment debts | | | 7192. |
| Investment income included in portfolio income | | | |
| Investment expenses included as portfolio deductions | | | |
| Credit for income tax withheld | | | |
| Credit for alcohol used as a fuel | | | |
| Low-income housing credit: | | | |
| (1) From section 42(j)(5) partnerships for property placed in service before 1990 | | | |
| (2) Other property placed in service before 1990 | | | |
| (3) From section 42(j)(5) partnerships for property placed in service after 1989 | | | |
| (4) Other property placed in service after 1989 | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other credits related to rental real estate activities | | | |
| Credits related to other rental activities | | | |
| Other credits | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| Accelerated depreciation of real property (pre-1987) | | | |
| Accelerated depreciation of leased personal property (pre- 1987) | | | |
| Depreciation adjustment on property placed in service after 1986 | | 644. | |
| Depletion (other than oil and gas) | | | |
| Gross income from oil, gas or geothermal properties | | | |
| Deductions allocable to oil, gas or geothermal properties | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Other adjustments and tax preference items | | | |
| Total expenditures to which a section 59(e) election may apply | | | |
| Recapture of low-income housing credit from section 42(j)(5) partnerships | | | |
| Recapture of low-income housing credit from other than above | | | |

MR 26631

625001
11-25-96

3