# Exhibit 67

**Capital Reporting Company**

```
                                                                    Page 1
 1         IN THE UNITED STATES DISTRICT COURT FOR THE

 2                       DISTRICT OF COLUMBIA

 3    ---------------------------------:

 4    MONTGOMERY ROAD I, LIMITED        :

 5    PARTNERSHIP                       :

 6                  Plaintiff           : Civil Action

 7           v.                         : No. 06-00344

 8    VIAD CORPORATION                  : (HHK)

 9                  Defendant           :

10    ---------------------------------:

11                     Washington, D.C.

12               Tuesday, November 28, 2006

13    Deposition of:

14                    RONALD GLASSMAN,

15    called for oral examination by counsel for

16    Defendant, pursuant to notice, at the law office

17    of Bryan Cave, LLP, 700 13th Street, N.W.,

18    Washington, D.C. 20005, before Sheri C. Stewart,

19    Registered Professional Reporter and Notary

20    Public in and for the District of Columbia,

21    beginning at 11:34 a.m., when were present on

22    behalf of the respective parties:
```

Capital Reporting Company

Page 30

1  Q   Is there a particular member of this
2  accounting firm who had primary -- has primary
3  responsibility for dealing with this particular
4  matter?
5  A   Yes.
6  Q   Who is that?
7  A   Clem Muller.
8  Q   Has any other member of the accounting
9  firm played a role in the review of these
10 statements?
11 A   I don't recall anybody else. They have
12 other people there that may have been involved but
13 I don't -- I don't know.
14 Q   In the particular financial statement
15 that I've handed you, and I'll direct your
16 attention again to the letter from the accountant
17 which is at the beginning, there is a statement
18 that -- in the third paragraph.
19 A   Um-hum.
20 Q   That the accompanying financial --
21 excuse me, the accompanying special purpose
22 financial statements have been restated as of

Page 31

1  December 31, 1999, to reclassify $7,270,000 of
2  partners' capital to first mortgage note payable.
3      Do you see that?
4  A   Yes.
5  Q   Were you involved in the discussions
6  and decisions about reclassifying the partners'
7  capital to mortgage note payable?
8  A   Yes.
9  Q   What was the reason for the
10 reclassification?
11 A   We determined that it should have been
12 a loan, part of the loan, not capital.
13 Q   Okay. Let's back up a minute. The
14 $7.27 million that's referred to there --
15 A   Yes.
16 Q   -- do you recall the origin of that
17 partner capital contribution?
18 A   In an earlier year we had determined at
19 that time that we were going to move that to
20 capital.
21 Q   What was the $7.27 million, was it a
22 capital contribution?

Page 32

1  A   It was originally part of the mortgage.
2  Q   I'm sorry. Say that again.
3  A   It was originally part of the mortgage.
4  Q   Which mortgage?
5  A   The first mortgage on the property.
6  Q   And what happened to the first mortgage
7  on the property?
8  A   It's still there. It's always been
9  there.
10 Q   Are you familiar with an entity called
11 S & S?
12 A   Yes, that's S & S Finance, yes.
13 Q   I'm sorry. I'm really having trouble
14 hearing you. It's probably my head cold, but
15 you're going to have to speak a little louder.
16 A   Yes, S & S Finance Limited Partnership.
17 Q   Okay. Who owns S & S Finance?
18 A   Stuart Greenebaum and Sam Rose as
19 limited partners. I know we have a corporate
20 general partner which they also ran.
21 Q   Was that the structure of that
22 partnership at the time of these transactions

Page 33

1  referred to in the statement?
2  A   Yes.
3  Q   Did S & S Finance purchase the existing
4  first mortgage for the property?
5  A   Yes.
6  Q   And is that what led to the original
7  decision to include this amount of money,
8  7.27 million, as partners' capital?
9  A   Not -- it was not done at the same
10 time. It was probably a year or so later.
11 Q   All right. Why was it originally
12 classified as partner capital?
13 A   For tax purposes.
14 Q   What were the tax purposes?
15 A   There were some savings to, I believe
16 was Sam in particular, on some State tax returns,
17 if we have the entity not pay interest to S & S.
18 Q   If it had been left as a loan, there
19 would have been interest on the loan attributed to
20 the holder of the note, correct? Am I correct?
21 A   Interest -- there has been interest
22 paid and interest received, yes.

(866) 448 - DEPO
www.CapitalReportingCompany.com

**Capital Reporting Company**

Page 34

1  Q   Well, was interest paid to S & S by
2  Montgomery Road Limited Partnership at any time?
3  A   Yes.
4  Q   And when was it that interest was paid?
5  A   At the time that S & S bought the note,
6  from that time until the time that it was request
7  fund to equity.
8  Q   How long a period was that?
9  A   I believe it was less than two years on
10 the full balance. There is still $2 million left
11 after removing the seven million, it's interest
12 that has been paid on that all along. In the time
13 that it was bought until today.
14 Q   When you say interest was paid, do you
15 mean that there was actually a payment made in the
16 form of a transfer of funds to S & S as a payment
17 of interest?
18 A   Yes.
19 Q   And how is that -- who was responsible
20 for making that payment?
21 A   Montgomery Road.
22 Q   Who handles --

Page 35

1  A   Who in the office? I don't understand
2  the question.
3  Q   Okay, let me approach it a slightly
4  different way.
5       Who handles the bookkeeping? And by
6  that I mean the actual books and records of
7  Montgomery Road I Limited Partnership.
8  A   It would be Cindy Mulligan.
9  Q   If Montgomery Road Limited Partnership
10 incurs a bill, for example, a lawyer like
11 Mr. Cooter --
12 A   Um-hum.
13 Q   -- who pays that bill?
14 A   Cindy Mulligan.
15 Q   And she writes a check or makes some
16 other form of payment hopefully to Mr. Cooter or
17 to other vendors, correct?
18     MR. COOTER: The real question is how
19     prompt.
20 BY MR. PAGE:
21 Q   I'm not asking about timeliness.
22     MR. COOTER: Who writes the check?

