# Exhibit 71

## Carol Benavides

**From:**    Brent Solomon [Brent.Solomon@reznickgroup.com]
**Sent:**    Monday, April 11, 2005 2:05 PM
**To:**      srose@greenebaum-rose.com; gmkatz@hupk.com
**Subject:** Update on our independent analyis

Gentlemen:

Here is a quick update as of Monday morning.

I have completed what I believe is the extent of my independent analysis of the agreements and statements of position. I am now carefully formulating our interpretations of the issues and drafting a summary letter. I do not have any questions or need additional input at this point. I hope to have a draft of the summary letter tomorrow.

On at least two of the big issues, I have reached my interpretation: 1) Developer's Equity Return should be deducted in determining Appreciation Cash Flow and 2) the issue related to amounts "actually paid by or advanced" has no substance because amounts could be advanced and paid at any time. I'll obviously elaborate on these and other issues in the report.

One more item I wanted to point out. Section 2.7 of the Cash Participation Agreement provides that disputes concerning fiscal year statements are to be submitted to an independent CPA selected by TLC for arbitration "whose determination shall be final." This may explain why in took VIAD two months to present their position to us.

Happy Monday.

Confidentiality Notice:
The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error. Thank you.

HR01939

4/11/2005