**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MONTGOMERY ROAD I LIMITED PARTNERSHIP,**<br>    Plaintiff and<br>    Counterclaim-Defendant<br><br>v.<br><br>**VIAD CORP,**<br>    Defendant and<br>    Counterclaim-Plaintiff<br><br>v.<br><br>**MONTGOMERY ROAD TDR, LLC**<br>    Counterclaim-Defendant | Case No. 1:06CV00344 (HHK) |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs and counterclaim-defendants Montgomery Road I Limited Partnership and Montgomery Road TDR LLC, (collectively "MRLP") and Defendant and counterclaim-plaintiff Viad Corp ("Viad"), by and through their undersigned counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby move, stipulate and agree that all claims and counterclaims stated and filed in the above-captioned matter should be, and hereby are, dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Both parties respectfully request that this Court, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, enter the attached Order dismissing the case with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully Submitted:

| | |
|---|---|
| /s/ Rodney F. Page | /s/ Dale A. Cooter |
| Rodney F. Page (DC Bar No. 37994) | Dale A. Cooter (D.C. Bar No. 227454) |
| Bryan Cave LLP | Cooter, Mangold, Tompert & Karas, LLP |
| 700 Thirteenth Street, N.W. | 5301 Wisconsin Avenue, N.W. |
| Suite 700 | Suite 500 |
| Washington, D.C. 20005-3960 | Washington, D.C. 20015 |
| Tel: (202) 508-6000 | Tel: (202) 537-0700 |
| Fax: (202) 508-6200 | Fax: (202) 364-3664 |
| *Counsel for Defendant/Counterclaim-Plaintiff Viad Corp* | *Counsel for Plaintiff/Counterclaim-Defendant Montgomery Road I Limited Partnership and Counterclaim-Defendant Montgomery Road TDR, LLC* |

Dated: October 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY ROAD I LIMITED PARTNERSHIP, <br>     Plaintiff and <br>     Counterclaim-Defendant <br>   v. <br><br> VIAD CORP., <br>     Defendant and <br>     Counterclaim-Plaintiff <br><br>   v. <br><br> MONTGOMERY ROAD TDR, LLC <br>     Counterclaim-Defendant | Case No. 1:06CV00344 (HHK) |

**ORDER**

Upon the Joint Motion of Plaintiff/Counterclaim-Defendant Montgomery Road I Limited Partnership, Counterclaim-Defendant Montgomery Road TDR, LLC and Defendant/Counterclaim-Plaintiff Viad Corp for a Stipulated Order for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and with no cause for denying said Motion, it is therefore,

ORDERED:

This case is DISMISSED WITH PREJUDICE, each party to bear its own costs.

_____
Henry H. Kennedy, Jr.
United States District Judge