UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY ROAD LIMITED PARTNERSHIP,**<br><br>     **Plaintiff,**<br><br>    v.<br><br>**VIAD CORP.,**<br><br>     **Defendant.** | **Civil Action 06-00344 (HHK)** |

ORDER OF DISMISSAL

Upon the joint motion of plaintiff/counterclaim-defendant Montgomery Road I Limited Partnership, counterclaim-defendant Montgomery Road TDR, LLC and defendant/counterclaim-plaintiff Viad Corp for a stipulated order for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and with no cause for denying said motion, it is therefore,

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

                 Henry H. Kennedy, Jr.
                 United States District Judge

Dated: October 25, 2007