Page 36

1  A   It's prompt. Cindy -- Cindy writes the
2  checks.
3  BY MR. PAGE:
4  Q   And your testimony is that she also
5  engaged in a similar exercise writing a check or
6  transferring funds to pay interest to S & S,
7  correct?
8  A   Yes.
9  Q   And you're talking about the $2
10 million, right?
11 A   On the two million has been continuous.
12 On the full 9.3 million has for a period of, I'm
13 guessing, just under two years.
14 Q   All right. That period ended when it
15 was reclassified as referred to in this letter as
16 capital, correct?
17 A   Yes.
18 Q   And the reason for that -- I'm trying
19 to get back to the reason for it -- was that the
20 interest being earned was taxable to the
21 principals of S & S Finance, correct?
22 A   Yes.

Page 37

1  Q   And --
2  A   And they were getting deduction in
3  Montgomery Road I, but on the State returns, they
4  were not being matched. So they're winding up
5  with income without a deduction.
6  Q   So in order to avoid the taxable income
7  to the State --
8  A   Yes.
9  Q   -- it was reclassified as partners'
10 capital, right?
11 A   On the books of the entity, yes.
12 Q   And on the tax returns, correct?
13 A   Yes.
14 Q   Okay. So beginning in -- beginning
15 with the tax return for fiscal year or calendar
16 year, I should say, 1980, the $7.27 million for
17 tax purposes and for the returns has been
18 classified as partner capital, correct?
19 A   I don't think the year's correct.
20 Q   Well, I'm using the letter here as a
21 reference point, so you can correct me if you can
22 remember.

Page 38

1  The third paragraph says that it was
2  restated as of December 31, '99. I said 1980.
3        Was '99 -- that was the first year?
4  A   '97.
5  Q   '97?
6  A   Yes.
7  Q   So it was done --
8  A   Just January 1st, 1997.
9  Q   It was basically done -- reclassified
10 retroactively to 1997, correct? Is that a correct
11 statement?
12       MR. COOTER: The question --
13 A   It had previously -- previously been
14 reclassified from debt to partners' capital. That
15 date is January 1st, 1997.
16 BY MR. PAGE:
17 Q   Sorry. Right.
18 A   What we're doing in this statement is
19 putting it back into debt.
20 Q   Sorry, you're correct, and I misread
21 that.
22       It's 1997 that it was classified as

Page 39

1  partners' capital, and then on this special
2  purpose statement it reverts --
3  A   Um-hum.
4  Q   As of December 31, '99, reverts to
5  debt?
6  A   Yes, but retroactively to January 1st,
7  '97.
8  Q   How was it handled for tax purposes
9  after December 31 of 1999?
10 A   It still was partners' capital.
11 Q   Has that ever been changed?
12 A   No.
13 Q   So even today, for the tax returns
14 being submitted for last year and that will be
15 submitted for this year, that amount of money,
16 7.27 million, is shown as partners' capital,
17 correct?
18 A   Yes.
19 Q   It's only for purposes of the statement
20 prepared for TLC that it's been reclassified as
21 debt, correct?
22 A   Yes.

Page 40

1  Q   All right. Are you familiar with any
2  transaction in which the mortgage note acquired by
3  S & S Finance was pledged as collateral or
4  security to any other entity?
5  A   I'm not sure.
6  Q   I'm sorry?
7  A   I'm not sure if that was the structure.
8  Q   Well, okay.
9  A   I'm not sure there was a question on
10 the revenue.
11 Q   You were sitting here during
12 Mr. Braesch's deposition, and during that
13 deposition there was an e-mail.
14       I'm going to hand you Exhibit 58. I'll
15 leave these here because these are the court
16 reporter's.
17       Exhibit 58, I ask you to look at the
18 e-mail at the top of the page, first page, Mr.
19 Glassman.
20 A   Okay.
21 Q   Does that refresh your recollection?
22 The way I worded the question may have been

Page 41

1  inaccurate.
2  A   Okay.
3  Q   I was asking about the transaction
4  referenced there, "We think the entity is
5  Provident."
6  A   Yes.
7  Q   Okay. Do you know what that
8  transaction was, can you describe it to me?
9  A   S & S is the holder of the note, so
10 they have a receivable for Montgomery Road I.
11 Q   Yes.
12 A   My understanding is that they pledge
13 that receivable to Provident as collateral for a
14 line of credit for Provident.
15 Q   When?
16 A   I don't know the year. I don't know
17 the exact year. I have to look that up.
18 Q   What is the status of the Provident
19 loan today?
20 A   I believe it's a zero balance.
21 Q   Do you know when it became a zero
22 balance?